UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,                   :         Case No.: 19-10095-TPA
        Shirley M. Charles,                 :
                                            :         Reporting Period:  March, 2019
                                            :
                                            :         Chapter 12

## MONTHLY OPERATING REPORT

*Larry + Shirley / Charles*

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | | |
| Custom feeding payments | | |
| Other farm income (please specify source) | | |
| Mill Creek | Total 3066.80 / 3066.80 / 2905.68 | 3066 Received for Y. |
| New loans (specify source) | | |

**B. WAGES FROM OUTSIDE WORK**

Husband — Bus driving — 472.86
Wife — 416.7_

**C. OTHER RECEIPTS**

Social Security
Other:
 Larry — 924.00
 Shirley — 435.00
 Daughters — 110.39

Total Cash Receipts — 8325.43

March 20.19    Larry & Sherry Mueller

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Market Place | 3-1-19 | 14.26 | Grocery |
| Dollar Store | 3-1-19 | 10.20 | Misc |
| Girl Scout | 3-1-19 | 40.00 | Cookies |
| AT&T | 3-2-19 | 77.37 | TV |
| Girl Scout | 3-2-19 | 30.00 | Cookies |
| Wal-Mart | 3-3-19 | 238.22 | Grocery |
| Lil Caesars | 3-3-19 | 26.57 | Pizza |
| Dollar Store | 3-4-19 | 14.20 | Misc |
| Windy Knoll | 3-5-19 | 50.36 | Grocery |
| Meadville Tribune | 3-5-19 | 38.99 | Newspaper |
| Wal-Mart | 3-7-19 | 75.64 | Grocery |
| McDonalds | 3-7-19 | 15.03 | Food |
| CASH | 3-8-19 | 75.00 | Food & fuel |
| Penn Dot | 3-8-19 | 30.00 | I.D. license |
| Byler's Bros | 3-8-19 | 9.75 | Grocery |
| Dollar Store | 3-10-19 | 45.55 | Misc |
| Raymond Anthony | 3-12-19 | 45.00 | Animal feed |
| McEdwards | 3-12-19 | 18.48 | Food |
| Community | 3-14-19 | 30.00 | Clothes |
| Dollar Store | 3-14-19 | 13.54 | Misc |
| Wal-Mart | 3-18-19 | 94.74 | Misc |
| McDonalds | 3-18-19 | 20.04 | Food |
| Market Place | 3-19-19 | 55.46 | Groc |
| Dollar Store | 3-19-19 | 57.19 | Misc |
| Cochranton P.O. | 3-19-19 | 56.00 | Stamps |
| Cricket Debit | 3-19-19 | 20.00 | Bankruptcy |
| Butler Co. 4-H | 3-19-19 | 46.00 | Cheese |
| Windy Knoll | 3-20-19 | 44.96 | Groc |
| McDonalds | | | |

TOTAL  Appendix B  1173.16

march 2014    Larry Shirley Chapel    3

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Wal-mart | 3-24-19 | 170.99 | Groc + misc |
| McDonalds | 3-24-19 | 19.72 | Food |
| Dollar Store | 3-25-19 | 51.41 | Misc |
| Byhers Grocery | 3-27-19 | 24.75 | Discount Groc. |
| Rogers Flowers | 3-28-19 | 50.87 | Funeral Flowers |
| Casey | 3-29-19 | 100.02 | Misc |
| Dollar Store | 3-29-19 | 18.19 | Misc |
| Paula Lemey (CK6130) | 3-30-19 | 140.00 | Clothes + filters |
| Byers Grocery (K6131) | 3-30-19 | 34.50 | Misc. Groc. |
| Wendy Knole (K6132) | 3-30-19 | 47.34 | Grocery |
| Wal-mart | 3-31-19 | 105.02 | Grocery |
| McDonalds | 3-31-19 | 18.45 | Food |
|  |  | $1853.23 |  |

