UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,            :        Case No.: 19-10095-TPA
       Shirley M. Charles,           :
                                    :        Reporting Period: __April, 2019__
                                    :
                                    :        **Chapter 12**

**MONTHLY OPERATING REPORT**

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income — Milk | 3916.78 | Final 4-19 |
| Custom feeding payments | 2461.34 | Attorney's |
| Other farm income (please specify source) |  |  |
| New loans (specify source) |  |  |

B. **WAGES FROM OUTSIDE WORK**

| | | |
|---|---|---|
| Husband — Ben | 497.15 | 4-4-19 |
| Wife — Drug | 513.35 | 4-18-19 |

C. **OTHER RECEIPTS**

| | | |
|---|---|---|
| Social Security | 922.00 | Larry |
| Other: | 435.00 | Shirley |

Total Cash Receipts  8744.62

April 2019   Larry & Shirley Chard

## 3. FARM EXPENSES (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Heath Oil | 4-3 | 88.52 | Diesel fuel |
| Sandy Lake Mill | 4-4 | 259.75 | Mineral |
| Brian Neely | 4-6 | 400.00 | Hay |
| Nancy's | 4-6 | 400.00 | Hay |
| Ace Hardware | 4-6 | 121.57 | Diesel fuel |
| | 4-7 | 113.53 | Milk House Repair |
| Heath Oil | 4-8 | 54.38 | Diesel |
| Sandy Lake Mills | 4-8 | 54.35 | Mineral & Bagged Oats |
| Brian Neely | 4-13 | 400.00 | Hay |
| Heath Oil | 4-8 | 54.38 | Diesel |
| Heath Oil | 4-12 | 93.18 | Diesel |
| Sandy Lake Mills | 4-13 | 274.52 | Corn & Mineral |
| Graham Dairy | 4-13 | 205.09 | Milk House Supplies |
| Sandy Lake Mill | 4-16 | 189.57 | Calane |
| " " " | 4-17 | 65.75 | Min. |
| Joe Granthing | 4-19 | 160.00 | Bales Hay (Solid) |
| Sandy Lake Mill | 4-20 | 194.63 | Corn & Min |
| Pat Kenny | 4-19 | 200.00 | Hays |
| Meyo Equip | 4-20 | 23.73 | Mower Part |
| Heath oil | 4-16 | 53.64 | Diesel |
| " " | 4-20 | 164.73 | Diesel |
| Marthedaveter Rec | 4-19 | 561.68 | Erection |
| Shawn Chards | 4-19 | 1000.00 | Milk Pay |
| Cash | 4-19 | 525.00 | Fuel |
| Pat Kenny | 4-22 | 400.00 | Hay |
| Martins Stouter | 4-22 | 105.00 | Mower Part |

$116.91

**TOTAL**

Appendix B

4

**3. FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Heath oil | 4-22 | 15.36 | Gas for mower |
| " " | 4-23 | 44.19 | Diesel |
| Sandy Lake Mills | 4-24 | 183.58 | Corn |
| Farm Family | 4-29 | 582.64 | Insurance |
| Ag Tire, Sunshine | 4-29 | 100.00 | Tires (Paid on credit) |
| Heath oil | 4-26 | 86.54 | Diesel |
| ~~(scratched out)~~ | | | |
| Sandy Lake | 876.30 | 4-29 | Corn & Min |
| Shawn Charney | 900.00 | 4-29 | Pay |

~~(scratched out)~~
~~(scratched out)~~

Buying Hay at this time, but will soon have our own to cut and bale. (By end of May.)

**TOTAL** _____

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Prolanto | 4-3 | 458.00 | House Gas |
| McDonalds | 4-2 | 22.43 | Food |
| AT&T | 4-2 | 77.37 | TV |
| Windy Knoll | 4-4 | 63.40 | Misc. |
| Dollar Store | 4-5 | 7.50 | Misc. |
| Larissa Lesnyk | 4-6 | 18.07 | Misc |
| Wall Mart | 4-5 | 58.08 | Shower Gift |
| McDonald | 4-7 | 115.43 | Groc. |
| Raymond Anthony | 4-8 | 22.43 | Food |
| Dollar Smart | 4-10 | 67.00 | Animal food |
| Magazine | 4-12 | 48.34 | Misc |
| " | | 10.00 | Reading matl. |
| Wall Mart | 4-11 | 13.00 | Reading mat. |
| McDonalds | 4-14 | 178.03 | Grocery |
| | 4-14 | 18.20 | Food |
| Dollar Store | 4-16 | 10.83 | Misc |
| Rayne Flower | 4-16 | 22.24 | Flowers |
| Dollar Store | 4-18 | 35.23 | Misc |
| Ward Storman | 4-19 | 75.94 | Phone |
| Community King Jr | 4-19 | 98.35 | Clothes |
| Cochrater Po | 4-19 | 11.50 | Stamps |
| Windy Knoll | 4-20 | 38.40 | Groc. |
| Wall mart | 4-19 | 5698.00 | Groc. |
| Dollar Store | 4-23 | 26.35 | Misc |
| Market Place | 4-23 | 44.10 | Food |
| Windy Knoll | 4-24 | 11.60 | Groc. |

116+20

16, 17, 13

Appendix 3

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Windy Knoll | 4-27 | 37.47 | Groc |
| Wal-Mart | 4-28 | 118.39 | Groc |
| McDonalds | 4-28 | 10.60 | Food |
| Dollar Store | 4-29 | 25.48 | Misc |
| Market Place | 4-29 | 10.47 | Food |
| Fields | 4-30 | 107.75 | Meat |
| Kabaul | 4-30 | 34.99 | Work Shoes |

TOTAL