FILED
5/9/19 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES and | : | Case No. 19-10095-TPA |
| SHIRLEY M. CHARLES, | : | Chapter 12 |
| *Debtors.* | : | Related to Doc. 18, 36 |
| | : | Hearing: May 30, 2019 at 11:30 A.M. |

## ORDER TO SHOW CAUSE

A Chapter 12 Plan was due to be filed by the Debtors on May 6, 2019, and to date, no Plan has been filed. The Court previously held a hearing on February 27, 2019 on an *Order to Show Cause* issued against the Debtors on February 14, 2019 (Doc. 22) for their potential abuse of the bankruptcy process. The Debtors appeared and explained that they will make every effort to make this case work. Based on the Debtors' promises, the Court reluctantly allowed the case to proceed.

The Court's prior *Order to Show Cause* was issued as a result of the Debtors' two prior failed Chapter 12 cases. The Debtors' first Chapter 12 was filed on August 9, 2010 and was dismissed on June 6, 2014 for an inability to make plan payments. Their second case was filed on June 20, 2014 and dismissed on December 20, 2018 for a failure to make plan payments, with an accrued $45,787 in arrears with 18 months left in their plan. The above-captioned case was filed on February 4, 2019. These Debtors have been in bankruptcy for almost nine years, with no discharge achieved in any of their cases.

The Court has previously explained that although it knows the struggles dairy farmers in this area are currently facing, to remain fair to creditors, the Court cannot allow them to remain in bankruptcy forever. For that reason, the Court stated in the *Order* (Doc. 36) vacating

1

the prior *Order to Show Cause* that if this case is unsuccessful, it will be dismissed with a three-year bar to refiling. Based on these prior admonitions, the Court expected all deadlines in this case to be met.

*AND NOW,* this *9th* day of *May, 2019,* for the reasons stated above, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that an ***Order to Show Cause*** is issued against the Debtors, **Larry E. Charles** and **Shirley M. Charles,** and their Counsel, **Brian C. Thompson** to personally appear at a hearing scheduled for *May 30, 2019 at 11:30 A.M* in the Erie Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501 and show cause why sanctions should not be imposed, in the form of dismissal of the above-captioned case with a three-year bar to refiling, for failing to timely file a Chapter 12 Plan.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Brian Thompson, Esq.
    Ronda Winnecour, Esq.
    Debtors

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-10095-TPA
Larry E. Charles                                                Chapter 12
Shirley M. Charles
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: culy              Page 1 of 1           Date Rcvd: May 09, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
```
db/jdb        +Larry E. Charles,   Shirley M. Charles,   1407 Deckards Run Road,   Cochranton, PA 16314-9343
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              David A. Scott    on behalf of Creditor   CNH Industrial Capital America LLC scott@lg-law.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```