IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10095-TPA |
| | : | |
| LARRY E. CHARLES, | : | Chapter 12 |
| SHIRLEY M. CHARLES, | : | |
| | : | Document No. |
| Debtors. | : | |

## SUMMARY OF CHAPTER 12 PLAN DATED MAY 16, 2019

Debtors, Larry E. Charles and Shirley M Charles by and through their counsel, submits this Summary of their Chapter 12 Plan dated May 16, 2019("Plan'). The following is merely a brief overview of the material provisions of the Plan, and is qualified in its entirety by reference to the full text of the Plan. The Plan provides for the following treatment of creditors:

<u>Administrative Claimants</u>.   Paid in full.

<u>Priority Creditors</u>
- Internal Revenue Service. Paid in full over 5 years with annual payments.
- Pennsylvania Department of Revenue. Paid in full over 5 years with annual payments.

<u>Secured Creditors</u>

- CNH Industrial Capital (Claim 6). Paid at modified terms
- CNH Industrial Capital (Claim 7). Paid at modified terms.
- Venango County Tax Claim Bureau. Paid in full at 5.25% over 60 months.
- Farm Service Agency. Paid in full over 180 months at 2.375%.
- Commercial Loan Invesment. Paid in full over 240 months at 7.85%.
- Wells Fargo Leasing. Paid at modified terms.
- Leaf Funding. Paid at modified terms.

<u>General Unsecured Claims</u>.   Estimated distribution of 1%.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: May 23, 2019 | */s/ Brian C. Thompson* |
| | Brian C. Thompson, Esquire |
| | PA-91197 |
| | THOMPSON LAW GROUP, P.C. |
| | 125 Warrendale-Bayne Road, Suite 200 |
| | Warrendale, PA 15086 |
| | 724-799-8404 Telephone |
| | 724-799-8409 Facsimile |
| | bthompson@thompsonattorney.com |