**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10095-TPA |
| | : | |
| LARRY E. CHARLES, | : | Chapter 12 |
| SHIRLEY M. CHARLES, | : | |
| | : | Document No. |
| Debtors. | : | |

## HISTORICAL INCOME AND EXPENSE SUMMARY

| Pre-Plan Periods | May 2018 | June 2018 | July 2018 | August 2018 | Sept 2018 | Oct 2018 | Nov 2018 | Dec 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Flow from Operations: | 4029.48 | 3539.43 | 4513.54 | 4405.77 | 6272.29 | 5573.72 | 6878.72 | 8512.64 | 8964.27 | 12068.05 | 8325.43 | 8744.62 |
| Less Total Projected Disbursement | 4583.94 | 3460.62 | 4531.39 | 4282.11 | 5956.02 | 6033.76 | 6427.72 | 8101.64 | 7833.78 | 9227.92 | 7005.87 | 9523.96 |
| Cash Flow | (554.46) | 78.81 | (17.85) | 123.66 | 316.27 | (460.04) | 451 | 411.04 | 1130.49 | 2840.13 | 1319.56 | (779.34) |

Definitions:

Figures are based on actual income and expenses as found in Debtor's bank records.