## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10095-TPA |
| | : | |
| LARRY  E. CHARLES, | : | Chapter 12 |
| SHIRLEY M. CHARLES, | : | |
| | : | Document No. |
| Debtors. | : | |

## PROJECTED INCOME AND EXPENSE SUMMARY

| Post Petition Periods | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Projected Cash Flow from Operations: | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 |
| Less Total Projected Disbursements Excluding PMTS to Creditors In a Plan | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 |
| Anticipated Cash Flow Available for Plan | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 |

Definitions:

Figures are based on average actual income and expenses available on monthly operating reports for the first three months of the present case.