Case 19-10095-TPA    Doc 73    Filed 06/21/19    Entered 06/21/19 09:50:23    Desc Main
Document      Page 1 of 1

FILED
6/21/19 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 19-10095-TPA
:
Larry E. Charles : Chapter: 12
Shirley M. Charles :
*Debtor(s).* :
: Date: 6/20/2019
: Time: 11:30

## PROCEEDING MEMO

**MATTER:** #49 Order to Show Cause for failing to timely file a Chapter 12 Plan
*(Debtors and Brian C. Thompson, Esq. to personally appear)*

**APPEARANCES:**
Debtor: Brian C. Thompson
Trustee: Ronda J. Winnecour (video)
Farm Service
Agency: Jill Locnikar (video)

**NOTES:**

Court: Projected and historical data goes through the motions. The Court will allow another deadline to file them correctly.

Thompson: The attachment on the dairy check has started.

**OUTCOME:** Two weeks to clean up Plan documents. Chambers to enter order.

jlm