UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,          :     Case No.: 19-10095-TPA
       Shirley M. Charles,      :
                                 :     Reporting Period:  May, 2019
                                 :
                                 :     Chapter 12

**MONTHLY OPERATING REPORT**

May 2019 — Larry and Shirley Chavless — (1)

2

|  | MONTH (May) | YEAR TO DATE |
|---|---|---|
| Custom farming income | mike 2541.68 | 5-20-19 |
| Custom feeding payments | ~~Al 0~~ | |
| Other farm income (please specify source) | 2496.90 | 5-28-19 |

New loans (specify source)

B. WAGES FROM OUTSIDE WORK

| Husband — Bur— | 329.63 | 5-3-19 |
| Wife | 432.28 | 5-16-19 |
|  | 432.78 | 5-30-19 |

C. OTHER RECEIPTS

| Social Security | | |
| Other: Larry | 971.00 | 5-3-19 |
| Shirley | 495.00 | 5-3-19 |

Total Cash Receipts    7535.59

Appendix B

55

May 2019                                Larry & Shirley Strain

4

## 3. FARM EXPENSES (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Sandy Lake Mill | 5-1-19 | 304.55 | Corn + minerals |
| Heath Oil | 5-1-19 | 55.38 | Diesel |
| Pat Carey | 5-6-19 | 450.00 | Hay |
| Heath Oil | 5-3-19 | 102.97 | Diesel |
| Sandy Lake | 5-4-19 | 253.66 | Corn + Min. |
| Heath Oil | 5-8-19 | 51.89 | Diesel |
| Sandy Lake | 5-8-19 | 255.89 | Corn + min |
| Greenen Pastures | 5-5-19 | 22.32 | Vet |
| " " | 5-3-19 | 28.00 | Vet |
| Graham Dairy | 5-10-19 | 500.00 | Milking Parlor Repair |
| Heath Oil | 5-10-19 | 34.59 | Diesel |
| Pat Carey | 5-11-19 | 200.00 | Hay |
| Sandy Lake | 5-15-19 | 189.15 | Corn |
| " " | 5-15-19 | 268.44 | Corn + min |
| Heath Oil | 5-15-19 | 94.95 | Diesel |
| Tractor Supply | 5-5-19 | 50.06 | Oil |
| Pat Carey | 5-16-19 | 200.00 | Hay |
| Heath Oil | 5-17-19 | 95.75 | Diesel |
| Northwestern REC | 5-18-19 | 594.29 | Electric |
| Wind Stream | 5-19-19 | 75.94 | Phone |
| Sharon Charles | 5-20-19 | 750.00 | Hay |
| Sandy Lake | 5-22-19 | 244.00 | Feed |
| Heath Oil | 5-24-19 | 149.76 | Diesel |
| Dachshen Dairy | 5-22-19 | 150.00 | Truck Repairs + inspection |
| Sandy Lake | 5-15-19 | ___ | Feed + min |

**TOTAL**

Appendix B

*May & Bill   Lucy & Shirley Chan...*

4

(3)

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Gallagher auto | 5-28 | 200.98 | Pay on acct. |
| Gandy Lake | 5-28 | 218.25 | Urea |
| Heath oil | 5-29 | 78.84 | Diesel |
| Land Pro | 5-30 | 96.65 | Parts |
| Gandy Lake | 5-30 | 47.13 | Calcium |
| | | 649.50 | |

