IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| | ) | |
| LARRY E. CHARLES | ) | Case No.: 19-10095-tpa |
| and | ) | |
| SHIRLEY M. CHARLES, | ) | |
|     Debtors. | ) | |
| | ) | |

**AMENDED NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(a)
AND (b) WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES AND
<u>PLEADINGS UNDER BANKRUPTCY RULE 2002</u>**

**PLEASE TAKE NOTICE** that Fairport Asset Management II, LLC, successor to Commercial Loan Investment VII, LLC appears by its attorney, Buchanan Ingersoll & Rooney PC, in the above-captioned case and pursuant to Bankruptcy Rules 9010(a) and (b) requests that (a) it receives copies of all notices, pleadings, motions, orders to show cause, applications, requests, proposed orders and conformed copies of orders filed in all matters arising herein and (b) all such documents to be directed to counsel at the address set forth below:

Buchanan Ingersoll & Rooney PC
Attn: Christopher P. Schueller, Esquire
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219
412-562-8800 – phone
412-562-1041 – fax
[Christopher.schueller@bipc.com](mailto:Christopher.schueller@bipc.com)

Dated: June 25, 2019

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher P. Schueller
Christopher P. Schueller (PA Id. No. 92746)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219
412-562-8800 – phone
412-562-1041 – fax

*Attorneys for Fairport Asset Management II, LLC,* successor to *Commercial Loan Investment VII, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 12 |
| ) | |
| LARRY E. CHARLES ) | Case No.: 19-10095-tpa |
| and ) | |
| SHIRLEY M. CHARLES, ) | |
|    Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 25th day of June, 2019 a copy of the foregoing Notice via ECF notification upon all parties-in-interest.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: June 25, 2019

/s/ Christopher P. Schueller
Christopher P. Schueller (PA Id. No. 92746)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219
412-562-8800 – phone
412-562-1041 – fax

*Attorneys for Fairport Asset Management II, LLC,*
successor to *Commercial Loan Investment VII, LLC*