# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 12 |
| ) | |
| LARRY E. CHARLES ) | Case No.: 19-10095-tpa |
| and ) | |
| SHIRLEY M. CHARLES, ) | |
|    Debtors. ) | |
| ) | |

## AMENDED CERTIFICATION OF SERVICE OF NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(a) AND (b) WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES AND PLEADINGS UNDER BANKRUPTCY RULE 2002

I hereby certify that I served or caused to be served the 25th day of June, 2019 a copy of the Notice Of Appearance Under Bankruptcy Rule 9010(a) And (b) With Request For Copies Of All Orders, Notices And Pleadings Under Bankruptcy Rule 2002 via ECF notification upon all parties-in-interest on the attached service list.

                                          **BUCHANAN INGERSOLL & ROONEY PC**

Dated: June 27, 2019

                              /s/ Kelly M. Neal
                              Kelly M. Neal (PA Id. No. 306473)
                              One Oxford Centre
                              301 Grant Street, 20th Floor
                              Pittsburgh, PA  15219
                              412-562-8800 – phone
                              412-562-1041 – fax

                              *Attorneys for Fairport Asset Management II, LLC,*
                              successor to *Commercial Loan Investment VII, LLC*

Service List

Jill Locnikar on behalf of Creditor United States of America acting through Farm Service Agency
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

David A. Scott on behalf of Creditor CNH Industrial Capital America LLC
scott@lg-law.com

Brian C. Thompson on behalf of Debtor Larry E. Charles
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com

Brian C. Thompson on behalf of Joint Debtor Shirley M. Charles
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com

James Warmbrodt on behalf of Creditor DITECH FINANCIAL LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com