UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,            :        Case No.: 19-10095-TPA
       Shirley M. Charles,      :
                                :        Reporting Period:  June, 2019
                                :
                                :        Chapter 12

**MONTHLY OPERATING REPORT**

2

| | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income<br>Custom feeding payments<br>Other farm income<br>(please specify source) | milk<br>Fina - Now<br>Alvac 29.55 | |
| New loans (specify source) | | |

B. **WAGES FROM OUTSIDE WORK**

Husband    Ben —  389.06  — 6-13-39
Wife

C. **OTHER RECEIPTS**

Social Security    harry  925.40
Other:              Shelby
                    cut of eq.  1315.00

Total Cash Receipts    3413.61

Bankruptcy Payment out of milk check. Got Partial Payment, because case was not in on time. Payment sent was $2844.47. July Payment will be $3400. Applied for unemployment from bus company. Did not have details as of yet.

4

**3. FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Heath oil | 6-5 | 151.88 | Diesel |
| Sandy Lake | 6-5 | 192.90 | misc |
| " " | 6-6 | 145.50 | Soybean |
| Heath oil | 6-10 | 47.59 | diesel |
| Watsons | 6-10 | 74.04 | Part |
| Sandy Lake | 6-10 | 106.98 | Feed |
| Heath oil | 6-11 | 95.96 | Diesel |
| Point Spring | 6-13 | 10.00 | Part |
| North Western | 6-19 | 584.28 | Electric |
| Heath oil | 6-17 | 54.38 | Diesel |
| " " | 6-19 | 110.08 | Diesel |
| " " | 6-25 | 138.604 | Diesel |

1523.53

1634.39

TOTAL

57

Appendix B

3

III. EXPENSES PAID

A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Wendy Kroll | 6-6 | 18.09 | groc |
| Miller Stan | 6-6 | 23.16 | Bali |
| " " | 6-10 | 20.54 | Bell |
| Wall Mart | 6-12 | 137.90 | groc |
| Lil Caesars | 6-16 | 17.65 | Pizza (not grocery) |

~~$30.99~~
207.30

| Wendy Stream | 6-24 | 77.27 | Phone |

284.57

| Market Place | 6-24 | 25.70 | Groc |
| Dollar Store | 6-24 | 33.51 | misc |

343.78

TOTAL

Girardat LP
Payroll Register
For the Period From Jun 13, 2019 to Jun 13, 2019

| Employee | Masked SS | Date | Check | Pay Type | Rate | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 6/13/19 | 389.06 | 2 Hr | | 18.0 | 24.50 | 441.00 | 441.00 | | -27.34 | -6.39 | -13.54 | -4.41 | -0.26 | |





| Date | Employee | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| 6-13-19 | Larry E. Charles | 5,742.53 | 0.64 | 356.04 | 83.28 | 176.29 | 57.44 | 3.44 |

Girardi LP
Payroll Register
For the Period From Jun 13, 2019 to Jun 13, 2019

DAIRY FARMERS OF AMERICA, INC.

```
AYEE NO.         PRODUCER NO.           NORTHEAST FLUID AREA              DIVISION    701  PAY GROUP 747D
AME    LARRY E CHARLES                                                    PERIOD END       05/31/2019
                                                                          PAYMENT DATE     06/19/2019
DDRESS 1407 DECKARDS RUN RD                                               PERIOD           05/01/2019-05/31/2019
       COCHRANTON PA 16314
```

|  | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 31,459 | 5,882.69 | 5,882.69- | 0.00 |
| YTD TOTALS | 171,289 | 32,196.06 | 5,849.12- | 26,346.94 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,258.36 | 2.57180 | LBS | 3,236.25 | 18,878.69 |
| PROTEIN | 965.79 | 2.11590 | LBS | 2,043.53 | 8,595.69 |
| OTHER SOLIDS | 1,799.47 | 0.18470 | LBS | 332.37 | 2,303.40 |
| PRODUCER PRICE DIFF | 31,459.00 | 0.56000 | CWT | 176.16 | 1,913.27 |
| LOCATION ADJUSTMENT | 31,459.00 | 0.10000 | CWT | 31.46 | 113.87 |
| SCC ADJUSTER | 31,459.00 | 0.20000 | CWT | 62.92 | 310.13 |
| SUB TOTAL |  |  |  | 5,882.69 | 32,115.05 |
| QUALITY | 31,459.00 | 0.35000 | CWT | 110.06 | 695.60 |
| MARKET ADJUSTMENT | 31,459.00 | 0.35000- | CWT | 110.06- | 614.59- |
| SUB TOTAL |  |  |  |  | 81.01 |
| OVERALL TOTAL |  |  |  | 5,882.69 | 32,196.06 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 47.19- |
| CWT INVESTMENT | 0.04000 | CWT | 12.58- |
| MARKETING FEES | 0.14946 | CWT | 47.02- |
| HAULING | 0.84996 | CWT | 267.39- |
| FUEL SURCHARGE | 0.16002 | CWT | 50.34- |
| STOP CHARGE | 0.50860 | CWT | 160.00- |
| ADV. PMT RECOVERY |  |  | 2,456.70- |
| TOTAL MANDATORY |  |  | 3,041.22- |
| ASSIGNEE | MTD |  | CURRENT |
| RONDA J WINNEC-PD | 2,841.47- |  | 2,841.47- |
| TOTAL ASSIGNMENTS |  |  | 2,841.47- |
| TOTAL DEDUCTIONS |  |  | 5,882.69- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE    18.69955

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|

CUR. BASE CAPITAL LEVEL    6.16

---



**Dairy Farmers of America**
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No
Date       06/19/2019

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

```
701  747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314
```

NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE

**DFA - Dairy Farmers of America**

## Production Statement

Producer No.: **LARRY E CHARLES**  
Payee No.: **LARRY E CHARLES**  
Period Ending: 05/31/2019  
Page 1 of 1

### Pay Period Summary

Total Weight: **31,459**

### Pay Period Detail

| Day | Tank Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  | 1,912 | 38 GA | 3.88 | 74.19 | 3.03 | 57.93 | 5.71 | 109.18 | 84[1] | 1[1] | 2[1] | | 0.542 | N[1] | |
| 3  | 1,958 | 38 GA | 3.84 | 75.19 | 3.04 | 59.52 | 5.75 | 112.59 | 70 | | | | 0.540 | | |
| 5  | 2,141 | 38 GA | 3.81 | 81.57 | 3.08 | 65.94 | 5.72 | 122.47 | 140 | | | | 0.545 | | |
| 7  | 2,095 | 38 GA | 3.97 | 83.17 | 3.15 | 65.99 | 5.73 | 120.04 | 120 | 3 | 6 | | 0.536 | | |
| 9  | 1,958 | 38 GA | | | | | | | | | | | | | |
| 11 | 1,930 | 38 GA | 4.16 | 80.29 | 3.02 | 58.29 | 5.73 | 110.59 | 180 | | | | 0.538 | | |
| 13 | 1,821 | 38 GA | 4.01 | 73.02 | 3.06 | 55.72 | 5.72 | 104.16 | 96 | 1 | 1 | | 0.541 | | |
| 15 | 2,004 | 38 GA | 3.97 | 79.56 | 3.08 | 61.72 | 5.75 | 115.23 | 89 | | | | 0.541 | | |
| 17 | 1,967 | 38 GA | 3.81 | 74.94 | 3.07 | 60.39 | 5.72 | 112.51 | 110 | | | | 0.536 | | |
| 19 | 1,958 | 38 GA | 3.88 | 75.97 | 3.03 | 59.33 | 5.73 | 112.19 | 73 | | | | 0.539 | | |
| 21 | 1,958 | 38 GA | | | | | | | | | | | | | |
| 23 | 1,967 | 38 GA | 4.02 | 79.07 | 3.09 | 60.78 | 5.69 | 111.92 | 76 | 1 | 5 | | 0.539 | | |
| 25 | 2,141 | 38 GA | 3.98 | 85.21 | 3.06 | 65.51 | 5.72 | 122.47 | 120 | | | | 0.543 | | |
| 27 | 2,004 | 38 GA | | | | | | | | | | | | | |
| 29 | 1,821 | 38 GA | 4.38 | 79.76 | 3.09 | 56.27 | 5.66 | 103.07 | 220 | | | | 0.540 | | |
| 31 | 1,824 | 38 GA | 4.26 | 77.70 | 3.08 | 56.18 | 5.67 | 103.42 | 160 | | | | 0.542 | | |

**EU TEST RESULTS**

| | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR MAY | 118,000 |
| EU MAR-MAY ROLLING 3 MONTH GEOMETRIC MEAN | 107,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

