## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Larry E. Charles, and | : | Bankruptcy Case No.: 19-10095-TPA |
| Shirley M. Charles, | : | |
| | : | Chapter 12 |
| Debtors. | : | |
| | : | |
| Larry E. Charles, and | : | Document No.: |
| Shirley M. Charles, | : | |
| | : | Related to Document No.: |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Larry E. Charles, and | : | Bankruptcy Case No.: 19-10095-TPA |
| Shirley M. Charles, | : | |
| | : | Chapter 12 |
| Debtors. | : | |
| | : | Document No.: |

**AMENDED PROJECTED INCOME AND EXPENSE SUMMARY**

| Post Petition Periods | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Projected Cash Flow from Operations: | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 | 9712.42 |
| Less Total Projected Disbursements Excluding PMTS to Creditors In a Plan | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 | 8585 |
| Anticipated Cash Flow Available for Plan | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 | 1127.42 |

Definitions:

Figures above are based on average actual income and expenses available on monthly operating reports for the first three months of the present case.  Debtors actually experienced an increase in income beginning in December 2108 as evidenced by the historical summary attached to this plan which would increase the average.  Said increase is attributable to the increased production they have been able to achieve as well as the market increase in milk prices.  Debtors derive substantial income from the payment of milk checks.  Debtors have significantly increased the volume of their milk production and the most recent USDA projections for milk prices indicate that the all milk price forecast for 2019 is $18.00 per cwt and the projections for 2020 are $18.90 per cwt.  See, https://www.ers.usda.gov/topics/animal-products/dairy/market-outlook/.  Further, the Debtors' son, David Charles is nearing the end of his Chapter 12 case and is still actively seeking to purchase the tractor financed through CNH which would further enhance the feasibility of the Debtors plan by significantly reducing the amount of debt to be serviced.

The projected income is likely a conservative estimate based on the income in the first three months of the case and continued payment to CNH for the tractor. The most recent milk check available for review had an $18.83 per cwt price. Debtors counsel does not wish to oversell the projected increase in milk prices as those are subject to revision and could be sensitive to tariff decisions made by the current administration and Chinese responses thereto. Counsel is also hesitant to reduce expenses based on the potential purchase of the tractor, lest it appear that the plan was based on too many contingencies.

Debtors operations have produced an average weight of 32,965 lbs of milk per month through the first four months of the plan (counsel does not have weight documentation for the period prior to filing although based on the historical income data available it was likely higher). At a projected price of $18.90, Debtors can reasonably project monthly milk checks of at least $6,230 going forward. Added to that is the non-farm income and social security of approximately $2000 and projected minimum income is $8,230. The debtors' milk check is currently attached and should be remitting in sufficient amounts to fund the debtors plan.