# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LARRY E. CHARLES and SHIRLEY M. ) | Bankruptcy No. 19-10095-TPA |
| CHARLES, ) | |
| ) | Chapter 12 |
| Debtors. ) | |
| _____ ) | |
| ) | Document No. _____ |
| CNH INDUSTRIAL CAPITAL AMERICA ) | |
| LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| LARRY E. CHARLES, Debtor, and ) | |
| RONDA J. WINNECOUR, Chapter 12 ) | |
| Trustee, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF CNH INDUSTRIAL CAPITAL AMERICA LLC FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENTS:

You are hereby notified that the above Motion seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than August 12, 2019, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's webpage at www.pawb.uscourts.gov If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing[1] will be held on August 22, 2019 at 11:30 a.m. before Judge Thomas P. Agresti, in Bankruptcy Courtroom, U.S. Courthouse, 17 Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

---

[1] Movant intends to ask the Court for permission to participate by videoconference in accordance with applicable procedures.

An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service: July 26, 2019

/s/ David A. Scott
David A. Scott
LeClaire Griewahn & Scott LLC
835 Western Avenue
Pittsburgh, PA 15233
412-321-9303
PA ID 17387
scott@lg-law.com