**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LARRY E. CHARLES and SHIRLEY M. ) | Bankruptcy No. 19-10095-TPA |
| CHARLES, ) | |
| Debtors. ) | Chapter 12 |
| _____ ) | |
| ) | Related to Document Nos. 93 and 95 |
| CNH INDUSTRIAL CAPITAL AMERICA LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| LARRY E. CHARLES, Debtor, and RONDA J. ) | |
| WINNECOUR, Chapter 12 Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served the foregoing Motion for Relief from the Automatic Stay, and Notice of Hearing with Response Deadline on the parties at the addresses specified below on July 26, 2019. The type(s) of service made on the parties was first-class mail and electronic service.

Service by First-Class Mail on the following and those on attached list:

| | |
|---|---|
| Larry E. Charles | Ronda J. Winnecour, Esq. |
| Shirley M. Charles | Suite 3250, USX Tower |
| 1407 Deckards Run Road | 600 Grant Street |
| Cochranton, PA 16314 | Pittsburgh, PA 15219 |
| (Debtors) | (Chapter 12 Trustee) |

Service by Electronic Notification:

| | |
|---|---|
| Office of the U. S Trustee | Brian C. Thompson, Esq. |
| Suite 970, Liberty Center | 125 Warrendale Bayne Road |
| 1001 Liberty Avenue | Warrendale, PA 15086 |
| Pittsburgh, PA 15222 | bthompson@ThompsonAttorney.com |
| ustpregion03.pi.ecf@usdoj.gov | (Attorney for Debtors) |

                                                        /s/ David A. Scott
David A. Scott, Of Counsel
PA I.D. 17387
LeClaire Griewahn & Scott LLC
835 Western Avenue
Pittsburgh, PA 15233