**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re: Larry E. Charles,** | : | **Case No.: 19-10095-TPA** |
| **Shirley M. Charles,** | : | |
| | : | **Reporting Period: July, 2019** |
| | : | |
| | : | **Chapter 12** |

# MONTHLY OPERATING REPORT

July 2019

Larry & Shirley Charles

1

2

| | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 1360.54 | |
| Custom feeding payments | 1079.29 | |
| Other farm income (please specify source) milk | | |
| | | |
| | | |
| | | |
| New loans (specify source) | | |
| | | |
| | | |

**B. WAGES FROM OUTSIDE WORK**

| | MONTH | YEAR TO DATE |
|---|---|---|
| Husband | [illegible] | unemployment 570.00 |
| Wife | [illegible] | |

**C. OTHER RECEIPTS**

| | MONTH | YEAR TO DATE |
|---|---|---|
| Social Security | 921.00 | |
| Other: | 435.00 | |
| | | |
| | | |
| | | |
| Total Cash Receipts | 4316.88 | |

Balance as of end of June was - 1886.08

unEmployment is Paid by Visa Card for the State. Every two weeks $184.00 Weekly - $228 Total taxes are all out.

(2)

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Family Farm | 7-1 | 583.64 | Insurance |
| Sandy Lake | 7-5 | 269.63 | Feed |
| Heath Oil | 7-1 | 108.00 | Diesel |
| " " | 7-8 | 124.79 | " |
| " " | 7-19 | 119.58 | " |
| " " | 7-25 | 50.78 | " |
| Sandy Lake Mills | 7-13 | 250.33 | Feed |
| " " " | 7-17 | 237.80 | " |
| " " " | 7-22 | 710.00 | " |
| Shawn Charles | 7-19 | 400.00 | Pay |
| NorthWestern Rec | 7-19 | 528.35 | Electric |
| Sandy Lake Mills | 7-1 | 2444.06 | Feed |
| Shawn Charles | 7-29 | 250.00 | Pay |
| | | 3595.96 | |
| | | 250 00 | |
| TOTAL | | 3845.96 | |

(3)

3. Household ~~FARM EXPENSES~~ (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| ~~AT&T~~ | ~~7-2~~ | ~~77.37~~ | ~~TV~~ |
| Windy Knoll | 7-5 | 31.39 | Groc. |
| " " | 7-22 | 56.26 | " |
| Dollar Store | 7-3 | 48.01 | Misc |
| " " | 7-24 | 30.72 | " |
| Kepners | 7-22 | 14.25 | Produce & Veg |
| Wallmart | 7-29 | 33.67 | Misc |
| Wind Stream | 7-19 | 60.99 | Phone |
| Raymond Anthony | 7-13 | 30.00 | Small animal feed |
| | | 384.66 | |

TOTAL

DAIRY FARMERS OF AMERICA, INC. 515 00001

PAYEE NO. PRODUCER NO. NORTHEAST FLUID AREA
NAME LARRY E CHARLES
ADDRESS 1407 DECKARDS RUN RD
COCHRANTON PA 16314

DIVISION 701 PAY GROUP 747D
PERIOD END 06/30/2019
PAYMENT DATE 07/19/2019
PERIOD 06/01/2019-06/30/2019

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 31,636 | 6,030.54 | 4,669.95- | 1,360.59 |
| YTD TOTALS | 202,925 | 38,226.60 | 10,225.92- | 28,000.68 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,287.60 | 2.65790 | LBS | 3,422.33 | 22,301.02 |
| PROTEIN | 971.24 | 2.00460 | LBS | 1,946.96 | 10,542.65 |
| OTHER SOLIDS | 1,803.27 | 0.17020 | LBS | 306.93 | 2,610.33 |
| PRODUCER PRICE DIFF | 31,636.00 | 1.13000 | CWT | 357.49 | 2,270.76 |
| LOCATION ADJUSTMENT | 31,636.00 | 0.10000 | CWT | 31.65 | 145.52 |
| SCC ADJUSTER | 31,636.00 | 0.15000 | CWT | 47.45 | 357.58 |
| SUB TOTAL | | | | 6,112.81 | 38,227.86 |
| QUALITY | 31,636.00 | 0.20000 | CWT | 63.27 | 758.87 |
| MARKET ADJUSTMENT | 31,636.00 | 0.46000- | CWT | 145.54- | 760.13- |
| SUB TOTAL | | | | 82.27- | 1.26- |
| OVERALL TOTAL | | | | 6,030.54 | 38,226.60 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 47.46- |
| CWT INVESTMENT | 0.04000 | CWT | 12.65- |
| MARKETING FEES | 0.14907 | CWT | 47.16- |
| HAULING | 0.85001 | CWT | 268.91- |
| FUEL SURCHARGE | 0.16001 | CWT | 50.62- |
| STOP CHARGE | 0.47414 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 293.15- |
| TOTAL MANDATORY | | | 869.95- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-PD | 3,800.00- | | 3,800.00- |
| TOTAL ASSIGNMENTS | 3,800.00- | | 3,800.00- |
| TOTAL DEDUCTIONS | | | 4,669.95- |

MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 1,360.59 |

PRICING / COMMUNICATIONS

PAY PRICE 19.06227

CUR. BASE CAPITAL LEVEL 6.16

DFACH907161224.000393.01.02.000000

DFA
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No **515**
Date 07/19/2019

*** * VOID* * VOID* ***

DAIRY FARMERS OF AMERICA, INC.

**701 747D 16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

**NON - NEGOTIABLE * * * ADVICE STATEMENT * * * NON - NEGOTIABLE**

DFA
Dairy Farmers of America

# Production Statement

Period Ending 06/30/2019

Producer No.
Payee No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 31,636 |

## Pay Period Detail

| Production | | | | Components | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
| 2 | 1 | 1,821 | 38 GA | 4.13 | 75.21 | 3.04 | 55.36 | 5.71 | 103.98 | 220[1] | 5[1] | 27[1] | | 0.540 | N[1] | |
| 4 | 1 | 1,766 | 38 GA | 4.26 | 75.23 | 3.09 | 54.57 | 5.68 | 100.31 | 210 | | | | 0.545 | | |
| 6 | 1 | 1,775 | 38 GA | 4.12 | 73.13 | 3.06 | 54.32 | 5.65 | 100.29 | 160 | | | | 0.540 | | |
| 8 | 1 | 1,775 | 38 GA | 3.98 | 70.65 | 3.08 | 54.67 | 5.64 | 100.11 | 220 | 3 | 21 | | 0.537 | | |
| 10 | 1 | 2,022 | 38 GA | 4.14 | 83.71 | 3.06 | 61.87 | 5.72 | 115.66 | 320 | | | | 0.541 | | |
| 12 | 1 | 2,095 | 38 GA | 4.15 | 86.94 | 3.14 | 65.78 | 5.69 | 119.21 | 210 | | | | 0.542 | | |
| 14 | 1 | 2,284 | 38 GA | 4.13 | 94.33 | 3.09 | 70.58 | 5.73 | 130.87 | 120 | 2 | 3 | | 0.543 | | |
| 16 | 1 | 2,379 | 38 GA | 3.91 | 93.02 | 3.06 | 72.80 | 5.72 | 136.08 | 160 | | | | 0.543 | | |
| 18 | 1 | 2,284 | 38 GA | 3.84 | 87.71 | 3.01 | 68.75 | 5.76 | 131.56 | 130 | | | | 0.541 | | |
| 20 | 1 | 2,188 | 38 GA | 4.08 | 89.27 | 3.03 | 66.30 | 5.73 | 125.37 | 170 | 6 | 4 | | 0.539 | | |
| 22 | 1 | 2,141 | 38 GA | 4.04 | 86.50 | 3.09 | 66.16 | 5.70 | 122.04 | 140 | | | | 0.541 | | |
| 24 | 1 | 2,236 | 38 GA | 4.06 | 90.78 | 3.06 | 68.42 | 5.70 | 127.45 | 130 | | | | 0.540 | | |
| 26 | 1 | 2,207 | 38 GA | 4.02 | 88.72 | 3.06 | 67.53 | 5.71 | 126.02 | 94 | | | | 0.541 | | |
| 28 | 1 | 2,284 | 38 GA | 4.05 | 92.50 | 3.09 | 70.58 | 5.69 | 129.96 | 160 | | | | 0.547 | | |
| 30 | 1 | 2,379 | 38 GA | 4.08 | 97.06 | 3.12 | 74.22 | 5.70 | 135.60 | 160 | | | | 0.542 | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR JUN | 171,000 |
| EU APR-JUN ROLLING 3 MONTH GEOMETRIC MEAN | 128,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

