FILED
8/9/19 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-10095-TPA |
| Larry E. Charles | : | Chapter: 12 |
| Shirley M. Charles | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/7/2019 |
| | : | Time: 12:00 |

## PROCEEDING MEMO

**MATTER:**  #97 Order to Show Cause for failure to comply with Court's Orders
*(Brian Thompson, Esq. and Debtors to personally appear)*

**APPEARANCES:**

Debtor:     Brian C. Thompson
Trustee:    Ronda Winnecour (video)
CNH:        Robert Adams (video)
FSA:        Jill Locnikar (video)
Fairport:   Kelly Neal (video)

**NOTES:**

SEE NOTES ON PROCEEDING MEMO FOR #57 HEARING HELD 8/7/2019 AT 12:00 P.M.

**OUTCOME:**  Continued to August 22, 2019 at 11:30 A.M. TO to be entered.

*/s/ Thomas P. Agresti*
vas