## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10095-TPA |
| | : | |
| LARRY E. CHARLES, | : | Chapter 12 |
| SHIRLEY M. CHARLES, | : | |
| | : | Document No. |
| Debtors. | : | |

## SUMMARY OF CHAPTER 12 PLAN DATED AUGUST 16, 2019

Debtors, Larry E. Charles and Shirley M Charles by and through their counsel, submits this Summary of their Chapter 12 Plan dated August 16, 2019 ("Plan'). The following is merely a brief overview of the material provisions of the Plan, and is qualified in its entirety by reference to the full text of the Plan. The Plan provides for the following treatment of creditors:

Administrative Claimants:   Paid in full.

Priority Creditors:

- Internal Revenue Service. Paid in full over 5 years with monthly payments of $60.69.

Secured Creditors:

- CNH Industrial Capital (Claim 6). Collateral to be surrendered October 1, 2019.
- CNH Industrial Capital (Claim 7). Modified claim of $3,000 to be paid at 6.25% over 60 months.
- Venango County Tax Claim Bureau (Claim 4). Paid in full at 9% over 120 months.
- Farm Service Agency (Claim 2). Paid in full over 15 years at 5% interest.
- Fairport Asset Management II, LLC (Proof of Claim 13). Paid in full over 180 months at 6%.

General Unsecured Claims. Estimated distribution of 1%.

Dated: August 16, 2019

Respectfully submitted,
*/s/ Brian C. Thompson*
Brian C. Thompson, Esquire
PA-91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404 Telephone
724-799-8409 Facsimile
bthompson@thompsonattorney.com