Case 19-10095-TPA    Doc 117    Filed 08/19/19    Entered 08/19/19 10:43:20    Desc Main
Document    Page 1 of 1

FILED
8/19/19 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: Larry E. and Shirley M. Charles
Case Number: 19-10095
Chapter: 12
Date / Time / Room: August 15, 2019 at 11:00 a.m., Telephonic
Hearing Officer: CHAPTER 12 TRUSTEE

**Matter:** Plan Confirmation Hearing

**Appearances:**

Debtor: Brian Thompson
Trustee: (Winnecour) / Katz / Pail / DeSimone
Creditor: Kelly Neal - Fairpont Asset Management Successor Commercial Loan Investment
Jill Lochnikar - F/S/A
David Scott & Bob Adams
CNH Industrial

**Proceedings:**

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 8-20-19 at 11:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Other:

Conciliation will be telephonic
412-304-0132 no pass code

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: ___