Case 19-10095-TPA    Doc 120    Filed 08/21/19    Entered 08/21/19 09:41:48    Desc Main
Document    Page 1 of 1

FILED
8/21/19 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Larry E. and Shirley M. Charles
Case Number: 19-10095                    Chapter: 12
Date / Time / Room: August 20, 2019 at 11:00 a.m., Telephonic
Hearing Officer: CHAPTER 12 TRUSTEE

**Matter:** Cont. Plan Confirmation Hearing — Conciliation

### Appearances:

Debtor: Brian Thompson
Trustee: (Winnecour) / Katz / Pail / DeSimone
Creditor: Jill Lochstar — FISA — P5 Holf.
Bob Adans — CNH — David Scott
Kelly Neal — Fairport

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8-22-19 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other:
Some issues are now resolved.

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____