**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Larry E. Charles, and Shirley M. Charles, | : : : | Bankruptcy Case No.: 19-10095-TPA |
|---|---|---|---|
| | Debtors. | : : | Chapter 12 |
| | | : | Document No.: |
| | Larry E. Charles, and Shirley M. Charles, | : : : | |
| | Movants, | : : | |
| | v. | : : | |
| | No Respondents, Respondent. | : : | |

**<u>AMENDED PROJECTED INCOME AND EXPENSE SUMMARY</u>**

| Post Petition Periods | August 2019 | Sept 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 |
|---|---|---|---|---|---|---|
| Total Projected Cash Flow from Operations: | (Milk) $6,004.18 (SSI/Inc) $1726 TOT: **$7,730** | (Milk) $6,902.09 (SSI/Inc) $1964 TOT: **$8,866.09** | (Milk) $6,181.25 (SSI/Inc) $1964 TOT: **$8,145.25** | (Milk) $5,986.47 (SSI/Inc) $1964 TOT: **$7,950.47** | (Milk) $6,104.37 (SSI/Inc) $1964 TOT: **$8,068.37** | (Milk) $7,366.89 (SSI/Inc) $1987 TOT: **$9,353.89** |
| Less Total Projected Expenses | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** |
| Anticipated Cash Flow Available for Plan | $1,730.16 | $2,866.25 | $2,145.41 | $1,950.63 | $2,068.53 | $3,354.05 |

| Post Petition Periods | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 |
|---|---|---|---|---|---|---|
| Total Projected Cash Flow from Operations: | (Milk) $6,970.88 (SSI/Inc) $1,987 TOT: **$8,957.88** | (Milk) $6,869.13 (SSI/Inc) $1,987 TOT: **$8,856.13** | (Milk) $7,447.28 (SSI/Inc) $1,987 TOT: **$9,434.28** | (Milk) $5,669.08 (SSI/Inc) $1,987 TOT: **$7,656.08** | (Milk) $6,064.67 (SSI/Inc) $1,987 TOT: **$8,051.67** | (Milk) $6,098.78 (SSI/Inc) $1,749 TOT: **$7,847.78** |
| Less Total Projected Expenses | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** | House $1,099.82 Farm $4,900.02 TOT: **$5,999.84** |
| Anticipated Cash Flow Available for Plan | $2,958.04 | $2,856.29 | $3,434.44 | $1,656.24 | $2,051.83 | $1,847.94 |

Definitions:

EXPENSES:

Expense figures above are based on average actual expenses available on monthly operating reports for the first six months of the present case. In the present case, historical expenses are of little to no help in projecting future expenses because the debtors' expenses in 2018 were very low because the debtors were not able to pay many of their bills and were barely operating. The increased milk production resulting from the improved feeding regimen has increased expenses as well as the debtors have worked hard to maintain the new production levels. In some cases, long put off maintenance and capital expenditures have been dealt with, resulting in higher than expected expenses. Given this limited data and the lack of any clear pattern with expenses, an average based on the six months of monthly operating reports is being used in these projections.

| | |
|---|---|
| Feb Expenses: $7689.36 (Farm) $1018.40 (Home) | $9,227.92 |
| Mar Expenses: $5,152.64(Farm) $1,853(Home) | $7,005.87 |
| Apr Expenses: $1,990.69(Farm) $2,033.01(Home) | $4,023.70 |
| May Expense: $8,494.50(Farm) $966.07(Home) | $9,401.57 |
| Jun Expense: $1,978.07(Farm) $343.78(Home) | $1,978.07 |
| Jul Expense: $3,648.96(Farm) $384.66(Home) | $4,361.88 |

TOTAL EXPENSES:     $35,999.01
MONTHLY AVG:     $ 5,999.84

Breakdown of Average Farm Expenses based on monthly averages:

| | | |
|---|---|---|
| Fuel/Vehicles: | $599 | 10% |
| Feed/Hay: | $2,879 | 48% |
| Labor: | $1,199 | 20% |
| Utilities: | $779 | 13% |
| Insurance | $582 | 9% |

INCOME

Debtors income projection is based on the average milk weight produced for the first six months of this case and the most recent USDA projections for 2020 at $18.90 per cwt. See, https://www.ers.usda.gov/topics/animal-products/dairy/market-outlook/. Debtors have consistent social security income of $923 and $435 respectively. The projected COLA increase for social security is currently 1.7%. As a result, Debtors' projected 2020 social security income is $1,381 per month. Debtor Larry Charles derives non-farm income from his employment as a school bus driver. Historically he has made an average of $606 per month for the 9 months he is employed based on his 2018 W-2. Debtor has received unemployment in July and August of approximately $184 bi-weekly which averages out to $368 per month. Debtors have taken steps to improve their feed for the cattle and have realized an average 48% increase in milk production in 2019 compared to the production in 2018 as is detailed below. To the extent that data is not available for monthly comparison from 2018 to 2019, the average percentage increase is being applied to the available information for 2018 to project the 2019-2020 milk weight production. Due to the drastic improvement in production from 2018 to 2019, the projections assume only a modest increase in overall milk weight production going forward. Counsel is projecting a 2% increase based on continued improvement in the debtors' feeding regimen.

**Historical and Projected Milk Weight Production (in CWT)**

| | |
|---|---|
| Feb 2018 | 22,482 |
| Feb 2019 | 36,160 |
| Increase | 38% |
| | |
| PROJ 2020 (+2%) | 36,883 |
| Est price | $18.90/cwt |
| | |
| **PROJ FEB** | **$6,970.88** |
| | |
| Mar 2018 | 14,720 |
| Mar 2019 | 35,632 |
| Increase | 59% |
| | |
| PROJ 2020 (+2%) | 36,344 |
| Est price | $18.90/cwt |
| | |
| **PROJ MAR** | **$6,869.13** |

| | |
|---|---|
| Apr 2018 | 16,523 |
| Apr 2019 | 38,631 |
| Increase | 57% |
| | |
| PROJ 2020 (+2%) | 39,403 |
| Est price | $18.90/cwt |

**PROJ APR**        **$7,447.28**

| | |
|---|---|
| May 2018 | 13,594 |
| May 2019 | 29,407 |
| Increase | 54% |
| | |
| PROJ 2020 (+2%) | 29,995 |
| Est price | $18.90/cwt |

**PROJ MAY**        **$5,669.08**

| | |
|---|---|
| Jun 2018 | 16,563 |
| Jun 2019 | 31,459 |
| Increase | 47% |
| | |
| PROJ 2020 (+2%) | 32,088 |
| Est price | $18.90/cwt |

**PROJ JUN**        **$6,064.67**

| | |
|---|---|
| Jul 2018 | 20,627 |
| Jul 2019 | 31,636 |
| Increase | 35% |
| | |
| PROJ 2020 (+2%) | 32,268 |
| Est price | $18.90/cwt |

**PROJ JUL**        **$6,098.78**

| | |
|---|---|
| Aug 2018 | 21,465 |
| Proj Aug 2019 | 31,768 |
| Increase | 48% (Projected) |
| | |
| Est price | $18.90/cwt |

**PROJ AUG**        **$6,004.18**

Sept 2018           24,675
Proj Sept 2019      36,519
Increase            48%(Projected)

Est price           $18.90/cwt

**PROJ SEPT**       **$6,902.09**

Oct 2018            22,098
Proj Oct 2019       32,705
Increase            48% (Projected)

Est price           $18.90/cwt

**PROJ OCT**        **$6,181.25**

Nov 2018            27,543
Proj Nov 2019       31,674
Increase            15% (Projected)*

Est price           $18.90/cwt

**PROJ NOV**        **$5,986.47**

*Nov 2018 reflects the early results of the new feeding regimen.  A 48% increase over those numbers would be an extreme outlier, so counsel projected a more modest 15% increase that appears to align with the historical trends.


Dec 2018            31,665
Proj Dec 2019       32,298
Increase            2% (Projected)

Est price           $18.90/cwt

**PROJ DEC**        **$6,104.37**

Jan 2018            38,214
Proj Jan 2020       38,978
Increase            2% (Projected)

Est price           $18.90/cwt

**PROJ JAN**        **$7,366.89**