Case 19-10095-TPA    Doc 123    Filed 08/23/19    Entered 08/23/19 15:54:53    Desc Main
                              Document     Page 1 of 2

FILED
8/23/19 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-10095-TPA |
| | : | |
| Larry E. Charles | : | Chapter: 12 |
| Shirley M. Charles | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/22/2019 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:** #51 Cont. Preconfirmation Hearing on Chapter 12 Plan

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Brian C. Thompson (video) |
| Trustee: | Ronda J. Winnecour (video) |
| CNH: | Robert Adams (video) |
| Farm Service: | Jill Locnikar (video) |
| Fairport Asset: | Kelly Neal (video) |

**NOTES:**

Winnecour: Mr. Locnikar is happy and I also I believe CNH is accepting of their treatment. That leaves Ms. Neal's client.

Thompson: My clients do believe it is feasible. The Plan payment has been reduced about $900. We believe with the agreements with the objecting parties the plan is affordable.

Locnikar: Farm Service offered the best terms and rates which Mr. Thompson did include in his amended plan. They also request some standard language which is in the proposed order. That has not been filed yet.

Court: The court will require an amended plan that includes that language.

Adams: They are going to surrender the tractor effective October 1st. We also suggested language to be in the plan. We request motion for relief granted October 1st. We will file a new order on motion for relief from stay in the next two weeks.

Neal: Atty. Thompson and I have been talking about changes in the treatment that would be acceptable to Fairport which would change the payments slightly as well as the mechanism to get a swift opportunity for dismissal or conversion in the event of default.

Court: If there is a default the case will be dismissed with a two-year bar.

**OUTCOME:** Chambers to enter order requiring Second Amended Plan, Second

Amended Disclosure Statement and Second Amended Plan Summary by September 12, 2019. If everyone is on board there is no need for another hearing. Chambers to enter order.

*[signature]*
vas