Case 19-10095-TPA    Doc 124    Filed 08/23/19    Entered 08/23/19 15:56:12    Desc Main
Document    Page 1 of 1

FILED
8/23/19 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-10095-TPA |
| Larry E. Charles | : | Chapter: 12 |
| Shirley M. Charles | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/22/2019 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**_MATTER:_**   #93 MFRS by CNH Industrial Capital America LLC
    #107 Resp. by Debtors

**_APPEARANCES:_**

| | |
|---|---|
| Debtor: | Brian C. Thompson (video) |
| Trustee: | Ronda J. Winnecour (video) |
| CNH: | Robert Adams (video) |
| Farm Service Agency: | Jill Locnikar (video) |
| Fairport Asset: | Kelly Neal (video) |

**_NOTES:_**

SEE NOTES ON PROCEEDING MEMO FOR HEARING HELD 8/22/19 ON #51.

**_OUTCOME:_**   *On or before October 1, 2019* the Movant shall file an amended Proposed Order. Chambers to enter order.

vas