Case 19-10095-TPA    Doc 125    Filed 08/23/19    Entered 08/23/19 15:57:23    Desc Main
Document    Page 1 of 1

FILED
8/23/19 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-10095-TPA |
| | : | |
| Larry E. Charles | : | Chapter: 12 |
| Shirley M. Charles | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/22/2019 |
| | : | Time: 11:30 |

**PROCEEDING MEMO**

**MATTER:** #97 Cont. Order To Show Cause for failure to comply with Court's Orders

**APPEARANCES:**

Debtor: Brian C. Thompson (video)
Trustee: Ronda J. Winnecour (video)
CNH: Robert Adams (video)
Farm Service: Jill Locnikar (video)
Fairport Asset: Kelly Neal (video)

**NOTES:**

SEE NOTES ON PROCEEDING MEMO FOR HEARING HELD 8/22/19 ON #51.

**OUTCOME:** Chambers to enter order.

*/s/ signature*
vas