FILED
8/26/19 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES and | : | Case No. 19-10095-TPA |
| SHIRLEY M. CHARLES, | : | Chapter 12 |
| *Debtors.* | : | |
| CNH INDUSTRIAL CAPITAL | : | Related to Doc. 93, 107 |
| AMERICA, LLC, | : | |
| *Movant,* | : | |
| v. | : | |
| LARRY E. CHARLES and SHIRLEY | : | |
| M. CHARLES, | : | |
| *Respondents.* | : | |

## ORDER

*AND NOW,* this **26th** day of ***August, 2019,*** for the reasons stated at the hearing held on August 22, 2019 on the ***Motion for Relief from Stay*** (Doc. 93) filed by CNH Industrial Capital America, LLC, in light of the agreement of the Parties, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED*** that ***on or before October 1, 2019*** the Movant shall file an amended proposed order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Brian Thompson, Esq.
    Jill Locnikar, Esq.
    David Scott, Esq.
    Robert Adams, Esq.
    Kelly Neal, Esq.
    Ronda Winnecour, Esq.
    Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Larry E. Charles
Shirley M. Charles
    Debtors

Case No. 19-10095-TPA
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Aug 26, 2019
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.
db/jdb        +Larry E. Charles,    Shirley M. Charles,    1407 Deckards Run Road,    Cochranton, PA 16314-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
       Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
       Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
       Christopher P. Schueller    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com,   donna.curcio@bipc.com
       Christopher P. Schueller    on behalf of Creditor    Commercial Loan Investment VII, LLC christopher.schueller@bipc.com,   donna.curcio@bipc.com
       David A. Scott    on behalf of Creditor    CNH Industrial Capital America LLC scott@lg-law.com
       James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
       Jill Locnikar    on behalf of Creditor    United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
       Kelly M. Neal    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com,   donna.curcio@bipc.com
       Kelly M. Neal    on behalf of Creditor    Commercial Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Robert S. Adams    on behalf of Creditor    CNH Industrial Capital America LLC radams@pollockbegg.com,   legaldudersa@msn.com;legaldudersa@hotmail.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 12