FILED
8/26/19 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES and | : | Case No. 19-10095-TPA |
| SHIRLEY M. CHARLES, | : | Chapter 12 |
| *Debtors.* | : | Related to Doc. 97, 111, 113, 114 |

## ORDER

*AND NOW,* this **26th** day of *August, 2019,* in light of the agreement of the Parties at the continued Pre-Confirmation hearing held on August 22, 2019, for the reasons stated at the hearing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)    The *Amended Chapter 12 Plan Dated August 16, 2019* (Doc. 111), *Amended Disclosure Statement to Accompany Plan Dated August 16, 2019* (Doc. 113), and *Amended Summary of Chapter 12 Plan Dated August 16, 2019* (Doc. 114) are **DISMISSED** without prejudice.

(2)    *On or before September 12, 2019* the Debtor shall file a *Second Amended Chapter 12 Plan, Second Amended Disclosure Statement,* and *Second Amended Plan Summary.*

(3)    Based upon the agreement of the Parties at the August 22nd hearing, unless the Court is notified otherwise, the *Second Amended Plan* will be confirmed without further hearing, if it is filed by the Debtors in a form that is acceptable to the Court.

(4)    The *Order to Show Cause* (Doc. 97) is *VACATED.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
   Brian Thompson, Esq.
   Jill Locnikar, Esq.
   David Scott, Esq.
   Robert Adams, Esq.
   Kelly Neal, Esq.
   Ronda Winnecour, Esq.
   Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-10095-TPA
Larry E. Charles                                                                          Chapter 12
Shirley M. Charles
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: lfin            Page 1 of 1              Date Rcvd: Aug 26, 2019
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
db/jdb         +Larry E. Charles,   Shirley M. Charles,   1407 Deckards Run Road,   Cochranton, PA 16314-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;bwamsley@thompsonattorney.com
          Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;bwamsley@thompsonattorney.com
          Christopher P. Schueller    on behalf of Creditor    Fairport Asset Management II, LLC successor to
           Commerical Loan Investment VII, LLC christopher.schueller@bipc.com,    donna.curcio@bipc.com
          Christopher P. Schueller    on behalf of Creditor    Commercial Loan Investment VII, LLC
           christopher.schueller@bipc.com,   donna.curcio@bipc.com
          David A. Scott    on behalf of Creditor    CNH Industrial Capital America LLC scott@lg-law.com
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Jill   Locnikar    on behalf of Creditor    United States of America acting through Farm Service
           Agency jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Kelly M. Neal    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical
           Loan Investment VII, LLC kelly.neal@bipc.com,    donna.curcio@bipc.com
          Kelly M. Neal    on behalf of Creditor    Commercial Loan Investment VII, LLC kelly.neal@bipc.com,
           donna.curcio@bipc.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert S. Adams    on behalf of Creditor    CNH Industrial Capital America LLC
           radams@pollockbegg.com,    legaldudersa@msn.com;legaldudersa@hotmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12