Case 19-10095-TPA    Doc 132    Filed 09/01/19    Entered 09/02/19 00:44:24    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
8/30/19 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LARRY E. CHARLES and SHIRLEY M. ) | Bankruptcy No. 19-10095-TPA |
| CHARLES, ) | |
| ) | Chapter 12 |
| Debtors. ) | |
| _____ ) | |
| ) | Document No. _____ |
| CNH INDUSTRIAL CAPITAL AMERICA ) | |
| LLC, ) | |
| ) | Related to Document Nos. 93, 130 |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| LARRY E. CHARLES, Debtor, and ) | |
| RONDA J. WINNECOUR, Chapter 12 ) | |
| Trustee, ) | |
| ) | |
| Respondents. ) | |

**AGREED ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, CNH Industrial Capital America LLC ("Movant") filed a Motion for Relief from the Automatic Stay at Docket No. 93, (the "Motion") and the Debtors filed a Response thereto at Docket No. 107; and

WHEREAS, the parties hereto desire and request that the Court approve and enter this Agreed Order in resolution of the Motion.

NOW THEREFORE, this  30th  day of ___August___, 2019, it appearing to the Court that cause exists for entry of this Agreed Order, it is therefore

ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is granted and the automatic stay is terminated as it affects the Case IH Magnum Tractor, Model 275, Serial Number Z9RZ02084. Notwithstanding the foregoing, Debtors may retain the Tractor until October 1, 2019 and shall surrender it to Movant promptly upon request on or after October 1, 2019. In the meantime, Debtors shall insure the Tractor and maintain it in good operating condition at 28762 Deckards Road, Cochranton, PA 16314. Debtors shall permit Movant or its agents to enter their property to remove the Tractor when it is required to be surrendered hereunder.

2. The Motion is denied as to the New Holland Skid Steer, Model S 420, Serial Number NGM412640. Movant shall have an allowed secured claim in the amount of $3,000, which shall be payable over 60 months with interest of 6.25% per annum; and shall have an allowed unsecured claim as to the balance of Movant's Claim No. 7.

3. Debtors will file an Amended Chapter 12 Plan that will incorporate the terms of Paragraphs 1 and 2 of this Agreed Order.

4. A failure or refusal of the Debtors to permit Movant to recover the Tractor on or after October 1, 2019 as directed in Paragraph 1 of this Order shall be treated as a contempt of court.

5. This Agreed Order shall be of no further force or effect if the Debtors' case is dismissed or converted to Chapter 7.

SO ORDERED:

_____  jlm
Thomas P. Agresti
U.S. Bankruptcy Judge


Executed on:  August 29, 2019          By:    s/ Brian C. Thompson
                                              Brian C. Thompson, Esquire
                                              PA I.D. No. 91197
                                              125 Warrendale Bayne Road, Suite 200
                                              Warrendale, PA 15086
                                              Phone (724) 799-8404
                                              bthompson@thompsonattorney.com

Executed on:  August 27, 2019          By:    s/ David A. Scott
                                              David A. Scott, Esquire
                                              LeClaire Griewahn & Scott LLC
                                              835 Western Avenue
                                              Pittsburgh, PA 15233
                                              scott@lg-law.com
                                              Phone 412.321-9303

Executed on:  August 27, 2019          By:    s/ Ronda J. Winnecour
                                              Chapter 12 Trustee
                                              Ronda J. Winnecour
                                              Suite 3250 USX Tower
                                              600 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 471-5566

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Larry E. Charles
Shirley M. Charles
    Debtors

Case No. 19-10095-TPA
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Aug 30, 2019
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
db/jdb         +Larry E. Charles,    Shirley M. Charles,    1407 Deckards Run Road,    Cochranton, PA 16314-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
       Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
       Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
       Christopher P. Schueller    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com,   donna.curcio@bipc.com
       Christopher P. Schueller    on behalf of Creditor    Commercial Loan Investment VII, LLC christopher.schueller@bipc.com,   donna.curcio@bipc.com
       David A. Scott    on behalf of Creditor    CNH Industrial Capital America LLC scott@lg-law.com
       James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
       Jill Locnikar    on behalf of Creditor    United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
       Kelly M. Neal    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com,   donna.curcio@bipc.com
       Kelly M. Neal    on behalf of Creditor    Commercial Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Robert S. Adams    on behalf of Creditor    CNH Industrial Capital America LLC radams@pollockbegg.com,   legaldudersa@msn.com;legaldudersa@hotmail.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 12