UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,            :        Case No.: 19-10095-TPA
        Shirley M. Charles,          :
                                     :        Reporting Period: August, 2019
                                     :
                                     :        Chapter 12

**MONTHLY OPERATING REPORT**

8-19 August

Larry & Shirley Charles

2

|  | milk | MONTH | YEAR TO DATE |
|---|---|---|---|
| Custom farming income | Adver | 1075.79 | 8-28 |
| Custom feeding payments | Final | 1752.06 | 8-19 |
| Other farm income (please specify source) | | | |

New loans (specify source)

B. **WAGES FROM OUTSIDE WORK** — Bus driving (unemployment)

   Husband
   Wife — 8-7  776.00
          8-31

C. **OTHER RECEIPTS**

   Social Security
   Other:  Larry  921.00   9-3
           Shirley  435.00  9-3

   Total Cash Receipts   4639.35

Bankrupcy Payment of $500.00 has already been taken out of the milk check. This is our balance.

Larry + Shirley Charles

**3. FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Heath oil | 7-_ | 14.07 | Disel |
| Shawn Charles | 8-1 | 400.00 | Pay |
| Heath oil | 8-2 | 60.99 | Disel |
| Bylers | 8-2 | 7.29 | Parts |
| Heath oil | 8-5 | 33.76 | Disel |
| Sandy Lake Mills | 8-11 | 1745.95 | Corn, meal + minerals |
|  |  | $2262.06 |  |
| Family Farm | 8-28-19 | 582.64 | ~~the~~ Insuro |
|  |  | $2844.70 |  |

TOTAL

Larry & Shirley Charles

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dollar Store | 8-10 | 19.63 | Misc |
| Mcdonalds | 8-11 | 21.58 | Food |
| Co-Pay | 8-12 | 30.00 | Ultra-Sound |
| Dollar Store | 8-13 | 13.25 | Misc |
| C+H Appliance | 8-13 | 60.60 | Repair Dryer |
| Co-Pay | 8-19 | 90.00 | Cat-Scan |
| Raymond Anthony | 8-22 | 45.00 | Small vinyl pool |
| Windstream | 8-26 | 72.04 | Phone |
| AT&T | 8-26 | 77.37 | TV |
| Gallagher Auto | 8-24 | 100.00 | Truck Repair |

$529.47

TOTAL

DAIRY FARMERS OF AMERICA, INC.         NORTHEAST FLUID AREA

ROUTE NO. 40036072   PRODUCER NO. 3021996                                   DIVISION      701   PAY GROUP 747D
NAME   LARRY E CHARLES                                                      PERIOD END    07/31/2019
ADDRESS 1407 DECKARDS RUN RD                                                PAYMENT DATE  08/19/2019
        COCHRANTON PA  16314                                                PERIOD        07/01/2019-07/31/2019

|                | WEIGHT   | GROSS PAYMENTS | DEDUCTIONS | NET       |
|----------------|----------|----------------|------------|-----------|
| PERIOD TOTALS  | 37,438   | 7,267.87       | 5,515.81-  | 1,752.06  |
| YTD TOTALS     | 240,363  | 45,494.47      | 14,666.44- | 30,828.03 |

### PRICING INFORMATION

| DESCRIPTION          | QUANTITY  | RATE     | UOM  | CURRENT  | YTD       |
|----------------------|-----------|----------|------|----------|-----------|
| BUTTERFAT            | 1,475.08  | 2.68580  | LBS  | 3,961.78 | 26,262.80 |
| PROTEIN              | 1,123.14  | 2.40320  | LBS  | 2,699.15 | 13,241.80 |
| OTHER SOLIDS         | 2,152.70  | 0.16890  | LBS  | 363.58   | 2,973.91  |
| PRODUCER PRICE DIFF  | 37,438.00 | 0.47000  | CWT  | 175.95   | 2,446.71  |
| LOCATION ADJUSTMENT  | 37,438.00 | 0.10000  | CWT  | 37.45    | 182.97    |
| SCC ADJUSTER         | 37,438.00 | 0.19000  | CWT  | 71.13    | 428.71    |
| SUB TOTAL            |           |          |      | 7,309.04 | 45,536.90 |
| QUALITY              | 37,438.00 | 0.35000  | CWT  | 131.04   | 889.91    |
| MARKET ADJUSTMENT    | 37,438.00 | 0.46000- | CWT  | 172.21-  | 932.34-   |
| SUB TOTAL            |           |          |      | 41.17-   | 42.43-    |
| OVERALL TOTAL        |           |          |      | 7,267.87 | 45,494.47 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION        | RATE     | UOM  | CURRENT   |
|--------------------|----------|------|-----------|
| ADV & PROMOTION    | 0.15000  | CWT  | 56.16-    |
| CWT INVESTMENT     | 0.04000  | CWT  | 14.98-    |
| MARKETING FEES     | 0.13681  | CWT  | 51.22-    |
| HAULING            | 0.85007  | CWT  | 318.25-   |
| FUEL SURCHARGE     | 0.16002  | CWT  | 59.91-    |
| STOP CHARGE        | 0.37395  | CWT  | 140.00-   |
| ADV. PMT RECOVERY  |          |      | 1,075.29- |
| TOTAL MANDATORY    |          |      | 1,715.81- |
| ASSIGNEE           | MTD      |      | CURRENT   |
| RONDA J WINNEC-PD  | 3,800.00-|      | 3,800.00- |
| TOTAL ASSIGNMENTS  | 3,800.00-|      | 3,800.00- |
| TOTAL DEDUCTIONS   |          |      | 5,515.81- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                         19.41308

| TYPE | PAYMENT NUMBER    | ACCOUNT  | AMOUNT   |
|------|-------------------|----------|----------|
| ACH  | 4003607200086001  | XXX-3294 | 1,752.06 |

CUR. BASE CAPITAL LEVEL          6.16



**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No   **510**
Date        08/19/2019

**\* \* VOID\* \* VOID\* \***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

**NON - NEGOTIABLE \* \* \*   ADVICE STATEMENT \* \* \*   NON - NEGOTIABLE**



# Production Statement

Producer No.    Payee No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

Period Ending 07/31/2019
Page 1 of 1



## Pay Period Summary

| Total Weight |
|---|
| 37,438 |

## Pay Period Detail

| Day | Tank | Production Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2  | 1 | 2,668 | 38 GA | 4.08 | 108.85 | 3.16 | 84.31 | 5.71 | 152.34 | 160[1] | 2[1] | 4[1] |  | 0.545 | N[1] |  |
| 4  | 1 | 2,766 | 38 GA | 3.88 | 107.32 | 3.03 | 83.81 | 5.73 | 158.49 | 140 |  |  |  | 0.544 |  |  |
| 6  | 1 | 2,629 | 38 GA |  |  |  |  |  |  | 140 |  |  |  | 0.544 |  |  |
| 8  | 1 | 2,570 | 38 GA | 3.96 | 101.77 | 2.97 | 76.33 | 5.74 | 147.52 |  |  |  |  | 0.544 |  |  |
| 10 | 1 | 2,590 | 38 GA | 3.91 | 101.27 | 3.02 | 78.22 | 5.77 | 149.44 | 110 | 2 | 4 |  |  |  |  |
| 12 | 1 | 2,475 | 38 GA | 3.89 | 96.28  | 2.97 | 73.51 | 5.76 | 142.56 | 100 |  |  |  | 0.546 |  |  |
|    | 1 |       |       |      |        |      |       |      |        | 110 |  |  |  | 0.544 |  |  |
| 14 | 1 | 2,668 | 38 GA | 3.92 | 104.59 | 2.95 | 78.71 | 5.77 | 153.94 | 210 | 3 | 4 |  | 0.546 |  |  |
| 16 | 1 | 2,570 | 38 GA | 3.93 | 101.00 | 2.98 | 76.59 | 5.73 | 147.26 | 190 |  |  |  | 0.548 |  |  |
| 18 | 1 | 2,379 | 38 GA | 4.06 | 96.59  | 2.96 | 70.42 | 5.76 | 137.03 |     |  |  |  |       |  |  |
| 22 | 1 | 4,700 | 38 GA |      |        |      |       |      |        | 120 | 1 | 1 |  | 0.546 |  |  |
| 24 | 1 | 2,523 | 38 GA | 3.93 | 99.15  | 3.00 | 75.69 | 5.76 | 145.32 | 140 |  |  |  | 0.547 |  |  |
| 26 | 1 | 2,475 | 38 GA | 3.90 | 96.53  | 3.02 | 74.75 | 5.77 | 142.81 | 160 |  |  |  | 0.543 |  |  |
| 28 | 1 | 2,284 | 38 GA | 3.92 | 89.53  | 2.95 | 67.38 | 5.75 | 131.33 | 150 |  |  |  | 0.544 |  |  |
| 30 | 1 | 2,141 | 38 GA | 3.91 | 83.71  | 2.98 | 63.80 | 5.75 | 123.11 |     |  |  |  |       |  |  |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR JUL | 144,000 |
| EU MAY-JUL ROLLING 3 MONTH GEOMETRIC MEAN | 143,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT

NORTHEAST FLUID AREA 5001 BRITTONFIELD PKWY PO BOX 4810 SYRACUSE NY 13221-4810