# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry E. Charles, : | Bankruptcy No.: 19-10095-TPA |
| Shirley M. Charles, : | |
| : | Chapter 12 |
| Debtors, : | |
| _____ : | Document No. |
| Larry E. Charles, : | |
| : | Related to Document No.: 141 |
| Movant, : | |
| : | |
| v. : | |
| : | |
| Dairylea Cooperative, Inc., : | |
| : | |
| Respondent. : | |

## **CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on September 20 2019, via first class mail postage prepaid:

**Dairylea Cooperative, Inc.
ATTN: Payroll Department
P.O. Box 4844
Syracuse, NY  13221**

Executed on:   September 20, 2019

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)