UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,                :         Case No.: 19-10095-TPA
       Shirley M. Charles,            :
                                       :         Reporting Period:  September, 2019
                                       :
                                       :         Chapter 12

## MONTHLY OPERATING REPORT

Scot 2019  Larry & Shirley Chambert

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | milk 2176.95 | 9-19-19 Fri |
| Custom feeding payments | 1064.14 | 9-12-19 milk |
| Other farm income | 220.00 | 9-9-19 |
| (please specify source) | | milk Podrovacy |
| | | chose |

New loans (specify source)

B. **WAGES FROM OUTSIDE WORK**

| | | |
|---|---|---|
| Husband | 9-5-19  194.52 | Gun Dry |
| Wife | | |

C. **OTHER RECEIPTS**   9-19-19  436.49

| Social Security | 926.00 | Larry |
| Other: | 435.00 | Shirley |

Total Cash Receipts  5648.15
                     5648.15

Appendix B

Sept 2019  Larry & Shirley [illegible]

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Shawn Charles | 9-3-19 | 400.00 | Pay |
| Heath oil | 9-10-19 | 141.08 | Diesel |
| Heath oil | 9-16-19 | 33.99 | Diesel |
| Sandy Lake Mills | 9-20-19 | 1454.33 | Minerals |
| Sandy Lake Mills | 9-16-19 | 628.00 | Cow Corn |
| Heath oil | 9-20-19 | 176.01 | Diesel |
| Tractor Supply | 9-20-19 | 53.96 | oil |
| Heath oil | 9-18-19 | 33.85 | Diesel |
| Northwestern REC | 9-19-19 | 923.53 | Electric |
| Heath oil | 9-20-19 | 176.01 | Diesel |
| H&R ACT Auktimmer | 9-20-19 | 10.00 | Taper |
| Land Pro | 9-30-19 | 28.88 | Parts |
| Heath oil | 9-26-19 | 81.99 | Diesel |
| Sandy Lake | 9-26-19 | 3974.55 / 182.00 | Minerals |
| Heath oil | 9-26-19 | 36.96 | Diesel |
| Shawn Charles | 9-27-19 | 325.00 | Pay |

**TOTAL** 8582.59

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Wal-mart | 9-1 | 94.74 | Food |
| AT&T | 9-5 | 81.62 | TV |
| Dollar Store | 9-7 | 46.95 | Misc |
| Market Place | 9-8 | 43.83 | Food |
| Dollar Store | 9-12 | 74.58 | Food + Misc |
| Market Place | 9-13 | 45.88 | Food |
| Wal-mart | 9-15 | 101.39 | Food |
| Aetna Bosch | 9-17 | 10.00 | eye glass frames |
| Dollar Store | 9-23 | 36.59 | Misc |
| Wind Stream | 9-24 | 72.04 | Phone |
| Windy Knoll | 9-24 | 74.32 | Food |
| | | 684.92 | |

TOTAL

Girardas LP
Payroll Register
For the Period From Sep 19, 2019 to Sep 19, 2019

| 9-19-19 | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| | 6,698.08 | 12.61 | 415.28 | 97.14 | 205.63 | 67.00 | 4.01 |

Larry E. Charles

Girardet LP
Payroll Register
For the Period From Sep 19, 2019 to Sep 19, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| arry E. Charles | XXX-XX-5095 | 9/19/19 | 636.49 | owed .5 x 3 days | 1.5 | 12.25 | 18.38 | 735.05 | -11.97 | -45.57 | -10.66 | -22.57 | -7.35 | -0.44 |
| | | | | AMRoute | 9.0 | 33.69 | 303.21 | | | | | | | |
| | | | | PMRoute | 9.0 | 45.94 | 413.46 | | | | | | | |

Girard LLP
Payroll Register
For the Period From Sep 5, 2019 to Sep 5, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 9/5/19 | 194.52 | AMRoute | 3.0 | 27.56 | 82.68 | 220.50 | | -13.67 | -3.20 | -6.77 | -2.21 | -0.13 | | |
| | | | | PMRoute | 3.0 | 45.94 | 137.82 | | | | | | | | | |



Girardi LP
Payroll Register
For the Period From Sep 5, 2019 to Sep 5, 2019

| Larry E. Charles | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9-5-19 | Year to Date | Federal | SocSec | Medi C | State | Local | SUI TMB |
| | 5,963.03 | 0.64 | 369.71 | 86.48 | 183.06 | 59.65 | 3.57 |

RY FARMERS OF AMERICA, INC.                                                                    40078810

:N NOTICE OF ALLOCATION FOR CALENDAR YEAR 2018          PAYEE NO.
E CHARLES
  1. TOTAL AMOUNT OF PATRONAGE EARNINGS:               270.18         CHECK DATE:  09/03/2019
  2. TOTAL PAID BY ATTACHED CHECK:                     270.18
  3. BALANCE CREDITED TO YOUR BASE CAPITAL ACCOUNT:      0.00
  4. IRS WITHHOLDING TAX:                                0.00

)AIRY FARMERS OF AMERICA, INC (DFA) IS ALLOCATING PATRONAGE EARNINGS TO MEMBERS TOTALING $52.7 MILLION, OR 10 CENTS PER
'OR MEMBERS' MILK MARKETED DURING 2018.   YOUR PROPORTIONATE SHARE OF THE ALLOCATION IS SHOWN AS ITEM 1 OF THIS WRITTEN
 OF ALLOCATION.
IN ACCORDANCE WITH DFA'S BASE CAPITAL PLAN, MEMBERS WHOSE BASE CAPITAL LEVEL WAS AT LEAST $1.75 PER CWT ON DECEMBER 31,
WILL RECEIVE ALL OF THE ALLOCATED PATRONAGE IN CASH.  MEMBERS WITH LESS THAN THE REQUIRED BASE CAPITAL LEVEL WILL RECEIVE
F THE PATRONAGE IN CASH.  YOUR CASH PORTION IS SHOWN AS ITEM 2 AND IS PAID BY THE ATTACHED CHECK.
THE NON-CASH PORTION OF THE PATRONAGE, IF ANY, SHOWN AS ITEM 3, HAS BEEN CREDITED TO YOUR BASE CAPITAL ACCOUNT.  THE
MENT BELOW REPRESENTS YOUR BASE CAPITAL ACCOUNT WITH DFA, INCLUDING THIS ALLOCATION.
IF OTHER ACCOUNTS ARE COMBINED FOR BASE CAPITAL PURPOSES, THOSE ACCOUNTS ARE ALSO INCLUDED.

                                       BASE CAPITAL ACCOUNT STATEMENT
                                        ALLOCATED PATRONAGE              PERMANENT CAPITAL
                                               EARNINGS                   CAPITAL RETAINS

  014      DL RETAINS                            0.00                        3,664.32
  014      DL NQ MERGER CONSIDER            10,241.95                            0.00
  014      DL NQ YEAR 1 TARGET               2,735.28                            0.00
  014      DL NQ YEAR 2 TARGET               2,735.28                            0.00




                             TOTALS:        15,712.51                        3,664.32
              TOTAL BASE CAPITAL FOR THIS ACCOUNT ONLY:       19,376.83
                                     COMBINED ACCOUNTS

```
IRY FARMERS OF AMERICA, INC.                    NORTHEAST FLUID AREA                                          509                 00001
E NO.         PRODUCER NO.                                                                     DIVISION      701  PAY GROUP  747D
              LARRY E CHARLES                                                                  PERIOD END    08/31/2019
ESS  1407 DECKARDS RUN RD                                                                      PAYMENT DATE  09/19/2019
     COCHRANTON PA  16314                                                                      PERIOD       08/01/2019-08/31/2019

                    WEIGHT              GROSS PAYMENTS              DEDUCTIONS                          NET
 PERIOD TOTALS     40,196                 8,030.07                   5,853.12-                       2,176.95
 YTD TOTALS       280,559                53,524.54                  19,161.95-                      34,362.59

                   PRICING INFORMATION                               DEDUCTIONS / ADJUSTMENTS
 CRIPTION         QUANTITY   RATE      UOM     CURRENT       YTD    DESCRIPTION           RATE    UOM    CURRENT
 TERFAT           1,595.77   2.65740   LBS     4,240.59   30,503.39 ADV & PROMOTION      0.15000  CWT      60.30-
 TEIN             1,254.10   2.44530   LBS     3,066.64   16,308.44 CWT INVESTMENT       0.04000  CWT      16.08-
 ER SOLIDS        2,319.31   0.17300   LBS       401.23    3,375.14 MARKETING FEES       0.13220  CWT      53.14-
 DUCER PRICE DIFF 40,196.00  0.60000   CWT       241.17    2,687.88 HAULING              0.85008  CWT     341.70-
 ATION ADJUSTMENT 40,196.00  0.10000   CWT        40.20      223.17 FUEL SURCHARGE       0.15994  CWT      64.29-
  ADJUSTER       40,196.00  0.18000    CWT        72.37      501.08 STOP CHARGE          0.39805  CWT     160.00-
    SUB TOTAL                                  8,062.20   53,599.10 ADV. PMT RECOVERY                   1,357.61-
 LITY            40,196.00  0.35000    CWT       140.70    1,030.61      TOTAL MANDATORY             2,053.12-
 KET ADJUSTMENT  40,196.00  0.43000-   CWT       172.83-   1,105.17-      ASSIGNEE         MTD         CURRENT
    SUB TOTAL                                     32.13-      74.56-RONDA J WINNEC-PD   3,800.00-      3,800.00-
       OVERALL TOTAL                           8,030.07   53,524.54 TOTAL ASSIGNMENTS   3,800.00-      3,800.00-
                                                                    TOTAL DEDUCTIONS                   5,853.12-

                    MESSAGES                                               PRICING / COMMUNICATIONS
                                                                    PAY PRICE                         19.97729




  TYPE    PAYMENT NUMBER     ACCOUNT         AMOUNT
  ACH                        XXX-3294        2,176.95
                                                                    CUR. BASE CAPITAL LEVEL              6.16
```

                                        Advice No    **509**
                                        Date         09/19/2019

**DFA**                ACH ADVICE       ** *VOID* * VOID* *
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**                  DAIRY FARMERS OF AMERICA, INC.


**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**



**NON - NEGOTIABLE * * *  ADVICE STATEMENT * * *  NON - NEGOTIABLE**

# Production Statement

**DFA** Dairy Farmers of America

Period Ending 08/31/2019
Page 1 of 1

Producer No.
Producer: LARRY E CHARLES
Payee No.
Payee: LARRY E CHARLES

## Pay Period Summary

**Total Weight**
40,196

## Pay Period Detail

| Production | | | Components | | | | | Quality | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tank Weight | Temp | Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
| 2,284 | 38 GA | 3.87 | 88.39 | 2.98 | 68.06 | 5.73 | 130.87 | 140[1] | 1[1] | 3[1] | | 0.542 | N[1] | |
| 2,284 | 38 GA | 3.90 | 89.08 | 3.01 | 68.75 | 5.74 | 131.10 | 160 | | | | 0.544 | | |
| 2,303 | 38 GA | 3.89 | 89.59 | 3.03 | 69.78 | 5.73 | 131.96 | 130 | | | | 0.549 | | |
| 2,475 | 38 GA | 3.90 | 96.53 | 3.07 | 75.98 | 5.73 | 141.82 | 110 | 1 | 1 | | 0.546 | | |
| 2,398 | 38 GA | 3.89 | 93.28 | 3.03 | 72.66 | 5.76 | 138.12 | 120 | | | | 0.543 | | |
| 2,570 | 38 GA | 3.82 | 98.17 | 3.07 | 78.90 | 5.75 | 147.78 | 99 | | | | 0.543 | | |
| 2,590 | 38 GA | 3.96 | 102.56 | 3.10 | 80.29 | 5.79 | 149.96 | 130 | 1 | 2 | | 0.545 | | |
| 2,475 | 38 GA | 4.01 | 99.25 | 3.09 | 76.48 | 5.80 | 143.55 | 180 | | | | 0.550 | | |
| 2,619 | 38 GA | 3.91 | 102.40 | 3.11 | 81.45 | 5.78 | 151.38 | 180 | 1 | 1 | | 0.546 | | |
| 2,609 | 38 GA | 3.93 | 102.53 | 3.11 | 81.14 | 5.77 | 150.54 | 170 | | | | 0.544 | | |
| 2,570 | 38 GA | 3.95 | 101.52 | 3.12 | 80.18 | 5.75 | 147.78 | 140 | | | | 0.541 | | |
| 2,590 | 36 GA | 3.85 | 99.72 | 3.16 | 81.84 | 5.79 | 149.96 | 110 | | | | 0.545 | | |
| 2,668 | 38 GA | 4.09 | 109.12 | 3.22 | 85.91 | 5.79 | 154.48 | 240 | | | | 0.546 | | |
| 2,668 | 38 GA | 4.08 | 108.85 | 3.25 | 86.71 | 5.80 | 154.74 | 160 | | | | 0.547 | | |
| 2,523 | 38 GA | 4.22 | 106.47 | 3.25 | 82.00 | 5.82 | 146.84 | 150 | | | | 0.548 | | |
| 2,570 | 38 GA | 4.27 | 109.74 | 3.27 | 84.04 | 5.79 | 148.80 | 130 | | | | 0.548 | | |

**EU TEST RESULTS**

| | SCC |
|---|---|
| SOMATIC CELL RESULT FOR AUG | 147,000 |
| JUN-AUG ROLLING 3 MONTH GEOMETRIC MEAN | 154,000 |
| CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |