UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,             :         Case No.: 19-10095-TPA
        Shirley M. Charles,           :
                                      :         Reporting Period:  October, 2019
                                      :
                                      :         Chapter 12

## MONTHLY OPERATING REPORT

*Oct 2019* *Listed milking cows*

2

|  | Milk MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 30.88  3103.35 | Final |
| Custom feeding payments | 10.15  1004.03 | Advance |
| Other farm income (please specify source) | | |

New loans (specify source)

B. **WAGES FROM OUTSIDE WORK**  Ber 792.73   16.3
   Husband        Elvy 9098
   Wife           Mary 10700
C. **OTHER RECEIPTS**   Bar 248.49   10-17
                            583.78   10-30
   Social Security   931.00   Larry
   Other:            435.00   Shirly

Total Cash Receipts   7549.86

**3. FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Gallacher Auto | 10-3-19 | 100.00 | Repair Truck |
| Shawn Charles | 10-3-19 | 600.00 | Pay |
| Heath oil | 10-4-19 | 747.71 | Diesel |
| Tractor Supply | 10-5-19 | 60.43 | Parts & oil |
| Sandy Lake Mills | 10-8-19 | 182.00 | Feed |
| Heath oil | 10-17-19 | 127.73 | Diesel |
| North Western R.E.C. | 10-18-19 | 870.84 | Electric |
| Shawn Charles | 10-18-19 | 600.00 | Pay |
| D.J. Equipment | 10-21-19 | 410.54 | Parts |
| Tractor Supply | 10-20-19 | 39.99 | Oil |
| Sandy Lake Mill | 10-19-19 | 954.41 | Corn |
| "      "      " | 10-28-19 | 954.00 | Corn |
| Family Farm | 10-2-19 | 582.64 | Insurance |
| Sandy Lake | 10-19-19 | 376.50 | Minerals |
| | | 5887.19 | |
| Pittman Electric | 10-30-19 | 108.98 | Part |
| Advanced Auto | 10-30-19 | 58.29 | Part |
| TOTAL | | 6154.46 | |

Oct. 20, 19 Larry & Shirley Charles (3)
Case 19-10095-TPA    Doc 151    Filed 11/04/19    Entered 11/04/19 11:36:06    Desc Main
Document    Page 4 of 14

3

II. **EXPENSES PAID**

A. **HOUSEHOLD** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| AT&T | 10-2-19 | 77.37 | TV |
| Dollar Store | 10-3-19 | 37.78 | Misc |
| Dollar Store | 10-3-19 | 53.80 | Misc |
| Wal-Mart | 10-5-19 | 152.89 | Groc. |
| McDonalds | 10-5-19 | 24.13 | Food |
| Dollar Store | 10-10-19 | 46.67 | Food |
| " " | 10-14-19 | 40.88 | Misc |
| Miller's Deli | 10-16-19 | 51.66 | Deli Food |
| Fields | 10-17-19 | 103.75 | Frozen Meat |
| Wendy Knoll | 10-18-19 | 104.96 | Groc. |
| Dollar Store | 10-17-19 | 68.34 | Food & Misc |
| Meadville Tribune | 10-18-19 | 23.99 | Paper |
| Rogers Flower | 10-18-19 | 51.97 | Flowers for Fund |
| Windstream | 10-18-19 | 77.15 | Phone |
| Rhodabks | 10-17-19 | 12.72 | Rent (gas tank) |
| Cooperstown P.O. | 10-18-19 | 14.30 | Stamps |
| Wal-Mart | 10-20-19 | 171.90 | Food |
| TOTAL | | 1108.51 | |

**Girardat LP**
**Payroll Register**
For the Period From Oct 17, 2019 to Oct 17, 2019

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee | Masked SS No | Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 10/17/19 | 648.47 | AMRoute | 10.0 | 33.69 | 336.90 | 750.36 | -13.50 | -46.52 | -10.88 | -23.04 | -7.50 | -0.45 | |
| | | | | PMRoute | 9.0 | 45.94 | 413.46 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Oct 17, 2019 to Oct 17, 2019

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format

| | 10-17-19 | Year to Date | Federal | SocSec | Medi C | State | Local | SUI TMB |
|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | | 8,293.74 | 49.10 | 514.21 | 120.28 | 254.62 | 82.95 | 4.97 |

Girardi LP
Payroll Register
For the Period From Oct 31, 2019 to Oct 31, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 10/31/19 | 583.78 | 10/25 PM hrs | 2.5 | 12.25 | 30.63 | 667.67 | -5.23 | -41.40 | -9.68 | -20.50 | -6.68 | -0.40 | |
| | | | | AMRoute | 8.0 | 33.69 | 269.52 | | | | | | | | |
| | | | | PMRoute | 8.0 | 45.94 | 367.52 | | | | | | | | |

Girardet LP
Payroll Register
For the Period From Oct 31, 2019 to Oct 31, 2019

| 10-31-19 | Year to Date | Federal | SocSec | Medi C | State | Local | SUI | TMB |
|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | 8,961.41 | 54.33 | 555.61 | 129.96 | 275.12 | 89.63 | 5.37 | |

Girardet LP
Payroll Register
For the Period From Oct 3, 2019 to Oct 3, 2019

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee | Masked SS No | Date | Check | Pay Type | Hr/Day | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 10/3/19 | 722.73 | .5 x 8 days | 4.0 | 12.25 | 49.00 | 845.30 | -22.99 | -52.41 | -12.26 | -25.95 | -8.45 | -0.51 |
| | | | | AMRoute | 10.0 | 33.69 | 336.90 | | | | | | | |
| | | | | PMRoute | 10.0 | 45.94 | 459.40 | | | | | | | |

extra Bethesda student 8 days x .5 hr = 4 Hrs.

Girardat LP
Payroll Register
For the Period From Oct 3, 2019 to Oct 3, 2019

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format

| | Year to Date | Federal | SocSec | Medi C | State | Local | SUI TMB |
|---|---|---|---|---|---|---|---|
| 10-3-19 | | 35.60 | 467.69 | 109.40 | 231.58 | 75.45 | 4.52 |
| Larry E. Charles | 7,543.38 | | | | | | |

 

# Production Statement

Period Ending 09/30/2019  
Page 1 of 1

Producer No.           Payee No.  
Producer: LARRY E CHARLES  
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 37,144 |

## Pay Period Detail

| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 2,619 | 38 GA | 4.14 | 108.43 | 3.28 | 85.90 | 5.78 | 151.38 | 100[1] | 2[1] | 2[1] | | 0.550 | N[1] | |
| 4 | 1 | 2,542 | 39 GA | 4.14 | 105.24 | 3.30 | 83.89 | 5.77 | 146.67 | 130 | | | | 0.549 | | |
| 6 | 1 | 2,418 | 38 GA | 4.18 | 101.07 | 3.29 | 79.55 | 5.82 | 140.73 | 120 | | | | 0.550 | | |
| 8 | 1 | 2,570 | 38 GA | 4.28 | 110.00 | 3.33 | 85.58 | 5.80 | 149.06 | 130 | | | | 0.554 | | |
| 0 | 1 | 2,475 | 39 GA | 4.22 | 104.45 | 3.37 | 83.41 | 5.79 | 143.30 | 110 | 2 | 3 | | 0.545 | | |
| 2 | 1 | 2,523 | 38 GA | 4.40 | 111.01 | 3.37 | 85.03 | 5.77 | 145.58 | 160 | | | | 0.558 | | |
| 4 | 1 | 2,427 | 30 GA | 4.39 | 106.55 | 3.27 | 79.36 | 5.79 | 140.52 | 160 | 2 | 6 | | 0.543 | | |
| 6 | 1 | 2,284 | 38 GA | 4.37 | 99.81 | 3.29 | 75.14 | 5.77 | 131.79 | 120 | | | | 0.549 | | |
| 8 | 1 | 2,188 | 38 GA | 4.39 | 96.05 | 3.28 | 71.77 | 5.81 | 127.12 | 170 | | | | 0.548 | | |
| 0 | 1 | 2,408 | 38 GA | 4.44 | 106.92 | 3.39 | 81.63 | 5.72 | 137.74 | 160 | 3 | 3 | | 0.546 | | |
| 2 | 1 | 2,570 | 38 GA | 4.31 | 110.77 | 3.33 | 85.58 | 5.71 | 146.75 | 150 | | | | 0.544 | | |
| 4 | 1 | 2,580 | 38 GA | 4.30 | 110.94 | 3.36 | 86.69 | 5.79 | 149.38 | 120 | | | | 0.551 | | |
| 6 | 1 | 2,475 | 38 GA | 4.31 | 106.67 | 3.29 | 81.43 | 5.79 | 143.30 | 140 | | | | 0.545 | | |
| 8 | 1 | 2,475 | 38 GA | 4.34 | 107.42 | 3.29 | 81.43 | 5.77 | 142.81 | 130 | | | | 0.544 | | |
| 0 | 1 | 2,590 | 38 GA | 4.26 | 110.33 | 3.32 | 85.99 | 5.77 | 149.44 | 130 | | | | 0.544 | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR SEP | 135,000 |
| EU JUL-SEP ROLLING 3 MONTH GEOMETRIC MEAN | 142,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

DAIRY FARMERS OF AMERICA, INC.   NORTHEAST FLUID AREA 5001 BRITTONFIELD PKWY PO BOX...

1 = HDT

# AIRY FARMERS OF AMERICA, INC.

| YEE NO. | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|
| ME | LARRY E CHARLES | | PERIOD END | 09/30/2019 |
| DRESS | 1407 DECKARDS RUN RD | | PAYMENT DATE | 10/18/2019 |
| | COCHRANTON PA 16314 | | PERIOD | 09/01/2019-09/30/2019 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 37,144 | 7,872.58 | 4,769.23- | 3,103.35 |
| YTD TOTALS | 317,703 | 61,397.12 | 22,876.99- | 38,520.13 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,597.20 | 2.49820 | LBS | 3,990.12 | 34,493.51 |
| PROTEIN | 1,233.18 | 2.86330 | LBS | 3,530.97 | 19,839.41 |
| OTHER SOLIDS | 2,146.95 | 0.17580 | LBS | 377.45 | 3,752.59 |
| PRODUCER PRICE DIFF | 37,144.00 | 0.31000- | CWT | 115.14- | 2,572.74 |
| LOCATION ADJUSTMENT | 37,144.00 | 0.10000 | CWT | 37.16 | 260.33 |
| CC ADJUSTER | 37,144.00 | 0.20000 | CWT | 74.30 | 575.38 |
| SUB TOTAL | | | | 7,894.86 | 61,493.96 |
| QUALITY | 37,144.00 | 0.35000 | CWT | 130.01 | 1,160.62 |
| MARKET ADJUSTMENT | 37,144.00 | 0.41000- | CWT | 152.29- | 1,257.46- |
| SUB TOTAL | | | | 22.28- | 96.84- |
| OVERALL TOTAL | | | | 7,872.58 | 61,397.12 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 55.71- |
| CWT INVESTMENT | 0.04000 | CWT | 14.86- |
| MARKETING FEES | 0.13730 | CWT | 51.00- |
| HAULING | 0.85007 | CWT | 315.75- |
| FUEL SURCHARGE | 0.15001 | CWT | 55.72- |
| STOP CHARGE | 0.40383 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 1,054.19- |
| TOTAL MANDATORY | | | 1,697.23- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,769.23- |

### MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | 4003607200096001 | XXX-3294 | 3,103.35 |

### PRICING / COMMUNICATIONS

PAY PRICE                                21.19476

CUR. BASE CAPITAL LEVEL          6.16

---

**DFA**
**Dairy Farmers of America**
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No   **507**
Date        10/18/2019

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**



## NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE

DAIRY FARMERS OF AMERICA, INC.  00001  423

| | | | | | | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|---|---|
| PAYEE NO. | | PRODUCER NO. | | NORTHEAST FLUID AREA | | PERIOD END | Advance |
| NAME | LARRY E CHARLES | | | | | PAYMENT DATE | 10/28/2019 |
| ADDRESS | 1407 DECKARDS RUN RD | | | | | PERIOD | 10/01/2019-10/15/2019 |
| | COCHRANTON PA 16314 | | | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 15,491 | 2,633.47 | 1,565.44- | 1,068.03 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 15,491.00 | 17.00000 | CWT | 2,633.47 | |
| SUB TOTAL | | | | 2,633.47 | |
| OVERALL TOTAL | | | | 2,633.47 | |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 23.24- |
| CWT INVESTMENT | 0.04000 | CWT | 6.20- |
| TOTAL MANDATORY | | | 29.44- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-W/H | | 1,536.00- | 1,536.00- |
| TOTAL ASSIGNMENTS | | 1,536.00- | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,565.44- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE 17.00000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | 4003607200097001 | XXX-3294 | 1,068.03 |

**DFA**
Dairy Farmers of America
**PO Box 4810
Syracuse, NY 13221-4810**

ACH ADVICE

Advice No  **423**
Date  10/28/2019

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

**701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314**



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**

DFAC1910248215D.000327.01.02.000000



**Production Statement**

Period Ending 10/15/2019
Page 1 of 1

Producer No.  Payee No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight | | | | | | |
|---|---|---|---|---|---|---|
| 15,491 | | | | | | |

## Pay Period Detail

| | Production | | | Components | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Butterfat | | Protein | | Other Solids | | SCC | SPC | PIC | LPC | FRZP | INH | SED |
| Day | Tank | Weight | Temp | % | Lbs | % | Lbs | % | Lbs | X1000 | X1000 | X1000 | | | | |
| 2 | 1 | 2,379 | 38 GA | 4.15 | 98.73 | 3.36 | 79.93 | 5.84 | 138.93 | 110[1] | 2[1] | 2[1] | | 0.558 | NEG[1] | |
| 4 | 1 | 2,475 | 38 GA | 4.47 | 110.63 | 3.27 | 80.93 | 5.80 | 143.55 | 210 | | | | 0.547 | | |
| 6 | 1 | 2,284 | 38 GA | 4.29 | 97.98 | 3.32 | 75.83 | 5.75 | 131.33 | 140 | | | | 0.543 | | |
| 8 | 1 | 2,141 | 38 GA | 4.27 | 91.42 | 3.23 | 69.15 | 5.69 | 121.82 | 170 | 1 | 6 | | 0.542 | | |
| 10 | 1 | 2,004 | 38 GA | 4.59 | 91.98 | 3.35 | 67.13 | 5.72 | 114.63 | 190 | | | | 0.548 | | |
| 12 | 1 | 2,095 | 38 GA | 4.33 | 90.71 | 3.35 | 70.18 | 5.73 | 120.04 | 130 | 2 | 5 | | 0.543 | | |
| 14 | 1 | 2,113 | 38 GA | 4.31 | 91.07 | 3.41 | 72.05 | 5.67 | 119.81 | 130 | | | | 0.542 | | |

1 = HDT