FILED
11/5/19 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry E. Charles<br>Shirley M. Charles<br>    Debtor(s) | |
| U.S. Bank National Association, as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1<br>   Movant<br>      v.<br>Larry E. Charles<br>Shirley M. Charles<br>    Respondent(s)<br>   and<br>Ronda J. Winnecour, Trustee<br>   Additional Respondent | BK. NO. 19-10095 TPA<br><br>CHAPTER 12<br><br>Related to Document No. 145 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

  AND NOW, this 5th day of November, 2019, at Pittsburgh, upon Motion of U.S. Bank National Association, as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1, it is

  **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 28762 Deckards Rd, Cochranton, PA 16314 and the 2001 Redman Homes Stonecrest, Serial # 122-38092A/B (**"Property"**), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies includin**g, but not limited to, taking the Property to Sheriff's Sale,** in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge   jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 19-10095-TPA
Larry E. Charles                                                                                    Chapter 12
Shirley M. Charles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: nsha                    Page 1 of 1                   Date Rcvd: Nov 05, 2019
                               Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
db/jdb         +Larry E. Charles,    Shirley M. Charles,   1407 Deckards Run Road,    Cochranton, PA 16314-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              Christopher P. Schueller    on behalf of Creditor    Fairport Asset Management II, LLC successor to
               Commerical Loan Investment VII, LLC christopher.schueller@bipc.com,    donna.curcio@bipc.com
              Christopher P. Schueller    on behalf of Creditor    Commercial Loan Investment VII, LLC
               christopher.schueller@bipc.com,   donna.curcio@bipc.com
              David A. Scott    on behalf of Creditor    CNH Industrial Capital America LLC scott@lg-law.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1
               bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America acting through Farm Service
               Agency jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Kelly M. Neal    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical
               Loan Investment VII, LLC kelly.neal@bipc.com,    donna.curcio@bipc.com
              Kelly M. Neal    on behalf of Creditor    Commercial Loan Investment VII, LLC kelly.neal@bipc.com,
               donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert S. Adams    on behalf of Creditor    CNH Industrial Capital America LLC
               radams@pollockbegg.com,    legaldudersa@msn.com;legaldudersa@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 13