UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,                :          Case No.: 19-10095-TPA
       Shirley M. Charles,             :
                                       :          Reporting Period: November, 2019
                                       :
                                       :          Chapter 12

**MONTHLY OPERATING REPORT**

70 March 2019    Larry & Shirley Chasser

2

|  | Nov-Mid MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 2039.32 | Funeral |
| Custom feeding payments | 998.72 | Arrange |
| Other farm income (please specify source) | | |
| | 3038.10 | |
| New loans (specify source) | | |

**B. WAGES FROM OUTSIDE WORK**

| | | | |
|---|---|---|---|
| Husband | Bus — | 684.40 | 11-14 |
| Wife | | 684.40 | 11-27 |
| | | 1368.80 | |

**C. OTHER RECEIPTS**

| | | |
|---|---|---|
| Social Security | | |
| Other: Larry | 925.00 | |
| Shirley | 437.00 | |
| | 1362.00 | |

Total Cash Receipts

5768.90  Income
4553.82  Bills

~~629.84~~
1215.08

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| AT&T | 11-14 | 77.37 | TV |
| Windy Knoll | 11-15 | 132.61 | Groc. |
| Windstream | 11-19 | 72.13 | Phone |
| Wal Mart | 11-18 | 67.86 | Groc |
| Dollar Store | 11-24 | 75.02 | Food & Misc |
| William Business | 11-27 | 75.00 | Payor Taxes |
| Prodanita | 11-27 | 144.96 | Gas (House) |
| Market Place | 11-27 | 64.80 | Groc. |
|  |  | 709.75 |  |

4

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| 11-1 Farm Family | 11-1 | 530.13 | Insurance |
| Heath oil | 11-1 | 71.73 | diesel |
| Hodis | 11-9 | 23.42 | Seal Part |
| Wentworth Ford | 11-14 | 31.80 | Part |
| North Western Rec | 11-19 | 793.87 | Electric |
| Sandy Lake | 11-19 | 376.50 | minerals |
| Shawn Charles | 12-19 | 300.00 | Pay Beau Med |
| Hodis | 11-18 | 87.19 | oil & filter |
| Hodis | 11-21 | 43.40 | Part |
| Fastenal | 11-26 | 154.54 | Shipping |
| Gallagher | 11-27 | 50.00 | Pay on Bill |
| Shawn Charles | 11-27 | 375.00 | Pay |
| Franklin tire | 11-27 | 92.00 | Mount Tire |
| Heath oil | 11-27 | 111.49 | diesel |
| Steve Livengood | 11-29 | 300.00 | Hay |
| Sandy Lake | 11-18 | 3336.07 | mineral |
|  |  | 208.05 |  |
|  |  | 3544.07 |  |

TOTAL 37

Appendix B

Filter options: Includes Report order is by Check Date. Reports printed in Detail Format

Girardai LP
Payroll Register
For the Period From Nov 27, 2019 to Nov 27, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 11/27/19 | 684.40 | AMRoute | 10.0 | 33.69  336.90 | 796.30 | -18.09 | -49.37 | -11.55 | -24.45 | -7.96 | -0.48 | |
| | | | | PMRoute | 10.0 | 45.94  459.40 | | | | | | | | |

Girardot LP
Payroll Register
For the Period From Nov 27, 2019 to Nov 27, 2019

| 11-27-19 | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 10,554.01 | 90.51 | 654.35 | 153.06 | 324.02 | 105.55 | 6.33 |

Girardot LP
Payroll Register
For the Period From Nov 14, 2019 to Nov 14, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 11/14/19 | 684.40 | AMRoute | 10.0 | 33.69 | 336.90 | 796.30 | -18.09 | -49.37 | -11.55 | -24.45 | -7.96 | -0.48 |
| | | | | PMRoute | 10.0 | 45.94 | 459.40 | | | | | | | |

Girardat LP
Payroll Register
For the Period From Nov 14, 2019 to Nov 14, 2019

| 11-14-19 Larry E. Charles | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| | 9,757.71 | 72.42 | 604.98 | 141.51 | 299.57 | 97.59 | 5.85 |

DAIRY FARMERS OF AMERICA, INC.     417 00001

| YEE NO. | PRODUCER NO. | | NORTHEAST FLUID AREA | | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|---|
| ME | LARRY E CHARLES | | | | PERIOD END | Advance |
| DRESS | 1407 DECKARDS RD | | | | PAYMENT DATE | 11/27/2019 |
| | COCHRANTON PA 16314 | | | | PERIOD | 11/01/2019-11/15/2019 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 14,858 | 2,563.01 | 1,564.23- | 998.78 |

| PRICING INFORMATION | | | | | | DEDUCTIONS / ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD | DESCRIPTION | RATE | UOM | CURRENT |
| ADVANCE PAYMENT | 14,858.00 | 17.25000 | CWT | 2,563.01 | | ADV & PROMOTION | 0.15000 | CWT | 22.29- |
| SUB TOTAL | | | | 2,563.01 | | CWT INVESTMENT | 0.04000 | CWT | 5.94- |
| OVERALL TOTAL | | | | 2,563.01 | | TOTAL MANDATORY | | | 28.23- |
| | | | | | | ASSIGNEE | | MTD | CURRENT |
| | | | | | | RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| | | | | | | TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| | | | | | | TOTAL DEDUCTIONS | | | 1,564.23- |

MESSAGES

| | | | | PRICING / COMMUNICATIONS | |
|---|---|---|---|---|---|
| | | | | PAY PRICE | 17.25000 |

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | 4003607200100001 | XXX-3294 | 998.78 |

---

**DFA**     Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No **417**
Date 11/27/2019

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D 16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**




**DFA** Dairy Farmers of America

Production Statement
Period Ending 11/15/2019
Page 1 of 1

Producer No.         Payee No.
Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 14,858 |

## Pay Period Detail

| Day | Tank | Production Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  | 1 | 1,821 | 38 GA | 4.42 | 80.49 | 3.27 | 59.55 | 5.71 | 103.98 | 190 | | | | 0.544 | | |
| 3  | 1 | 1,775 | 38 GA | 4.94 | 87.69 | 3.30 | 58.58 | 5.67 | 100.64 | 140¹ | 3¹ | 5¹ | | 0.548 | N¹ | |
| 5  | 1 | 1,912 | 38 GA | 4.55 | 87.00 | 3.33 | 63.67 | 5.73 | 109.56 | 130 | | | | 0.549 | | |
| 6  | 1 | 1,912 | 38 GA | 4.44 | 84.89 | 3.34 | 63.86 | 5.70 | 108.98 | 140 | | | | 0.551 | | |
| 9  | 1 | 1,866 | 38 GA | 4.56 | 85.09 | 3.34 | 62.32 | 5.75 | 107.30 | 210 | | | | 0.553 | | |
| 11 | 1 | 1,930 | 38 GA | 4.53 | 87.43 | 3.21 | 61.95 | 5.77 | 111.36 | 160 | 3 | 4 | | 0.551 | | |
| 13 | 1 | 1,821 | 38 GA | 4.56 | 83.04 | 3.32 | 60.46 | 5.77 | 105.07 | 140 | | | | 0.554 | | |
| 15 | 1 | 1,821 | 38 GA | | | | | | | | | | | | | |

1 = HDT

DAIRY FARMERS OF AMERICA, INC.     499

| | | | | |
|---|---|---|---|---|
| YEE NO. | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701 PAY GROUP 747D |
| ME | LARRY E CHARLES | | PERIOD END | 10/31/2019 |
| DRESS | 1407 DECKARDS RUN RD | | PAYMENT DATE | 11/19/2019 |
| | COCHRANTON PA 16314 | | PERIOD | 10/01/2019-10/31/2019 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 31,507 | 6,751.34 | 4,712.02- | 2,039.32 |
| YTD TOTALS | 349,210 | 68,148.46 | 26,520.98- | 41,627.48 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,389.46 | 2.40310 | LBS | 3,339.01 | 37,832.52 |
| PROTEIN | 1,058.62 | 3.17000 | LBS | 3,355.85 | 23,195.26 |
| OTHER SOLIDS | 1,805.34 | 0.14470 | LBS | 261.25 | 4,013.84 |
| PRODUCER PRICE DIFF | 31,507.00 | 0.86000- | CWT | 270.95- | 2,301.79 |
| LOCATION ADJUSTMENT | 31,507.00 | 0.10000 | CWT | 31.53 | 291.86 |
| SCC ADJUSTER | 31,507.00 | 0.20000 | CWT | 63.02 | 638.40 |
| SUB TOTAL | | | | 6,779.71 | 68,273.67 |
| QUALITY | 31,507.00 | 0.35000 | CWT | 110.27 | 1,270.89 |
| MARKET ADJUSTMENT | 31,507.00 | 0.44000- | CWT | 138.64- | 1,396.10- |
| SUB TOTAL | | | | 28.37- | 125.21- |
| OVERALL TOTAL | | | | 6,751.34 | 68,148.46 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 47.26- |
| CWT INVESTMENT | 0.04000 | CWT | 12.60- |
| MARKETING FEES | 0.14936 | CWT | 47.06- |
| HAULING | 0.85000 | CWT | 267.81- |
| FUEL SURCHARGE | 0.15000 | CWT | 47.26- |
| STOP CHARGE | 0.47608 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 1,068.03- |
| TOTAL MANDATORY | | | 1,640.02- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,712.02- |

MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | 4003607200099001 | XXX-3294 | 2,039.32 |

PRICING / COMMUNICATIONS
PAY PRICE     21.42806

CUR. BASE CAPITAL LEVEL     6.16

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No    **499**
Date    11/19/2019

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D 16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE



**DFA** Dairy Farmers of America

## Production Statement

Period Ending 10/31/2019  
Page 1 of 1

Producer No.  Payee No.  
Producer: LARRY E CHARLES  
Payee: LARRY E CHARLES

### Pay Period Summary

| Total Weight |
|---|
| 31,507 |

### Pay Period Detail

| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2  | 1 | 2,379 | 38 GA | 4.15 | 98.73  | 3.36 | 79.93 | 5.84 | 138.93 | 110¹ | 2¹ | 2¹ |   | 0.558 | NEG¹ |   |
| 4  | 1 | 2,475 | 38 GA | 4.47 | 110.63 | 3.27 | 80.93 | 5.80 | 143.55 | 210  |    |    |   | 0.547 |      |   |
| 6  | 1 | 2,284 | 38 GA | 4.29 | 97.98  | 3.32 | 75.83 | 5.75 | 131.33 | 140  |    |    |   | 0.543 |      |   |
| 8  | 1 | 2,141 | 38 GA | 4.27 | 91.42  | 3.23 | 69.15 | 5.69 | 121.82 | 170  | 1  | 6  |   | 0.542 |      |   |
| 10 | 1 | 2,004 | 38 GA | 4.59 | 91.98  | 3.35 | 67.13 | 5.72 | 114.63 | 190  |    |    |   | 0.548 |      |   |
| 12 | 1 | 2,095 | 38 GA | 4.33 | 90.71  | 3.35 | 70.18 | 5.73 | 120.04 | 130  | 2  | 5  |   | 0.543 |      |   |
| 14 | 1 | 2,113 | 38 GA | 4.31 | 91.07  | 3.41 | 72.05 | 5.67 | 119.81 | 130  |    |    |   | 0.542 |      |   |
| 16 | 1 | 2,068 | 38 GA |      |        |      |       |      |        |      |    |    |   |       |      |   |
| 18 | 1 | 2,141 | 38 GA |      |        |      |       |      |        |      |    |    |   |       |      |   |
| 20 | 1 | 1,985 | 38 GA | 4.55 | 90.32  | 3.35 | 66.50 | 5.66 | 112.35 | 170  | 2  | 2  |   | 0.543 |      |   |
| 22 | 1 | 2,077 | 38 GA | 4.28 | 88.90  | 3.35 | 69.58 | 5.72 | 118.80 | 180  |    |    |   | 0.553 |      |   |
| 24 | 1 | 2,045 | 38 GA | 4.42 | 90.39  | 3.45 | 70.55 | 5.73 | 117.18 | 120  |    |    |   | 0.551 |      |   |
| 26 | 1 | 1,876 | 38 GA | 4.62 | 86.67  | 3.45 | 64.72 | 5.71 | 107.12 | 120  |    |    |   | 0.551 |      |   |
| 28 | 1 | 1,729 | 38 GA |      |        |      |       |      |        |      |    |    |   |       |      |   |
| 30 | 1 | 2,095 | 38 GA | 4.54 | 95.11  | 3.38 | 70.81 | 5.73 | 120.04 | 110  |    |    |   | 0.550 |      |   |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR OCT | 149,000 |
| EU AUG-OCT ROLLING 3 MONTH GEOMETRIC MEAN | 144,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT