## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-10095-TPA |
| | ) | |
| Larry E. Charles, | ) | Chapter 12 |
| Shirley M. Charles, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ----------------------------------------- | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| v. | ) | **February 5, 2020 at 11:30 a.m.** |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 12 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Larry E. Charles and Shirley M. Charles.

2. This is an interim application for the period November 26, 2018 through December 17, 2019.

3. Previous retainer paid to Applicant: $3,000.00

4. Previous interim compensation allowed to Applicant: $0.00

5. Applicant requests additional:
   Compensation of $13,237.50
   Reimbursement of Expenses of $364.06

6. A hearing on the Application will be held in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 by Judge Thomas P. Agresti, on February 5, 2020, at 11:30 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before January 3, 2020, fourteen (14) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

    Dated: December 17, 2019        /s/Brian C. Thompson
                                                  Brian C. Thompson, Esquire
                                                  PA ID 91197
                                                  125 Warrendale Bayne Road, Suite 200
                                                  Warrendale, PA 15086
                                                  724-799-8404
                                                  bthompson@thompsonattorney.com