## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  **Larry E. Charles,**                    :          **Case No.: 19-10095-TPA**
      **Shirley M. Charles,**                    :

                                 :          **Reporting Period:   December, 2019**

                                 :

                                 :          **Chapter 12**

## <u>MONTHLY OPERATING REPORT</u>

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income *Milk* | 1376.76 | *Final RSe* |
| Custom feeding payments | 1099.99 | *Abana ce* |
| Other farm income (please specify source) | 22.22b | *FSA* |
|  |  | *I ~ 70 Penthouse* |
|  |  | *weiappfor MU* |
| New loans (specify source) |  | *This will not* |
|  |  | *be easy more* |

**B.   WAGES FROM OUTSIDE WORK**

| Husband - *Boo Cruttup* | 4281.49 | 12-17 |
| Wife | 684.70 | 12-76 |

**C.   OTHER RECEIPTS**   *Holiday Pay - 185.25*   12-59

| Social Security | 935.00 | *Larry* |
| Other: | 456.00 | *Skladle* |

**Total Cash Receipts**   7398.14

7398.14  Income
6672.63  Expenses
$725.51  Carry over To next month

Appendix B



4

**3.   FARM EXPENSES   (Use more pages if necessary.)**

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Tractor Supply | 12-1 | 34.43 | Parts |
| Farm Family | 12-1 | 530.13 | Insurance |
| Shawon Charles | 12-3 | 300.00 | Pay |
| Heath oil | 12-3 | 34.99 | Diesel |
| Sandy Lake mills | 12-7 | 393.50 | Minerals Soybean Meal |
| Shawon Charles | 12-10 | 275.00 | Pay |
| Heath air | 12-14 | 130.02 | Diesel |
| Sandy Lake mills | 12-11 | 760.50 | Soy Bean Meal |
| Bylers Hardware | 12-16 | 26.71 | Pipe |
| Heath air | 12-18 | 102.01 | Diesel |
| Shawon Charles | 12-19 | 450.00 | Pay |
| Sandy Lake mills | 12-20 | 282.43 | minerals |
| M.A. Stauffer | 12-20 | 28.19 | Parts |
| Heath air | 12-23 | 30.99 | Diesel |
| Northwestern REC | 12-27 | 702.48 | Electric |
| Shawon Charles | 12-27 | 600.00 | Pay |
| Heath air | 12-27 | 79.60 | Diesel |
| Agkins | 12-27 | 31.97 | Parts |
| Tractor Supply | 12-13 57 | 74.31 | Parts |
| Bylers Hardware | 12-14 | 16.17 | Parts |

4875.05

3

## II. EXPENSES PAID

### A. HOUSEHOLD [Use more pages if necessary.]

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| McDonalds | 12-1 | 21.27 | Food |
| Dollar Store | 12-1 | 39.82 | Misc |
| AT+T | 12-3 | 81.62 | TV |
| Pantor Library | 12-3 | 100.00 | Cheese + Clothes |
| Dollar Store | 12-3 | .19.11 | Misc |
| Ca.church P.O. | 12-3 | 22.00 | Stamps |
| Giant Eagle | 12-4 | 60.33 | Groceries |
| Martins Smokehouse | 12-4 | 141.38 | Process deer |
| Dollar Store | 12-6 | 46.84 | Food + Misc |
| Windy Knarr | 12-7 | 23.19 | food |
| Smoke Outlet | 12-10 | 26.63 | Pipe Tobacco |
| Dollar Store | 12-10 | 113.94 | Food + Misc |
| Wal Mart | 12-13 | 160.94 | Groceries |
| Miller | 12-13 | 73.58 | deli + Misc |
| Dollar Store | 12-14 | 48.64 | Misc |
| Fields | 12-17 | 53.00 | Meat |
| Produante | 12-19 | 412.20 | House Gas |
| Windy Knarr | 12-19 | 74.88 | Knarr |
| Widman Bakery | 12-19 | 75.00 | Tap Purpose |
| Windy Knarr | 12-19 | 77.65 | food |
| Dollar Store | 12-27 | 94.24 | Food + Misc |
| Miller | 12-27 | 32.00 | deli meat |

56

Appendix B

Giverdet LP
Payroll Register
For the Period From Dec 18, 2019 to Dec 18, 2019

| Employee | Masked SS No | Date | Amount | Pay Type | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 12/19/19 | 185.25 | Holiday | 1.00 | 210.00 | 210.00 | | -13.02 | -3.05 | -6.45 | -2.10 | -0.13 |

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardet LP
Payroll Register
For the Period From Dec 12, 2019 to Dec 12, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 12/12/19 | 421.49 | AMRoute | 6.0 | 33.69 | 202.14 | 477.78 | | -29.62 | -6.93 | -14.67 | -4.78 | -0.29 | |
| | | | | PMRoute | 6.0 | 45.94 | 275.64 | | | | | | | | |

Filer Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardst LP
Payroll Register
For the Period From Dec 12, 2019 to Dec 12, 2019

| 12-12-19 | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 11,031.79 | 90.51 | 683.97 | 159.99 | 338.69 | 110.33 | 6.62 |

Plus Groups includes: 1) Employee IDs from 1). Based order at by Detail Dept. Region is printed in Detail For

Girardot LP
Payroll Register
For the Period From Dec 26, 2019 to Dec 26, 2019

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|----------|--------------|------|-------|----------|--------|------|---------|-------|---------|--------|----------|-------|-------|------|-----|
| Larry E. Charles | XXX-XX-5095 | 12/26/19 | 684.40 | AMRoute | 10.0 | 33.69 | 336.90 | 796.30 | -18.09 | -49.37 | -11.55 | -24.45 | -7.96 | -0.48 | |
| | | | | PMRoute | 10.0 | 45.94 | 459.40 | | | | | | | | |

Girardet LP
Payroll Register
For the Period From Dec 26, 2018 to Dec 26, 2019

| 12-26-19 Larry E. Charles | Year to Date | Federal | SocSec | Medi C | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| | 12,038.09 | 108.60 | 746.36 | 174.59 | 369.59 | 120.39 | 7.23 |

PAYEE NO.
NAME  LARRY E CHARLES     PRODUCER NO.     NORTHEAST FLUID AREA

ADDRESS  1407 DECKARDS RUN RD
      COCHRANTON PA 16314

DIVISION  701  PAY GROUP 747D
PERIOD END  11/30/2019
PAYMENT DATE 12/19/2019
PERIOD  11/01/2019-11/30/2019

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 27,162 | 5,964.30 | 4,588.02- | 1,376.28 |
| YTD TOTALS | 376,372 | 74,112.76 | 30,110.22- | 44,002.54 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,238.60 | 2.31950 | LBS | 2,872.93 | 40,705.45 |
| PROTEIN | 901.79 | 3.91180 | LBS | 3,527.63 | 26,722.89 |
| OTHER SOLIDS | 1,548.25 | 0.11120 | LBS | 172.16 | 4,186.00 |
| PRODUCER PRICE DIFF | 27,162.00 | 2.44000- | CWT | 662.74- | 1,639.05 |
| LOCATION ADJUSTMENT | 27,162.00 | 0.10000 | CWT | 27.18 | 319.04 |
| BCC ADJUSTER | 27,162.00 | 0.23000 | CWT | 62.48 | 700.88 |
| SUB TOTAL | | | | 5,999.64 | 74,273.31 |
| QUALITY | 27,162.00 | 0.35000 | CWT | 95.05 | 1,365.94 |
| MARKET ADJUSTMENT | 27,162.00 | 0.48000- | CWT | 130.39- | 1,526.49- |
| SUB TOTAL | | | | 35.34- | 160.55- |
| OVERALL TOTAL | | | | 5,964.30 | 74,112.76 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 40.74 |
| CWT INVESTMENT | 0.04000 | CWT | 10.86 |
| MARKETING FEES | 0.16203 | CWT | 44.01- |
| HAULING | 0.85001 | CWT | 230.88- |
| FUEL SURCHARGE | 0.15003 | CWT | 40.75- |
| STOP CHARGE | 0.55224 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 998.78- |
| TOTAL MANDATORY | | | 1,516.02- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,588.02- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE  21.95825

CUR. BASE CAPITAL LEVEL  6.16

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 1,376.28 |



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **492**
Date  12/19/2019

**＊＊VOID＊＊VOID＊＊**

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

NON - NEGOTIABLE ＊＊＊ ADVICE STATEMENT ＊＊＊ NON - NEGOTIABLE

 

Case 19-10095-TPA    Doc Production/State Filed 12/31/19 12:22:57    Desc Main
Document      Page 11 of 13

**Production/Statement**
Producer No.              Payee No.
Period Ending 11/30/2019
Page 1 of 1              Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27,162 | | | | | | | |

## Pay Period Detail

| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1,821 | 38 GA | 4.42 | 80.49 | 3.27 | 59.55 | 5.71 | 103.98 | 190 | | | | 0.544 | | |
| 3 | 1 | 1,775 | 38 GA | 4.94 | 87.69 | 3.30 | 58.58 | 5.67 | 100.64 | 140[1] | 3[1] | 5[1] | | 0.548 | N[1] | |
| 5 | 1 | 1,912 | 38 GA | 4.55 | 87.00 | 3.33 | 63.67 | 5.73 | 109.56 | 130 | | | | 0.549 | | |
| 6 | 1 | 1,912 | 38 GA | 4.44 | 84.89 | 3.34 | 63.86 | 5.70 | 108.98 | 140 | | | | 0.551 | | |
| 9 | 1 | 1,866 | 38 GA | 4.56 | 85.09 | 3.34 | 62.32 | 5.75 | 107.30 | 210 | | | | 0.553 | | |
| 11 | 1 | 1,930 | 38 GA | 4.53 | 87.43 | 3.21 | 61.95 | 5.77 | 111.36 | 160 | 3 | 4 | | 0.551 | | |
| 13 | 1 | 1,821 | 38 GA | 4.56 | 83.04 | 3.32 | 60.46 | 5.77 | 105.07 | 140 | | | | 0.554 | | |
| 15 | 1 | 1,821 | 38 GA | | | | | | | | | | | | | |
| 17 | 1 | 1,625 | 38 GA | 4.62 | 75.08 | 3.34 | 54.28 | 5.66 | 91.98 | 130 | 3 | 2 | | 0.542 | | |
| 19 | 1 | 1,600 | 38 GA | 4.81 | 76.96 | 3.32 | 53.12 | 5.62 | 89.92 | 100 | | | | 0.539 | | |
| 21 | 1 | 1,385 | 38 GA | 5.08 | 70.36 | 3.35 | 46.40 | 5.69 | 78.81 | 130 | | | | 0.548 | | |
| 23 | 1 | 1,729 | 38 GA | 4.43 | 76.59 | 3.31 | 57.23 | 5.72 | 98.90 | 98 | 3 | 6 | | 0.550 | | |
| 25 | 1 | 1,958 | 38 GA | 4.09 | 80.08 | 3.32 | 65.01 | 5.71 | 111.80 | 100 | | | | 0.549 | | |
| 27 | 1 | 1,866 | 38 GA | | | | | | | | | | | | | |
| 29 | 1 | 2,141 | 38 GA | 4.30 | 92.06 | 3.44 | 73.65 | 5.66 | 121.18 | 150 | | | | 0.549 | | |

**EU TEST RESULTS**

| | SCC |
|---|---|
| J SOMATIC CELL RESULT FOR NOV | 141,000 |
| J SEP-NOV ROLLING 3 MONTH GEOMETRIC MEAN | 142,000 |
| J CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

**DAIRY FARMERS OF AMERICA, INC.**                                                                    00001
                                                                                                413

| AYEE NO. | PRODUCER NO. | NORTHEAST FLUID AREA |
|---|---|---|
| AME | LARRY E CHARLES | |

DDRESS   1407 DECKARDS RUN RD
         COCHRANTON PA  16314

DIVISION     701  PAY GROUP 747D
PERIOD END   Advance
PAYMENT DATE 12/27/2019
PERIOD       12/01/2019-12/15/2019

| PERIOD TOTALS | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| | 15,361 | 2,665.12 | 1,565.18- | 1,099.94 |

**PRICING INFORMATION**

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 15,361.00 | 17.35000 | CWT | 2,665.12 | |
| SUB TOTAL | | | | 2,665.12 | |
| OVERALL TOTAL | | | | 2,665.12 | |

**DEDUCTIONS / ADJUSTMENTS**

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 23.04- |
| CWT INVESTMENT | 0.04000 | CWT | 6.14- |
| TOTAL MANDATORY | | | 29.18- |

| ASSIGNEE | MTD | CURRENT |
|---|---|---|
| RONDA J WINNEC-W/H | 1,536.00- | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | 1,536.00- |
| TOTAL DEDUCTIONS | | 1,565.18- |

**MESSAGES**

**PRICING / COMMUNICATIONS**

PAY PRICE                                17.35000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 1,099.94 |



**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No   **413**
Date        12/27/2019

**\* \* VOID \* \* VOID \* \***

DAIRY FARMERS OF AMERICA, INC.

**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

**NON - NEGOTIABLE \* \* \* ADVICE STATEMENT \* \* \* NON - NEGOTIABLE**




**DFA**
Dairy Farmers of America

**Production Statement**

Period Ending **12/15/2019**
Page 1 of 1

Producer No.                    Payee No.
Producer: LARRY E CHARLES
Payee:     LARRY E CHARLES

| Pay Period Summary |
|---|

| Total Weight |
|---|
| 15,361 |

## Pay Period Detail

| Day | Tank | Production Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC X1000 | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2,096 | 38 GA | 4.54 | 95.16 | 3.45 | 72.31 | 5.68 | 119.05 | 160[1] | 3[1] | 3[1] | | 0.547 | N[1] | |
| 3 | 1 | 2,095 | 38 GA | 4.81 | 100.77 | 3.49 | 73.12 | 5.64 | 118.16 | 160 | | | | 0.548 | | |
| 5 | 1 | 2,004 | 38 GA | 4.92 | 98.60 | 3.40 | 68.14 | 5.68 | 113.83 | 120 | | | | 0.550 | | |
| 7 | 1 | 1,821 | 38 GA | 5.10 | 92.87 | 3.34 | 60.82 | 5.63 | 102.52 | 170 | | | | 0.548 | | |
| 9 | 1 | 1,866 | 38 GA | 4.85 | 90.50 | 3.33 | 62.14 | 5.64 | 105.24 | 180 | 2 | 3 | | 0.547 | | |
| 11 | 1 | 1,866 | 38 GA | 4.79 | 89.38 | 3.31 | 61.76 | 5.62 | 104.87 | 150 | | | | 0.550 | | |
| 13 | 1 | 1,747 | 38 GA | 4.60 | 80.36 | 3.36 | 58.70 | 5.62 | 98.18 | 120 | | | | 0.551 | | |
| 15 | 1 | 1,866 | 38 GA | 4.52 | 84.34 | 3.26 | 60.83 | 5.61 | 104.68 | 210 | | | | 0.549 | | |