UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,  : Case No.: 19-10095-TPA
       Shirley M. Charles,  :
                            : Reporting Period: __January, 2020__
                            :
                            : Chapter 12

## MONTHLY OPERATING REPORT

1-20  Larry + Shirley Shaner

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income *Milk* | 1687.34 | Farrell |
| Custom feeding payments | 394.57 | Ashbury |
| Other farm income (please specify source) |  |  |
| New loans (specify source) |  |  |

B. **WAGES FROM OUTSIDE WORK** Bag Corner

| Husband | 140.50 | 1-9-20 |
| Wife | ~~60~~ | ~~70~~ |
|  | 727.50 |  |
|  |  | 1-23-20 |

C. **OTHER RECEIPTS**

| Social Security |  |  |
| Other: Larry | 933.00 | 1-9-20 |
| Shirley | 437.00 | 1-23-20 |

Total Cash Receipts   4309.54

Income  4309.54
Expense 3600.74
         709.60  Carry Over

II. **EXPENSES PAID**

   A. **HOUSEHOLD** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Meadville Medical Hospital | 1-1 | 90.00 | Out-Patient Co-Pay |
| AT&T | 1-2 | 77.37 | TV |
| Windy Knoll | 1-4 | 77.49 | Groc. |
| Dollar Store | 1-4 | 58.50 | Misc |
| Walmart | 1-7 | 50.61 | Dollar Meats |
| " " | 1-16 | 47.69 | Misc |
| " " | 1-14 | 46.67 | Misc |
| Valesky's | 1-20 | 74.43 | Food |
|  | 1-21 | 69.88 | Groc.   592.52 |
| Windy Knoll | 1-22 | 82.86 | Groc. |
| Windstream | 1-23 | 74.09 | Phone |

 

TOTAL            749.47

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Heath oil | 1-3 | 179.98 | Diesel |
| Sandy Lake Mill | 1-4 | 236.55 | Minerals |
| Shawn Charles | 1-4 | 250.00 | Pay |
| Steve Leamy Jr. | 1-4 | 360.00 | Hay |
| Heath oil | 1-8 | 27.99 | Diesel |
| ~~scratched out~~ | ~~scratched~~ | ~~scratched~~ | ~~scratched~~ |
| Steve Leamy Jr. | 1-9 | 240.00 | Hay |
| Heath oil | 1-10 | 27.99 | Diesel |
| Nancy's | 1-11 | 27.00 | Diesel |
| Heath oil | 1-15 | 31.49 | Diesel |
| Heath oil | 1-17 | 110.21 | Diesel |
| North Western Rec | 1-21 | 601.92 | Electric |
| Steve Leamy | 1-24 | 300.00 | Hay |
| Shaun Charles | 1-24 | 400.00 | Pay |
| Heath oil | 1-30 | 106.99 | Diesel |

2344.02

**TOTAL**    2450.79

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income *Mark* | 1682.34 | *Farrell* |
| Custom feeding payments | 394.52 | *ADM Grain* |
| Other farm income (please specify source) | | |

New loans (specify source)

B. **WAGES FROM OUTSIDE WORK**  Gas burn  140.50   1-9-20
   Husband
   Wife
   
C. **OTHER RECEIPTS**   722.50   1-23-20

   Social Security
   Other:  Larry  933.00   1-9-20
           Shirley  437.00   1-23-20

   Total Cash Receipts   4309.54

Income  4309.54
Expense 3600.74
         $709.60  Carry over

55

Appendix B

Girardat LP
Payroll Register
For the Period From Jan 1, 2020 to Jan 31, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 1/9/20 | 140.50 | AMRoute | 2.0 | 33.69 | 67.38 | 159.26 | | -9.87 | -2.31 | -4.89 | -1.59 | -0.10 | |
| | | | | PMRoute | 2.0 | 45.94 | 91.88 | | | | | | | | |

Girardal LP
Payroll Register
For the Period From Jan 23, 2020 to Jan 23, 2020

| Employee | Masked SS No | Date | Amount | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 1/23/20 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 | | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | | |

Hourly rate increased .75  Now 13.00

DAIRY FARMERS OF AMERICA, INC. 00001 407

| PAYEE NO. | PRODUCER NO. | NORTHEAST FLUID AREA | |
|---|---|---|---|
| NAME | LARRY E CHARLES | | DIVISION 701 PAY GROUP 747D |
| | | | PERIOD END Advance |
| ADDRESS | 1407 DECKARDS RUN RD | | PAYMENT DATE 01/28/2020 |
| | COCHRANTON PA 16314 | | PERIOD 01/01/2020-01/15/2020 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 11,283 | 1,951.95 | 1,557.43- | 394.52 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 11,283.00 | 17.30000 | CWT | 1,951.95 | |
| SUB TOTAL | | | | 1,951.95 | |
| OVERALL TOTAL | | | | 1,951.95 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 16.92- |
| CWT INVESTMENT | 0.04000 | CWT | 4.51- |
| TOTAL MANDATORY | | | 21.43- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,557.43- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE 17.30000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | | 394.52 |



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No 407
Date 01/28/2020

**VOID** **VOID**

DAIRY FARMERS OF AMERICA, INC.

701 747D 16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

**NON - NEGOTIABLE *** ADVICE STATEMENT *** NON - NEGOTIABLE**

DAIRY FARMERS OF AMERICA, INC.  00001
486

| | | | | | NORTHEAST FLUID AREA | | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|---|---|---|
| YEE NO. | PRODUCER NO. | | | | | | PERIOD END | 12/31/2019 |
| ME | LARRY E CHARLES | | | | | | PAYMENT DATE | 01/21/2020 |
| DRESS | 1407 DECKARDS RUN RD | | | | | | PERIOD | 12/01/2019-12/31/2019 |
| | COCHRANTON PA 16314 | | | | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 28,769 | 6,401.77 | 4,719.43- | 1,682.34 |
| YTD TOTALS | 405,141 | 80,514.53 | 33,729.71- | 46,784.82 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,340.66 | 2.19520 | LBS | 2,943.00 | 43,648.45 |
| PROTEIN | 946.50 | 3.65150 | LBS | 3,456.16 | 30,179.05 |
| OTHER SOLIDS | 1,628.35 | 0.13410 | LBS | 218.34 | 4,404.34 |
| PRODUCER PRICE DIFF | 28,769.00 | 0.93000- | CWT | 267.55- | 1,371.50 |
| LOCATION ADJUSTMENT | 28,769.00 | 0.10000 | CWT | 28.80 | 347.84 |
| SCC ADJUSTER | 28,769.00 | 0.22000 | CWT | 63.31 | 764.19 |
| SUB TOTAL | | | | 6,442.06 | 80,715.37 |
| QUALITY | 28,769.00 | 0.35000 | CWT | 100.67 | 1,466.61 |
| MARKET ADJUSTMENT | 28,769.00 | 0.49000- | CWT | 140.96- | 1,667.45- |
| SUB TOTAL | | | | 40.29- | 200.84- |
| OVERALL TOTAL | | | | 6,401.77 | 80,514.53 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 43.15- |
| CWT INVESTMENT | 0.04000 | CWT | 11.51- |
| MARKETING FEES | 0.15691 | CWT | 45.14- |
| HAULING | 0.85005 | CWT | 244.55- |
| FUEL SURCHARGE | 0.14995 | CWT | 43.14- |
| STOP CHARGE | 0.55615 | CWT | 160.00- |
| ADV. PMT RECOVERY | | | 1,099.94- |
| TOTAL MANDATORY | | | 1,647.43- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,719.43- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                22.25232

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | | 1,682.34 |

CUR. BASE CAPITAL LEVEL        6.16



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **486**
Date       01/21/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**