FILED
2/5/20 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/5/2020 |
| | : | Time: | 11:30 |

### PROCEEDING MEMO

**MATTER:**       #156 Fee Appl. (Thompson)
                  #160 CNO filed

**APPEARANCES:**

              Debtor:       Brian C. Thompson (video)
              Trustee:      Owen Katz

**NOTES:**

Thompson:     We are fine with being paid pursuant to the confirmation order.

**OUTCOME:**      GRANTED / OE

jlm