UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,           :        Case No.: 19-10095-TPA
       Shirley M. Charles,      :
                                :        Reporting Period:  February, 2020
                                :
                                :        Chapter 12

## MONTHLY OPERATING REPORT

Feb. 2020

Larry & Shirley Charles

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income / milk | ~~$9,498.95~~ | Final |
| Custom feeding payments |  |  |
| Other farm income | 30137 | Additional |
| (please specify source) |  |  |

New loans (specify source)

**B. WAGES FROM OUTSIDE WORK**   Buschick

| Husband | 577.59 | 2-6 |
| Wife | 656.39 | 3-10 |

**C. OTHER RECEIPTS**

| Social Security | 933.60 | Larry |
| Other: Gift Check – Mo | 434.00 | Shirley |
| Pay back | 2000.00 |  |

Total Cash Receipts   3401.30
                      2000.00 Gifted
                      5401.30

5401.30
3277.13 Household
~~...~~  ot Farm expense
2165.17

Larry & Shirley Charles

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Shawn Charles | 2-3-20 | 608.00 | Pay |
| Heath oil | 2-3-20 | 25.99 | Diesel |
| ~~(illegible)~~ | ~~(illegible)~~ | ~~(illegible)~~ | ~~(illegible)~~ |
| Heath oil | 2-7-20 | 87.03 | Diesel |
| Gandy Lake Mill | 2-8-20 | 245.16 | Minerals |
| Heath oil | 2-17-20 | 25.19 | Diesel |
| Gallagher Auto | 2-6-20 | 25.00 | Repairs of Truck |
| Northwestern Rec | 2-19-20 | 559.31 | Electric |
| McDowell Equip | 2-20-20 | 50.00 | Parts |
| Heath oil | 2-24-20 | 125.13 | Diesel |
| " " | 2-27-20 | 62.24 | Diesel |
| " " | 2-14-20 | 95.19 | Diesel |

TOTAL  1880.88

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Riverside | 2-6-20 | 400.00 | Propane |
| AT&T | 2-3-20 | 81.61 | TV |
| Wal-Mart | 2-4-20 | 98.80 | Groc |
| Iadeluca Chiropractic | 2-16-20 | 26.00 | Co-Pay |
| Windy Knoll | 2-8-20 | 54.88 | Groc |
| Cochranton P.O. | 2-8-20 | 11.00 | Stamps |
| Venango Courthouse | 2-11-20 | 9.50 | Dog License |
| Dollar Store | 2-18-20 | 28.23 | Misc |
| Wal-Mart | 2-14-20 | 93.35 | Groc |
| Windy Knoll | 2-17-20 | 17.54 | Deli |
| Market Place | 2-20-20 | 22.38 | Groc |
| Meadville Tribune | 2-20-20 | 23.99 | Paper |
| Rogers | 2-20-20 | 50.34 | Flowers |
| Wal-Mart | 2-23-20 | 87.01 | Groc |
| Meadville Med. | 2-21-20 | 70.00 | Grand Ward Co-Pay |
| Iadeluca Chiro | 2-24-20 | 26.00 | Co-Pay |
| " " | 2-26-20 | ~~56~~ 35.00 | Co-Pay |
| Meadville Hospital | 2-28-20 | 90.00 | Co-Pay |
| | | 1173.17 | |

Appendix B

3

II. EXPENSES PAID
   A. HOUSEHOLD (Use more pages if necessary.)
   Payee                Date         Amount      Purpose

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Perkins | 2-3-20 | 17.55 | Food |
| " | 2-10-20 | 21.54 | Food |
| Dollar Store | 2-21-20 | 42.93 | Misc |
| " " | 2-25-20 | 10.29 | Misc |
| " " | 2-26-20 | 19.62 | Misc |
| " " | 2-27-20 | 18.02 | Misc |
| Girl Scout | 2-24-20 | 50.00 | Cookies |
|  |  | 179.58 |  |

1173.17
679.08
1852.25 Total



TOTAL

Appendix B

# DAIRY FARMERS OF AMERICA, INC.

480

| PAYEE NO. | 2 | PRODUCER NO. 3021996 | NORTHEAST FLUID AREA | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|
| NAME | LARRY E CHARLES | | | PERIOD END | 01/31/2020 |
| ADDRESS | 1407 DECKARDS RUN RD | | | PAYMENT DATE | 02/19/2020 |
| | COCHRANTON PA 16314 | | | PERIOD | 01/01/2020-01/31/2020 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 22,789 | 4,495.11 | 3,999.14- | 495.97 |
| YTD TOTALS | 22,789 | 4,495.11 | 3,604.62- | 890.49 |

## PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 936.63 | 2.11170 | LBS | 1,977.88 | 1,977.88 |
| PROTEIN | 729.25 | 2.96060 | LBS | 2,159.02 | 2,159.02 |
| OTHER SOLIDS | 1,289.87 | 0.14170 | LBS | 182.77 | 182.77 |
| PRODUCER PRICE DIFF | 22,789.00 | 0.89000 | CWT | 202.82 | 202.82 |
| LOCATION ADJUSTMENT | 22,789.00 | 0.10000 | CWT | 22.78 | 22.78 |
| SCC ADJUSTER | 22,789.00 | 0.17000 | CWT | 38.74 | 38.74 |
| SUB TOTAL | | | | 4,584.01 | 4,584.01 |
| QUALITY | 22,789.00 | 0.10000 | CWT | 22.78 | 22.78 |
| MARKET ADJUSTMENT | 22,789.00 | 0.49000- | CWT | 111.68- | 111.68- |
| SUB TOTAL | | | | 88.90- | 88.90- |
| OVERALL TOTAL | | | | 4,495.11 | 4,495.11 |

## DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 34.18- |
| CWT INVESTMENT | 0.04000 | CWT | 9.12- |
| MARKETING FEES | 0.48892 | CWT | 111.42- |
| HAULING | 0.84997 | CWT | 193.70- |
| FUEL SURCHARGE | 0.15007 | CWT | 34.20- |
| STOP CHARGE | 0.65821 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 394.52- |
| TOTAL MANDATORY | | | 927.14- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-PD | | 3,072.00- | 3,072.00- |
| TOTAL ASSIGNMENTS | | 3,072.00- | 3,072.00- |
| TOTAL DEDUCTIONS | | | 3,999.14- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                19.72491

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 495.97 |

CUR. BASE CAPITAL LEVEL            5.73858

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **480**
Date       02/19/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**

Payroll Register
For the Period From Feb 20, 2020 to Feb 26, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E Charles | XXX-XX-5095 | 2/20/20 | 656.39 | AMRoute | 9 0 | 35.75 | 321.75 | 760.50 | -14.51 | -47.15 | -11.03 | -23.35 | -7.61 | -0.46 | | |
| | | | | PMRoute | 9 0 | 48.75 | 438.75 | | | | | | | | | |

| | | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| 2-20-20 | | | | | | | | |
| Larry E. Charles | | 2,424.51 | 41.91 | 150.31 | 35.16 | 74.43 | 24.25 | 1.47 |

| Employee | Masked SS No | Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 2/6/20 | 577.59 | 1/24 Hours | 2.5 | 13.00 | 32.50 | 659.75 | -4.44 | -40.90 | -9.57 | -20.25 | -6.60 | -0.40 | | |
| | | | | AMRoute | 8.0 | 35.75 | 286.00 | | | | | | | | | |
| | | | | PMRoute | 7.0 | 48.75 | 341.25 | | | | | | | | | |

| Employee | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E Charles | 1,664.01 | 27.40 | 103.16 | 24.13 | 51.08 | 16.64 | 1.01 |

Y FARMERS OF AMERICA, INC.    405

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 10,770 | 1,857.84 | 1,556.47- | 301.37 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ICE PAYMENT | 10,770.00 | 17.25000 | CWT | 1,857.84 | |
| SUB TOTAL | | | | 1,857.84 | |
| OVERALL TOTAL | | | | 1,857.84 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 16.16- |
| CWT INVESTMENT | 0.04000 | CWT | 4.31- |
| TOTAL MANDATORY | | | 20.47- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,556.47- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE    17.25000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 301.37 |

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No    **405**
Date    02/28/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
**LARRY E CHARLES**
1407 DECKARDS RUN RD
COCHRANTON PA 16314

NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE