UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Larry E. Charles,<br>　　　　Shirley M. Charles, | :<br>:<br>:<br>:<br>: | Case No.: 19-10095-TPA<br><br>Reporting Period: __March, 2020__<br><br>Chapter 12 |

## MONTHLY OPERATING REPORT

March 2020   Larry & Shirley [Chambers]

|  | | MONTH | YEAR TO DATE |
|---|---|---|---|
| Custom farming income | milk | 389.73 | Final |
| Custom feeding payments | | 349.38 | [Allowance] |
| Other farm income (please specify source) | | 756.70 | ESA Check |

New loans (specify source)

**B. WAGES FROM OUTSIDE WORK**

Husband — Buy dairy 9656.39
Wife — 656.39

**C. OTHER RECEIPTS**

Social Security — Larry 933.04 / Shirley 439.07
Other: ___

Total Cash Receipts

4415.66

```
4415.66
3617.19
--------
8032.85  Income
6407.97  Expenses
--------
1624.88  Bal.
```

3617.19 Insurance check from insurance company as we had a claim for wind damage.

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Farm Family | 3-3-20 | 539.18 | Ins. |
| Windstream | 3-3-20 | 74.08 | Phone |
| Gallacher Auto | 3-3-20 | 25.00 | Paycheck |
| Shawn Charles | 3-5-20 | 300.00 | Pay |
| Pat Carney | 3-25-20 | 400.00 | Hay |
| " " | 3-10-20 | 600.00 | Hay |
| Graham Dairy | 3-13-20 | 300.00 | Supplies |
| Tractor Supply | 3-15-20 | 81.20 | Parts |
| Maple Wood | 3-17-20 | 80.00 | Sawdust |
| Shawn Charles | 3-19-20 | 400.00 | Pay |
| Hovis | 3-19-20 | 48.19 | Parts |
| McDowell Equip | 3-19-20 | 56.00 | Parts |
| Binkley + Hurst | 3-16-20 | 104.59 | Parts |
| Northwestern Re | 3-19-20 | 610.00 | Electric |
| Tractor Supply | 3-19-20 | 60.99 | Oil |
| Heath Oil | 3-19-20 | 13.27 | Diesel |
| W. Clark Welty | 3-20-20 | 190.83 | Truck Repair |
| Pat Carney | 3-24-20 | 600.00 | Hay |
| Heath | 3-24-20 | 22.87 | Diesel |
| Martin Stable | 3-13-20 | | |
| | | 4709.77 | |
| | | | Greater 4877.87 |

March 2020

**II. EXPENSES PAID**

   A. **HOUSEHOLD** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Cochranton Vet | 3-5-20 | 70.00 | Pet animal loose |
| Dollar Store | 3-5-20 | 65.74 | Misc |
| Atty | 3-6-20 | 51.64 | TV |
| Dollar Store | 3-8-20 | 48.28 | Misc |
| " " | 3-9-20 | 23.84 | Misc |
| Market Place | 3-9-20 | 75.69 | Misc |
| Orthopedic Assoc. | 3-13-20 | 36.00 | Doctor |
| Dave Williams | 3-14-20 | 153.00 | Toft Surgeon |
| Paula Lusnip | 3-14-20 | 134.45 | Misc |
| Wal Mart | 3-15-20 | 167.59 | Misc |
| McDonalds | 3-18-20 | 28.46 | Food |
| Dollar Store | 3-18-20 | 76.04 | Misc |
| Friendship COG | 3-19-20 | 97.55 | Misc |
| Brandes Olsen | 3-19-20 | 60.06 | Walker |
| Wal Mart | 3-19-20 | 110.74 | Food |
| Windy Knoll | 3-19-20 | 82.98 | Food |
| Cochranton P.O. | 3-19-20 | 11.00 | Stamps |
| Meadville Tribune | 3-19-20 | 75.99 | Paper |
| Wind Store | 3-19-20 | 51.54 | Misc |
| Wal Mart | 3-26-20 | 34.77 | Food |
| Windy Knoll | 3-28-20 | 77.18 | Food |
|  | **TOTAL** | **1530.10** |  |

Appendix B

Girardat LP
Payroll Register
For the Period From Mar 5, 2020 to Mar 5, 2020

| Employee | Masked SS No | Date | Amount | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 3/5/20 | 656.39 | AMRoute | 9.0 | 35.75 | 321.75 | 760.50 | -14.51 | -47.15 | -11.03 | -23.35 | -7.61 | -0.46 | |
| | | | | PMRoute | 9.0 | 48.75 | 438.75 | | | | | | | | |

| Date | Name | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| 3-5-20 | Larry E. Charles | 3,185.01 | 56.42 | 197.46 | 46.19 | 97.78 | 31.86 | 1.93 |

Girardot LP
Payroll Register
For the Period From Mar 5, 2020 to Mar 5, 2020

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardet LP
Payroll Register
For the Period From Mar 19, 2020 to Mar 19, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | Adv | Pts | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 3/19/20 | 656.39 | AMRoute | 9.0 | 35.75 | 321.75 | 760.50 | -14.51 | -47.15 | -11.03 | -23.35 | -7.61 | -0.46 | | | |
| | | | | PMRoute | 9.0 | 48.75 | 438.75 | | | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Mar 19, 2020 to Mar 19, 2020

| Date | Employee | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| 3-19-20 | Larry E. Charles | 3,945.51 | 70.93 | 244.61 | 57.22 | 121.13 | 39.47 | 2.39 |

AIRY FARMERS OF AMERICA, INC.                                                                              477        00001

| EE NO. | PRODUCER NO. | | NORTHEAST AREA | | | DIVISION | 701  PAY GROUP 747D |
|---|---|---|---|---|---|---|---|
| E | LARRY E CHARLES | | | | | PERIOD END | 02/29/2020 |
| RESS | 1407 DECKARDS RUN RD | | | | | PAYMENT DATE | 03/19/2020 |
| | COCHRANTON PA  16314 | | | | | PERIOD | 02/01/2020-02/29/2020 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 21,872 | 4,281.83 | 3,894.60- | 387.23 |
| YTD TOTALS | 44,661 | 8,776.94 | 7,197.85- | 1,579.09 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 888.00 | 1.98130 | LBS | 1,759.39 | 3,737.27 |
| PROTEIN | 713.01 | 3.03090 | LBS | 2,161.07 | 4,320.09 |
| OTHER SOLIDS | 1,240.15 | 0.17500 | LBS | 217.04 | 399.81 |
| PRODUCER PRICE DIFF | 21,872.00 | 0.27000 | CWT | 59.07 | 261.89 |
| LOCATION ADJUSTMENT | 21,872.00 | 0.10000 | CWT | 21.87 | 44.65 |
| SCC ADJUSTER | 21,872.00 | 0.23000 | CWT | 50.31 | 89.05 |
| SUB TOTAL | | | | 4,268.75 | 8,852.76 |
| QUALITY | 21,872.00 | 0.55000 | CWT | 120.28 | 143.06 |
| MARKET ADJUSTMENT | 21,872.00 | 0.49000- | CWT | 107.20- | 218.88- |
| SUB TOTAL | | | | 13.08 | 75.82- |
| OVERALL TOTAL | | | | 4,281.83 | 8,776.94 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 32.81- |
| CWT INVESTMENT | 0.04000 | CWT | 8.75- |
| MARKETING FEES | 0.50722 | CWT | 110.94- |
| HAULING | 0.84999 | CWT | 185.91- |
| FUEL SURCHARGE | 0.15005 | CWT | 32.82- |
| STOP CHARGE | 0.68581 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 301.37- |
| TOTAL MANDATORY | | | 822.60- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 3,894.60- |

MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 387.23 |

PRICING / COMMUNICATIONS

PAY PRICE                                          19.57676

CUR. BASE CAPITAL LEVEL                            5.73858

---

**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No    **477**
Date         03/19/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \* \* \* ADVICE STATEMENT \* \* \* NON - NEGOTIABLE**

```
AIRY FARMERS OF AMERICA, INC.                                                                    401        00001
EE NO.         PRODUCER NO.         NORTHEAST UNIT AREA              DIVISION     701  PAY GROUP 747D
E     LARRY E CHARLES                                                PERIOD END   Advance
RESS  1407 DECKARDS RUN RD                                           PAYMENT DATE 03/27/2020
      COCHRANTON PA  16314                                           PERIOD       03/01/2020-03/15/2020
```

|  | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 12,836 | 2,150.04 | 1,560.39- | 589.65 |

PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| VANCE PAYMENT | 12,836.00 | 16.75000 | CWT | 2,150.04 | |
| SUB TOTAL | | | | 2,150.04 | |
| OVERALL TOTAL | | | | 2,150.04 | |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 19.26- |
| CWT INVESTMENT | 0.04000 | CWT | 5.13- |
| TOTAL MANDATORY | | | 24.39- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,560.39- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                16.75000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 589.65 |

**Dairy Farmers of America**
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No   **401**
Date        03/27/2020

* * VOID* * VOID* *

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE * * *   ADVICE STATEMENT * * *   NON - NEGOTIABLE**