**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-10095-TPA
Chapter 12

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Larry E. Charles<br>1407 Deckards Run Road<br>Cochranton PA 16314 | Shirley M. Charles<br>1407 Deckards Run Road<br>Cochranton PA 16314 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/22/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/24/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-10095-TPA
Larry E. Charles                                                            Chapter 12
Shirley M. Charles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: nsha                  Page 1 of 1              Date Rcvd: Apr 22, 2020
                               Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
15031680         U.S. Bank National Association, as Trustee, for Ma,    c/o Ditech Financial LLC,   PO Box 6154,
                  Rapid City, SD 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Christopher P. Schueller    on behalf of Creditor    Fairport Asset Management II, LLC successor to
               Commerical Loan Investment VII, LLC christopher.schueller@bipc.com,  donna.curcio@bipc.com
              Christopher P. Schueller    on behalf of Creditor    Commercial Loan Investment VII, LLC
               christopher.schueller@bipc.com,  donna.curcio@bipc.com
              David A. Scott    on behalf of Creditor    CNH Industrial Capital America LLC scott@lg-law.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1
               bkgroup@kmllawgroup.com
              Jill  Locnikar    on behalf of Creditor    United States of America acting through Farm Service
               Agency jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Kelly M. Neal    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical
               Loan Investment VII, LLC kelly.neal@bipc.com,  donna.curcio@bipc.com
              Kelly M. Neal    on behalf of Creditor    Commercial Loan Investment VII, LLC kelly.neal@bipc.com,
               donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert S. Adams    on behalf of Creditor    CNH Industrial Capital America LLC
               radams@pollockbegg.com,  legaldudersa@msn.com;legaldudersa@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 13