## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  **Larry E. Charles,**     :     **Case No.: 19-10095-TPA**
      **Shirley M. Charles,**     :
                         :     **Reporting Period:   April, 2020**
                         :
                         :     **Chapter 12**

## <u>MONTHLY OPERATING REPORT</u>

2

| | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 1430.62 | |
| Custom feeding payments | 9773.3 | |
| Other farm income | | |
| (please specify source) | | |

New loans (specify source)

**B. WAGES FROM OUTSIDE WORK** - *Gus Liviny*

| | | |
|---|---|---|
| Husband | 722.50 | 4-2 |
| Wife | 590.31 | 4-16 |
| | 656.39 | 4-38 |

**C. OTHER RECEIPTS**

| | | |
|---|---|---|
| Social Security ——→ | Larry | |
| Other: | 933.00 | |
| | Shirley | |
| | 433.00 | |

| Total Cash Receipts | 5541.45 | |
|---|---|---|

5541.45 Income
- 4754.67 Expenses
₴ 786. 78 Bal forward

Read letter we received from DFA
(milk co.) for future, because of virus.
They are cutting production and a
huge price cut.

55

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| Sandy Lake Mills | 4-1 | 36.38 | Feed |
| Heath Oil | 4-1 | 23.84 | Diesel [Gas] |
| Farm Family | 4-2 | 543.86 | Ins. |
| Gallagher Auto | 4-3 | 25.00 | Id on cert |
| Shawn Charles | 4-3 | 500.00 | Pay |
| Sandy Lake | 4-7 | 149.82 | Minerals |
| Pat Carey | 4-21 | 600.00 | Hay |
| Byler | 4-8 | 9.25 | Parts |
| North Western Rec | 4-20 | 534.24 | Electric |
| Pat Carey | 4-16 | 600.00 | Hay |
| Port Carey | 4-30 | 600.00 | Hay |
| | | | |
| Shawn Charles | 4-30 | 3621.65 | Pay |
| | | 300.00 | |
| | | 3921.65 | |

**TOTAL**

## II. EXPENSES PAID

### A. HOUSEHOLD   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dollar Store | 4-1 | 36.43 | Misc |
| AT&T | 4-2 | 81.61 | TV |
| Market Place | 4-3 | 42.47 | Groc. |
| Hunters | 4-5 | 40.20 | Food |
| Wendy Knoll | 4-7 | 62.82 | Groc. |
| Dollar Store | 4-7 | 71.37 | food & Misc |
| Market Place | 4-7 | 38.55 | Groc. |
| Ruths Harmick | 4-9 | 15.00 | MaSKs |
| Dollar Store | 4-10 | 34.58 | Misc |
| Market Place | 4-10 | 35.44 | Groc. |
| Cochrator Wet | 4-14 | 16.63 | Meds |
| Dallas Store | 4-14 | 38.78 | Misc |
| Wind Stream | 4-19 | 73.76 | Phone |
| Walmart | 4-17 | 184.81 | Groc + Misc |
| Cochrator Pharr | 4-19 | 9.95 | Meds |
| Dollar Store | 4-23 | 52.17 | Misc |
| TOTAL | | 833.62 | |

Obrudal LP
Payroll Register
For the Period From Apr 16, 2020 to Apr 16, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|----------|--------------|------|-------|----------|--------|------|---------|-------|---------|--------|----------|-------|-------|-----|----|-----|
| Larry E. Charles | XXX-XX-5095 | 4/16/20 | 590.31 | AMRoute | 8.0 | 35.75 | 286.00 | 676.00 | -6.06 | -41.91 | -9.80 | -20.75 | -6.76 | -0.41 | | |
| | | | | PMRoute | 8.0 | 48.75 | 390.00 | | | | | | | | | |

Obrudal LP
Payroll Register
For the Period From Apr 2, 2020 to Apr 2, 2020

| Employee | Masked SS No | Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|----------|--------------|------|--------|----------|--------|------|---------|-------|---------|--------|----------|-------|-------|-----|
| Larry E. Charles | XXX-XX-5095 | 4/2/20 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | |

Obrudal LP
Payroll Register
For the Period From Apr 30, 2020 to Apr 30, 2020

| Employee | Masked SS No | Date | Amount | Pay Type | Pay Hrs | | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|----------|--------------|------|--------|----------|---------|--|---------|-------|---------|--------|----------|-------|-------|-----|-----|
| Larry E. Charles | XXX-XX-5095 | 4/30/20 | 656.39 | AMRoute | 9.00 | 35.75 | 321.75 | 760.50 | -14.51 | -47.15 | -11.03 | -23.35 | -7.61 | -0.46 | |
| | | | | PMRoute | 9.00 | 48.75 | 438.75 | | | | | | | | |

**RY FARMERS OF AMERICA, INC.**

00001

396

| : NO | PRODUCER NO. | NORTHEAST FLUID AREA | | DIVISION | 701  PAY GROUP 747D |
| LARRY E CHARLES | | | | PERIOD END | Advance |
| ESS  1407 DECKARDS RUN RD | | | | PAYMENT DATE | 04/28/2020 |
| COCHRANTON PA  16314 | | | | PERIOD | 04/01/2020-04/15/2020 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 17,342 | 2,341.18 | 1,568.95- | 772.23 |

### PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| DVANCE PAYMENT | 17,342.00 | 13.50000 | CWT | 2,341.18 | |
| SUB TOTAL | | | | 2,341.18 | |
| OVERALL TOTAL | | | | 2,341.18 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 26.01- |
| CWT INVESTMENT | 0.04000 | CWT | 6.94- |
| TOTAL MANDATORY | | | 32.95- |

| ASSIGNEE | MTD | CURRENT |
|---|---|---|
| RONDA J WINNEC-W/H | 1,536.00- | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | 1,536.00- |
| TOTAL DEDUCTIONS | | 1,568.95- |

### MESSAGES

### PRICING / COMMUNICATIONS

| | |
|---|---|
| PAY PRICE | 13.50000 |

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 772.23 |



**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No    **396**
Date    04/28/2020

**\* \* VOID\* \* VOID\* \***

DAIRY FARMERS OF AMERICA, INC.

**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

RY FARMERS OF AMERICA, INC.

90001

| NO. | PRODUCER NO. | | NORTHEAST FLUID AREA | | | |
|---|---|---|---|---|---|---|
| | LARRY E CHARLES | | | | | 474 |
| SS | 1407 DECKARDS RUN RD | | | | DIVISION | 701  PAY GROUP 747D |
| | COCHRANTON PA 16314 | | | | PERIOD END | 03/31/2020 |
| | | | | | PAYMENT DATE | 04/20/2020 |
| | | | | | PERIOD | 03/01/2020-03/31/2020 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 28,463 | 5,691.76 | 4,261.74- | 1,430.02 |
| YTD TOTALS | 73,124 | 14,468.70 | 10,869.94- | 3,598.76 |

## PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,226.76 | 1.91770 | LBS | 2,352.55 | 6,089.82 |
| PROTEIN | 981.98 | 2.84240 | LBS | 2,791.17 | 7,111.26 |
| OTHER SOLIDS | 1,628.11 | 0.18100 | LBS | 294.68 | 694.49 |
| PRODUCER PRICE DIFF | 28,463.00 | 0.72000 | CWT | 204.96 | 466.85 |
| LOCATION ADJUSTMENT | 28,463.00 | 0.10000 | CWT | 28.47 | 73.12 |
| ADJUSTER | 28,463.00 | 0.21000 | CWT | 59.79 | 148.84 |
| SUB TOTAL | | | | 5,731.62 | 14,584.38 |
| QUALITY | 28,463.00 | 0.35000 | CWT | 99.60 | 242.66 |
| MARKET ADJUSTMENT | 28,463.00 | 0.49000- | CWT | 139.46- | 358.34- |
| SUB TOTAL | | | | 39.86- | 115.68- |
| OVERALL TOTAL | | | | 5,691.76 | 14,468.70 |

## DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 42.69- |
| CWT INVESTMENT | 0.04000 | CWT | 11.39- |
| MARKETING FEES | 0.40129 | CWT | 114.22- |
| HAULING | 0.84998 | CWT | 241.93- |
| FUEL SURCHARGE | 0.14004 | CWT | 39.86- |
| STOP CHARGE | 0.52700 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 589.65- |
| TOTAL MANDATORY | | | 1,189.74- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,261.74- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE                    19.99705

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 1,430.02 |

CUR. BASE CAPITAL LEVEL          5.73858



**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No    **474**
Date          04/20/2020

**\*\*VOID\*\* VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

**NON - NEGOTIABLE \* \* \*  ADVICE STATEMENT \* \* \*  NON - NEGOTIABLE**