UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,               :       Case No.: 19-10095-TPA
       Shirley M. Charles,             :
                                      :       Reporting Period: __May, 2020__
                                      :
                                      :       Chapter 12

## MONTHLY OPERATING REPORT

May, 2020

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | ~~~~ | ~~~~ |
| Custom feeding payments | 949.19 | 5-19 |
| Other farm income | 530.15 | |
| (please specify source) | | |

New loans (specify source)

**B. WAGES FROM OUTSIDE WORK**

Husband  Bar chewing       722.50   5-14
Wife                        ~~~~    5-
                            773.15

**C. OTHER RECEIPTS**

Social Security             973.00   Larry
Other:                      834.00   Shirley

_IPS Check_                 7400.00   5-5

Total Cash Receipts         ~~~~
                            6920.52

$2400.00 our stimulus check

6720.52  Top Cash
5000.12  Expenses
─────────
1720.40

55                                         Appendix B

May 2020

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| AT&T | 5-1 | 81.61 | TV |
| Windy Knoll | 5-1 | 60.58 | Groc. |
| Wal-Mart | 5-3 | 204.26 | Food & Misc |
| Tractor Supply | 5-3 | 59.60 | Misc |
| Dollar Store | 5-5 | 33.42 | Misc |
| Windy Knoll | 5-9 | 78.86 | Food |
| Cracker Barrel | 5-10 | 39.63 | Mother's Day |
| Dairy Queen | 5-10 | 74.99 | Mother's Day |
| Wal-Mart | 5-11 | 150.74 | Food |
| Dollar Store | 5-14 | 38.99 | Misc |
| Windstream | 5-19 | 73.96 | Phone |
| Gallagher's Auto | 5-19 | 30.00 | Truck |
| Wal-Mart | 5-19 | 95.35 | Groc. |
| | | 1001.66 | |
| Fields | 5-13-20 | 83.00 | Hamburger |
| Windy Knoll | 5-23-20 | 56.99 | Food |
| Conjustown PO | | 16.00 | Stamps |
| Dollar Store | 5-23-20 | 46.77 | Wife |
| " " | 5-29-20 | 23.82 | Food |
| **TOTAL** | | 1232.24 | |

May 2020    Casey + Lindsey Charles    5

4

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Shawn Charles | 5-1 | 550.00 | Pay |
| Pat Carey | 5-1 | 600.00 | Hay |
| Sandy Lake Mills | 5-6 | 228.15 | Minerals |
| Cochranton Vet | 5-7 | 189.60 | Meds |
| 101 South | 5-7 | 20.00 | Tires |
| Heath Oil | 5-11 | 72.18 | Fuel |
| Pat Carey | 5-13 | 200.00 | Hay |
| " " | 5-15 | 600.00 | Hay |
| Northwestern PA | 5-19 | 536.30 | Electric |
| McFaurss | 5-19 | 90.00 | Pay on Bill |
| Cochranton Weekly Pa | 5-19 | 170.00 | Truck License |
|  |  | 3166.23 |  |
| Pat Carey | 5-29-20 | 600.00 | Hay |
| M Carey | 5-26-20 | 11.65 | Mower Belt |
|  |  | 3777.88 |  |

TOTAL

57    Appendix B

Girardat LP
Payroll Register
For the Period From May 28, 2020 to May 28, 2020

| Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/20 | 773.73 | AMRoute | 9.00 | 35.75 | 321.75 | 910.50 | -29.51 | -56.45 | -13.20 | -27.95 | -9.11 | -0.55 | |
| | | PMRoute | 9.00 | 48.75 | 438.75 | | | | | | | | |
| | | Attendance | 1.00 | | 150.00 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From May 14, 2020 to May 14, 2020

| Employee | Masked SS No | Date | Amount | Pay Type | Day Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 5/14/20 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From May 28, 2020 to May 28, 2020

| 5-28-20 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 7,982.51 | 166.93 | 494.90 | 115.75 | 245.06 | 79.85 | 4.83 |

Girardal LP
Payroll Register
For the Period From May 14, 2020 to May 14, 2020

| 5-14-20 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 7,072.01 | 137.42 | 438.45 | 102.55 | 217.11 | 70.74 | 4.28 |

DAIRY FARMERS OF AMERICA, INC.                                                            00001

| | | | | | | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|---|---|
| EE NO. | PRODUCER NO. | | NORTHEAST FLUID AREA | | | PERIOD END | 04/30/2020 |
| E | LARRY E CHARLES | | | | | PAYMENT DATE | 05/19/2020 |
| RESS | 1407 DECKARDS RUN RD | | | | | PERIOD | 04/01/2020-04/30/2020 |
| | COCHRANTON PA  16314 | | | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 34,188 | 5,437.05 | 4,507.91- | 929.14 |
| YTD TOTALS | 107,312 | 19,905.75 | 14,605.62- | 5,300.13 |

| PRICING INFORMATION | | | | | | DEDUCTIONS / ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|
| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD | DESCRIPTION | RATE | UOM | CURRENT |
| TTERFAT | 1,562.38 | 1.32180 | LBS | 2,065.16 | 8,154.98 | ADV & PROMOTION | 0.15000 | CWT | 51.28- |
| OTEIN | 1,158.97 | 2.48220 | LBS | 2,876.80 | 9,988.06 | CWT INVESTMENT | 0.04000 | CWT | 13.68- |
| HER SOLIDS | 1,979.46 | 0.17930 | LBS | 354.93 | 1,049.42 | MARKETING FEES | 0.34249 | CWT | 117.09- |
| ODUCER PRICE DIFF | 34,188.00 | 1.15000 | CWT | 393.16 | 860.01 | HAULING | 0.85001 | CWT | 290.60- |
| CATION ADJUSTMENT | 34,188.00 | 0.10000 | CWT | 34.19 | 107.31 | FUEL SURCHARGE | 0.12001 | CWT | 41.03- |
| C ADJUSTER | 34,188.00 | 0.17000 | CWT | 58.12 | 206.96 | STOP CHARGE | 0.43875 | CWT | 150.00- |
| SUB TOTAL | | | | 5,782.36 | 20,366.74 | ADV. PMT RECOVERY | | | 772.23- |
| ALITY | 34,188.00 | 0.35000 | CWT | 119.64 | 362.30 | TOTAL MANDATORY | | | 1,435.91- |
| RKET ADJUSTMENT | 34,188.00 | 0.49000- | CWT | 167.52- | 525.86- | ASSIGNEE | MTD | | CURRENT |
| VID-19 COST | 34,188.00 | 0.87000- | CWT | 297.43- | 297.43- | RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| SUB TOTAL | | | | 345.31- | 460.99- | TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| OVERALL TOTAL | | | | 5,437.05 | 19,905.75 | TOTAL DEDUCTIONS | | | 4,507.91- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                    15.90339

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 929.14 |

CUR. BASE CAPITAL LEVEL        5.73858



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No    **466**
Date         05/19/2020

**  *VOID* *VOID* **

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

NON - NEGOTIABLE *** ADVICE STATEMENT *** NON - NEGOTIABLE

00001

DAIRY FARMERS OF AMERICA, INC.　　　　NORTHEAST FLUID AREA

DIVISION 701   PAY GROUP 747D
PERIOD END  Advance
PAYMENT DATE 05/28/2020
PERIOD      05/01/2020-05/15/2020

EE NO.　　　　PRODUCER NO.
E     LARRY E CHARLES
RESS  1407 DECKARDS RUN RD
      COCHRANTON PA  16314

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 20,040 | 2,104.23 | 1,574.08- | 530.15 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 20,040.00 | 10.50000 | CWT | 2,104.23 | |
| SUB TOTAL | | | | 2,104.23 | |
| OVERALL TOTAL | | | | 2,104.23 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 30.06- |
| CWT INVESTMENT | 0.04000 | CWT | 8.02- |
| TOTAL MANDATORY | | | 38.08- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,574.08- |

MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE                      10.50000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 530.15 |



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No     **392**
Date          05/28/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

**NON - NEGOTIABLE \* \* \* ADVICE STATEMENT \* \* \* NON - NEGOTIABLE**

DFAC20052684440.000303.01.02.000000