## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:  **Larry E. Charles,**                    :            **Case No.: 19-10095-TPA**
         **Shirley M. Charles,**                 :
                                                 :            **Reporting Period: ___June, 2020___**
                                                 :
                                                 :            **Chapter 12**


## <u>MONTHLY OPERATING REPORT</u>

*Time 2070*   *Larry & Shirley Charles —* (1)

2

| | | MONTH | YEAR TO DATE |
|---|---|---|---|
| Custom farming income | misc | 893.08 | First 03 |
| Custom feeding payments | | 463.44 | Addition |
| Other farm income | | 34.33 47 | 4587 |
| (please specify source) | | | |
| | | | |
| New loans (specify source) | | | |

**B.   WAGES FROM OUTSIDE WORK**

| | | MONTH | YEAR TO DATE |
|---|---|---|---|
| Husband | Bus driving | 773.73 | |
| Wife | | 778.51 | |

**C.   OTHER RECEIPTS**

| | MONTH | YEAR TO DATE |
|---|---|---|
| Social Security | 933.00 | Larry |
| Other: S.S. | 439.00 | Shirley |
| Tax Check | 2156.64 | |
| Total Cash Receipts | 11,658.90 | |

*Income — 11,058.90*
*Expenses — 10041.07*

*$ 1017.73 X Bal. Foward*

*June 2020*

4

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Farm Fairway | 6-1 | 543.23 | Insurance |
| Hostia | 6-1 | 26.25 | Part |
| Sandy Lake Mills | 6-1 | 298.59 | Minerals |
| Shawn Charles | 6-3 | 375.00 | Pays |
| Kennedy Welding | 6-3 | 50.00 | Weld a Part |
| Land-Pro | 6-10 | 24.00 | Twine |
| Sandy Lake Mill | 6-11 | 201.27 | Minerals |
| Tractor Supply | 6-7 | 18.54 | Oil |
| Sandy Lake Hardware | 6-11 | 10.59 | Part |
| Sandy Lake Mill | 6-13 | 86.00 | Medicine |
| Lance Buser | 6-15 | 1064.00 | Compressor Work |
| Graham Dairy | 6-15 | 2092.64 | New Compressor |
| Gallagher Auto | 6-16 | 72.00 | Truck Work |
| Northwestern Rsc | 6-19 | 542.92 | Electric |
| Pat Camp | 6-15 | 600.00 | Hay |
| Steve Looney | 6-18 | 450.00 | Hay |
| Hostetler Roofing | 6-20 | 860.00 | Repair Roof |
| Randy Pachner | 6-20 | 182.00 | Bale Hay |
| Shawn Charles | 6-22 | 1000.00 | Pay |
| Mcdowell Inc. | 6-19 | 38.00 | Part |
| mcdowell | 6-29 | 50.00 | Paint |

8441.87
57

479.87

16 Total
1577.47

Appendix B

1.99 Sandy Lake 49.85 red

③

3

## II. EXPENSES PAID

### A. HOUSEHOLD [Use more pages if necessary.]

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dollar Store | 6-5 | 34.97 | misc |
| Utica Fire Co | 6-6 | 26.00 | Bart-b cue Dinners |
| Smokers Outlet | 6-7 | 26.67 | Pipe Tobacco |
| Wal mart | 6-7 | 132.67 | groc. |
| McDonald | 6-7 | 15.88 | Take out |
| Kay Smith | 6-8 | 10.00 | Hair Cut |
| Windy Knoll | 6-14 | 67.11 | groc. |
| Dollar Store | 6-11 | 17.58 | misc |
| Smokers Outlet | 6-12 | 26.67 | Pipe Tobacco |
| Wal mart | 6-12 | 63.68 | groc |
| Hartungs | 6-14 | 52.60 | food |
| Dollar Store | 6-15 | 12.48 | misc |
| Brandie Dean | 6-17 | 57.38 | food |
| Windstream | 6-19 | 73.76 | Phone |
| Dr. Laurichs | 6-19 | 51.87 | clothes |
| Eckenrode Phar. | 6-19 | 8.00 | meds |
| Windy Knoll | 6-18 | 49.08 | groc. |
| Dollar Store | 6-18 | 57.20 | misc |
| King Kyo | 6-19 | 148.97 | 2 Pair Boots |
| Dot Charp | 6-20 | 50.00 | graduation check |
| Wal mart | 6-21 | 219.51 | groc |

**TOTAL**

**Appendix B**

Cont: Household

Dollar Store    6-22    39.39    Min's
    "        "    "         20.39    "

Father
Day    Dairy Queen    6-22    14.99    Cake
      Cracker Barrel  6-22    39.63    Food
      Parkside       6-24    42.05    Food
      Windy Wave     6-24    76.54    gas
      Dollar Store   6-24    36.36    Kit
      "

Grantel LP
Payroll Register
For the Period From Jun 11, 2020 to Jun 11, 2020

| Employee | Masked SS No | Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E Charles | XXX-XX-5095 | 6/11/20 | 788.58 | 2 extra A/ P | 13.0 | 13.00 | 169.00 | 929.50 | -31.41 | -57.63 | -13.48 | -28.54 | -9.30 | -0.56 | |
| | | | | AMRoute | 9.0 | 35.75 | 321.75 | | | | | | | | |
| | | | | PMRoute | 9.0 | 48.75 | 438.75 | | | | | | | | |

Glendal LP
Payroll Register
For the Period From Jun 11, 2020 to Jun 11, 2020

| 6-11-2020 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 8,912.01 | 198.34 | 552.53 | 129.23 | 273.60 | 89.15 | 5.39 |

00001

**IRY FARMERS OF AMERICA, INC.**

461

NORTHEAST FLUID AREA

| | |
|---|---|
| E NO. | PRODUCER NO. |
| : | LARRY E CHARLES |
| ESS | 1407 DECKARDS RUN RD |
| | COCHRANTON PA 16314 |

DIVISION   701  PAY GROUP 747D
PERIOD END   05/31/2020
PAYMENT DATE  06/19/2020
PERIOD   05/01/2020-05/31/2020

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 38,884 | 5,221.84 | 4,328.75- | 893.09 |
| YTD TOTALS | 146,196 | 25,127.59 | 18,404.22- | 6,723.37 |

### PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ER BASE | 9,311.00 | 8.06000- | CWT | 750.47- | 750.47- |
| OVER BASE SUB TOTAL | | | | 750.47- | 750.47- |
| TTERFAT | 1,757.56 | 1.37560 | LBS | 2,417.69 | 10,572.67 |
| OTEIN | 1,322.09 | 2.09180 | LBS | 2,765.57 | 12,753.63 |
| HER SOLIDS | 2,270.84 | 0.18820 | LBS | 427.39 | 1,476.81 |
| ODUCER PRICE DIFF | 38,884.00 | 0.59000 | CWT | 229.43 | 1,089.44 |
| CATION ADJUSTMENT | 38,884.00 | 0.10000 | CWT | 38.90 | 146.21 |
| C ADJUSTER | 38,884.00 | 0.13000 | CWT | 50.56 | 257.52 |
| SUB TOTAL | | | | 5,929.54 | 26,296.28 |
| UALITY | 38,884.00 | 0.35000 | CWT | 136.08 | 498.38 |
| RKET ADJUSTMENT | 38,884.00 | 0.24000- | CWT | 93.31- | 619.17- |
| VID-19 COST | | | | 42.77 | 297.43- |
| SUB TOTAL | | | | | 418.22- |
| OVERALL TOTAL | | | | 5,221.84 | 25,127.59 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 58.32- |
| CWT INVESTMENT | 0.04000 | CWT | 15.55- |
| MARKETING FEES | 0.30717 | CWT | 119.44- |
| HAULING | 0.84999 | CWT | 330.51- |
| FUEL SURCHARGE | 0.11002 | CWT | 42.78- |
| STOP CHARGE | 0.41148 | CWT | 160.00- |
| ADV. PMT RECOVERY | | | 530.15- |
| TOTAL MANDATORY | | | 1,256.75- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,328.75- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE        13.42928

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 893.09 |

CUR. BASE CAPITAL LEVEL    5.73858

---



**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No   **461**
Date        06/19/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

## NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE




**Production Statement**

| | Producer No. | | Payee No. |
|---|---|---|---|
| | Producer: | LARRY E CHARLES | |
| | Payee: | LARRY E CHARLES | |

Period Ending 05/31/2020
Page 1 of 1

## Pay Period Summary

| Total Weight 38,884 | | | | | | |
|---|---|---|---|---|---|---|

## Pay Period Detail

| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2,668 | 38 GA | 4.52 | 120.59 | 3.40 | 90.71 | 5.81 | 155.01 | 170 | | | | 0.554 | | |
| 3 | 1 | 2,475 | 38 GA | 4.68 | 115.83 | 3.41 | 84.40 | 5.79 | 143.30 | 220[1] | 4[1] | 5[1] | | 0.554 | N[1] | |
| 5 | 1 | 2,570 | 38 GA | 4.48 | 115.14 | 3.46 | 88.92 | 5.80 | 149.06 | 220 | | | | 0.556 | | |
| 7 | 1 | 2,619 | 38 GA | 4.51 | 118.12 | 3.41 | 89.31 | 5.82 | 152.43 | 170 | | | | 0.552 | | |
| 9 | 1 | 2,427 | 38 GA | 4.65 | 112.86 | 3.40 | 82.52 | 5.82 | 141.25 | 170 | 1 | 2 | | 0.551 | | |
| 1 | 1 | 2,475 | 38 GA | 4.60 | 113.85 | 3.41 | 84.40 | 5.87 | 145.28 | 160 | | | | 0.553 | | |
| 3 | 1 | 2,379 | 38 GA | 4.65 | 110.62 | 3.42 | 81.36 | 5.90 | 140.36 | 100 | | | | 0.557 | | |
| 5 | 1 | 2,427 | 38 GA | 4.55 | 110.43 | 3.38 | 82.03 | 5.85 | 141.98 | 89 | | | | 0.561 | | |
| 7 | 1 | 2,379 | 38 GA | 4.65 | 110.62 | 3.40 | 80.89 | 5.85 | 139.17 | 98 | 2 | 4 | | 0.555 | | |
| 9 | 1 | 2,284 | 38 GA | 4.64 | 105.98 | 3.31 | 75.60 | 5.85 | 133.61 | 140 | | | | 0.554 | | |
| 21 | 1 | 2,332 | 38 GA | 4.60 | 107.27 | 3.36 | 78.36 | 5.84 | 136.19 | 190 | | | | 0.552 | | |
| 23 | 1 | 2,427 | 38 GA | | | | | | | 75 | 2 | 5 | | 0.574 | | |
| 25 | 1 | 2,427 | 38 GA | 4.24 | 102.90 | 3.42 | 83.00 | 5.86 | 142.22 | 100 | | | | 0.551 | | |
| 27 | 1 | 2,379 | 38 GA | 4.32 | 102.77 | 3.42 | 81.36 | 5.83 | 138.70 | 110 | | | | 0.548 | | |
| 29 | 1 | 2,284 | 38 GA | 4.34 | 99.13 | 3.40 | 77.66 | 5.85 | 133.61 | 160 | | | | 0.554 | | |
| 31 | 1 | 2,332 | 38 GA | 4.44 | 103.54 | 3.39 | 79.05 | 5.86 | 136.66 | | | | | | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR MAY | 146,000 |
| EU MAR-MAY ROLLING 3 MONTH GEOMETRIC MEAN | 116,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT

00001

**AIRY FARMERS OF AMERICA, INC.**

NORTHEAST FLUID AREA

| | DIVISION | 701 PAY GROUP 747D |
| --- | --- | --- |
| EE NO. | PRODUCER NO. | PERIOD END | Advance |
| E | LARRY E CHARLES | PAYMENT DATE | 06/29/2020 |
| RESS | 1407 DECKARDS RUN RD | PERIOD | 06/01/2020-06/15/2020 |
| | COCHRANTON PA 16314 | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
| --- | --- | --- | --- | --- |
| PERIOD TOTALS | 17,296 | 2,032.29 | 1,568.87- | 463.42 |

PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
| --- | --- | --- | --- | --- | --- |
| JVANCE PAYMENT | 17,296.00 | 11.75000 | CWT | 2,032.29 | |
| SUB TOTAL | | | | 2,032.29 | |
| OVERALL TOTAL | | | | 2,032.29 | |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
| --- | --- | --- | --- |
| ADV & PROMOTION | 0.15000 | CWT | 25.95- |
| CWT INVESTMENT | 0.04000 | CWT | 6.92- |
| TOTAL MANDATORY | | | 32.87- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,568.87- |

MESSAGES

PRICING / COMMUNICATIONS

PAY PRICE 11.75000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
| --- | --- | --- | --- |
| ACH | | XXX-3294 | 463.42 |

===============================================



**DFA**

Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

**ACH ADVICE**

Advice No **383**
Date 06/29/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

**701 747D 16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**