FILED
7/29/20 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES | : | Case No. 19-10095-TPA |
| SHIRLEY M. CHARLES | : | Chapter 12 |
| *Debtors* | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | Related to Document No. 175 |
| CHAPTER 12 TRUSTEE | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | Hearing: August 19, 2020 at 11:30 A.M. |

**ORDER**

The ***Trustee's Status Report of Plan Payments and Distributions for May, June and July 2020*** filed on July 22, 2020 (Doc. 178) shows the Debtors failed to make the July 2020 Plan payment, although there were sufficient funds on hand to cover the Chapter 12 Trustee's distributions. Therefore,

*AND NOW*, this **29th** day of ***July. 2020,*** for the reasons stated above, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) A Status Conference is scheduled for ***August 19, 2020*** at ***11:30 A.M.*** to be held by the ***Zoom Video Conference Application***. The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf

(2) *Initializing Zoom Hearing*: To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case Administrator to serve:
    Brian C. Thompson, Esq.
    Debtors
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10095-TPA
Larry E. Charles                                                        Chapter 12
Shirley M. Charles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar                  Page 1 of 1            Date Rcvd: Jul 29, 2020
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
db/jdb         +Larry E. Charles,   Shirley M. Charles,   1407 Deckards Run Road,   Cochranton, PA 16314-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Christopher P. Schueller    on behalf of Creditor    Fairport Asset Management II, LLC successor to
               Commerical Loan Investment VII, LLC christopher.schueller@bipc.com,    donna.curcio@bipc.com
              Christopher P. Schueller    on behalf of Creditor    Commercial Loan Investment VII, LLC
               christopher.schueller@bipc.com,   donna.curcio@bipc.com
              David A. Scott    on behalf of Creditor    CNH Industrial Capital America LLC scott@lg-law.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1
               bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America acting through Farm Service
               Agency jill.locnikar@usdoj.gov,   patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Kelly M. Neal    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical
               Loan Investment VII, LLC kelly.neal@bipc.com,    donna.curcio@bipc.com
              Kelly M. Neal    on behalf of Creditor    Commercial Loan Investment VII, LLC kelly.neal@bipc.com,
               donna.curcio@bipc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert S. Adams    on behalf of Creditor    CNH Industrial Capital America LLC
               radams@pollockbegg.com,   legaldudersa@msn.com;legaldudersa@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13