UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,                :         Case No.: 19-10095-TPA
       Shirley M. Charles,            :
                                      :         Reporting Period: ___July, 2020___
                                      :
                                      :         Chapter 12

## MONTHLY OPERATING REPORT

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 289.06 | |
| Custom feeding payments | | |
| Other farm income (please specify source) | 53.79 | |

New loans (specify source)

**B. WAGES FROM OUTSIDE WORK**

    Husband
    Wife    3988.61

**C. OTHER RECEIPTS**

    Social Security    933.00
    Other:    430.00

Total Cash Receipts    7133.45

unemployment

7133.45 Income
5994.46 Expenses
1138.79 Carryover to Aug.

1080.00
372.61
1080.00
376.60
1080.00
3988.61

Judge Ross   Larry & Shirley Charles   3

3

## II. EXPENSES PAID

### A. HOUSEHOLD   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Wall mart | 7-3 | 143.94 | Groc. |
| Market Place | 7-6 | 3.99 | Food |
| Dollar Tree | 7-7 | 27.00 | Food |
| Wind Stream | 7-15 | 100.45 | Phone |
| ~~illegible~~ orthopedic ass. | 7-16 | 30.00 | Co-Pay |
| Taste of three | 7-24 | 10.60 | Magazine |
| Market Place | 7-23 | 38.92 | Food |
| Tobacco Outlet | 7-23 | ~~illegible~~ | Pipe Tobacco |
| Wall Mart | 7-23 | 146.07 | Grocery |
| TLC | 7-27 | 38.49 | Oil & Paint |
| Mcdonalds | 7-23 | 23.78 | Food |
| TLC | 7-26 | 44.94 | Paint |
| Wallemart | 7-19 | 184.25 | Grocery |
| " | 7-19 | 11.60 | Stamps |
| Smoker Outlet | 7-19 | 29.54 | Tobacco |
| Dollar Gen | 7-11 | 43.33 | Misc |
| Wall mart | 7-12 | 167.72 | Grocery |
| Dollar Gen | 7-18 | 49.12 | Misc |
| ~~Three~~ | ~~7-24~~ | 1138.20 | |
| | | 38.80 | Misc |

Appendix B

Total 1177.00

3

II. EXPENSES PAID

A. Farm ~~HOUSEHOLD~~ (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Farm Family | 7-1 | 543.06 | Ins. |
| Sandy Lake Mills | 7-1 | 335.94 | Minerals |
| Shawn Charles | 7-3 | 600.00 | Pay |
| Maple Ridge | 4-7 | 88.00 | Shavings |
| Mattle Waters | 7-15 | 604.36 | Electric |
| McDaniels | 7-18 | 50.00 | Parts |
| Shawn Charles | 7-22 | 600.00 | Pay |
| Sandy Lake | 7-13 | 592.73 | Minerals |
| McDaniels | 7-27 | 65.75 | Parts |
| Tri State | 7-22 | 40.00 | Diesel |
| Tri State | 7-23 | 15.90 | Diesel |
| Wentworth | 7-20 | 374.04 | Truck Repair |
| TLC | 7-19 | 45.76 | Parts |
| Bottoms | 7-6 | 159.02 | Truck Parts |
| Gallaghers | 7-11 | 482.57 | Truck Insp. |
| Haines | 7-7 | 13.84 | Parts |
| Lowes Pro | 7-13 | 24.00 | Tubing |
| Byers Hardware | 7-8 | 72.54 | Plumbing |
| Tri State | 7-9 | 14.33 | Diesel |
| TLC | 7-12 | 644.76 | bill |
| Wilson | 7-14 | 40.77 | Parts |

Total 4697.89

Appendix B

To Jeff 4817

DAIRY FARMERS OF AMERICA, INC. 00001

| | | |
|---|---|---|
| EMPLOYEE NO. | PRODUCER NO. | NORTHEAST FLUID AREA |
| NAME | LARRY E CHARLES | |
| ADDRESS | 1407 DECKARDS RUN RD COCHRANTON PA 16314 | |

DIVISION 701 PAY GROUP 747D
PERIOD END Advance
PAYMENT DATE 07/28/2020
PERIOD 07/01/2020-07/15/2020

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 13,192 | 1,714.96 | 1,561.07- | 153.89 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 13,192.00 | 13.00000 | CWT | 1,714.96 | |
| SUB TOTAL | | | | 1,714.96 | |
| OVERALL TOTAL | | | | 1,714.96 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 19.79- |
| CWT INVESTMENT | 0.04000 | CWT | 5.28- |
| TOTAL MANDATORY | | | 25.07- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,561.07- |

MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 153.89 |

PRICING / COMMUNICATIONS
PAY PRICE 13.00000

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No **378**
Date 07/28/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D 16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**


DAIRY FARMERS OF AMERICA, INC.    NORTHEAST FLUID AREA

00001

EYE NO.    PRODUCER NO.
ME    LARRY E CHARLES
DRESS    1407 DECKARDS RUN RD
        COCHRANTON PA  16314

DIVISION    701  PAY GROUP 747D
PERIOD END  ADJUSTMENT
PAYMENT DATE 07/23/2020
PERIOD      06/01/2020-06/30/2020

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 0 | 289.06 | 0.00 | 289.06 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| REGION PREM | 28,620.00 | 1.01000 | CWT | 289.06 | |
| SUB TOTAL | | | | 289.06 | |
| OVERALL TOTAL | | | | 289.06 | |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|

MESSAGES

PRICING / COMMUNICATIONS

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 289.06 |

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **1001**
Date       07/23/2020

* * VOID* * VOID* *

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**



**NON - NEGOTIABLE * * *  ADVICE STATEMENT * * *  NON - NEGOTIABLE**

00001

| AIRY FARMERS OF AMERICA, INC. | | | NORTHEAST FLUID AREA | | | | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|---|---|---|
| EE NO. | PRODUCER NO. | | | | | | PERIOD END | 06/30/2020 |
| E | LARRY E CHARLES | | | | | | PAYMENT DATE | 07/20/2020 |
| RESS | 1407 DECKARDS RUN RD | | | | | | PERIOD | 06/01/2020-06/30/2020 |
| | COCHRANTON PA 16314 | | | | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 33,355 | 5,517.58 | 4,185.67- | 1,331.91 |
| YTD TOTALS | 179,551 | 30,645.17 | 22,126.47- | 8,518.70 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| VER BASE | 4,735.00 | 5.74000- | CWT | 271.79- | 1,022.26- |
| OVER BASE SUB TOTAL | | | | 271.79- | 1,022.26- |
| UTTERFAT | 1,407.58 | 1.85910 | LBS | 2,616.84 | 13,189.51 |
| ROTEIN | 1,110.70 | 4.53490 | LBS | 5,036.90 | 17,790.53 |
| THER SOLIDS | 1,947.94 | 0.16960 | LBS | 330.38 | 1,807.19 |
| RODUCER PRICE DIFF | 33,355.00 | 7.05000- | CWT | 2,351.53- | 1,262.09- |
| OCATION ADJUSTMENT | 33,355.00 | 0.10000 | CWT | 33.36 | 179.57 |
| CC ADJUSTER | 33,355.00 | 0.26000 | CWT | 86.72 | 344.24 |
| SUB TOTAL | | | | 5,752.67 | 32,048.95 |
| UALITY | 33,355.00 | 0.35000 | CWT | 116.75 | 615.13 |
| ARKET ADJUSTMENT | 33,355.00 | 0.24000- | CWT | 80.05- | 699.22- |
| OVID-19 COST | | | | | 297.43- |
| SUB TOTAL | | | | 36.70 | 381.52- |
| OVERALL TOTAL | | | | 5,517.58 | 30,645.17 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 50.04- |
| CWT INVESTMENT | 0.04000 | CWT | 13.34- |
| MARKETING FEES | 0.34981 | CWT | 116.68- |
| HAULING | 0.85001 | CWT | 283.52- |
| FUEL SURCHARGE | 0.10994 | CWT | 36.67- |
| STOP CHARGE | 0.44971 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 463.42- |
| TOTAL MANDATORY | | | 1,113.67- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,185.67- |

### MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 1,331.91 |

### PRICING / COMMUNICATIONS

PAY PRICE    16.54199

====================================================
CUR. BASE CAPITAL LEVEL    5.73857

**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No **452**
Date     07/20/2020

* * VOID* * VOID* *

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**



**NON - NEGOTIABLE * * *  ADVICE STATEMENT * * *  NON - NEGOTIABLE**