FILED
8/20/20 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| Debtor(s). | : | | |
| | : | Date: | 8/19/2020 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:**      #175 Status Conf. on Trustee's Report of Plan Payments and Distributions

**APPEARANCES:**

Debtor:      Brent Lemon
Trustee:      Owen Katz
Fairport Asset:  Kelly Neal

**NOTES:**

Katz:      We were a little short in July, but we are now current on the case through July. We made the July disbursement and we are fully funded for the August disbursement.

Neal:      Yes your honor, as of my latest update payments have been made. I just jumped on because there had been discussion of a potential sale.

Lemon:      Yes, we have a signed agreement for sale of the property. I will be putting together a motion to approve sale. This just came in last week, and we will getting this in place quickly in front of the court. This sale should take care of pretty much everyone here.

**OUTCOME:**      Case to proceed. Chambers to enter order.

jlm