FILED
8/20/20 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES and | : | Case No. 19-10095-TPA |
| SHIRLEY M. CHARLES, | : | Chapter 12 |
| *Debtors.* | : | |
| RONDA J. WINNECOUR, | : | Related to Doc. No. 175 |
| CHAPTER 12 TRUSTEE, | : | |
| *Movant,* | : | |
| v. | : | |
| NO RESPONDENTS. | : | |

## ORDER

*AND NOW,* this **19th** day of *August, 2020,* for the reasons stated at the status conference on the *Trustee's Status Report of Plan Payments and Distributions for May, June, and July 2020* (Doc. 175) held this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the case shall proceed in the normal course with the Debtors to continue to make monthly Plan payments in accordance with the *Chapter 12 Plan Confirmation Order* (Doc. 138).

_____
Thomas P. Agresti, Judge     jlm
United States Bankruptcy Court

Case administrator to serve:
　　Brian Thompson, Esq.
　　Ronda Winnecour, Chapter 12 Trustee
　　Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Larry E. Charles  
Shirley M. Charles  
    Debtors

Case No. 19-10095-TPA  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar    Page 1 of 1    Date Rcvd: Aug 20, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
db/jdb        +Larry E. Charles,   Shirley M. Charles,   1407 Deckards Run Road,   Cochranton, PA 16314-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
        Brian C. Thompson    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
        Brian C. Thompson    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
        Christopher P. Schueller    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com,   donna.curcio@bipc.com
        Christopher P. Schueller    on behalf of Creditor    Commercial Loan Investment VII, LLC christopher.schueller@bipc.com,   donna.curcio@bipc.com
        David A. Scott    on behalf of Creditor    CNH Industrial Capital America LLC scott@lg-law.com
        James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bkgroup@kmllawgroup.com
        Jill Locnikar    on behalf of Creditor    United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov,   patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
        Kelly M. Neal    on behalf of Creditor    Fairport Asset Management II, LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com,   donna.curcio@bipc.com
        Kelly M. Neal    on behalf of Creditor    Commercial Loan Investment VII, LLC kelly.neal@bipc.com,   donna.curcio@bipc.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert S. Adams    on behalf of Creditor    CNH Industrial Capital America LLC radams@pollockbegg.com,   legaldudersa@msn.com;legaldudersa@hotmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 13