UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,   :   Case No.: 19-10095-TPA
      Shirley M. Charles,   :
         :   Reporting Period: __August, 2020__
         :
         :   Chapter 12

**MONTHLY OPERATING REPORT**

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | Mick 1818.19 | 8-19-20 Farm |
| Custom feeding payments | | 6-30-20 8.25 |
| Other farm income (please specify source) | 425.49 | 8-28-20 Ada |

New loans (specify source)

B. **WAGES FROM OUTSIDE WORK** — Unemployment (B not) Larry

- Husband — 276.00
- Wife — 340.00 Shumaker
—— 396.10

C. **OTHER RECEIPTS**

- Social Security — 933.00 Larry
- Other: — 437.00 Shelley

Total Cash Receipts ~~$~~ 
5812.53

INCOME — 5812.53
Expenses — 4948.71
———————
863.82 Bal. forward

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Shawn Charles | 8-3 | 750.00 | Farm |
| Heath Oil | 8-4 | 166.88 | Diesel |
| Maple Ridge | 8-5 | 80.00 | Shavings |
| Randy Pathman | 8-5 | 260.60 | Equip Rent |
| North Western REC | 8-19 | 744.85 | Electric |
| Shawn Charles | 8-19 | 700.00 | Farm |
| Hadley Seed | 8-21 | 90.00 | Ground Corn |
| " " | 8-25 | 90.00 | " " |
| 101 South | 8-13 | 40.00 | Diesel |
| " " | 8-19 | 25.00 | Gas |
| Sandy Lake Mills | 8-21 | 437.06 | Minerals |
| Heath Oil | 8-31 | 170.04 | Diesel |
| Maple Ridge | 8-25-20 | 3458.15 / 80.00 | Shavings |
| Hadley Seed | 8-26 | 90.00 | Corn |
| " " | 8-31 | 180.00 | Corn |

TOTAL    3838.15

II. EXPENSES PAID

A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Paula Leaney | 8-3 | 68.00 | Clothing |
| Orthopedic Ass. | 8-4 | 30.00 | Co-Pay |
| Arbys | 8-4 | 33.26 | Food |
| CBD | 8-6 | 74.53 | Misc |
| Paula Leaney | 8-12 | 26.00 | Clothes |
| Kay Smith | 8-13 | 12.00 | Hair Dresser |
| Brandie Olsen | 8-19 | 29.00 | Misc |
| Meadville Med. Center | 8-19 | 56.28 | Co-Pays |
| Wal Mart | 8-23 | 154.78 | Food |
| Schroths Able | 8-25 | 40.00 | Misc |
| Wind Stream | 8-25 | 66.15 | Phone |
| Wal Mart | 8-9 | 190.73 | Food |
| Dollar Store | 8-13 | 58.79 | Misc |
| Meadville Hospital | 8-19 | 30.00 | Co-Pays |
| Windy Knoll | 8-21 | 37.08 | Food |
| Wal Mart | 8-30 | 901.43 / 54.98 | Misc |
| Dollar Store | 8-26 | 50.07 | Misc |
| Dollar Store | 8-31 | 28.69 | Misc |
| Miller | 8-28 | 46.48 | Deli |
| McDonalds | 8-30 | 30.49 | Food |
| | | 1110.36 | |

Appendix 3



USDA  
22631 ROUTE 68 SUITE 231  
CLARION, PA 16214-4078  
Phone: (814)226-8160

# Assignee Statement

**Retain for Tax Purposes**  
FSA will not issue 1099 tax forms to customers receiving less than $600 in reportable benefits in a calendar year.

Statement Date: 08/18/2020



LARRY CHARLES  
1407 DECKARDS RUN RD  
COCHRANTON PA 16314-9343

0000018  
T1 JD231

## Payment Summary

| | |
|---|---|
| Total Payment | $906.82 |

## Payment Detail

| Assignor Name / Assignor ID | Program / Reference Type: Number / Payment Type & Date | Amount |
|---|---|---|
| LARRY CHARLES | CFAPCCCCA<br>Transaction control number:<br>Check sent on/about 08/20/2020 | $217.99 |
| LARRY CHARLES | CFAPCARES<br>Transaction control number:<br>Check sent on/about 08/20/2020 | $688.83 |
| **Total Payment** | | **$906.82** |

08/18/2020





Page 1 of 1



USDA is an equal opportunity provider, employer, and lender.



This statement was printed by the USDA/FSA National Office. The Debt Collection Improvement Act of 1996 (DCIA) (31 USC 3716) requires Treasury to reduce federal payments to satisfy overdue federal debt. Treasury collections will not appear as deductions on this statement. If the amount on this statement does not match the amount you receive, questions may be directed to Treasury at 1-800-304-3107. Receipt of this statement does not guarantee payment. FSA/CCC is not liable for overdrafts or failure to verify receipt of funds.

01/01

DAIRY FARMERS OF AMERICA, INC.

448    00001

PAYEE NO.
NAME    LARRY E CHARLES
ADDRESS    1407 DECKARDS RUN RD
COCHRANTON PA  16314

PERIOD END   07/31/2020
PAYMENT DATE 08/19/2020
PERIOD       07/01/2020 07/31/2020
701 747D

|  | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 27,715 | 5,626.63 | 3,808.44- | 1,818.19 |
| YTD TOTALS | 207,266 | 36,560.86 | 25,781.02- | 10,779.84 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| OVER BASE |  |  |  |  | 1,022.26- |
| OVER BASE SUB TOTAL |  |  |  |  | 1,022.26- |
| BUTTERFAT | 1,139.05 | 1.95830 | LBS | 2,230.58 | 15,420.09 |
| PROTEIN | 920.14 | 5.62940 | LBS | 5,179.82 | 22,970.35 |
| OTHER SOLIDS | 1,604.69 | 0.14920 | LBS | 239.43 | 2,046.62 |
| PRODUCER PRICE DIFF | 27,715.00 | 8.02000- | CWT | 2,222.74- | 3,484.83- |
| LOCATION ADJUSTMENT | 27,715.00 | 0.10000 | CWT | 27.72 | 207.29 |
| SCC ADJUSTER | 27,715.00 | 0.31000 | CWT | 85.92 | 430.15 |
| SUB TOTAL |  |  |  | 5,540.73 | 37,589.68 |
| QUALITY | 27,715.00 | 0.35000 | CWT | 96.99 | 712.12 |
| DFA PREMIUM | 27,715.00 | 0.12000 | CWT | 33.26 | 33.26 |
| REGION PREM |  |  |  |  | 289.06 |
| MARKET ADJUSTMENT | 27,715.00 | 0.16000- | CWT | 44.35- | 743.57- |
| COVID-19 COST |  |  |  |  | 297.43- |
| SUB TOTAL |  |  |  | 85.90 | 6.56- |
| OVERALL TOTAL |  |  |  | 5,626.63 | 36,560.86 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 41.58- |
| CWT INVESTMENT | 0.04000 | CWT | 11.09- |
| MARKETING FEES | 0.41082 | CWT | 113.86- |
| HAULING | 0.84997 | CWT | 235.57- |
| FUEL SURCHARGE | 0.10987 | CWT | 30.45- |
| STOP CHARGE | 0.54122 | CWT | 150.00- |
| ADV. PMT RECOVERY |  |  | 153.89- |
| TOTAL MANDATORY |  |  | 736.44- |

| ASSIGNEE | MTD | CURRENT |
|---|---|---|
| RONDA J WINNEC-PD | 3,072.00- | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | 3,072.00- |
| TOTAL DEDUCTIONS |  | 3,808.44- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE    20.30175

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH |  |  | 1,818.19 |

CUR. BASE CAPITAL LEVEL    5.73857

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No    **448**
Date         08/19/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \* \* \* ADVICE STATEMENT \* \* \* NON - NEGOTIABLE**




# Production Statement

Period Ending 07/31/2020  
Page 1 of 1

Producer No.  
Producer: LARRY E CHARLES  
Payee No.  
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 27,715 |

## Pay Period Detail

| Production | | Components | | | | | | Quality | | | | | | |
| Tank Weight | Temp | Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,930 | 38 GA | 4.17 | 80.48 | 3.35 | 64.66 | 5.82 | 112.33 | 100 | | | | 0.550 | | |
| 1,958 | 38 GA | 4.16 | 81.45 | 3.34 | 65.40 | 5.83 | 114.15 | 130[1] | 2[1] | 3[1] | | 0.551 | N[1] | |
| 1,912 | 38 GA | 4.11 | 78.58 | 3.36 | 64.24 | 5.80 | 110.90 | 110 | | | | 0.549 | | |
| 1,958 | 38 GA | 4.19 | 82.04 | 3.30 | 64.61 | 5.79 | 113.37 | 110 | | | | 0.548 | | |
| 1,866 | 38 GA | 4.12 | 76.88 | 3.29 | 61.39 | 5.81 | 108.41 | 130 | | | | 0.547 | | |
| 1,839 | 38 GA | | | | | | | | | | | | | |
| 1,729 | 38 GA | 4.11 | 71.06 | 3.30 | 57.06 | 5.79 | 100.11 | 90 | 2 | 2 | | 0.546 | | |
| 1,660 | 38 GA | | | | | | | | | | | | | |
| 1,784 | 38 GA | | | | | | | | | | | | | |
| 1,729 | 38 GA | 4.11 | 71.06 | 3.35 | 57.92 | 5.81 | 100.45 | 83[1] | 1[1] | 1[1] | | 0.564 | N[1] | |
| 1,866 | 38 GA | 4.05 | 75.57 | 3.26 | 60.83 | 5.68 | 105.99 | 100 | 1 | 1 | | 0.540 | | |
| 1,839 | 38 GA | | | | | | | | | | | | | |
| 1,912 | 38 GA | | | | | | | | | | | | | |
| 1,912 | 38 GA | | | | | | | | | | | | | |
| 1,821 | 38 GA | | | | | | | | | | | | | |

U TEST RESULTS

|  | SCC |
|---|---|
| OMATIC CELL RESULT FOR JUL | 107,000 |
| AY-JUL ROLLING 3 MONTH GEOMETRIC MEAN | 123,000 |
| ONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

DAIRY FARMERS OF AMERICA, INC.    NORTHEAST FLUID AREA 5001 BRITTONFIELD PKWY PO BOX 4810 SYRACUSE NY

1 = HDT

# DAIRY FARMERS OF AMERICA, INC.

| PAYEE NO. | PRODUCER NO | NORTHEAST FLUID AREA | DIVISION 701 PAY GROUP 747D |
|---|---|---|---|
| NAME | LARRY E CHARLES | | PERIOD END Advance |
| ADDRESS | 1407 DECKARDS RUN RD | | PAYMENT DATE 08/28/2020 |
| | COCHRANTON PA  16314 | | PERIOD |

| PERIOD TOTALS | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| | 14,454 | 1,988.98 | 1,563.46- | 425.42 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 14,454.00 | 13.76000 | CWT | 1,988.98 | |
| SUB TOTAL | | | | 1,988.98 | |
| OVERALL TOTAL | | | | 1,988.98 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 21.68- |
| CWT INVESTMENT | 0.04000 | CWT | 5.78- |
| TOTAL MANDATORY | | | 27.46- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- | | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- | | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,563.46- |

MESSAGES

| PAY PRICE | PRICING / COMMUNICATIONS |
|---|---|
| | 13.76000 |

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | | 425.42 |

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  1
Date  08/28/2020

**VOID**VOID**

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

NON - NEGOTIABLE *** ADVICE STATEMENT *** NON - NEGOTIABLE