UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Larry E. Charles, | : | Case No.: 19-10095-TPA |
| Shirley M. Charles, | : | |
| | : | Reporting Period:  September, 2020 |
| | : | |
| | : | Chapter 12 |

**MONTHLY OPERATING REPORT**

Sept 2020  [handwritten notation]

2

| | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | Milk 3010.49 | Firal |
| Custom feeding payments | Beef 69 | Buy Check |
| Other farm income (please specify source) | 524.11 | Late Check |

New loans (specify source)

**B. WAGES FROM OUTSIDE WORK**

Husband  C Burcheat — 521.52
Wife — 376.00  Unemployment

**C. OTHER RECEIPTS**

Social Security — 933.00  Larry
Other: — 457.00  Shirley

Total Cash Receipts
6412.39
5527.68

Income — 6112.39
Expenses — 5527.68
$584.71  Bal. to Carry Forward

55

Appendix B

Sept 2020    Larry & Shirley Charles

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Farmer Family | 9-2 | 543.05 | Insurance |
| 101 South | 9-1 | 18.00 | gas |
| Shawn Charles | 9-2(?) | 400.00 | Pay |
| Hockey Seed | 9-4 | 90.00 | Corn |
| Heath oil | 9-11 | 52.49 | Diesel |
| " " | 9-7 | 50.01 | Diesel |
| Hadley Seed | 9-14 | 90.00 | Corn |
| " " | 9-18 | 90.00 | " |
| 101 South | 9-17 | 13.15 | gas |
| Maple Ridge | 9-17 | 86.00 | Shavings |
| Northwestern Rea | 9-18 | 942.37 | Electric |
| McDowell Equip | 9-18 | 79.15 | Parts |
| Shawn Charles | 9-18 | 600.00 | Pay |
| Hadley Seed | 9-18 | 180.00 | Corn |
| Heath oil | 9-18 | 110.02 | Diesel |
| Sandy Lake Mills | 9-19 | 248.15 | mineral |
| " " | 9-19 | 209.95 | wrap & salt |
| Tractor Supply | 9-20 | 54.56 | animal feed |
| Hadley Seed | 9-21 | 180.00 | Corn |
| 101 South | 9-22 | 39.44 | Diesel |
| Walt Tony | 9-23 | 158.30 | Parts |
| 101 South | 9-3 | 46.09 | Diesel |
| B Glass | 9-3 | 25.62 | Parts |

TOTAL

Appendix B

Sept. 20??

**3. FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|

101 South
"  "              9-8     45.66    Diesel
                  9-14    43.60    Diesel    4377.66

TOTAL

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Co-Pay Arrow Dr | 9-1 | 30.00 | Co-Pay |
| McDonalds | 9-1 | 18.41 | food |
| Pharmacy | 9-1 | 3.06 | Co-pay medicine |
| AT&T | 9-3 | 81.61 | TV |
| Windy Knoll | 9-12 | 31.46 | Grocery |
| Dollar Store | 9-13 | 14.77 | Misc |
| Ruth Hasinsk | 9-18 | 160.53 | Food |
| Pharmacy | 9-15 | 3.60 | Co-pay medicine |
| Dollar Store | 9-17 | 30.49 | Misc |
| Wind Stream | 9-18 | 75.15 | Phone |
| Ruth Hasinsk | 9-18 | 41.47 | Food |
| Madville Med Center | | 30.00 | Co-Pay |
| Taste of Home | 9-18 | 37.06 | Book |
| Windy Knoll | 9-19 | 144.89 | Grocery |
| Wal Mart | 9-20 | 159.34 | Grocery |
| McDonalds | 9-20 | 14.87 | Food |
| Dollar Store | 9-21 | 47.58 | Misc |
| Wal Mart | 9-6 | 59.03 | Grocery Food |
| TLC | 9-13 | 18.54 | Animal Food |
| Windy Knoll | 9-20 | 55.29 | Grocery |

TOTAL  56  
1166.07

Appendix I

Commonwealth of Pennsylvania
Remittance Advice

Agriculture

| INVOICE REFERENCE | INVOICE DATE | DOCUMENT NUMBER | AMOUNT |
|---|---|---|---|
|  | 08/31/2020 |  | 1,500.00 |

Vendor Number:
AGR-DFG
*Grants To Dairy Farmers

Total: 1,500.00

PAYEE INFORMATION:
LARRY CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314-9343

NOTE: Direct payment inquiries to:
WWW.BUDGET.PA.GOV/SERVICES/FORVENDORS
* HOW TO SUBMIT EMAIL INVOICES
* DIRECT DEPOSIT AND E-REMITTANCE
* 24/7 SELF-SERVICE PAYMENT LOOKUP

FOLD ON PERFORATION, THEN DETACH CAREFULLY

WRITTEN NOTICE OF ALLOCATION FOR CALENDAR YEAR 2019     PAYEE NO.
LARRY E CHARLES
1. TOTAL AMOUNT OF PATRONAGE EARNINGS:           324.11
2. TOTAL PAID BY ATTACHED CHECK:                 324.11         CHECK DATE: 09/08/2020
3. BALANCE CREDITED TO YOUR BASE CAPITAL ACCOUNT:  0.00
4. IRS WITHHOLDING TAX:                            0.00

DAIRY FARMERS OF AMERICA, INC (DFA) IS ALLOCATING PATRONAGE EARNINGS TO MEMBERS TOTALING $43.9 MILLION, OR 8 CENTS PER CWT. FOR MEMBERS' MILK MARKETED DURING 2019. YOUR PROPORTIONATE SHARE OF THE ALLOCATION IS SHOWN AS ITEM 1 OF THIS WRITTEN NOTICE OF ALLOCATION.
UNDER DFA'S CURRENT BASE CAPITAL PLAN, WHICH BECAME EFFECTIVE JANUARY 1, 2020, MEMBERS WHOSE BASE CAPITAL LEVEL WAS AT LEAST $3.50 PER CWT ON DECEMBER 31, 2019 WILL RECEIVE ALL OF THE ALLOCATED PATRONAGE IN CASH. MEMBERS WITH LESS THAN THE REQUIRED BASE CAPITAL LEVEL WILL RECEIVE 20% OF THE PATRONAGE IN CASH. YOUR CASH PORTION IS SHOWN AS ITEM 2 AND IS PAID BY THE ATTACHED CHECK.
THE NON-CASH PORTION OF THE PATRONAGE, IF ANY, SHOWN AS ITEM 3, HAS BEEN CREDITED TO YOUR BASE CAPITAL ACCOUNT. THE STATEMENT BELOW REPRESENTS YOUR BASE CAPITAL ACCOUNT WITH DFA, INCLUDING THIS ALLOCATION.
IF OTHER ACCOUNTS ARE COMBINED FOR BASE CAPITAL PURPOSES, THOSE ACCOUNTS ARE ALSO INCLUDED.

BASE CAPITAL ACCOUNT STATEMENT

| Year | | ALLOCATED PATRONAGE EARNINGS | PERMANENT CAPITAL CAPITAL RETAINS |
|---|---|---|---|
| 2014 | DL RETAINS | 0.00 | 3,664.32 |
| 2014 | DL NQ MERGER CONSIDER | 10,241.95 | 0.00 |
| 2014 | DL NQ YEAR 1 TARGET | 2,735.28 | 0.00 |
| 2014 | DL NQ YEAR 2 TARGET | 2,735.28 | 0.00 |
| | TOTALS: | 15,712.51 | 3,664.32 |
| | TOTAL BASE CAPITAL FOR THIS ACCOUNT ONLY: | | 19,376.83 |
| | COMBINED ACCOUNTS | | |

Girardat LP
Payroll Register
For the Period From Sep 17, 2020 to Sep 17, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | Adv | Pts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 9/17/20 | 521.82 | AMRoute 2.75hr | 7.0 | 35.75 | 250.25 | 591.50 | | -36.67 | -8.58 | -18.16 | -5.92 | -0.35 | | |
| | | | | PMRoute 3.75hr | 7.0 | 48.75 | 341.25 | | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Sep 17, 2020 to Sep 17, 2020

| 9-17-90 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 9,503.51 | 198.34 | 589.20 | 137.81 | 291.76 | 95.07 | 5.74 |

DAIRY FARMERS OF AMERICA, INC.                                                                                      00001
                                                                                                                      444

| EE NO. | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|
| E | LARRY E CHARLES | | PERIOD END | 08/31/2020 |
| RESS | 1407 DECKARDS RUN RD | | PAYMENT DATE | 09/18/2020 |
| | COCHRANTON PA 16314 | | PERIOD | 08/01/2020-08/31/2020 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 30,010 | 6,137.96 | 4,117.50- | 2,020.46 |
| YTD TOTALS | 237,276 | 42,698.82 | 29,473.10- | 13,225.72 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| OVER BASE | 434.00 | 4.36000- | CWT | 18.91- | 1,041.17- |
| OVER BASE SUB TOTAL | | | | 18.91- | 1,041.17- |
| BUTTERFAT | 1,317.44 | 1.62750 | LBS | 2,144.12 | 17,564.21 |
| PROTEIN | 1,017.34 | 4.43940 | LBS | 4,516.38 | 27,486.73 |
| OTHER SOLIDS | 1,734.55 | 0.13870 | LBS | 240.57 | 2,287.19 |
| PRODUCER PRICE DIFF | 30,010.00 | 2.93000 | CWT | 879.29- | 4,364.12- |
| LOCATION ADJUSTMENT | 30,010.00 | 0.10000 | CWT | 30.01 | 237.30 |
| SCC ADJUSTER | 30,010.00 | 0.17000 | CWT | 51.05 | 481.21 |
| SUB TOTAL | | | | 6,102.84 | 43,692.52 |
| QUALITY | 30,010.00 | 0.10000 | CWT | 30.01 | 742.13 |
| PA PREMIUM | 30,010.00 | 0.24000 | CWT | 72.01 | 105.27 |
| REGION PREM | | | | | 289.06 |
| MARKET ADJUSTMENT | 30,010.00 | 0.16000- | CWT | 47.99- | 791.56- |
| COVID-19 COST | | | | | 297.43- |
| SUB TOTAL | | | | 54.03 | 47.47 |
| OVERALL TOTAL | | | | 6,137.96 | 42,698.82 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 45.02- |
| CWT INVESTMENT | 0.04000 | CWT | 12.00- |
| MARKETING FEES | 0.38324 | CWT | 115.01- |
| HAULING | 0.84998 | CWT | 255.08- |
| FUEL SURCHARGE | 0.10986 | CWT | 32.97- |
| STOP CHARGE | 0.53316 | CWT | 160.00- |
| ADV. PMT RECOVERY | | | 425.42- |
| TOTAL MANDATORY | | | 1,045.50- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,117.50- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                           20.45305

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 2,020.46 |

CUR. BASE CAPITAL LEVEL      5.73857

---



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No **444**
Date   09/18/2020

**  * VOID* * VOID* **

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

**NON - NEGOTIABLE * * *  ADVICE STATEMENT * * *  NON - NEGOTIABLE**



**DFA** Dairy Farmers of America

**Production Statement**
Period Ending 08/31/2020
Page 1 of 1

Producer N_____ ee No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 30,010 |

## Pay Period Detail

| Day | Tank | Production Weight | Temp | Components Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | Quality SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1,839 | 38 GA | | | | | | | | | | | | | |
| 3 | 1 | 1,821 | 38 GA | | | | | | | | | | | | | |
| 5 | 1 | 1,793 | 38 GA | | | | | | | | | | | | | |
| 7 | 1 | 1,793 | 38 GA | | | | | | | | | | | | | |
| 9 | 1 | 1,958 | 38 GA | | | | | | | | | | | | | |
| 11 | 1 | 1,821 | 38 GA | | | | | | | | | | | | | |
| 13 | 1 | 1,958 | 38 GA | | | | | | | | | | | | | |
| 15 | 1 | 1,471 | 38 GA | | | | | | | | | | | | | |
| 17 | 1 | 2,688 | 35 GA | | | | | | | | | | | | | |
| 19 | 1 | 1,985 | 38 GA | | | | | | | | | | | | | |
| 21 | 1 | 1,912 | 38 GA | 4.26 | 81.45 | 3.39 | 64.82 | 5.76 | 110.13 | 150 | | | | 0.553 | | |
| 23 | 1 | 1,821 | 38 GA | 4.32 | 78.67 | 3.41 | 62.10 | 5.83 | 106.16 | 110[1] | 1[1] | 1[1] | | 0.565 | NEG[1] | |
| 25 | 1 | 1,839 | 38 GA | 4.40 | 80.92 | 3.46 | 63.63 | 5.84 | 107.40 | 120 | 1 | 2 | | 0.566 | | |
| 27 | 1 | 1,703 | 38 GA | 4.31 | 73.40 | 3.36 | 57.22 | 5.73 | 97.58 | 310 | | | | 0.542 | | |
| 29 | 1 | 1,940 | 38 GA | 4.35 | 84.39 | 3.36 | 65.18 | 5.76 | 111.74 | 280 | 1 | 2 | | 0.546 | | |
| 31 | 1 | 1,668 | 38 GA | 4.51 | 75.23 | 3.37 | 56.21 | 5.76 | 96.08 | 150 | | | | 0.548 | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR AUG | 186,000 |
| EU JUN-AUG ROLLING 3 MONTH GEOMETRIC MEAN | 133,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT