UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,               :      Case No.: 19-10095-TPA
        Shirley M. Charles,             :
                                        :      Reporting Period:  October, 2020
                                        :
                                        :      Chapter 12

**MONTHLY OPERATING REPORT**

Oct-2020    Larry & Shirley Ebert (T)

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 1737.76 | Final |
| Custom feeding payments | 90.98 | Adjustment |
| Other farm income (please specify source) | 14.82 | Actual |
| New loans (specify source) | | |
| **B. WAGES FROM OUTSIDE WORK** Aug | | |
| Husband | 723.50 | Larry |
| Wife | 723.50 | Larry |
| **C. OTHER RECEIPTS** | 456.39 | Larry |
| Social Security | 933.00 | Larry |
| Other: | 437.00 | Shirley |
| **Total Cash Receipts** | 4816.48 | |

Income – 4816.48
Expenses – 3805.62
————
1018.82  See forwarded


Oct 2020


3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Farm Family | 10-1 | 543.03 | Insurance |
| Heartland | 10-1 | 69.99 | Fuel |
| Hadley Seed | 10-2 | 90.00 | Corn |
| Shawn Charlo | 10-3 | 450.00 | Pay |
| Hadley Seed | 10-5 | 90.00 | Corn |
| Maple Ridge | 10-7 | 70.00 | Shavings |
| Hadley Seed | 10-8 | 90.00 | Corn |
| " " | 10-8 | 90.00 | " |
| " " | 10-9 | 90.00 | " |
| Maple Ridge | 10-15 | 80.00 | Shavings |
| North Woods Vet | 10-19 | 500.00 | Elix |
| " " " | 10-29 | 414.79 | " |
| Hadley Seed | 10-30 | 90.00 | Corn |
| Maple Ridge | 10-27 | 80.00 | Shavings |
| Dept. of Revenue | 10-15 | 50.00 | Tax |

TOTAL  2807.85    2757.85
                   50.00
                  2807.85

57

Appendix B

3

II. EXPENSES PAID

   A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
|  | 10-2 | 51.44 |  |
| AT&T | 10-2 | 78.50 | groc. |
| Windy Knoll | 10-3 | 46.75 | misc |
| Dollar Store | 10-4 | 41.84 | fuel |
| 101 South | 10-7 | 15.60 | " |
| " " | 10-5 | 40.14 | " |
| " " | 10-8 | 10.91 | Drugs |
| Cochranton Pharmacy | 10-6 | 153.00 | Tupro Required |
| Dave Williams | 10-14 | 43.17 | fuel |
| 101 South | 10-14 | 16.00 | Stamps |
| Cochranton P.O. | 10-17 | 78.00 | Groc |
| Windy Knoll | 10-17 | 51.51 | groa |
| Ware mart | 10-19 | 76.32 | Phone |
| Windy Knoll | 10-22 | 48.88 | groc. |
| Walmart | 10-25 | 184.66 | groc |
| 101 South | 10-25 | 42.45 | fuel |

56

997.99

Appendix B

Girardet LP
Payroll Register
For the Period From Oct 1, 2020 to Oct 1, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 10/1/20 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 | | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | | |



Girardat LP
Payroll Register
For the Period From Oct 1, 2020 to Oct 1, 2020

| Name | Date | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | 10-1-20 | 10,348.51 | 221.30 | 641.59 | 150.06 | 317.70 | 103.52 | 6.25 |

Girardat LP
Payroll Register
For the Period From Oct 15, 2020 to Oct 16, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 10/15/20 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |

Larry E. Charles  10-15-20

| Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|
| 11,193.51 | 244.26 | 693.98 | 162.31 | 343.64 | 111.97 | 6.76 |

Girardat LP
Payroll Register
For the Period From Oct 15, 2020 to Oct 15, 2020

Girardet, LP
Payroll Register
For the Period From Oct. 23, 2020 to Oct 29, 2020

| Employee | Masked SS No | Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 10/29/20 | 656.39 | AMRoute | 9.00 | 35.75 | 321.75 | 760.50 | -14.51 | -47.15 | -11.03 | -23.35 | -7.61 | -0.46 | |
| | | | | PMRoute | 9.00 | 48.75 | 438.75 | | | | | | | | |

| Larry E. Charles | 10-29-20 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| | | 11,954.01 | 258.77 | 741.13 | 173.34 | 366.99 | 119.58 | 7.22 |

Girardial LP
Payroll Register
For the Period From Oct 25, 2020 to Oct 25, 2020

DAIRY FARMERS OF AMERICA, INC.  00001

| | | | |
|---|---|---|---|
| EE NO | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION    701  PAY GROUP 747D |
| E | LARRY E CHARLES | | PERIOD END   Advance |
| | | | PAYMENT DATE 10/28/2020 |
| RESS | 1407 DECKARDS RUN RD | | PERIOD    10/01/2020-10/15/2020 |
| | COCHRANTON PA  16314 | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 12,243 | 1,616.08 | 1,559.26- | 56.82 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 12,243.00 | 13.20000 | CWT | 1,616.08 | |
| SUB TOTAL | | | | 1,616.08 | |
| OVERALL TOTAL | | | | 1,616.08 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 18.36- |
| CWT INVESTMENT | 0.04000 | CWT | 4.90- |
| TOTAL MANDATORY | | | 23.26- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-W/H | | 1,536.00- | 1,536.00- |
| TOTAL ASSIGNMENTS | | 1,536.00- | 1,536.00- |
| TOTAL DEDUCTIONS | | | 1,559.26- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE                                13.20000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 56.82 |

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No   **371**
Date     10/28/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

**701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314**



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**

# Production Statement

**DFA** Dairy Farmers of America

Period Ending 10/15/2020
Page 1 of 1

Producer No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES
Payee No.

## Pay Period Summary

| Total Weight |
|---|
| 12,243 |

## Pay Period Detail

| Production | | | Components | | | | | | Quality | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Tank Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
| 1 | 1,685 | 38 GA | 4.52 | 76.16 | 3.50 | 58.98 | 5.69 | 95.88 | 120 | | | | 0.547 | | |
| 1 | 1,711 | 38 GA | 4.80 | 82.13 | 3.62 | 61.94 | 5.69 | 97.36 | 120 | | | | 0.553 | | |
| 1 | 1,775 | 38 GA | 4.80 | 85.20 | 3.57 | 63.37 | 5.69 | 101.00 | 99¹ | 1¹ | 2¹ | | 0.547 | N¹ | |
| 1 | 1,729 | 38 GA | 4.74 | 81.95 | 3.57 | 61.73 | 5.70 | 98.55 | 110 | | | | 0.554 | | |
| 1 | 1,793 | 38 GA | 4.87 | 87.32 | 3.52 | 63.11 | 5.68 | 101.84 | 110 | 1 | 2 | | 0.545 | | |
| 1 | 1,729 | 38 GA | 4.77 | 82.47 | 3.48 | 60.17 | 5.67 | 98.03 | 100 | | | | 0.548 | | |
| 1 | 1,821 | 38 GA | 4.78 | 87.04 | 3.52 | 64.10 | 5.70 | 103.80 | 150 | | | | 0.552 | | |

DAIRY FARMERS OF AMERICA, INC.    00001
441

| PAYEE NO. | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|
| NAME | LARRY E CHARLES | | PERIOD END | 09/30/2020 |
| | | | PAYMENT DATE | 10/19/2020 |
| ADDRESS | 1407 DECKARDS RUN RD | | PERIOD | 09/01/2020-09/30/2020 |
| | COCHRANTON PA 16314 | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 24,537 | 4,853.73 | 3,616.47- | 1,237.26 |
| YTD TOTALS | 261,813 | 47,602.83 | 33,089.57- | 14,513.26 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| OVER BASE | | | | | 1,041.17- |
| OVER BASE SUB TOTAL | | | | | 1,041.17- |
| BUTTERFAT | 1,089.45 | 1.59320 | LBS | 1,735.70 | 19,299.91 |
| PROTEIN | 848.99 | 3.39350 | LBS | 2,881.06 | 30,367.79 |
| OTHER SOLIDS | 1,396.17 | 0.12410 | LBS | 173.24 | 2,460.43 |
| PRODUCER PRICE DIFF | 24,537.00 | 0.27000- | CWT | 66.26- | 4,430.38- |
| LOCATION ADJUSTMENT | 24,537.00 | 0.10000 | CWT | 24.53 | 261.83 |
| SCC ADJUSTER | 24,537.00 | 0.15000 | CWT | 36.79 | 518.00 |
| SUB TOTAL | | | | 4,785.06 | 48,477.58 |
| QUALITY | 24,537.00 | 0.10000 | CWT | 24.53 | 766.66 |
| DFA PREMIUM | 24,537.00 | 0.29000 | CWT | 71.14 | 176.41 |
| REGION PREM | | | | | 339.34 |
| MARKET ADJUSTMENT | 24,537.00 | 0.11000- | CWT | 27.00- | 818.56- |
| COVID-19 COST | | | | | 297.43- |
| SUB TOTAL | | | | 68.67 | 166.42 |
| OVERALL TOTAL | | | | 4,853.73 | 47,602.83 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 36.81- |
| CWT INVESTMENT | 0.04000 | CWT | 9.81- |
| MARKETING FEES | 0.45755 | CWT | 112.27- |
| HAULING | 0.85006 | CWT | 208.58- |
| FUEL SURCHARGE | 0.11004 | CWT | 27.00- |
| STOP CHARGE | 0.61132 | CWT | 150.00- |
| TOTAL MANDATORY | | | 544.47- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 3,616.47- |

MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE    19.78127

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 1,237.26 |

CUR. BASE CAPITAL LEVEL    5.73857

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No    **441**
Date    10/19/2020

**VOID**VOID**

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE *** ADVICE STATEMENT *** NON - NEGOTIABLE**

# Production Statement



Dairy Farmers of America

Period Ending 09/30/2020
Page 1 of 1

Producer No.
Producer: LARRY E CHARLES
Payee No.
Payee: LARRY E CHARLES

## Pay Period Summary

**Total Weight** 24,537

## Pay Period Detail

| Day | Production Tank Weight | Temp | | Butterfat % | Butterfat Lbs | Components Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | Quality FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1,643 | 38 | GA | | | | | | | | | | | | | |
| 1 | 1,660 | 38 | GA | 4.21 | 69.89 | 3.40 | 56.44 | 5.71 | 94.79 | 84 | | | | 0.544 | | |
| 1 | 1,557 | 38 | GA | | | | | | | | | | | | | |
| 1 | 1,488 | 38 | GA | 4.25 | 63.24 | 3.33 | 49.55 | 5.71 | 84.96 | 220[1] | 1[1] | 2[1] | | 0.541 | NEG[1] | |
| 1 | 1,557 | 38 | GA | 4.25 | 66.17 | 3.34 | 52.00 | 5.67 | 88.28 | 120 | 1 | 2 | | 0.539 | | |
| 1 | 1,643 | 38 | GA | | | | | | | | | | | | | |
| 1 | 1,775 | 38 | GA | | | | | | | | | | | | | |
| 1 | 1,643 | 38 | GA | 4.51 | 74.10 | 3.52 | 57.83 | 5.70 | 93.65 | 100 | 2 | 2 | | 0.547 | | |
| 1 | 1,711 | 38 | GA | 4.69 | 80.25 | 3.54 | 60.57 | 5.69 | 97.36 | 91 | | | | 0.547 | | |
| 1 | 1,316 | 38 | GA | 4.61 | 60.67 | 3.54 | 46.59 | 5.68 | 74.75 | 340 | | | | 0.548 | | |
| 1 | 2,022 | 38 | GA | 4.55 | 92.00 | 3.48 | 70.37 | 5.73 | 115.86 | 240 | 2 | 1 | | 0.549 | | |
| 1 | 1,643 | 32 | GA | 4.83 | 79.36 | 3.48 | 57.18 | 5.69 | 93.49 | 150 | | | | 0.548 | | |
| 1 | 1,643 | 38 | GA | 4.69 | 77.06 | 3.46 | 56.85 | 5.69 | 93.49 | 260 | | | | 0.548 | | |
| 1 | 1,232 | 38 | GA | 4.58 | 56.43 | 3.48 | 42.87 | 5.66 | 69.73 | 160 | | | | 0.546 | | |
| 1 | 2,004 | 38 | GA | 4.61 | 92.38 | 3.47 | 69.54 | 5.66 | 113.43 | 190 | | | | 0.546 | | |

**EU TEST RESULTS**
(u) SOMATIC CELL RESULT FOR SEP                        SCC
3U JUL-SEP ROLLING 3 MONTH GEOMETRIC MEAN       176,000
3U CONSECUTIVE NON-COMPLIANCE MONTHS            152,000
                                                0



1 = HDT

DAIRY FARMERS OF AMERICA, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PAYEE NO | | PRODUCER NO. | | NORTHEAST FLUID AREA | | DIVISION | 701  PAY GROUP 747D |
| NAME | LARRY E CHARLES | | | | | PERIOD END | ADJUSTMENT |
| | | | | | | PAYMENT DATE | 09/29/2020 |
| ADDRESS | 1407 DECKARDS RUN RD | | | | | PERIOD | 08/01/2020-08/31/2020 |
| | COCHRANTON PA  16314 | | | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 0 | 50.28 | 0.00 | 50.28 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| REGION PREM | 29,576.00 | 0.17000 | CWT | 50.28 | |
| SUB TOTAL | | | | 50.28 | |
| OVERALL TOTAL | | | | 50.28 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|

### MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XX-3294 | 50.28 |

### PRICING / COMMUNICATIONS

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **975**
Date  09/29/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**