**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Larry E. Charles, and | : | Bankruptcy Case No.: 19-10095-TPA |
| Shirley M. Charles, | : | |
| | : | Chapter 12 |
| Debtors. | : | |
| _____ | : | |
| Larry E Charles and, | : | Document No.: |
| Shirley M. Charles, | : | |
| | : | Related to Document No.: 187 |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Pennsylvania Department of Revenue, | : | |
| United States of America, Helmuth Farms, | : | |
| Venango County Tax Claim Bureau, | : | |
| IRS, CNH Industrial Capital America, LLC, | : | |
| Bank of America, N.A., John Deere | : | **Hearing Date and Time:** |
| Financial, Windstream, Quantum3 Group, | : | February 3, 2020, at 11:30 a.m. |
| NewRez LLC d/b/a Shellpoint Mortgage | : | |
| Servicing, Fairport Asset Management II, | : | |
| LLC, | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING
MOTION OF LARRY E. CHARLES AND SJIRLEY FOR TO SELL REAL PROPERTY FREE AND
CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES IN ACCORDANCE WITH 11 U.S.C. § 363, (II)
APPROVING SALE PROCEDURES IN CONNECTION WITH THE SALE**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 28, 2020 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing will* be held on February 3, 2020, at 11:30 a.m. before Judge Thomas P. Agresti via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following

Meeting ID: 160 2130 3488 For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. ***All attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures,*** dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: <u>December 11, 2020</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA I.D. No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com