**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Larry E. Charles,**                    :          **Case No.: 19-10095-TPA**
       **Shirley M. Charles,**              :
                                       :          **Reporting Period:   November, 2020**
                                       :
                                       :          **Chapter 12**

## MONTHLY OPERATING REPORT

2

|  | | MONTH | YEAR TO DATE |
|---|---|---|---|
| Custom farming income | | | |
| Custom feeding payments | | | |
| Other farm income | | | |
| (please specify source) | | | |
| | | | |
| | | | |
| New loans (specify source) | | | |
| | | | |

B.  **WAGES FROM OUTSIDE WORK**

    Husband
    Wife

C.  **OTHER RECEIPTS**

    Social Security
    Other:

          Total Cash Receipts

*Income - 8509.81*
*Expence - 5404.49*
*3103.32 bal. forward*

55

**3. FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Farm Family | 11-4 | 543.06 | Insurance |
| Northwestern Rec | 11-5 | 797.81 | Electric |
| Sandy Lake Mill | 11-5 | 34.90 | Mineral |
| 101 South | 11-5 | 76.13 | Fuel |
| Shawn Charles | 11-6 | 600.00 | Pay |
| Byler | 11-6 | 25.14 | Hardware |
| Maple Ridge | 11-6 | 80.00 | Sawdust |
| Steve Henry | 11-8 | 360.00 | Hay |
| Sandy Lake | 11-12 | 535.98 | Minerals |
| 101 South | 11-12 | 44.58 | Fuel |
| Byler | 11-18 | 5.97 | Parts |
| IRS (2019 taxes) | 11-20 | 30.00 | Taxes 2019 |
| Byler | 11-20 | 76.73 | Parts |
| " | 11-20 | 7.48 | Parts |
| 101 South | 11-22 | 46.29 | Fuel |
| Maple Ridge | 11-23 | 80.00 | Sawdust |
| Pat Carey | 11-7 | 360.00 | Hay |
| Sandy Lake | 11-23 | 134.22 | Minerals |
| Hadley Seed | 11-27 | 590.00 | Corn |
| **TOTAL** | | 4192.03 | |

57

3

## II. EXPENSES PAID

### A. HOUSEHOLD   [Use more pages if necessary.]

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Giant Eagle | 11-1 | 66.23 | groc. |
| Smoker Outlet | 11-1 | 36.63 | Pipe Tobacco |
| Meadville Med. | 11-3 | 38.00 | Co-Pay |
| AT&T | 11-3 | 80.81 | TV |
| ProVanta | 11-4 | 425.92 | Hand Gun |
| Wal Mart | 19-12 | 139.55 | Groc. |
| Mcdonalds | 11-12 | 14.82 | Food |
| Vahosley's | 11-9 | 56.73 | groc. |
| Windy Knoll | 11-13 | 55.77 | groc. |
| Dollar Store | 11-16 | 13.92 | misc. |
| " " | 11-17 | 9.95 | " |
| " " | 11-18 | 20.00 | " |
| Smoker Outlet | 11-19 | 10.02 | Pipe Tobacco |
| " " | 11-22 | 29.54 | Pipe Tobacco |
| Wind Stream | 11-20 | 77.88 | Phone |
| Wal Mart | 11-22 | 110.93 | Groc. |
| Dollar Store | 11-25 | 29.54 | misc. |
| Pharmacy | 11-25 | 7.80 | Co-Pay |
| | | 1217.46 | |

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardat LP
Payroll Register
For the Period From Nov 12, 2020 to Nov 12, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 11/12/20 | 681.81 | 10/30 J Cross | 2.5 | 13.00 | 32.50 | 793.00 | -17.76 | -49.17 | -11.50 | -24.35 | -7.93 | -0.48 | |
| | | | | AMRoute | 9.0 | 35.75 | 321.75 | | | | | | | | |
| | | | | PMRoute | 9.0 | 48.75 | 438.75 | | | | | | | | |

Girardst LP
Payroll Register
For the Period From Nov 12, 2020 to Nov 12, 2020

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| 11-12-2020 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 12,747.01 | 276.53 | 790.30 | 184.84 | 391.34 | 127.51 | 7.70 |

Glendat LP
Payroll Register
For the Period From Nov 26, 2020 to Nov 26, 2020

* Ann Comms includes  Report order is by Check Date. Report is printed in Detail Format

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 11/26/20 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |

Girardot LP
Payroll Register
For the Period From Nov 20, 2020 to Nov 26, 2020

* Aur. Criteria includes: Report under is by Check Date. Report is printed in Detail Format.

| 11-26-2020 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 13,592.01 | 299.49 | 842.69 | 197.09 | 417.28 | 135.96 | 8.21 |

**DAIRY FARMERS OF AMERICA, INC.**   00001
440

| | | |
|---|---|---|
| PAYEE NO | PRODUCER N | NORTHEAST FLUID AREA |
| NAME  LARRY E CHARLES | | |
| ADDRESS  1407 DECKARDS RUN RD | | |
| COCHRANTON PA  16314 | | |

DIVISION    701  PAY GROUP 747D
PERIOD END   10/31/2020
PAYMENT DATE 11/19/2020
PERIOD       10/01/2020-10/31/2020

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 27,046 | 5,463.27 | 3,703.34- | 1,759.93 |
| YTD TOTALS | 288,859 | 53,066.10 | 36,736.09- | 16,330.01 |

## PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| OVER BASE | | | | | 1,041.17- |
| OVER BASE SUB TOTAL | | | | | 1,041.17- |
| BUTTERFAT | 1,298.22 | 1.63880 | LBS | 2,127.53 | 21,427.44 |
| PROTEIN | 943.90 | 5.01460 | LBS | 4,733.27 | 35,101.06 |
| OTHER SOLIDS | 1,538.90 | 0.15340 | LBS | 236.06 | 2,696.49 |
| PRODUCER PRICE DIFF | 27,046.00 | 6.87000- | CWT | 1,858.04- | 6,288.42- |
| LOCATION ADJUSTMENT | 27,046.00 | 0.10000 | CWT | 27.06 | 288.89 |
| SCC ADJUSTER | 27,046.00 | 0.26000 | CWT | 70.31 | 588.31 |
| SUB TOTAL | | | | 5,336.19 | 53,813.77 |
| QUALITY | 27,046.00 | 0.35000 | CWT | 94.65 | 861.31 |
| DFA PREMIUM | 27,046.00 | 0.25000 | CWT | 67.61 | 244.02 |
| REGION PREM | | | | | 339.34 |
| MARKET ADJUSTMENT | 27,046.00 | 0.13000- | CWT | 35.18- | 853.74- |
| COVID-19 COST | | | | | 297.43- |
| SUB TOTAL | | | | 127.08 | 293.50 |
| OVERALL TOTAL | | | | 5,463.27 | 53,066.10 |

## DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 40.57- |
| CWT INVESTMENT | 0.04000 | CWT | 10.82- |
| MARKETING FEES | 0.41973 | CWT | 113.52- |
| HAULING | 0.85003 | CWT | 229.90- |
| FUEL SURCHARGE | 0.10985 | CWT | 29.71- |
| STOP CHARGE | | | 150.00- |
| ADV. PMT RECOVERY | 0.55461 | CWT | 56.82- |
| TOTAL MANDATORY | | | 631.34- |
| ASSIGNEE | | MTD | |
| RONDA J WINNEC-PD | | 3,072.00- | 3,072.00- |
| TOTAL ASSIGNMENTS | | 3,072.00- | 3,072.00- |
| TOTAL DEDUCTIONS | | | 3,703.34- |

## MESSAGES

## PRICING / COMMUNICATIONS

PAY PRICE                          20.19992

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | | 1,759.93 |

CUR. BASE CAPITAL LEVEL        5.73857

---


**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No      **440**
Date           11/19/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE



**DFA**
Dairy Farmers of America

## Production Statement
Period Ending **10/31/2020**
Page 1 of 1

Producer
Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight | | | | |
|---|---|---|---|---|
| 27,046 | | | | |

## Pay Period Detail

| | | Production | | | Components | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Tank | Weight | Temp | Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED | |
| 2 | 1 | 1,685 | 38 GA | 4.52 | 76.16 | 3.50 | 58.98 | 5.69 | 95.88 | 120 | | | | 0.547 | | | |
| 4 | 1 | 1,711 | 38 GA | 4.80 | 82.13 | 3.62 | 61.94 | 5.69 | 97.36 | 120 | | | | 0.553 | | | |
| 6 | 1 | 1,775 | 38 GA | 4.80 | 85.20 | 3.57 | 63.37 | 5.69 | 101.00 | 99[1] | 1[1] | 2[1] | | 0.547 | N[1] | | |
| 8 | 1 | 1,729 | 38 GA | 4.74 | 81.95 | 3.57 | 61.73 | 5.70 | 98.55 | 110 | | | | 0.554 | | | |
| 10 | 1 | 1,793 | 38 GA | 4.87 | 87.32 | 3.52 | 63.11 | 5.68 | 101.84 | 110 | 1 | 2 | | 0.545 | | | |
| 12 | 1 | 1,729 | 38 GA | 4.77 | 82.47 | 3.48 | 60.17 | 5.67 | 98.03 | 100 | | | | 0.548 | | | |
| 14 | 1 | 1,821 | 38 GA | 4.78 | 87.04 | 3.52 | 64.10 | 5.70 | 103.80 | 150 | | | | 0.552 | | | |
| 16 | 1 | 1,848 | 38 GA | 4.77 | 88.15 | 3.53 | 65.23 | 5.59 | 103.30 | 130 | | | | 0.540 | | | |
| 18 | 1 | 1,821 | 38 GA | 4.90 | 89.23 | 3.60 | 65.56 | 5.68 | 103.43 | 94 | 2 | 1 | | 0.551 | | | |
| 20 | 1 | 1,866 | 38 GA | 4.84 | 90.31 | 3.54 | 66.06 | 5.68 | 105.99 | 88 | | | | 0.549 | | | |
| 22 | 1 | 1,912 | 38 GA | 4.79 | 91.58 | 3.51 | 67.11 | 5.67 | 108.41 | 100 | | | | 0.548 | | | |
| 24 | 1 | 1,821 | 38 GA | 4.95 | 90.14 | 3.40 | 61.91 | 5.72 | 104.16 | 280 | | | | 0.557 | | | |
| 26 | 1 | 1,912 | 38 GA | 4.88 | 93.31 | 3.41 | 65.20 | 5.70 | 108.98 | 140 | | 2 | 10 | 0.552 | | | |
| 28 | 1 | 1,876 | 38 GA | 4.85 | 90.99 | 3.36 | 63.03 | 5.74 | 107.68 | 99 | | | | 0.555 | | | |
| 30 | 1 | 1,747 | 38 GA | 4.85 | 84.73 | 3.25 | 56.78 | 5.76 | 100.63 | 140 | | | | 0.557 | | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR OCT | 125,000 |
| EU AUG-OCT ROLLING 3 MONTH GEOMETRIC MEAN | 160,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT