UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

01/15/2021

IN RE:

LARRY E. CHARLES
SHIRLEY M. CHARLES
1407 DECKARDS RUN ROAD
COCHRANTON,  PA  16314
XXX-XX-5095           Debtor(s)

XXX-XX-1785

Case No.19-10095

Chapter 12

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 12 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 12 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.
2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]
3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record,  (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]
4. Late-filed claims will not be paid unless all timely filed claims have been paid in full.  Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim.   [So provided in the plan]
5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]
6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan.  [So provided in the order confirming the plan]

    The following claim information is derived from the debtor(s)' schedules, chapter 12 plan and/or proofs of claim. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice.  This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 12 plan, or the order confirming the chapter 12 plan.

    Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan).

    Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

/s/ RONDA WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
OFFICE OF THE CHAPTER 12 TRUSTEE  
WDPA  
SUITE 3250 US STEEL TOWER  
600 GRANT STREET  
PITTSBURGH, PA  15219  
(412) 471-5566

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/15/2021

/s/Trustee'sAdministrativAssistant  
OFFICE OF THE CHAPTER 12 TRUSTEE  
WDPA  
SUITE 3250 US STEEL TOWER  
600 GRANT STREET  
PITTSBURGH, PA  15219  
(412) 471-5566

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | CRED % | Account No. | Claim | Mo. Pmt. | Comment |
|---|---|---|---|---|---|---|---|---|---|
| **CNH INDUSTRIAL CAPITAL AMERICA LLC**<br>PO BOX 71264<br>PHILADELPHIA, PA 19176 | 1 | 0.00% | SECURED CREDITOR | 7 | 100.00% | 9001 | 0.00 | $58.35 | PMT/CNF*ALL ARRS*3K/CONF OE*W/44*DK*ADR/USPS |
| **CNH INDUSTRIAL CAPITAL AMERICA LLC**<br>PO BOX 71264<br>PHILADELPHIA, PA 19176 | 2 | 0.00% | SECURED CREDITOR | 6-2 | 0.00% | 7001 | 0.00 | $0.00 | SRRNDR/PL&CONF*AMD SEC CL=0*DK*AMD 11/18/19*W/59 |
| **FAIRPORT ASSET MANAGEMENT II LLC**<br>C/O GENESEE REGIONAL BK<br>1850 S WINTON RD<br>ROCHESTER, NY 14618 | 3 | 0.00% | MORTGAGE REGULAR PAYMENT | 13 | 100.00% | 50 | 0.00 | $499.90 | PMT/PL&CONFOE*X0101~1ST*ALL ARRS/CL*DK!!!*FR CMMCL LN INVSTM*DOC 78*ADR/L |
| **UNKNOWN CREDITOR PLACE HOLD**<br>, PA | 4 | 0.00% | SECURED CREDITOR |  | 0.00% | 2000 | 0.00 | $0.00 | NT PROV/PL*09,12-14~DEBRA DEETER TX CLTR~SD BORO?/SCH |
| **UNKNOWN CREDITOR PLACE HOLD**<br>, PA | 5 | 0.00% | SECURED CREDITOR |  | 0.00% | 5000 | 0.00 | $0.00 | NT PROV/PL*09,12-14~DEBRA DEETER TX CLTR~SD BORO?/SCH |
| **UNKNOWN CREDITOR PLACE HOLD**<br>, PA | 6 | 0.00% | SECURED CREDITOR |  | 0.00% | 5000 | 0.00 | $0.00 | NT PROV/PL*09,12-14~DEBRA DEETER TX CLTR~SD BORO?/SCH |
| **USDA/FARM SERVICE AGENCY**<br>14699 N MAIN ST EXT<br>MEADVILLE, PA 16335 | 7 | 0.00% | SECURED CREDITOR |  | 0.00% |  | 0.00 | $0.00 | PAID AT CID 8 |
| **USDA/FARM SERVICE AGENCY**<br>14699 N MAIN ST EXT<br>MEADVILLE, PA 16335 | 8 | 0.00% | SECURED CREDITOR | 2 | 100.00% | 44-06 (5095) | 0.00 | $800.00 | PMT/PL&CONFOE*NT STD/CL*DK |
| **USDA/FARM SERVICE AGENCY**<br>14699 N MAIN ST EXT<br>MEADVILLE, PA 16335 | 9 | 0.00% | MORTGAGE REGULAR PAYMENT |  | 0.00% |  | 0.00 | $0.00 | PAID AT CID 8*VRFY TYPE/SCH |
| **LEAF**<br>P.O. BOX 953587<br>SAINT LOUIS, MO 63195-3587 | 10 | 0.00% | SECURED CREDITOR |  | 0.00% | 5001 | 0.00 | $0.00 | REMOVED/AMD PL |

## CLAIM RECORDS

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **LEAF**<br>P.O. BOX 953587<br><br>SAINT LOUIS, MO 63195-3587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:     CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: PAID AT CID 10 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5002<br><br>MO. PMT.: $0.00 |
| **VENANGO COUNTY TAX CLAIM BUREAU**<br>1174 ELK STREET<br>P.O. BOX 831<br><br>FRANKLIN, PA 16323-0831 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4   CRED %: 100.00%<br><br>CLAIM: 0.00<br>COMMENT: PMT/CNFOE&PL*L/B 02002009000*10/SCH*2013-18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9000<br><br>MO. PMT.: $651.87 |
| **VENANGO COUNTY TAX CLAIM BUREAU**<br>1174 ELK STREET<br>P.O. BOX 831<br><br>FRANKLIN, PA 16323-0831 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 4   CRED %: 100.00%<br><br>CLAIM: 0.00<br>COMMENT: PMT/PL&CONFOE*L/B 02002002000*10,14/SCH*2013-2018*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2000<br><br>MO. PMT.: $18.51 |
| **VENANGO COUNTY TAX CLAIM BUREAU**<br>1174 ELK STREET<br>P.O. BOX 831<br><br>FRANKLIN, PA 16323-0831 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 4   CRED %: 100.00%<br><br>CLAIM: 0.00<br>COMMENT: PMT/PL&CONFOE*L/B 02002015000*10/SCH*2013-18*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5000<br><br>MO. PMT.: $45.35 |
| **WELLS FARGO FINANCIAL LEASING**<br>POB 10306<br><br>DES MOINES, IA 50306-0306 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:     CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: REMOVED/AMD PL*DKT*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2265<br><br>MO. PMT.: $0.00 |
| **INTERNAL REVENUE SERVICE\*\***<br>INSOLVENCY UNIT<br>WM S MOOREHEAD FEDERAL BLDG RM 705<br>1000 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 5   CRED %: 100.00%<br><br>CLAIM: 0.00<br>COMMENT: PMT/CONF*09/SCH*08,18/CL*4093.74/PL*3641.30=CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5095<br><br>MO. PMT.: $60.69 |
| **PA DEPARTMENT OF REVENUE\***<br>BU OF COMPL. SECT-DEPT 280946<br>STRAWBERRY SQUARE<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 1   CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: CL=$0 PRI*11/SCH*5 ANNUAL PMTS/PL X 103.92 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5095<br><br>MO. PMT.: $0.00 |
| **BANK OF AMERICA NA**<br>PO BOX 15312<br><br>WILMINGTON, DE 19850-5312 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8   CRED %: 1.00%<br><br>CLAIM: 7,515.52<br>COMMENT: DK*DEFICIENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3338<br><br>MO. PMT.: $0.00 |
| **BILL FLOCKERZI**<br>1274 CREEK ROAD<br><br>COOPERSTOWN, PA 16317 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:     CRED %: 1.00%<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **CAPITAL ONE**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:     CRED %: 1.00%<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3141<br><br>MO. PMT.: $0.00 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | INT% / CRED% | CRED DESC / ACCOUNT NO. |
|---|---|---|---|
| **CARGILL ANIMAL NUTRITION**<br>PO BOX 9300<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 21<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **CROSSROADS BANK**<br>1205 N. CASS STREET<br>P.O. BOX 259<br>WABASH, IN 46992 | Trustee Claim Number: 22<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **ERVIN MARTIN**<br>20608 KIGHTLINGER ROAD<br>VENANGO, PA 16440 | Trustee Claim Number: 23<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5315<br>MO. PMT.: $0.00 |
| **FIFTH THIRD BANK**<br>1830 EAST PARIS SE<br>MS RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number: 24<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DFNCY~SURRENDER/SCH | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6647<br>MO. PMT.: $0.00 |
| **HEALTHASSURANCE PA, INC.**<br>PO BOX 6506<br>CAROL STREAM, IL 60197 | Trustee Claim Number: 25<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **HELMUTH FARMS**<br>1677 GEORGETOWN RD<br>SANDY LAKE, PA 16145 | Trustee Claim Number: 26<br>Court Claim Number: 3<br>CLAIM: 4,125.00<br>COMMENT: ND ACCT NUM | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **HILL'S SUPPLY INC**<br>2366 LOCUST ST<br>CANAL FULTON, OH 44614 | Trustee Claim Number: 27<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **JOHN SCHMIDT**<br>25938 EUREKA RD<br>EDINBORO, PA 16412 | Trustee Claim Number: 28<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **LANDPRO EQUIPMENT**<br>13521 CAMBRIDGE SPRINGS RD<br>EDINBORO, PA 16412 | Trustee Claim Number: 29<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **LYNWOOD CHARLES HEAGY**<br>1490 STATE HIGHWAY 89<br>TITUSVILLE, PA 16354 | Trustee Claim Number: 30<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5095<br>MO. PMT.: $0.00 |

| Creditor | Claim Info | Description |
|---|---|---|
| **MCCARTNEY'S FEED AND HARDWARE**<br>1683 AIRPORT ROAD<br><br>FREDONIA, PA  16124 | Trustee Claim Number: 31    INT %: 0.00%<br>Court Claim Number:    CRED %: 1.00%<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **SHEARER FAMILY FARMS**<br>26084 LIPPERT ROAD<br><br>COCHRANTON, PA  16314 | Trustee Claim Number: 32    INT %: 0.00%<br>Court Claim Number:    CRED %: 1.00%<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **TRANSWORLD SYSTEMS, INC.**<br>PO BOX 17201<br><br>WILMINGTON, DE  19850 | Trustee Claim Number: 33    INT %: 0.00%<br>Court Claim Number:    CRED %: 1.00%<br><br>CLAIM: 0.00<br>COMMENT: HEALTHAMERICA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1087<br><br>MO. PMT.: $0.00 |
| **Z&M AG AND TURF**<br>13521 CAMBRIDGE SPRINGS RD<br><br>EDINBORO, PA  16412 | Trustee Claim Number: 34    INT %: 0.00%<br>Court Claim Number:    CRED %: 1.00%<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5038<br><br>MO. PMT.: $0.00 |
| **ALLIANCE ONE**<br>PO BOX 3102<br><br>SOUTHEASTERN, PA  19398-3102 | Trustee Claim Number: 35    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **HARTMAN & YANNETTI**<br>126 BALTIMORE STREET<br><br>MARION, PA  17235 | Trustee Claim Number: 36    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **HEALTH AMERICA**<br>PO BOX 67103<br><br>HARRISBURG, PA  17106 | Trustee Claim Number: 37    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **GREAT LAKES**<br>PO BOX 70<br><br>BOYNE CITY, MI  49712 | Trustee Claim Number: 38    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **DAVID CHARLES**<br>1407 DECKARDS RD<br><br>COCHRANTON, PA  16314 | Trustee Claim Number: 39    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br><br>MO. PMT.: $0.00 |
| **PA DEPARTMENT OF REVENUE***<br>BU OF COMPL. SECT-DEPT 280946<br>STRAWBERRY SQUARE<br>HARRISBURG, PA  17128 | Trustee Claim Number: 40    INT %: 0.00%<br>Court Claim Number: 1    CRED %: 1.00%<br><br>CLAIM: 519.59<br>COMMENT: NO UNS/SCH*2011 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5095<br><br>MO. PMT.: $0.00 |

| Creditor | Trustee/Court Claim | Claim Info | Cred Desc / Account |
|---|---|---|---|
| **DAVID A SCOTT ESQ**<br>LECLAIRE GRIEWAHN & SCOTT LLC<br>835 WESTERN AVE<br>PITTSBURGH, PA 15233 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:  CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: CNH INDUSTRIAL CAPITAL AMERICA LLC | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **INTERNAL REVENUE SERVICE\***<br>INSOLVENCY UNIT<br>WM S MOOREHEAD FEDERAL BLDG RM 705<br>1000 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 5  CRED %: 1.00%<br>CLAIM: 452.44<br>COMMENT: NO UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5095<br>MO. PMT.: $0.00 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:  CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: DITECH FINANCIAL LLC | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **CNH INDUSTRIAL CAPITAL AMERICA LLC**<br>PO BOX 71264<br>PHILADELPHIA, PA 19176 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 7  CRED %: 1.00%<br>CLAIM: 10,777.91<br>COMMENT: UNS BAL AFT CNF OE*NO GEN UNS/SCH*CL=3316.91*W/1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001<br>MO. PMT.: $0.00 |
| **JOHN DEERE FINANCIAL**<br>C/O WELTMAN WEINBERG AND REIS CO LPA<br>PO BOX 93784<br>CLEVELAND, OH 44101 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 9  CRED %: 1.00%<br>CLAIM: 6,467.48<br>COMMENT: NT/SCH*DEFICIENCY BAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3559<br>MO. PMT.: $0.00 |
| **WINDSTREAM COMMUNICATIONS**<br>ATTN FINANCIAL SERVICES<br>1720 GALLERIA BLVD<br>CHARLOTTE, NC 28270 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 10  CRED %: 1.00%<br>CLAIM: 323.17<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5095<br>MO. PMT.: $0.00 |
| **QUANTUM3 GROUP AGENT FOR BLUESTEM AND**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 11  CRED %: 1.00%<br>CLAIM: 467.33<br>COMMENT: NT/SCH*FINGERHUT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9808<br>MO. PMT.: $0.00 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SI**<br>POB 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 12  CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: RS*NT PROV/PL*NT/SCH*W/49*FR US BANK*DOC 168 | | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 8525<br>MO. PMT.: $0.00 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SI**<br>POB 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 12  CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: RS*36595.26/CL*NT PROV/PL*NT/SCH*ARRS*W/48*FR US BANK*DOC 168 | | CRED DESC: HOME MORTGAGE ARR.<br>ACCOUNT NO.: 8525<br>MO. PMT.: $0.00 |
| **CHRISTOPHER P SCHUELLER ESQ**<br>BUCHANAN INGERSOLL & ROONEY PC<br>301 GRANT ST 20TH FL ONE OXFORD CTR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:  CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: COMMERCIAL LOAN INVESTMENT | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |

| Creditor | Trustee Claim / Court Claim | CRED % / INT % | CRED DESC / ACCOUNT NO. | Claim / Mo. Pmt. | Comment |
|---|---|---|---|---|---|
| **KELLY M NEAL ESQ**<br>BUCHANAN INGERSOLL & ROONEY PC<br>301 GRANT ST 20TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 51<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: COMMERCIAL LOAN INVESTMENT N VII LLC |
| **KELLY M NEAL ESQ**<br>BUCHANAN INGERSOLL & ROONEY PC<br>301 GRANT ST 20TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 52<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: COMMERCIAL LOAN INVESTMENT VII LLC |
| **CHRISTOPHER P SCHUELLER ESQ**<br>BUCHANAN INGERSOLL & ROONEY PC<br>301 GRANT ST 20TH FL ONE OXFORD CTR<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 53<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: FAIRPORT ASSET MGMT LLC |
| **PA DEPARTMENT OF REVENUE***<br>BU OF COMPL. SECT-DEPT 280946<br>STRAWBERRY SQUARE<br>HARRISBURG, PA  17128 | Trustee Claim Number: 54<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |
| **ROBERT S ADAMS ESQ**<br>ROBERT SIMCOX ADAMS<br>PO BOX 15010<br>PITTSBURGH, PA  15237 | Trustee Claim Number: 55<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: CNH INDUSTRIAL CAPITAL |
| **RONDA J WINNECOUR PA ID #30399**<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 56<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $153.50 | COMMENT: PMT/CONFOE |
| **USDA/FARM SERVICE AGENCY**<br>14699 N MAIN ST EXT<br>MEADVILLE, PA  16335 | Trustee Claim Number: 57<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 44-07 | CLAIM: 0.00<br>MO. PMT.: $150.00 | COMMENT: PMT/PL&CONF |
| **RONDA J. WINNECOUR**<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 58<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $50.00 | COMMENT: PMT/PL*UNS*ESCROW*DKT |
| **CNH INDUSTRIAL CAPITAL AMERICA LLC**<br>PO BOX 71264<br>PHILADELPHIA, PA  19176 | Trustee Claim Number: 59<br>Court Claim Number: 6-2 | INT %: 0.00%<br>CRED %: 1.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7001 | CLAIM: 19,655.32<br>MO. PMT.: $0.00 | COMMENT: DEFICIENCY CL*DK*AMD 11/18/19*SURR @ 2 |
| **ROBERTSON ANSCHUTZ SCHNEID & CRANE LLC**<br>10700 ABBOTTS BRIDGE RD STE 170<br>DULUTH, GA  30097 | Trustee Claim Number: 60<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: NEW REZ |