# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry E. Charles, Shirley M. Charles, | Bankruptcy No.: 19-10095-TPA |
| Debtors, | Chapter 12 |
| Larry E. Charles, | Document No. 201 |
| Movant, | Related to Document No.: 200 |
| v. | |
| Dairylea Cooperative, Inc., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order at the address listed below on January 20, 2021, via first class mail postage prepaid:

**Dairylea Cooperative, Inc.
ATTN: Payroll Department
P.O. Box 4810
Syracuse, NY  13221-4810**

Executed on:   January 20, 2021

/s/Brian C. Thompson
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor