UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,                :          Case No.: 19-10095-TPA
       Shirley M. Charles,             :
                                       :          Reporting Period: __December, 2020__
                                       :
                                       :          Chapter 12

## MONTHLY OPERATING REPORT

2

| | | MONTH | YEAR TO DATE |
|---|---|---|---|
| Custom farming income | Herb | 814.85 | Forage |
| Custom feeding payments | | 383.57 | fertilizer |
| Other farm income (please specify source) | | 1701.27 | repairs/diesel |

New loans (specify source)

B. **WAGES FROM OUTSIDE WORK**   Shirley
   Husband   Larry
   Wife                                  478.98
                                         185.75 (?)
C. **OTHER RECEIPTS**                   792.67 (?)
   Social Security
   Other: _____                          Shirley
                                  444.00  Larry
                                  441.00

Total Cash Receipts
                                         4152.24

4152.24  Income
3879.61  Expenses
-------
 272.63  Bal.

II. EXPENSES PAID

A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| AT&T | 12-1 | $1.61 | TV |
| Chiropractor | 12-2 | 20.00 | Co-pay |
| Dollar Store | 12-3 | 61.96 | Misc |
| Martins | 12-4 | 60.00 | Food |
| Paulas Pierogi | 12-5 | 46.00 | Food |
| WalMart | 12-6 | 170.68 | Groc. |
| Smoker Outlet | 12-6 | 26.63 | Tobacco [husb] |
| Martins Groceries | 12-7 | 114.38 | Groceries |
| Chiropractor | 12-9 | 20.00 | Co-pay |
| Windy Kmart | 12-13 | 75.45 | Groc. |
| Dollar Store | 12-13 | 25.55 | Misc |
| " " | 12-14 | 32.23 | Misc |
| IRS | 12-16 | 30.00 | Paid on Taxes |
| Windstream | 12-17 | 78.86 | Phone |
| Dollar Store | 12-28 | 36.42 | Misc |
|  |  | 818.75 |  |

TOTAL

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Maple Ridge | 12-3 | 80.00 | Shavings |
| Shaun Charles | 12-3 | 250.00 | Pay |
| Hadley Seed | 12-13 | 180.00 | Corn |
| Sandy Lake | 12-13 | 65.84 | Minerals |
| Eclipse Electric | 12-13 | 38.00 | Repair |
| Maple Ridge | 12-18 | 80.00 | Shavings |
| Hadley Seed | 12-18 | 180.00 | Corn |
| Northwestern | Dec 13-24 | 315.69 | Electric |
| Pat Carney | 12-23 | 720.00 | Hay |
| Heath Oil | 12-26 | 50.00 | Tire |
| Hadley Seed | 12-30 | 200.00 | Corn |
| Maple Ridge | 12-30 | 80.00 | Shavings |
| Heath Oil | 12-23 | 36.06 | |
| | | 1239.59 | |
| Gabriel Charles | 12-3 | 180.00 | Cash |
| | | 2449.59 | |
| Sandy Lake | 12-18 | 611.32 | Minerals |
| **TOTAL** | | **3060.86** | |

Girardat LP
Payroll Register
For the Period From Dec 10, 2020 to Dec 10, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 12/10/20 | 475.95 | 11/25 J Cross | 2.5 | 13.00 | 32.50 | 539.50 | | -33.45 | -7.82 | -16.56 | -5.40 | -0.32 | | |
| | | | | AMRoute | 6.0 | 35.75 | 214.50 | | | | | | | | | |
| | | | | PMRoute | 6.0 | 48.75 | 292.50 | | | | | | | | | |

Page: 42

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardat LP
Payroll Register
For the Period From Dec 17, 2020 to Dec 17, 2020

| Employee | Masked SS No | Date | Check | Pay Type | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 12/17/20 | 185.25 | Holiday | 210.00 | -13.02 | -3.05 | -6.45 | -2.10 | -0.13 | |

Girardat LP
Payroll Register
For the Period From Dec 24, 2020 to Dec 24, 2020

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format

| Employee | Masked SS No | Date | Amount | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 12/24/20 | 732.67 | 12/16 storm | 1.0 | 13.00 | 13.00 | 858.00 | -24.26 | -53.20 | -12.44 | -26.34 | -8.58 | -0.51 | |
| | | | | AMRoute | 10.0 | 35.75 | 357.50 | | | | | | | | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |

Girardet LP
Payroll Register
For the Period From Dec 24, 2020 to Dec 24, 2020

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| 12-24-2020 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 15,199.51 | 323.75 | 942.36 | 220.40 | 466.63 | 152.04 | 9.17 |

Girardot LP
Payroll Register
For the Period From Dec 10, 2020 to Dec 10, 2020

| 12-10-20 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 14,131.51 | 299.49 | 876.14 | 204.91 | 433.84 | 141.36 | 8.53 |

DAIRY FARMERS OF AMERICA, INC.    00001
365

| E NO. | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701  PAY GROUP 747D |
|---|---|---|---|---|
|  | LARRY E CHARLES |  | PERIOD END | Advance |
| RESS | 1407 DECKARDS RUN RD |  | PAYMENT DATE | 12/28/2020 |
|  | COCHRANTON PA  16314 |  | PERIOD | 12/01/2020-12/15/2020 |

|  | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 13,597 | 1,944.38 | 1,561.84- | 382.54 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 13,597.00 | 14.30000 | CWT | 1,944.38 |  |
| SUB TOTAL |  |  |  | 1,944.38 |  |
| OVERALL TOTAL |  |  |  | 1,944.38 |  |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 20.40- |
| CWT INVESTMENT | 0.04000 | CWT | 5.44- |
| TOTAL MANDATORY |  |  | 25.84- |
| ASSIGNEE | MTD |  | CURRENT |
| RONDA J WINNEC-W/H | 1,536.00- |  | 1,536.00- |
| TOTAL ASSIGNMENTS | 1,536.00- |  | 1,536.00- |
| TOTAL DEDUCTIONS |  |  | 1,561.84- |

### MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH |  | XXX-3294 | 382.54 |

### PRICING / COMMUNICATIONS

PAY PRICE    14.30000

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No    **365**
Date         12/28/2020

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**

 

**Dairy Farmers of America**

## Production Statement

Period Ending 12/15/2020
Page 1 of 1

Producer No. ____   Payee No. ____
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 13,597 |

## Pay Period Detail

| | Production | | | Components | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Butterfat | | Protein | | Other Solids | | SCC | SPC | PIC | LPC | FRZP | INH | SED |
| Day | Tank | Weight | Temp | % | Lbs | % | Lbs | % | Lbs | X1000 | X1000 | X1000 | | | | |
| 1 | 1 | 1,600 | 38 GA | 4.53 | 72.48 | 3.12 | 49.92 | 5.67 | 90.72 | 110[1] | 2[1] | 2[1] | | 0.542 | NEG[1] | |
| 3 | 1 | 1,557 | 38 GA | | | | | | | | | | | | | |
| 5 | 1 | 1,643 | 38 GA | | | | | | | | | | | 0.548 | | |
| 7 | 1 | 1,729 | 38 GA | 4.39 | 75.90 | 3.23 | 55.85 | 5.75 | 99.42 | 83 | 1 | 10 | | 0.544 | | |
| 9 | 1 | 1,729 | 38 GA | 4.37 | 75.56 | 3.18 | 54.98 | 5.71 | 98.73 | 74 | | | | 0.548 | | |
| 11 | 1 | 1,661 | 38 GA | 4.43 | 73.58 | 3.23 | 53.65 | 5.74 | 95.34 | 65 | | | | 0.541 | | |
| 13 | 1 | 1,885 | 38 GA | 4.30 | 81.06 | 3.14 | 59.19 | 5.69 | 107.26 | 65 | 1 | 2 | | 0.546 | | |
| 15 | 1 | 1,793 | 38 GA | 4.49 | 80.51 | 3.17 | 56.84 | 5.72 | 102.56 | 110 | | | | | | |

1 = HDT

DAIRY FARMERS OF AMERICA, INC.   00001   437

| | | | | |
|---|---|---|---|---|
| EE NO. | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701  PAY GROUP 747D |
| ME  LARRY E CHARLES | | | PERIOD END | 11/30/2020 |
| | | | PAYMENT DATE | 12/18/2020 |
| RESS  1407 DECKARDS RUN RD | | | PERIOD | 11/01/2020-11/30/2020 |
| COCHRANTON PA 16314 | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 25,122 | 4,852.14 | 4,037.99- | 814.15 |
| YTD TOTALS | 313,981 | 58,096.02 | 40,362.04- | 17,733.98 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| VER BASE | | | | | 1,041.17- |
| OVER BASE SUB TOTAL | | | | | 1,041.17- |
| UTTERFAT | 1,130.53 | 1.55530 | LBS | 1,758.32 | 23,185.76 |
| ROTEIN | 796.37 | 5.62260 | LBS | 4,477.69 | 39,578.75 |
| THER SOLIDS | 1,434.50 | 0.18940 | LBS | 271.68 | 2,968.17 |
| RODUCER PRICE DIFF | 25,122.00 | 7.40000- | CWT | 1,859.00- | 8,147.42- |
| OCATION ADJUSTMENT | 25,122.00 | 0.10000 | CWT | 25.13 | 314.02 |
| CC ADJUSTER | 25,122.00 | 0.29000 | CWT | 72.82 | 661.13 |
| SUB TOTAL | | | | 4,746.64 | 58,560.41 |
| UALITY | 25,122.00 | 0.35000 | CWT | 87.92 | 949.23 |
| FA PREMIUM | 25,122.00 | 0.23000 | CWT | 57.80 | 301.82 |
| EGION PREM | | | | | 517.12 |
| ARKET ADJUSTMENT | 25,122.00 | 0.16000- | CWT | 40.22- | 893.96- |
| OVID-19 COST | | | | | 297.43- |
| SUB TOTAL | | | | 105.50 | 576.78 |
| OVERALL TOTAL | | | | 4,852.14 | 58,096.02 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 37.68- |
| CWT INVESTMENT | 0.04000 | CWT | 10.05- |
| MARKETING FEES | 0.44793 | CWT | 112.53- |
| HAULING | 0.85009 | CWT | 213.56- |
| FUEL SURCHARGE | 0.11993 | CWT | 30.13- |
| STOP CHARGE | 0.59709 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 412.04- |
| TOTAL MANDATORY | | | 965.99- |
| ASSIGNEE | MTD | | CURRENT |
| RONDA J WINNEC-PD | 3,072.00- | | 3,072.00- |
| TOTAL ASSIGNMENTS | 3,072.00- | | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,037.99- |

### MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 814.15 |

### PRICING / COMMUNICATIONS

PAY PRICE   19.31431

=========================================
CUR. BASE CAPITAL LEVEL   5.73857

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No   **437**
Date   12/18/2020

**  * VOID * * VOID * ***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE * * *   ADVICE STATEMENT * * *   NON - NEGOTIABLE**




**DFA** — Dairy Farmers of America

**Production Statement**
Period Ending 11/30/2020
Page 1 of 1

Producer No.      Payee No.
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight | | | | |
|---|---|---|---|---|
| 25,122 | | | | |

## Pay Period Detail

| | Production | | | Components | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Butterfat | | Protein | | Other Solids | | SCC | SPC | PIC | LPC | FRZP | INH | SED |
| Day | Tank | Weight | Temp | % | Lbs | % | Lbs | % | Lbs | X1000 | X1000 | X1000 | | | | |
| 1 | 1 | 1,866 | 38 GA | 4.65 | 86.77 | 3.17 | 59.15 | 5.73 | 106.92 | 110[1] | 2[1] | 2[1] | | 0.550 | N[1] | |
| 3 | 1 | 1,686 | 38 GA | | | | | | | | | | | | | |
| 5 | 1 | 1,821 | 38 GA | 4.48 | 81.58 | 3.15 | 57.36 | 5.75 | 104.71 | 140 | | | | 0.551 | | |
| 7 | 1 | 1,729 | 38 GA | 4.28 | 74.00 | 3.17 | 54.81 | 5.74 | 99.24 | 100 | | | | 0.551 | | |
| 9 | 1 | 1,643 | 38 GA | 4.34 | 71.31 | 3.15 | 51.75 | 5.70 | 93.65 | 64 | 1 | 2 | | 0.544 | | |
| 11 | 1 | 1,608 | 38 GA | 4.39 | 70.59 | 3.14 | 50.49 | 5.73 | 92.14 | 66 | | | | 0.545 | | |
| 13 | 1 | 1,617 | 38 GA | 4.44 | 71.79 | 3.21 | 51.91 | 5.70 | 92.17 | 79 | | | | 0.548 | | |
| 15 | 1 | 1,643 | 38 GA | 4.60 | 75.58 | 3.24 | 53.23 | 5.71 | 93.82 | 79 | 1 | 1 | | 0.549 | | |
| 17 | 1 | 1,522 | 38 GA | | | | | | | | | | | | | |
| 19 | 1 | 1,686 | 38 GA | 4.58 | 77.22 | 3.24 | 54.63 | 5.71 | 96.27 | 95 | | | | 0.549 | | |
| 21 | 1 | 1,686 | 38 GA | 4.37 | 73.68 | 3.22 | 54.29 | 5.71 | 96.27 | 180 | 1 | 8 | | 0.550 | | |
| 23 | 1 | 1,643 | 38 GA | 4.48 | 73.61 | 3.14 | 51.59 | 5.64 | 92.67 | 86 | | | | 0.535 | | |
| 25 | 1 | 1,643 | 38 GA | 4.63 | 76.07 | 3.16 | 51.92 | 5.75 | 94.47 | 82 | | | | 0.548 | | |
| 27 | 1 | 1,686 | 38 GA | 4.55 | 76.71 | 3.12 | 52.60 | 5.71 | 96.27 | 69 | | | | 0.546 | | |
| 29 | 1 | 1,643 | 38 GA | 4.61 | 75.74 | 3.13 | 51.43 | 5.70 | 93.65 | 290 | | | | 0.546 | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR NOV | 111,000 |
| EU SEP-NOV ROLLING 3 MONTH GEOMETRIC MEAN | 135,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT