FILED
2/4/21 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/3/2021 |
| | : | Time: | 11:30 |

### PROCEEDING MEMO

**MATTER**   #187 Motion to Sell Property
        #192 Limited Objection by Fairport Asset Management II, LLC
        ***(Sale posted on EASI on 12/14/2020)***

**APPEARANCES:**

    Debtor:     Brent Lemon
    Trustee:     Ronda J. Winnecour
    Fairport Asset Mgmt.: Kelly Neal

**NOTES:**

Lemon:     Sale is to son of Debtors.  Following sale Debtors will leave the farming business, possible conversion of the case. Background of Motion given.

Neal:      Agree

Winnecour:   Proceeds may complete the plan, propose final distribution with payment of fees, etc.

**OUTCOME:**   GRANTED / Counsel to submit Order

jlm