# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Larry E. Charles, and Shirley M. Charles, | : : : | Bankruptcy Case No.: 19-10095-TPA |
| Debtors. | : : | Chapter 12 |
| Thompson Law Group, P.C., | : : | Document No.: |
| Applicant, | : : | Related to Document No.: 204, 205 |
| v. | : : | |
| No Respondents, | : : | **Hearing Date and Time:** March 3, 2021 at 11:30 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION AND REIMBURSMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on January 26, 2021, at Document No. 204 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 205, Objections were to be filed and served no later than February 12, 2021.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 204 be entered by the Court.

Date: <u>February 15, 2021</u>         /s/ Brian C. Thompson
                                                       Brian C. Thompson, Esquire
                                                      Attorney for Debtors
                                                      PA ID No. 91197
                                                      THOMPSON LAW GROUP, P.C.
                                                      125 Warrendale Bayne Road, Suite 200
                                                      Warrendale, PA 15086
                                                      (724) 799-8404 Telephone
                                                      (724) 799-8409 Facsimile
                                                      bthompson@thompsonattorney.com