UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,                : Case No.: 19-10095-TPA
       Shirley M. Charles,           :
                                 : Reporting Period: __January, 2021__
                                 :
                                 : Chapter 12

**MONTHLY OPERATING REPORT**

Jan. 20-31 [handwritten annotations]

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 1393.46 | Final for Dec |
| Custom feeding payments | 1849.78 | Advance Mr. |
| Other farm income (please specify source) | 1186.19 | Fair / Milk for Ja settlem. |
| New loans (specify source) | | |

B. **WAGES FROM OUTSIDE WORK** Bus

Husband — 149.09
Wife — 722.70

C. **OTHER RECEIPTS**

Social Security
Other: _____

Larry
951.40
443.00
124.69
408.00

Total Cash Receipts     8609.41

---

8609.41 Income
6687.43 Expenses
-----------
1321.98 Bal. forward
 408.00
-----------
 921.88 Bal.

1186.17 — Butterfat Settlement
1200.00           Stimulus
-----------
2386.17  → This is something we will not get next month!

55                                              Appendix B

## 3. FARM EXPENSES (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Shawn Charles | 1-2? | 400.00 | Hay |
| Hadley Seed | 1-5-21 | 115.00 | Corn |
| Pat Carey | 1-5-21 | 600.00 | Hay |
| Byers | 1-5-21 | 9.76 | Part |
| HaB | 1-8-21 | 25.00 | Taxes 2020 |
| Hadley Seed | 1-9-21 | 115.00 | Corn |
| " " | 1-12-21 | 115.00 | Corn |
| 101 South | 1-9-21 | 43.49 | Diesel |
| " " | 1-13-21 | 46.96 | Diesel |
| Hadley Seed | 1-16-21 | 115.00 | Corn |
| Pat Carey | 1-20-21 | 600.00 | Hay |
| Shawn Charles | 1-19-21 | 300.00 | Hay |
| Hadley Seed | 1-18-21 | 115.00 | Corn |
| " " | 1-20-21 | 265.00 | Corn |
| Sandy Lake | 1-21-21 | 814.49 | Minerals |
| IRS | 1-21-21 | 30.00 | Taxes (2019) |
| Pat Carey | 1-21 | 600.00 | Hay |
| 101 South | 1-23 | 31.11 | Diesel |
| Boot Barn | 1-24 | 134.95 | Boots |
| Maple Ridge | 1-25 | 100.00 | Shavings |
| Hadley Seed | 1-25 | 115.00 | Corn |
| " " | 1-28 | 250.00 | Corn |
| Pat Carey | 1-28 | 600.00 | Hay |

TOTAL 5590.98

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Paid to | Date | Amount | Purpose |
|---|---|---|---|
| AT&T | 1-3 | 51.61 | TV |
| Seventh Ave | 1-7 | 30.00 | Misc |
| Riebs Havana | 1-7 | 41.97 | Food |
| Dollar Store | 1-8 | 34.55 | Misc |
| Pharmacy | 1-9 | 7.30 | Co-Pay |
| Winky Knoll | 1-9 | 64.20 | Food |
| Dollar Store | 1-9 | 38.08 | Misc |
| " " | 1-10 | 31.46 | " |
| " " | 1-15 | 22.80 | " |
| " " | 1-18 | 40.53 | " |
| Prodanta | 1-20 | 400.75 | House gas |
| Walmart | 1-20 | 26.79 | Misc |
| Tractor Supply | 1-20 | 21.19 | Animal Food |
| Market Place | 1-21 | 90.92 | Food |
| Wind Stream | 1-23 | 73.70 | Phone |
| Dollar Store | 1-23 | 55.33 | Misc |
| Walmart | 1-24 | 253.65 | Food |
| Seventh Ave | 1-28 | 35.60 | Misc |
| Pharmacy | 1-28 | 3.60 | Co-Pay |
| Williams Bay | 1-28 | 150.00 | Account |

Appendix B

1496.45

Girardat LP
Payroll Register
For the Period From Jan 21, 2021 to Jan 21, 2021

| Employee | Masked SS No | Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 1/21/21 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |

Girard* LP
Payroll Register
For the Period From Jan 21, 2021 to Jan 21, 2021

| | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| 1-21-21 | 1,014.00 | 22.96 | 62.87 | 14.70 | 31.13 | 10.14 | 0.61 |

Larry E. Charles

Girardat LP
Payroll Register
For the Period From Jan 7, 2021 to Jan 7, 2021

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 1/7/21 | 149.09 | AMRoute | 2.0 | 35.75 | 71.50 | 169.00 | | -10.48 | -2.45 | -5.19 | -1.69 | -0.10 | | |
| | | | | PMRoute | 2.0 | 48.75 | 97.50 | | | | | | | | | |

**AIRY FARMERS OF AMERICA, INC.**     433

| | | NORTHEAST FLUID AREA | | DIVISION | PAY GROUP 7 |
|---|---|---|---|---|---|
| YEE NO. | PRODUCER NO. | | | PERIOD END | 12/31/2020 |
| ME | LARRY E CHARLES | | | PAYMENT DATE | 01/19/2021 |
| DRESS | 1407 DECKARDS RUN RD | | | PERIOD | 12/01/2020-12/31/2020 |
| | COCHRANTON PA 16314 | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 27,295 | 5,433.02 | 4,047.56- | 1,385.46 |
| YTD TOTALS | 341,276 | 63,529.04 | 44,027.06- | 19,501.98 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| OVER BASE | | | | | 1,041.17- |
| OVER BASE SUB TOTAL | | | | | 1,041.17- |
| BUTTERFAT | 1,192.80 | 1.53990 | LBS | 1,836.76 | 25,022.52 |
| PROTEIN | 884.36 | 3.02820 | LBS | 2,678.01 | 42,256.76 |
| OTHER SOLIDS | 1,561.28 | 0.22450 | LBS | 350.49 | 3,318.66 |
| PRODUCER PRICE DIFF | 27,295.00 | 1.18000 | CWT | 322.08 | 7,825.34- |
| LOCATION ADJUSTMENT | 27,295.00 | 0.10000 | CWT | 27.31 | 341.33 |
| SCC ADJUSTER | 27,295.00 | 0.21000 | CWT | 57.33 | 718.46 |
| SUB TOTAL | | | | 5,271.98 | 63,832.39 |
| QUALITY | 27,295.00 | 0.55000 | CWT | 150.12 | 1,099.35 |
| DFA PREMIUM | 27,295.00 | 0.22000 | CWT | 60.05 | 361.87 |
| REGION PREM | | | | | 517.12 |
| MARKET ADJUSTMENT | 27,295.00 | 0.18000- | CWT | 49.13- | 943.09- |
| COVID-19 COST | | | | | 297.43- |
| SUB TOTAL | | | | 161.04 | 737.82 |
| OVERALL TOTAL | | | | 5,433.02 | 63,529.04 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 40.95- |
| CWT INVESTMENT | 0.04000 | CWT | 10.92- |
| MARKETING FEES | 0.41634 | CWT | 113.64- |
| HAULING | 0.85005 | CWT | 232.02- |
| FUEL SURCHARGE | 0.13002 | CWT | 35.49- |
| STOP CHARGE | 0.58619 | CWT | 160.00- |
| ADV. PMT RECOVERY | | | 382.54- |
| TOTAL MANDATORY | | | 975.56- |
| ASSIGNEE | | MTD | CURRENT |
| RONDA J WINNEC-PD | | 3,072.00- | 3,072.00- |
| TOTAL ASSIGNMENTS | | 3,072.00- | 3,072.00- |
| TOTAL DEDUCTIONS | | | 4,047.56- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE     19.90482

| TYPE | NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | X-3294 | 1,385.46 |

CUR. BASE CAPITAL LEVEL     5.73857

---

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

**ACH ADVICE**

Advice No     **433**
Date     01/19/2021

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

)
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**

**DFA** Dairy Farmers of America

# Production Statement

Producer No. LARRY E CHARLES
Producer: LARRY E CHARLES
Payee No.
Payee: 

Period Ending 12/31/2020
Page 1 of 1

## Pay Period Summary

Total Weight 27,295

## Pay Period Detail

| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  | 1 | 1,600 | 38 GA | 4.53 | 72.48 | 3.12 | 49.92 | 5.67 | 90.72 | 110[1] | 2[1] | 2[1] | | 0.542 | NEG[1] | |
| 3  | 1 | 1,557 | 38 GA | | | | | | | | | | | | | |
| 5  | 1 | 1,643 | 38 GA | | | | | | | | | | | | | |
| 7  | 1 | 1,729 | 38 GA | 4.39 | 75.90 | 3.23 | 55.85 | 5.75 | 99.42 | 83 | | | | 0.548 | | |
| 9  | 1 | 1,729 | 38 GA | 4.37 | 75.56 | 3.18 | 54.98 | 5.71 | 98.73 | 74 | | | | 0.544 | | |
| 11 | 1 | 1,661 | 38 GA | 4.43 | 73.58 | 3.23 | 53.65 | 5.74 | 95.34 | 65 | 1 | 10 | | 0.548 | | |
| 13 | 1 | 1,885 | 38 GA | 4.30 | 81.06 | 3.14 | 59.19 | 5.69 | 107.26 | 65 | | | | 0.541 | | |
| 15 | 1 | 1,793 | 38 GA | 4.49 | 80.51 | 3.17 | 56.84 | 5.72 | 102.56 | 110 | 1 | 2 | | 0.546 | | |
| 17 | 1 | 1,694 | 38 GA | 4.48 | 75.89 | 3.14 | 53.19 | 5.73 | 97.07 | 160 | | | | 0.547 | | |
| 19 | 1 | 1,643 | 38 GA | 4.14 | 68.02 | 3.13 | 51.43 | 5.69 | 93.49 | 91 | 1 | 2 | | 0.539 | | |
| 21 | 1 | 1,557 | 38 GA | 4.14 | 64.46 | 3.26 | 50.76 | 5.70 | 88.75 | 140 | | | | 0.544 | | |
| 23 | 1 | 1,686 | 38 GA | 4.29 | 72.33 | 3.32 | 55.98 | 5.69 | 95.93 | 92 | | | | 0.543 | | |
| 25 | 1 | 1,729 | 38 GA | 4.29 | 74.17 | 3.34 | 57.75 | 5.74 | 99.24 | 71 | | | | 0.549 | | |
| 27 | 1 | 1,775 | 38 GA | 4.32 | 76.68 | 3.36 | 59.64 | 5.70 | 101.18 | 150 | | | | 0.546 | | |
| 29 | 1 | 1,839 | 38 GA | 4.45 | 81.84 | 3.39 | 62.34 | 5.75 | 105.74 | 110 | | | | 0.548 | | |
| 31 | 1 | 1,775 | 38 GA | 4.41 | 78.28 | 3.36 | 59.64 | 5.73 | 101.71 | 78 | | | | 0.541 | | |

### EU TEST RESULTS

| | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR DEC | 100,000 |
| EU OCT-DEC ROLLING 3 MONTH GEOMETRIC MEAN | 112,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT



DAIRY FARMERS OF AMERICA, INC.     360

| EE NO | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | PAY GROUP 7 |
|---|---|---|---|---|
| ME | LARRY E CHARLES | | PERIOD END | Advance |
| RESS | 1407 DECKARDS RUN RD | | PAYMENT DATE | 01/28/2021 |
| | COCHRANTON PA 16314 | | PERIOD | 01/01/2021-01/15/2021 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 13,175 | 1,870.84 | 25.04- | 1,845.80 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 13,175.00 | 14.20000 | CWT | 1,870.84 | |
| SUB TOTAL | | | | 1,870.84 | |
| OVERALL TOTAL | | | | 1,870.84 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 19.77- |
| CWT INVESTMENT | 0.04000 | CWT | 5.27- |
| TOTAL MANDATORY | | | 25.04- |
| TOTAL DEDUCTIONS | | | 25.04- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE     14.20000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 1,845.80 |

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No     **360**
Date     01/28/2021

**\* \* VOID\* \* VOID\* \***

DAIRY FARMERS OF AMERICA, INC.

LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \* \* \* ADVICE STATEMENT \* \* \* NON - NEGOTIABLE**

# Production Statement

**DFA** Dairy Farmers of America

Producer No: LARRY E CHARLES
Producer: LARRY E CHARLES
Payee No:
Payee: LARRY E CHARLES

Period Ending 01/15/2021
Page 1 of 1

## Pay Period Summary

Total Weight: 13,175

## Pay Period Detail

| Day | Tank | Production Weight | Temp | | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1,821 | 38 | GA | 4.38 | 79.76 | 3.31 | 60.28 | 5.65 | 102.89 | 96 | | | | 0.533 | | |
| 4 | 1 | 1,821 | 38 | GA | 4.46 | 81.22 | 3.34 | 60.82 | 5.73 | 104.34 | 120[1] | 3[1] | 13[1] | | 0.544 | N[1] | |
| 6 | 1 | 1,930 | 38 | GA | | | | | | | | | | | | | |
| 8 | 1 | 1,940 | 38 | GA | 4.52 | 87.69 | 3.32 | 64.41 | 5.75 | 111.55 | 290 | | | | 0.548 | | |
| 0 | 1 | 1,821 | 38 | GA | 4.60 | 83.77 | 3.19 | 58.09 | 5.74 | 104.53 | 330 | 2 | 2 | | 0.546 | | |
| 2 | 1 | 1,912 | 38 | GA | 4.41 | 84.32 | 3.22 | 61.57 | 5.77 | 110.32 | 180 | | | | 0.551 | | |
| 4 | 1 | 1,930 | 38 | GA | 4.49 | 86.66 | 3.25 | 62.73 | 5.74 | 110.78 | 110 | | | | 0.550 | | |