UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,            :        Case No.: 19-10095-TPA
       Shirley M. Charles,        :
                                         :        Reporting Period:  February, 2021
                                         :
                                         :        Chapter 12

**MONTHLY OPERATING REPORT**

Feb. 2021  *Large 30 day charles*

2

|  | milk MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 2,712.17 | Final |
| Custom feeding payments |  |  |
| Other farm income (Please specify source) |  |  |
|  |  |  |
|  |  |  |
| New loans (specify source) |  |  |
|  |  |  |

B. **WAGES FROM OUTSIDE WORK**  Aug

| Husband | 639.44 | 0-4 |
| Wife | 654.38 |  |

C. **OTHER RECEIPTS**

| Social Security | 951.00 | *savings* |
| Other: | 464.00 | *checking* |
|  |  |  |
|  |  |  |

| Total Cash Receipts | 5392.99 |  |

Income — 5392.99
Expenses — 4167.91
1225.08 Carried Forward

Fultz, Kevin   Larry Shissler   Charles

4

**3. FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Maple Ridge | 2-2 | 160.00 | Sawdust |
| Hadley Seed | 2-3 | 140.40 | Corn |
| Sturla Larney | 2-3 | 120.00 | Diesel |
| 101 South | 2-3 | 51.48 | Diesel |
| Hadley Seed | 2-5 | 140.00 | Corn |
| Heath Oil | 2-6 | 67.48 | Diesel |
| Hadley Seed | 2-7 | 140.00 | Corn |
| 101 South | 2-7 | 49.48 | Diesel |
| Hadley Seed | 2-10 | 140.00 | Corn |
| " " | 2-12 | 140.00 | " |
| " " | 2-13 | 140.00 | " |
| Heath Oil | 2-15 | 68.01 | Diesel |
| Shawn Charle | 2-19 | 600.40 | Pay |
| Pat Carey | 2-23 | 600.00 | Hay |
| Maple Ridge | 2-12 | 160.00 | Sawdust |
| Hadley Seed | 2-19 | 140.00 | Corn |
| 101 South | 2-19 | 45.00 | Diesel |
| Sandy rak | 2-20 | 672.02 | Minerals & Bran Meal |
| Heath Oil | 2-21 | 45.00 | Diesel |

**TOTAL** 3498.49

Feb. 2021

II. EXPENSES PAID

A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dollar Store | 2-5 | 7.42 | Misc |
| " " | 2-6 | 47.87 | Food |
| Smokers Outlet | 2-7 | 26.43 | Tobacco |
| Wallmart | 2-7 | 76.89 | Groc. |
| McDonalds | 2-7 | 22.11 | Food |
| AT+T | 2-9 | 87.10 | TV |
| Winch Stream | 2-19 | 73.90 | Phone |
| Market Place | 2-19 | 38.33 | Food |
| Dollar Store | 2-19 | 42.74 | Misc |
| Dine Scant | 2-20 | 75.00 | Cooker |
| Wallmart | 2-21 | 177.03 | Groc |
| Tobacco Outlet | 2-21 | 22.92 | Tobacco |
| McDonalds | 2-21 | 22.22 | Food |

689.94

TOTAL

Case 19-10095-TPA    Doc 220    Filed 03/22/21    Entered 03/22/21 10:18:59    Desc Main
Document    Page 5 of 10

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format

Girardat LP
Payroll Register
For the Period From Feb 4, 2021 to Feb 4, 2021

| Employee | Masked SS No | Date | Check | Pay Type | Pay Hrs | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 2/4/21 | 628.44 | AMRoute | 8.0 | 35.75 | 286.00 | 724.75 | -10.94 | -44.93 | -10.51 | -22.25 | -7.25 | -0.43 | |
| | | | | PMRoute | 9.0 | 48.75 | 438.75 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Feb 4, 2021 to Feb 4, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| 2-4-2021 | | 33.90 | 107.80 | 25.21 | 53.38 | 17.39 | 1.04 |
| Larry E. Charles | 1,738.75 | | | | | | |

Girardat LP
Payroll Register
For the Period From Feb 18, 2021 to Feb 18, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee | Masked SS No | Date | Amount | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 2/18/21 | 656.39 | AMRoute | 9.0 | 35.75 | 321.75 | 760.50 | -14.51 | -47.15 | -11.03 | -23.35 | -7.61 | -0.46 | |
| | | | | PMRoute | 9.0 | 48.75 | 438.75 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Feb 16, 2021 to Feb 16, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Date | Employee | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| 2-18-2021 | Larry E. Charles | 2,499.25 | 48.41 | 154.95 | 36.24 | 76.73 | 25.00 | 1.50 |

DAIRY FARMERS OF AMERICA, INC. 427 00001

| PAYEE NO. | | PRODUCER NO | | NORTHEAST FLUID AREA | | | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|---|---|---|
| NAME | LARRY E CHARLES | | | | | | PERIOD END | 01/31/2021 |
| ADDRESS | 1407 DECKARDS RUN RD | | | | | | PAYMENT DATE | 02/19/2021 |
| | COCHRANTON PA 16314 | | | | | | PERIOD | 01/01/2021-01/31/2021 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 28,902 | 5,160.62 | 2,448.45- | 2,712.17 |
| YTD TOTALS | 28,902 | 5,160.62 | 602.65- | 4,557.97 |

PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| BUTTERFAT | 1,286.13 | 1.55410 | LBS | 1,998.76 | 1,998.76 |
| PROTEIN | 936.43 | 3.03550 | LBS | 2,842.54 | 2,842.54 |
| OTHER SOLIDS | 1,664.75 | 0.26820 | LBS | 446.51 | 446.51 |
| PRODUCER PRICE DIFF | 28,902.00 | 1.08000- | CWT | 312.14- | 312.14- |
| LOCATION ADJUSTMENT | 28,902.00 | 0.10000 | CWT | 28.89 | 28.89 |
| SCC ADJUSTER | 28,902.00 | 0.18000 | CWT | 52.02 | 52.02 |
| SUB TOTAL | | | | 5,056.58 | 5,056.58 |
| MARKET ADJUSTMENT | 28,902.00 | 0.20000- | CWT | 57.79- | 57.79- |
| BASE QUALITY | 28,902.00 | 0.35000 | CWT | 101.14 | 101.14 |
| BASE PREMIUM | 28,902.00 | 0.21000 | CWT | 60.69 | 60.69 |
| SUB TOTAL | | | | 104.04 | 104.04 |
| OVERALL TOTAL | | | | 5,160.62 | 5,160.62 |

DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 43.35- |
| CWT INVESTMENT | 0.04000 | CWT | 11.56- |
| MARKETING FEES | 0.39603 | CWT | 114.46- |
| HAULING | 0.85001 | CWT | 245.67- |
| FUEL SURCHARGE | 0.13013 | CWT | 37.61- |
| STOP CHARGE | 0.51900 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 1,845.80- |
| TOTAL MANDATORY | | | 2,448.45- |
| TOTAL DEDUCTIONS | | | 2,448.45- |

MESSAGES

PRICING / COMMUNICATIONS
PAY PRICE 17.85558

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 2,712.17 |

CUR. BASE CAPITAL LEVEL 5.19195



DFA
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No 427
Date 02/19/2021

**VOID**VOID**

DAIRY FARMERS OF AMERICA, INC.

LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

NON - NEGOTIABLE *** ADVICE STATEMENT *** NON - NEGOTIABLE

 

**DFA** Dairy Farmers of America

**Production Statement**

Period Ending 01/31/2021
Page 1 of 1

Producer No.            Payee No.
Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 28,902 |

## Pay Period Detail

| Production | | | Components | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Tank | Weight | Temp | Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
| 2 | 1 | 1,821 | 38 GA | 4.38 | 79.76 | 3.31 | 60.28 | 5.65 | 102.89 | 96 | | | | 0.533 | | |
| 4 | 1 | 1,821 | 38 GA | 4.46 | 81.22 | 3.34 | 60.82 | 5.73 | 104.34 | 120[1] | 3[1] | 13[1] | | 0.544 | N[1] | |
| 6 | 1 | 1,930 | 38 GA | | | | | | | | | | | | | |
| 8 | 1 | 1,940 | 38 GA | 4.52 | 87.69 | 3.32 | 64.41 | 5.75 | 111.55 | 290 | | | | 0.548 | | |
| 10 | 1 | 1,821 | 38 GA | 4.60 | 83.77 | 3.19 | 58.09 | 5.74 | 104.53 | 330 | 2 | 2 | | 0.546 | | |
| 12 | 1 | 1,912 | 38 GA | 4.41 | 84.32 | 3.22 | 61.57 | 5.77 | 110.32 | 180 | | | | 0.551 | | |
| 14 | 1 | 1,930 | 38 GA | 4.49 | 86.66 | 3.25 | 62.73 | 5.74 | 110.78 | 110 | | | | 0.550 | | |
| 16 | 1 | 1,912 | 38 GA | 4.42 | 84.51 | 3.23 | 61.76 | 5.76 | 110.13 | 61 | 2 | 5 | | 0.552 | | |
| 18 | 1 | 1,866 | 38 GA | 4.48 | 83.60 | 3.22 | 60.09 | 5.81 | 108.41 | 72 | | | | 0.561 | | |
| 20 | 1 | 2,049 | 38 GA | 4.37 | 89.54 | 3.21 | 65.77 | 5.79 | 118.64 | 80 | | | | 0.559 | | |
| 22 | 1 | 2,022 | 38 GA | 4.36 | 88.16 | 3.24 | 65.51 | 5.78 | 116.87 | 130 | | | | 0.559 | | |
| 24 | 1 | 1,958 | 38 GA | 4.49 | 87.91 | 3.24 | 63.44 | 5.82 | 113.96 | 66 | 2 | 7 | | 0.557 | | |
| 26 | 1 | 2,004 | 38 GA | 4.42 | 88.58 | 3.19 | 63.93 | 5.81 | 116.43 | 90 | | | | 0.551 | | |
| 28 | 1 | 1,912 | 38 GA | 4.39 | 83.94 | 3.12 | 59.65 | 5.79 | 110.70 | 85 | | | | 0.550 | | |
| 30 | 1 | 2,004 | 38 GA | | | | | | | | | | | | | |

**EU TEST RESULTS**

| | SCC |
|---|---|
| J SOMATIC CELL RESULT FOR JAN | 131,000 |
| J NOV-JAN ROLLING 3 MONTH GEOMETRIC MEAN | 113,000 |
| J CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

DAIRY FARMERS OF AMERICA, INC.   NORTHEAST FLUID AREA 5001 BRITTONFIELD PKWY

1 = HDT