UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Larry E. Charles,           :       Case No.: 19-10095-TPA
        Shirley M. Charles,         :
                                    :       Reporting Period: __March, 2021__
                                    :
                                    :       Chapter 12

**MONTHLY OPERATING REPORT**

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 2689.25 | Fairgate 3- |
| Custom feeding payments | 1390.00 | |
| Other farm income (please specify source) | 4873.97 | |
| New loans (specify source) | | |
| **a. WAGES FROM OUTSIDE WORK** | | |
| Husband | Buz | |
| Wife | | |
| **c. OTHER RECEIPTS** | 656.39 | 3rd |
| | 944.54 | |
| Social Security | | |
| Other: | 95.00 | Larry |
| | 400.00 | Shirley |
| | 977 | |
| | 604 | Shirley |
| | 2500 | 7-9-94 |
| Total Cash Receipts | | |

10330.86  Income          10,390.86
8395.36   Expenses
2035.50   Larry owes

$2800.00 is owed for this pay period (Shirley)

## 3. FARM EXPENSES (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Berthenil | 3-1 | 75.00 | 50# Tubes |
| Hadley Feed | 3-1 | 140.00 | Corn |
| 101 South | 3-2 | 49.75 | Dust |
| Farm Family | 3-2 | 543.88 | Insurance |
| Northwestern Re | 3-2 | 180.00 | Electric |
| Maple Ridge | 3-4 | 160.00 | Shavings |
| Hadley Feed | 3-4 | 140.00 | Corn |
| " | 3-5 | 140.00 | Corn |
| 101 South | 3-5 | 94.65 | Dust |
| Heath air | 3-6 | 118.14 | Dust |
| Hadley feed | 3-6 | 140.00 | Corn |
| " | 3-10 | 140.00 | Corn |
| 101 South | 3-10 | 52.90 | Dust |
| Maple Ridge | 3-10 | 100.00 | Shavings |
| Zotro | 3-11 | 183.40 | Breeding |
| 101 South | 3-14 | 94.73 | Dust |
| Shawn Chady | 3-19 | 650.00 | Pay |
| Sandy Little Mare | 3-19 | 438.68 | Feed |
| Pat Camp | 3-6 | 600.00 | Hay |
| Hadley feed | 3-8 | 140.00 | Corn |
| " | 3-10 | 140.00 | " |
| Heath air | 3-15 | 140.00 | " |
| Maple Ridge | 3-15 | 98.94 | Dust |
| " | 3-15 | 100.00 | Shavings |
| IRS | 3-15 | 100.00 | " |
| Heathbird | 3-18 | 30.00 | Tubes 50# |
| 101 South | 3-20 | 112.65 | Dust |

Total 7118.97

II. **EXPENSES PAID**

   A. **HOUSEHOLD** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dollar Tree | 3-1 | 30.00 | Merchandise |
| Dollar Store | 3-4 | 27.64 | Misc |
| Market Place | 3-4 | 44.54 | Groc |
| Tobacco Outlet | 3-5 | 22.92 | Pipe Tobacco |
| Walmart | 3-7 | 147.25 | Groc |
| McDonalds | 3-7 | 22.75 | food |
| Pharmacy | 3-8 | 7.20 | Meds |
| Dollar Store | 3-9 | 22.97 | Misc |
| Fields | 3-9 | 43.50 | Meat |
| Millers | 3-12 | 39.19 | Deli |
| AT&T | 3-12 | 87.10 | TV |
| Tobacco Outlet | 3-16 | 22.92 | Pipe Tob |
| Fields | 3-19 | 63.28 | Meat |
| Tobacco Outlet | 3-21 | 22.92 | Pipe Tob |
| Windy Krags | 3-23 | 51.87 | Food |
| Wall mart | 3-21 | 139.38 | Groc |
| Valiski | 3-22 | 37.72 | groc |
| Community | 3-24 | 93.24 | Chambers |
| Wall mart | 3-25 | 188.78 | Groc |
| McDonalds | 3-29 | 74.34 | food |
| Dollar Gen | 3-29 | 35.94 | Misc |

56    Appendix B

Girardet LP
Payroll Register
For the Period From Mar 18, 2021 to Mar 18, 2021

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 3/18/21 | 694.54 | AMRoute | 9.0 | 35.75 | 321.75 | 809.25 | -19.39 | -50.17 | -11.73 | -24.84 | -8.09 | -0.49 | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Mar 18, 2021 to Mar 18, 2021

By: afred
Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format

| Date | Name | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|
| 3-18-21 | Larry E. Charles | 4,069.00 | 82.31 | 252.27 | 59.00 | 124.92 | 40.70 | 2.45 |

Girardi LP
Payroll Register
For the Period From Apr 1, 2021 to Apr 1, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 4/1/21 | 694.54 | AMRoute | 9.0 | 35.75 | 321.75 | 809.25 | -19.39 | -50.17 | -11.73 | -24.84 | -8.09 | -0.49 | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Apr 1, 2021 to Apr 1, 2021

| 4-1-21 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 4,878.25 | 101.70 | 302.44 | 70.73 | 149.76 | 48.79 | 2.94 |





Girardat LP
Payroll Register
For the Period From Mar 4, 2021 to Mar 4, 2021

| Employee | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 3,259.75 | 62.92 | 202.10 | 47.27 | 100.08 | 32.61 | 1.96 |

00001

**IRY FARMERS OF AMERICA, INC.**  NORTHEAST FLUID AREA

E NO.   PRODUCER NO.   
LARRY E CHARLES  
ESS   1407 DECKARDS RUN RD  
COCHRANTON PA 16314

DIVISION 701 PAY GROUP 747D  
PERIOD END 02/28/2021  
PAYMENT DATE 03/19/2021  
PERIOD 02/01/2021-02/28/2021

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 27,557 | 4,870.49 | 2,781.24- | 2,089.25 |
| YTD TOTALS | 56,459 | 10,031.11 | 1,181.61- | 8,849.50 |

### PRICING INFORMATION

| CRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| R BASE | 228.00 | 1.37000- | CWT | 3.12- | 3.12- |
| OVER BASE SUB TOTAL | | | | 3.12- | 3.12- |
| TERFAT | 1,223.55 | 1.43760 | LBS | 1,758.99 | 3,757.75 |
| OTEIN | 873.56 | 2.98160 | LBS | 2,604.60 | 5,447.14 |
| HER SOLIDS | 1,592.77 | 0.31610 | LBS | 503.47 | 949.98 |
| ODUCER PRICE DIFF | 27,557.00 | 0.84000- | CWT | 231.49- | 543.63- |
| ATION ADJUSTMENT | 27,557.00 | 0.10000 | CWT | 27.58 | 56.47 |
| ADJUSTER | 27,557.00 | 0.21000 | CWT | 57.87 | 109.89 |
| SUB TOTAL | | | | 4,721.02 | 9,777.60 |
| RKET ADJUSTMENT | 27,557.00 | 0.20000- | CWT | 55.12- | 112.91- |
| SE QUALITY | 27,329.00 | 0.55000 | CWT | 150.32 | 251.46 |
| | 27,329.00 | 0.21000 | CWT | 57.39 | 118.08 |
| SE PREMIUM | | | | 152.59 | 256.63 |
| SUB TOTAL | | | | | |
| OVERALL TOTAL | | | | 4,870.49 | 10,031.11 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 41.34- |
| CWT INVESTMENT | 0.04000 | CWT | 11.02- |
| MARKETING FEES | 0.41293 | CWT | 113.79- |
| HAULING | 0.84998 | CWT | 234.23- |
| FUEL SURCHARGE | 0.14000 | CWT | 38.58- |
| STOP CHARGE | 0.50804 | CWT | 140.00- |
| ADV. PMT RECOVERY | | | 2,202.28- |
| TOTAL MANDATORY | | | 2,781.24- |
| TOTAL DEDUCTIONS | | | 2,781.24- |

MESSAGES

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 2,089.25 |

PRICING / COMMUNICATIONS  
PAY PRICE    17.67424

CUR. BASE CAPITAL LEVEL    5.19195

---

**DFA**  
Dairy Farmers of America  
PO Box 4810  
Syracuse, NY 13221-4810

ACH ADVICE

Advice No **416**  
Date  03/19/2021

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314  
LARRY E CHARLES  
1407 DECKARDS RUN RD  
COCHRANTON PA 16314



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**

00001

DAIRY FARMERS OF AMERICA, INC.

| | | | | |
|---|---|---|---|---|
| E NC | PRODUCER NO | NORTHEAST FLUID AREA | DIVISION | 701  PAY GROUP 747D |
| | LARRY E CHARLES | | PERIOD END | Advance |
| | | | PAYMENT DATE | 03/01/2021 |
| RESS | 1407 DECKARDS RUN RD | | PERIOD | 02/01/2021-02/15/2021 |
| | COCHRANTON PA  16314 | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 15,947 | 2,232.58 | 30.30- | 2,202.28 |

### PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| VANCE PAYMENT | 15,947.00 | 14.00000 | CWT | 2,232.58 | |
| SUB TOTAL | | | | 2,232.58 | |
| OVERALL TOTAL | | | | 2,232.58 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 23.92- |
| CWT INVESTMENT | 0.04000 | CWT | 6.38- |
| TOTAL MANDATORY | | | 30.30- |
| TOTAL DEDUCTIONS | | | 30.30- |

MESSAGES

| TYPE | | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | X-3294 | 2,202.28 |

PRICING / COMMUNICATIONS
PAY PRICE    14.00000

---



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No  **350**
Date   03/01/2021

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**



**DFA** — Dairy Farmers of America

## Production Statement

Period Ending 02/28/2021
Page 1 of 1

Producer No.
Producer: LARRY E CHARLES
Payee No.
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 27,557 |

## Pay Period Detail

| | Production | | | Components | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Tank | Weight | Temp | Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
| 1 | 1 | 2,004 | 38 GA | 4.24 | 84.97 | 3.15 | 63.13 | 5.78 | 115.83 | 98¹ | 3¹ | 460¹ | | 0.551 | NEG¹ | |
| 3 | 1 | 2,059 | 38 GA | 4.35 | 89.57 | 3.17 | 65.27 | 5.75 | 118.39 | 110 | | | | 0.548 | | |
| 5 | 1 | 2,095 | 38 GA | 4.28 | 89.67 | 3.11 | 65.15 | 5.79 | 121.30 | 98 | | | | 0.552 | | |
| 7 | 1 | 2,095 | 38 GA | 4.37 | 91.55 | 3.17 | 66.41 | 5.83 | 122.14 | 69 | 1 | 10 | | 0.552 | | |
| 9 | 1 | 2,049 | 38 GA | 4.53 | 92.82 | 3.18 | 65.16 | 5.82 | 119.25 | 73 | | | | 0.551 | | |
| 11 | 1 | 1,866 | 38 GA | 4.50 | 83.97 | 3.17 | 59.15 | 5.79 | 108.04 | 62 | | | | 0.552 | | |
| 13 | 1 | 1,821 | 38 GA | 4.52 | 82.31 | 3.17 | 57.73 | 5.81 | 105.80 | 80 | 2 | 26 | | 0.555 | | |
| 15 | 1 | 1,958 | 38 GA | 4.47 | 87.52 | 3.22 | 63.05 | 5.78 | 113.17 | 80 | | | | 0.551 | | |
| 17 | 1 | 1,912 | 38 GA | 4.43 | 84.70 | 3.21 | 61.38 | 5.80 | 110.90 | 74 | | | | 0.552 | | |
| 19 | 1 | 1,912 | 38 GA | 4.50 | 86.04 | 3.21 | 61.38 | 5.77 | 110.32 | 85 | | | | 0.549 | | |
| 21 | 1 | 1,958 | 38 GA | 4.55 | 89.09 | 3.16 | 61.87 | 5.76 | 112.78 | 77 | 2 | 4 | | 0.548 | | |
| 23 | 1 | 1,775 | 38 GA | 4.54 | 80.59 | 3.18 | 56.45 | 5.81 | 103.13 | 71 | | | | 0.555 | | |
| 25 | 1 | 2,095 | 38 GA | 4.35 | 91.13 | 3.15 | 65.99 | 5.73 | 120.04 | 92 | | | | 0.544 | | |
| 27 | 1 | 1,958 | 38 GA | 4.42 | 86.54 | 3.19 | 62.46 | 5.73 | 112.19 | 79 | | | | 0.548 | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR FEB | 82,000 |
| EU DEC-FEB ROLLING 3 MONTH GEOMETRIC MEAN | 102,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT



**Production Statement**

Period Ending 02/15/2021
Page 1 of 1

Producer No. _____  Payee No. _____
Producer: LARRY E CHARLES
Payee: LARRY E CHARLES

## Pay Period Summary

| Total Weight | | | | | | |
|---|---|---|---|---|---|---|
| 15,947 | | | | | | |

## Pay Period Detail

| Day | Tank | Production Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2,004 | 38 GA | 4.24 | 84.97 | 3.15 | 63.13 | 5.78 | 115.83 | 98[1] | 3[1] | 460[1] | | 0.551 | NEG[1] | |
| 3 | 1 | 2,059 | 38 GA | 4.35 | 89.57 | 3.17 | 65.27 | 5.75 | 118.39 | 110 | | | | 0.548 | | |
| 5 | 1 | 2,095 | 38 GA | 4.28 | 89.67 | 3.11 | 65.15 | 5.79 | 121.30 | 98 | | | | 0.552 | | |
| 7 | 1 | 2,095 | 38 GA | 4.37 | 91.55 | 3.17 | 66.41 | 5.83 | 122.14 | 69 | 1 | 10 | | 0.552 | | |
| 9 | 1 | 2,049 | 38 GA | 4.53 | 92.82 | 3.18 | 65.16 | 5.82 | 119.25 | 73 | | | | 0.551 | | |
| 11 | 1 | 1,866 | 38 GA | 4.50 | 83.97 | 3.17 | 59.15 | 5.79 | 108.04 | 62 | | | | 0.552 | | |
| 13 | 1 | 1,821 | 38 GA | 4.52 | 82.31 | 3.17 | 57.73 | 5.81 | 105.80 | 80 | 2 | 26 | | 0.555 | | |
| 15 | 1 | 1,958 | 38 GA | 4.47 | 87.52 | 3.22 | 63.05 | 5.78 | 113.17 | 80 | | | | 0.551 | | |

1 = HDT