## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/6/2021 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER**     #222 Status Conf. on Status Report

**APPEARANCES:**

　　Debtor: Brent Lemon
　　Trustee: Ronda J. Winnecour

**NOTES:**

Lemon:     The USDA and the title company have been slow in moving this forward. There was a miscommunication with the USDA and confusion as to whether there was an additional judgment against this property. I have been assured they can close within two weeks.

J.:     We will schedule for status conference first week in June unless the sale is completed.

Winnecour:     We have a balance on hand to pay some of the creditors every month but not the sale proceeds.

**OUTCOME:**     Chambers to enter order.

*/s/ Ronda Winnecour*

jlm