**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Larry E. Charles,**           :           **Case No.: 19-10095-TPA**
        **Shirley M. Charles,**          :
                                         :           **Reporting Period:  April, 2021**
                                         :
                                         :           **Chapter 12**


## MONTHLY OPERATING REPORT

2

| | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | 4-49 | |
| Custom feeding payments | 4-78 | |
| Other farm income (please specify source) | | |

New loans (specify source)

**B.** WAGES FROM OUTSIDE WORK

Husband
Wife

| | | |
|---|---|---|
| | 694.54 | 4-1 |
| | 543.72 | 4-14 |
| | | 4-24 |

**C.** OTHER RECEIPTS

Social Security
Other:

Total Cash Receipts     836.58

INCOME —   8365.84
EXPENSES —   7762.45
              603.38   Balance of cash

55                                    Appendix B

4. 2721

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Farm Family | 4-1 | 551.32 | Insurance |
| Colgouth | 4-5 | 49.21 | Disel |
| " " | 4-5 | 51.96 | Diese |
| Byland | 4-5 | 49.46 | Battery |
| Pat Carey | 4-6 | 600.00 | Hay |
| Maple Ridge | 4-9 | 108.00 | Shavings |
| 101 South | 4-14 | 57.54 | Disal |
| Hodies | 4-15 | 19.66 | Parts |
| Maple Ridge | 4-16 | 100.00 | Shavings |
| Shawn Charles | 4-19 | 2000.00 | Hay |
| Sandy Lake | 4-19 | 444.77 | Manure |
| Pat Carey | 4-19 | 600.00 | Hay |
| Naot Ways FFA | 4-27 | 197.60 | Echow |
| Maple Ridge | 4-27 | 108.00 | Shavings |
| 101 South | 4-30 | 52.61 | Disel |
| **TOTAL** | | 4973.79 | |
| Shawn Charles | 4-28 | 800.00 | Hay |
| Pat Carey | 4-28 | 750.00 | Hay |
| | | 5553.79 | |

Appendix B

## II. EXPENSES PAID

### A. HOUSEHOLD   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| Greenville Adv. | 4-1 | 60.00 | Prl or Green |
| Stop Wap | 4-5 | 27.67 | Food |
| Friendly | 4-2 | 47.00 | Meat |
| Wal-mart | 4-4 | 188.91 | Groc. |
| Smokes Outlet | 4-5 | 22.92 | Cigs Tobacco |
| McDonalds | 4-5 | 31.66 | Food |
| Giant Eagle | 4-8 | 29.69 | Groc. |
| Wal-mart | 4-8 | 146.09 | Groc. |
| McDonald | 4-11 | 268.11 | Food |
| Smokes Outlet | 4-11 | 22.92 | Cigs Tobacco |
| Pharmacy | 4-14 | 18.66 | Various |
| Hunters | 4-17 | 54.85 | Food |
| C.B.S. | 4-19 | 90.00 | Cable |
| S Smokes | 4-19 | 26.67 | Cigs + |
| Dollar Gen | 4-19 | 60.56 | Misc |
| Windy Knoll | 4-20 | 85.55 | Gas |
| Dave Weeny | 4-20 | 115.00 | Accountant |
| Wal-Mart | 4-26 | 169.98 | Groc. |
| BCG | 4-26 | 30.00 | Prl or Eyes |
| Wind Horn | 4-30 | 78.43 | Misc |

**TOTAL** 1204.69

Appendix B

This Criteria includes: Report order is by Check Date. Report is in order in Detail Format.

Girardat LP
Payroll Register
For the Period From Apr 15, 2021 to Apr 15, 2021

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 4/15/21 | 521.82 | AMRoute | 7.0 | 35.75 | 250.25 | 591.50 | | -36.67 | -8.58 | -18.16 | -5.92 | -0.35 | |
| | | | | PMRoute | 7.0 | 48.75 | 341.25 | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Apr 15, 2021 to Apr 15, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| 4-15-21 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 5,469.75 | 101.70 | 339.11 | 79.31 | 167.92 | 54.71 | 3.29 |

Glsandat LP
Payroll Register
For the Period From Apr 29, 2021 to Apr 29, 2021

Enter Federal entries. Report prints in by Check Date. Report in on set = Detail Format.

| Employee | Masked SS No | Date | Check | Pay Type | Day / Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 4/29/21 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 | |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | | |



Girardol LP
Payroll Register
For the Period From Apr 29, 2021 to Apr 29, 2021

| Gross | Federal | SocSec | Medicare | State | Local | SUI |
|-------|---------|--------|----------|-------|-------|-----|
| 6,314.75 | 124.66 | 391.50 | 91.56 | 193.86 | 63.16 | 3.80 |

4-29-21
Larry E. Charles

**AIRY FARMERS OF AMERICA, INC.**
00001
409

| | | |
|---|---|---|
| YEE NO. PRODUCER NO | NORTHEAST FLUID AREA | DIVISION 701 PAY GROUP 747D |
| ME LARRY E CHARLES | | PERIOD END 03/31/2021 |
| DRESS 1407 DECKARDS RUN RD | | PAYMENT DATE 04/19/2021 |
| COCHRANTON PA 16314 | | PERIOD 03/01/2021-03/31/2021 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 35,552 | 6,383.48 | 3,094.64- | 3,288.84 |
| YTD TOTALS | 92,011 | 16,414.59 | 1,889.57- | 14,525.02 |

### PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ER BASE | 5,296.00 | 1.25000- | CWT | 66.23- | 69.35- |
| OVER BASE SUB TOTAL | | | | 66.23- | 69.35- |
| TTERFAT | 1,535.83 | 1.71760 | LBS | 2,637.95 | 6,395.70 |
| OTEIN | 1,162.56 | 2.69540 | LBS | 3,133.57 | 8,580.71 |
| HER SOLIDS | 2,051.39 | 0.36520 | LBS | 749.21 | 1,699.19 |
| ODUCER PRICE DIFF | 35,552.00 | 0.47000- | CWT | 167.07- | 710.70- |
| CATION ADJUSTMENT | 35,552.00 | 0.10000 | CWT | 35.56 | 92.03 |
| C ADJUSTER | 35,552.00 | 0.20000 | CWT | 71.14 | 181.03 |
| SUB TOTAL | | | | 6,460.36 | 16,237.96 |
| RKET ADJUSTMENT | 35,552.00 | 0.20000- | CWT | 71.14- | 184.05- |
| SE QUALITY | | | | | 251.46 |
| SE PREMIUM | 30,256.00 | 0.20000 | CWT | 60.49 | 178.57 |
| SUB TOTAL | | | | 10.65- | 245.98 |
| OVERALL TOTAL | | | | 6,383.48 | 16,414.59 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 53.33- |
| CWT INVESTMENT | 0.04000 | CWT | 14.22- |
| MARKETING FEES | 0.33123 | CWT | 117.76- |
| HAULING | 0.85008 | CWT | 302.22- |
| FUEL SURCHARGE | 0.16998 | CWT | 60.43- |
| STOP CHARGE | 0.45005 | CWT | 160.00- |
| ADV. PMT RECOVERY | | | 2,386.68- |
| TOTAL MANDATORY | | | 3,094.64- |
| TOTAL DEDUCTIONS | | | 3,094.64- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE 17.95533

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 3,288.84 |

CUR. BASE CAPITAL LEVEL 5.19195



**Dairy Farmers of America**
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No **409**
Date 04/19/2021

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.



**701 747D 16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

## NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE




Production Statement   Production Statement

Period Ending 03/31/2021
Page 1 of 1

Producer No.                    Payee No.
Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35,552 | | | | | | | |

## Pay Period Detail

| Day | Tank | Weight | Temp | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2,141 | 38 GA | 4.23 | 90.56 | 3.20 | 68.51 | 5.75 | 123.11 | 74[1] | 4[1] | 81[1] | | 0.551 | NEG[1] | |
| 3 | 1 | 2,113 | 38 GA | 4.32 | 91.28 | 3.26 | 68.88 | 5.74 | 121.29 | 71 | | | | 0.549 | | |
| 5 | 1 | 2,188 | 38 GA | 4.27 | 93.43 | 3.25 | 71.11 | 5.82 | 127.34 | 64 | | | | 0.551 | | |
| 7 | 1 | 2,188 | 38 GA | 4.42 | 96.71 | 3.25 | 71.11 | 5.80 | 126.90 | 71 | 1 | 16 | | 0.548 | | |
| 9 | 1 | 2,150 | 38 GA | 4.17 | 89.66 | 3.28 | 70.52 | 5.77 | 124.06 | 75 | | | | 0.546 | | |
| 11 | 1 | 2,188 | 38 GA | 4.23 | 92.55 | 3.34 | 73.08 | 5.76 | 126.03 | 88 | | | | 0.549 | | |
| 13 | 1 | 2,141 | 38 GA | 4.17 | 89.28 | 3.32 | 71.08 | 5.73 | 122.68 | 69 | 3 | 120 | | 0.547 | | |
| 15 | 1 | 2,049 | 38 GA | 4.38 | 89.75 | 3.29 | 67.41 | 5.74 | 117.61 | 250 | | | | 0.547 | | |
| 17 | 1 | 2,049 | 38 GA | 4.54 | 93.02 | 3.29 | 67.41 | 5.75 | 117.82 | 280 | | | | 0.552 | | |
| 19 | 1 | 2,113 | 38 GA | 4.34 | 91.70 | 3.28 | 69.31 | 5.79 | 122.34 | 150 | | | | 0.548 | | |
| 21 | 1 | 2,188 | 38 GA | 4.43 | 96.93 | 3.25 | 71.11 | 5.83 | 127.56 | 91 | 2 | 4 | | 0.548 | | |
| 23 | 1 | 2,188 | 34 GA | 4.28 | 93.65 | 3.23 | 70.67 | 5.79 | 126.69 | 68 | | | | 0.545 | | |
| 25 | 1 | 2,379 | 38 GA | 4.28 | 101.82 | 3.26 | 77.56 | 5.81 | 138.22 | 66 | | | | 0.554 | | |
| 27 | 1 | 2,479 | 38 GA | 4.37 | 108.33 | 3.28 | 81.31 | 5.76 | 142.79 | 69 | | | | 0.547 | | |
| 29 | 1 | 2,475 | 38 GA | 4.32 | 106.92 | 3.30 | 81.68 | 5.73 | 141.82 | 56 | | | | 0.547 | | |
| 31 | 1 | 2,523 | 38 GA | 4.33 | 109.25 | 3.30 | 83.26 | 5.76 | 145.32 | 60 | | | | 0.554 | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR MAR | 98,000 |
| EU JAN-MAR ROLLING 3 MONTH GEOMETRIC MEAN | 102,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

**AIRY FARMERS OF AMERICA, INC.**                                                    00001

342

| YEE NO. | PRODUCER NO. ; | NORTHEAST FLUID AREA | | DIVISION | 701  PAY GROUP 747D |
| ME | LARRY E CHARLES | | | PERIOD END | Advance |
| DRESS | 1407 DECKARDS RUN RD | | | PAYMENT DATE | 04/28/2021 |
| | COCHRANTON PA  16314 | | | PERIOD | 04/01/2021-04/15/2021 |

| PERIOD TOTALS | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| | 16,284 | 2,458.89 | 30.93- | 2,427.96 |

| PRICING INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD | |
| DVANCE PAYMENT | 16,284.00 | 15.10000 | CWT | 2,458.89 | | |
| SUB TOTAL | | | | 2,458.89 | | |
| OVERALL TOTAL | | | | 2,458.89 | | |

| DEDUCTIONS / ADJUSTMENTS | | | |
|---|---|---|---|
| DESCRIPTION | RATE | UOM | CURRENT |
| ADV & PROMOTION | 0.15000 | CWT | 24.42- |
| CWT INVESTMENT | 0.04000 | CWT | 6.51- |
| TOTAL MANDATORY | | | 30.93- |
| TOTAL DEDUCTIONS | | | 30.93- |

MESSAGES

| PRICING / COMMUNICATIONS | |
|---|---|
| PAY PRICE | 15.10000 |

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | ..XX-3294 | 2,427.96 |

---

**DFA**

Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

| Advice No | **342** |
|---|---|
| Date | 04/28/2021 |

**\* \* V O I D \* \* V O I D \* \***

DAIRY FARMERS OF AMERICA, INC.

**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**



**NON - NEGOTIABLE \* \* \*  ADVICE STATEMENT \* \* \*  NON - NEGOTIABLE**