Case 19-10095-TPA    Doc 229    Filed 06/04/21    Entered 06/04/21 10:45:03    Desc Main
Document    Page 1 of 1

FILED
6/4/21 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/3/2021 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER**  #210 Status Conf. on sale of real property

**APPEARANCES:**

Debtor: Brent Lemon
Trustee: Ronda J. Winnecour

**NOTES:**

Lemon: We are moving forward. I have had communication with the closing folks. They are waiting on tax certificate from Venango County. There was a payoff provided. We are just waiting for the last couple of documents.

J.: The closing documents need to be filed by next Friday with the closing to occur by June 30, 2021.

Winnecour: We will not have a distribution order by the 21st of June, so I just want confirmation to go by the current distribution until further notice.

**OUTCOME:** Chambers to enter order.

*jlm*