FILED
6/4/21 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES and | : | Case No.  19-10095-TPA |
| SHIRLEY M. CHARLES, | : | Chapter 12 |
| *Debtors.* | : | |
| LARRY E. CHARLES and SHIRLEY | : | Related to Doc. No. 210 |
| M. CHARLES, | : | |
| *Movant,* | : | |
| v. | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE, ET AL., | : | |
| *Respondents.* | : | |

## ORDER

*AND NOW,* this *4th* day of *June, 2021,* for the reasons stated at the status conference held June 3, 2021, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)    *On or before June 11, 2021,* the closing agent shall be in possession of all documents required for closing on the sale of real property pursuant to the *Order* issued on February 4, 2021 (Doc. 210).

(2)    *On or before July 1, 2021,* the Debtor shall file a report of sale indicating the closing has occurred.

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case administrator to serve:
　　Brian Thompson, Esq.
　　Ronda Winnecour, Chapter 12 Trustee
　　Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Larry E. Charles  
Shirley M. Charles  
    Debtors

Case No. 19-10095-TPA  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: nsha     Page 1 of 2  
Date Rcvd: Jun 04, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |
| aty | + | Ronda J. Winnecour, Suite 3250, USX Tower., 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.co |

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 2 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

m

Christopher P. Schueller
    on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC
    christopher.schueller@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller
    on behalf of Creditor Commercial Loan Investment VII  LLC christopher.schueller@bipc.com, donna.curcio@bipc.com

David A. Scott
    on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

Jill Locnikar
    on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Kelly M. Neal
    on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC
    kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

Kelly M. Neal
    on behalf of Creditor Commercial Loan Investment VII  LLC kelly.neal@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert S. Adams
    on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com
    legaldudersa@msn.com;legaldudersa@hotmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13