Farm - 5152.64
Household 1853.23
$7005.87

TOTAL

### 3. FARM EXPENSES (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Tractor Supply | 3-3-19 | 37.08 | oil |
| ~~Franklin Ford~~ | ~~3-6-19~~ | ~~total~~ | ~~Skid Loader Tires~~ |
| ~~Sandy Lake Mills~~ | ~~3-5-19~~ | ~~279.98~~ | ~~minerals~~ |
| Heath oil | 3-6-19 | 51.05 | Diesel Truck |
| Heath oil | 3-11-19 | 44.19 | Diesel Truck |
| Heath oil | 3-14-19 | 137.36 | Diesel |
| Northwestern REC | 3-18-19 | 540.04 | Electric |
| WindStream | 3-18-19 | 76.87 | Phone |
| Graham Dairy | 3-15-19 | 370.55 | Dairy Supplies |
| Ag Tire | 3-18-19 | 100.00 | Tires |
| Farm Family | 3-18-19 | 540.14 | Farm Ins. |
| Shawn Charles | 3-18-19 | 800.00 | Milk Pay |
| Howe DePot | 3-18-19 | 34.48 | Repair Parts |
| Byler Hardware | 3-20-19 | 46.99 | Hose |
| Sandy Lake Mills | 3-21-19 | 337.13 | minerals |
| Heath oil (63.12) | 3-26-19 | 54.38 | Diesel Truck |
| Heath oil | 3-22-19 | 99.98 | Diesel |
| Tractor Supply | 3-24-19 | 68.97 | oil & Fence Wire |
| Debra Reeder | 3-27-19 | 169.46 | 2019 Spring Taxes (113 + 112) |
| Heath oil | 3-28-19 | 44.19 | Diesel Truck |
| Tractor Supply | 3-31-19 | 50.60 | oil & Parts |
| Shawn Charles | 3-28-19 | 690.00 | Milk Pay |
| **TOTAL** | | **5152.64** | |

DAIRY FARMERS OF AMERICA, INC.    00001 659

| | | |
|---|---|---|
| YEE NO. 2  PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION 701  PAY GROUP 7902 |
| ME  LARRY E CHARLES | | PERIOD END 02/28/2019 |
| DRESS 1407 DECKARDS RUN RD | | PAYMENT DATE 03/19/2019 |
| COCHRANTON PA 16314 | | PERIOD 02/01/2019-02/28/2019 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 35,632 | 6,641.88 | 3,575.08- | 3,066.80 |
| YTD TOTALS | 71,792 | 13,277.67 | 1,202.91- | 12,074.76 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,635.52 | 2.53450 | LBS | 4,145.21 | 8,155.87 |
| PROTEIN | 1,150.89 | 1.17760 | LBS | 1,355.27 | 2,705.20 |
| OTHER SOLIDS | 2,063.07 | 0.26310 | LBS | 542.79 | 1,145.35 |
| PRODUCER PRICE DIFF | 35,632.00 | 1.71000 | CWT | 609.29 | 1,151.72 |
| LOCATION ADJUSTMENT | 35,632.00 | 0.02000 | CWT | 7.11 | 14.36 |
| SCC ADJUSTER | 35,632.00 | 0.14000 | CWT | 49.89 | 114.99 |
| SUB TOTAL | | | | 6,709.56 | 13,287.49 |
| QUALITY | 35,632.00 | 0.20000 | CWT | 71.28 | 270.16 |
| MARKET ADJUSTMENT | 35,632.00 | 0.39000- | CWT | 138.96- | 279.98- |
| SUB TOTAL | | | | 67.68- | 9.82- |
| OVERALL TOTAL | | | | 6,641.88 | 13,277.67 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 53.45- |
| CWT INVESTMENT | 0.04000 | CWT | 14.25- |
| MARKETING FEES | 0.14018 | CWT | 49.95- |
| HAULING | 0.59994 | CWT | 213.77- |
| FUEL SURCHARGE | 0.14001 | CWT | 49.89- |
| STOP CHARGE | 0.58936 | CWT | 210.00- |
| ADV. PMT RECOVERY | | | 2,983.77- |
| TOTAL MANDATORY | | | 3,575.08- |
| TOTAL DEDUCTIONS | | | 3,575.08- |

MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 3,066.80 |

PRICING / COMMUNICATIONS
PAY PRICE    18.64021

CUR. BASE CAPITAL LEVEL    4.77

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **659**
Date  03/19/2019

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 7902  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE

DFAC1903159134.3.000495.02.02.000000

**DFA** Dairy Farmers of America



# Production Statement

Period Ending 02/28/2019
Page 1 of 1

Producer No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES
Payee No.

## Pay Period Summary

Total Weight
35,632

## Pay Period Detail

| Production | | | Components | | | | | | Quality | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Tank Weight | Temp | Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
| 1 | 2,418 | 38 GA | 4.58 | 110.74 | 3.27 | 79.07 | 5.80 | 140.24 | 120 | | | | 0.551 | | |
| 3 | 2,619 | 38 GA | 4.17 | 109.21 | 3.28 | 85.90 | 5.77 | 151.12 | 90[1] | 8[1] | 2400[1] | | 0.547 | N[1] | |
| 5 | 2,629 | 38 GA | 4.13 | 108.58 | 3.23 | 84.92 | 5.80 | 152.48 | 74 | | | | 0.546 | | |
| 7 | 2,619 | 38 GA | 4.67 | 122.31 | 3.15 | 82.50 | 5.78 | 151.38 | 310 | | | | 0.543 | | |
| 9 | 2,427 | 38 GA | 5.06 | 122.81 | 3.19 | 77.42 | 5.84 | 141.74 | 110 | 2 | 4 | | 0.546 | | |
| 11 | 2,619 | 38 GA | 4.72 | 123.62 | 3.24 | 84.86 | 5.81 | 152.16 | 74 | | | | 0.548 | | |
| 13 | 2,639 | 38 GA | 4.64 | 122.45 | 3.28 | 86.56 | 5.77 | 152.27 | 71 | | | | 0.552 | | |
| 15 | 2,523 | 38 GA | 4.63 | 116.81 | 3.32 | 83.76 | 5.77 | 145.58 | 75 | 2 | 4 | | 0.553 | | |
| 17 | 2,570 | 38 GA | 4.50 | 115.65 | 3.21 | 82.50 | 5.77 | 148.29 | 89 | | | | 0.549 | | |
| 19 | 2,717 | 38 GA | | | | | | | | | | | | | |
| 21 | 2,523 | 38 GA | 4.53 | 114.29 | 3.19 | 80.48 | 5.77 | 145.58 | 560 | 6 | 5 | | 0.547 | | |
| 23 | 2,379 | 38 GA | 4.82 | 114.67 | 3.17 | 75.41 | 5.78 | 137.51 | 180 | | | | 0.539 | | |
| 25 | 2,427 | 38 GA | 4.56 | 110.67 | 3.17 | 76.94 | 5.82 | 141.25 | 85 | | | | 0.546 | | |
| 27 | 2,523 | 38 GA | | | | | | | | | | | | | |

**EU TEST RESULTS**

| | |
|---|---|
| EU SOMATIC CELL RESULT FOR FEB | SCC 153,000 |
| EU DEC-FEB ROLLING 3 MONTH GEOMETRIC MEAN | 117,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT

Girardcliff LP
Payroll Register
For the Period From Mar 7, 2019 to Mar 7, 2019

| Employee | Masked SS No | Date | Check | Pay Type | ay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 3/7/19 | 472.86 | PM 3.5 x 2 | 7.0 | 12.25 | 85.75 | 536.00 | -33.23 | -7.77 | -16.46 | -5.36 | -0.32 | | 2,336.90 | 0.64 | 144.89 | 33.89 | 71.75 | 23.37 | 1.41 |
| | | | | Amish 1.5 | 5.0 | 18.38 | 91.90 | | | | | | | | | | | | | | |
| | | | | AM 2 Hr | 3.0 | 24.50 | 73.50 | | | | | | | | | | | | | | |
| | | | | A/P 2.5 Hr | 8.0 | 30.63 | 245.04 | | | | | | | | | | | | | | |
| | | | | PM 3.25 Hr | 1.0 | 39.81 | 39.81 | | | | | | | | | | | | | | |

2/20 & 21 PM  3.5 Hrs each
3.5 x 2 = 7 hours



Giant dst LP
Payroll Register
For the Period From Mar 21, 2019 to Mar 21, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 3/21/19 | 410.70 | AM Amish | 2.0 | 18.38 | 36.76 | 465.54 | | -28.86 | -6.75 | -14.29 | -4.66 | -0.28 | | 2,802.44 | 0.64 | 173.75 | 40.64 | 86.04 | 28.03 | 1.69 |
| | | | | AM 2 Hr | 7.0 | 24.50 | 171.50 | | | | | | | | | | | | | | | |
| | | | | PM 2 Hr | 3.0 | 24.50 | 73.50 | | | | | | | | | | | | | | | |
| | | | | PM 2.5 Hr | 6.0 | 30.63 | 183.78 | | | | | | | | | | | | | | | |