TOTAL

May 2019

Larry & Shirley Clark

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| ~~Hallmark~~ C&A Appliance | 5-2-19 | 83.31 | Repair Dryer |
| AT&T | 5-2-19 | 78.06 | Phone |
| Wallmart | 5-5-19 | 146.13 | Groc. |
| Diane Bogth | 5-6-19 | 205.00 | eye exam & glasses |
| Raymond Anthony | 5-6-19 | 55.00 | animal feed |
| Dollar Store | 5-10-19 | 6.30 | Misc |
| Family Chiro | 5-10-19 | 30.00 | Co-Pay |
| Market Place | 5-10-19 | 4.47 | Food |
| Wallmart | 5-12-19 | 114.58 | Groc. |
| Cracker Barrel | 5-12-19 | 38.36 | Dinner |
| Family Chiro | 5-15-19 | 20.00 | Co-Pay |
| Dollar Store | 5-14-19 | 27.49 | Misc |
| McDonalds | 5-15-19 | 15.67 | Food |
| Wendy Krare | 5-18-19 | 87.34 | Groc. |
| Market Place | 5-27-19 | 54.48 | Groc. |
| TOTAL | | 966.09 | |

Girardet LP
Payroll Register
For the Period From May 30, 2019 to May 30, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Pay Hrs | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 5/30/19 | 432.28 | Rate 2 Hr | 20.0 24.50 | 490.00 | 490.00 | | -30.38 | -7.11 | -15.04 | -4.90 | -0.29 | |

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardat LP
Payroll Register
For the Period From May 30, 2019 to May 30, 2019

| 5-30-19 | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 5,301.53 | 0.64 | 328.70 | 76.89 | 162.75 | 53.03 | 3.18 |

Giardini LP
Payroll Register
For the Period From May 2, 2019 to May 2, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 5/2/19 | 329.63 | Amish 1.5 Hr | 4.0 | 18.38 | 73.52 | 373.65 | | -23.17 | -5.42 | -11.47 | -3.74 | -0.22 | |
| | | | | Rate 2 Hr | 11.0 | 24.50 | 269.50 | | | | | | | | |
| | | | | Rate 2.5 Hr | 1.0 | 30.63 | 30.63 | | | | | | | | |

Girardot, LP
Payroll Register
For the Period From May 2, 2019 to May 2, 2019

| Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|
| 4,321.53 | 0.64 | 267.94 | 62.67 | 132.67 | 43.23 | 2.60 |

5-2-19

Larry E. Charles

DAIRY FARMERS OF AMERICA, INC.                                           00001
                                                                          535

| | PRODUCER NO. | NORTHEAST FLUID AREA | | DIVISION | 701 PAY GROUP 747D |
BE NO. LARRY E CHARLES
RESS 1407 DECKARDS RUN RD
COCHRANTON PA  16314

PERIOD END   04/30/2019
PAYMENT DATE 05/20/2019
PERIOD       04/01/2019-04/30/2019

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 29,407 | 5,538.48 | 3,009.80- | 2,528.68 |
| YTD TOTALS | 139,830 | 26,313.37 | 2,423.13- | 23,890.24 |

PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| TTERFAT | 1,240.97 | 2.53750 | LBS | 3,148.97 | 15,642.44 |
| OTEIN | 914.53 | 1.98900 | LBS | 1,819.00 | 6,552.16 |
| HER SOLIDS | 1,685.00 | 0.19900 | LBS | 335.30 | 1,971.03 |
| ODUCER PRICE DIFF | 29,407.00 | 0.48000 | CWT | 141.15 | 1,737.11 |
| CATION ADJUSTMENT | 29,407.00 | 0.10000 | CWT | 29.41 | 82.41 |
| C ADJUSTER | 29,407.00 | 0.20000 | CWT | 58.81 | 247.21 |
| SUB TOTAL | | | | 5,532.64 | 26,232.36 |
| ALITY | 29,407.00 | 0.35000 | CWT | 102.90 | 585.54 |
| RKET ADJUSTMENT | 29,407.00 | 0.33000- | CWT | 97.06- | 504.53- |
| SUB TOTAL | | | | 5.84 | 81.01 |
| OVERALL TOTAL | | | | 5,538.48 | 26,313.37 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 44.11- |
| CWT INVESTMENT | 0.04000 | CWT | 11.76- |
| MARKETING FEES | 0.15507 | CWT | 45.60- |
| HAULING | 0.84993 | CWT | 249.94- |
| FUEL SURCHARGE | 0.16000 | CWT | 47.05- |
| STOP CHARGE | 0.51008 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 2,461.34- |
| TOTAL MANDATORY | | | 3,009.80- |
| TOTAL DEDUCTIONS | | | 3,009.80- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                        18.83388

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | | 2,528.68 |

CUR. BASE CAPITAL LEVEL            6.16

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **535**
Date       05/20/2019

* * VOID* * VOID* *

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



NON - NEGOTIABLE * * *    ADVICE STATEMENT * * *   NON - NEGOTIABLE

# Production Statement

**DFA** Dairy Farmers of America

Producer No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

Payee No.

Period Ending 04/30/2019
Page 1 of 1

## Pay Period Summary

Total Weight: 29,407

## Pay Period Detail

| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 2,446 | 38 GA | 4.42 | 108.11 | 3.27 | 79.98 | 5.73 | 140.16 | 68[1] | 2[1] | 3[1] | | 0.547 | | N[1] |
| 4 | 1 | 2,284 | 38 GA | 4.51 | 103.01 | 3.18 | 72.63 | 5.75 | 131.33 | 90 | | | | 0.542 | | |
| 6 | 1 | 2,188 | 38 GA | 4.57 | 99.99 | 3.06 | 66.95 | 5.81 | 127.12 | 87 | | | | 0.546 | | |
| 8 | 1 | 2,284 | 38 GA | 4.29 | 97.98 | 3.12 | 71.26 | 5.76 | 131.56 | 90 | 7 | 13 | | 0.542 | | |
| 10 | 1 | 2,284 | 38 GA | 4.15 | 94.79 | 3.21 | 73.32 | 5.72 | 130.64 | 120 | | | | 0.541 | | |
| 11 | 1 | 1,051 | 38 GA | 4.48 | 47.08 | 3.24 | 34.05 | 5.78 | 60.75 | 99 | | | | 0.545 | | |
| 13 | 1 | 1,967 | 33 GA | 4.47 | 87.92 | 3.15 | 61.96 | 5.75 | 113.10 | 73 | | | | 0.543 | | |
| 15 | 1 | 2,004 | 38 GA | 4.28 | 85.77 | 3.12 | 62.52 | 5.72 | 114.63 | 150 | 4 | 6 | | 0.541 | | |
| 17 | 1 | 1,940 | 38 GA | 4.38 | 84.97 | 3.17 | 61.50 | 5.64 | 109.42 | 140 | | | | 0.542 | | |
| 19 | 1 | 1,912 | 38 GA | 4.20 | 80.30 | 3.10 | 59.27 | 5.67 | 108.41 | 160 | | | | 0.541 | | |
| 21 | 1 | 1,866 | 38 GA | 3.99 | 74.45 | 3.02 | 56.35 | 5.70 | 106.36 | 96 | 3 | 3 | | 0.543 | | |
| 23 | 1 | 1,729 | 38 GA | 3.96 | 68.47 | 2.96 | 51.18 | 5.70 | 98.55 | 98 | | | | 0.540 | | |
| 25 | 1 | 1,747 | 38 GA | 3.96 | 69.18 | 2.99 | 52.24 | 5.72 | 99.93 | 100 | | | | 0.541 | | |
| 27 | 1 | 1,839 | 38 GA | 3.85 | 70.80 | 3.01 | 55.35 | 5.73 | 105.37 | 82 | | | | 0.539 | | |
| 29 | 1 | 1,866 | 38 GA | 3.92 | 73.15 | 3.05 | 56.91 | 5.73 | 106.92 | 100 | | | | 0.541 | | |

**EU TEST RESULTS**

| | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR APR | 103,000 |
| EU FEB-APR ROLLING 3 MONTH GEOMETRIC MEAN | 116,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT

