UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Larry E. Charles, | : | Case No.: 19-10095-TPA |
| Shirley M. Charles, | : | |
| | : | Reporting Period:  May, 2021 |
| | : | |
| | : | Chapter 12 |

## MONTHLY OPERATING REPORT

May 25 21

2

|   | | MONTH | YEAR TO DATE |
|---|---|---|---|
| Custom farming income — Milk | | 3266.44 | |
| Custom feeding payments | | 3716.44 | |
| Other farm income (please specify source) | | | |
| New loans (specify source) | | | |
| B. WAGES FROM OUTSIDE WORK  Ben | | | |
| Husband | | 737.59 | |
| Wife | | 64.46 | |
| C. OTHER RECEIPTS | | | |
| Social Security | | | |
| Other: | | 498.00 | |
| Total Cash Receipts | | 8872.15 | |

8872.15 Income
8580.57 Expenses
291.68 Balance Forward

4

3. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Byhens | 5-1 | 29.92 | Parts |
| Farm Family | 5-3 | 551.39 | Insurance |
| Maple Ridge | 5-3 | 100.00 | Shavings |
| Byhens | 5-6 | 25.00 | Bolts |
| Hadley Seed | 5-10 | 175.00 | Corn |
| Pat Carey | 5-13 | 780.00 | Hay |
| Maple Ridge | 5-13 | 100.00 | Shavings |
| ICI South | 5-12 | 53.79 | Diesel |
| " " | 5-6 | 55.66 | " |
| " " | 5-21 | 58.66 | " |
| " " | 5-27 | 14.65 | " |
| " " | 5-28 | 53.90 | " |
| Shawn Charles | 5-19 | 2203.00 | Pay |
| Sandy Lake | 5-19 | 538.66 | Minerals |
| Maple Ridge | 5-20 | 100.00 | Shavings |
| Pa. Dept. Revenue | 5-25 | 177.00 | Truck License |
| Shawn Charles | 5-25 | 850.00 | Pay |
| IRS | 5-25 | 30.00 | 2019 Taxes Pay 00 |
| | 5-28 | | |
| Maple Ridge | 5-28 | 100.00 | Shavings |
| Northwestern Rec | 5-28 | 919.33 | Electric |
| Pat Carey | 5-28 | 780.00 | Hay |
| **TOTAL** | | **7289.99** | |

3

## II. EXPENSES PAID

### A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Walmart | 5-2 | 138.75 | Food |
| " | 5-9 | 134.02 | " |
| " | 5-19 | 183.42 | " |
| " | 5-30 | 248.45 | " |
| Arby's | 5-9 | 33.79 | Food |
| Giant Eagle | 5-10 | 31.26 | Food |
| Dollar Store | 5-19 | 73.65 | Misc |
| Windstream | 5-25 | 96.43 | Phone |
| AT&T | 5-5 | 87.10 | TV |
| Smoker Friendly | 5-7 | 26.63 | Pipe Tobacco |
| Arby's | 5-18 | 30.08 | Food |
| Smoker Friendly | 5-29 | 26.63 | Pipe Tobacco |
| T. [illegible] | 5-28 | 83.93 | Misc |
| Community | 5-25 | 65.54 | Clothing |
| Pharmacy | 5-25 | 20.63 | Prescription Co-pay |
| [illegible] med | 5-28 | 30.00 | Co-pay |
| **TOTAL** | | **1290.58** | |

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardat LP
Payroll Register
For the Period From May 13, 2021 to May 13, 2021

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 5/13/21 | 722.50 | AMRoute | 10.0 | 35.75 | 357.50 | 845.00 | -22.96 | -52.39 | -12.25 | -25.94 | -8.45 | -0.51 |
| | | | | PMRoute | 10.0 | 48.75 | 487.50 | | | | | | | |

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

Girardat LP
Payroll Register
For the Period From May 13, 2021 to May 13, 2021

| Employee | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 7,159.75 | 147.62 | 443.89 | 103.81 | 219.80 | 71.61 | 4.31 |

Girardat LP
Payroll Register
For the Period From May 27, 2021 to May 27, 2021

| Employee | Masked SS No | Date | Check | Pay Type | Day/Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | Adv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 5/27/21 | 684.36 | AMRoute | 10.0 | 35.75 | 357.50 | 796.25 | -18.09 | -49.37 | -11.55 | -24.44 | -7.96 | -0.48 | |
| | | | | PMRoute | 9.0 | 48.75 | 438.75 | | | | | | | | |

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format

Girardat LP
Payroll Register
For the Period From May 27, 2021 to May 27, 2021

| 5-27-21 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 7,956.00 | 165.71 | 493.26 | 115.36 | 244.24 | 79.57 | 4.79 |

DAIRY FARMERS OF AMERICA, INC.   340   00001

| YEE NO | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|
| ME | LARRY E CHARLES | | PERIOD END | Advance |
| DRESS | 1407 DECKARDS RUN RD | | PAYMENT DATE | 05/28/2021 |
| | COCHRANTON PA 16314 | | PERIOD | 05/01/2021-05/15/2021 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 17,163 | 2,797.58 | 32.61- | 2,764.97 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ADVANCE PAYMENT | 17,163.00 | 16.30000 | CWT | 2,797.58 | |
| SUB TOTAL | | | | 2,797.58 | |
| OVERALL TOTAL | | | | 2,797.58 | |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 25.74- |
| CWT INVESTMENT | 0.04000 | CWT | 6.87- |
| TOTAL MANDATORY | | | 32.61- |
| TOTAL DEDUCTIONS | | | 32.61- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE   16.30000

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | XXX-3294 | 2,764.97 |

**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No   **340**
Date   05/28/2021

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D   16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314



**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**




**Production Statement**

Period Ending 05/15/2021
Page 1 of 1

Producer No.      yee No.
Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight |
|---|
| 17,163 |

## Pay Period Detail

| Day | Tank | Production Weight | Temp | | Butterfat % | Lbs | Protein % | Lbs | Other Solids % | Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2  | 1 | 2,332 | 38 | GA | 4.39 | 102.37 | 3.37 | 78.59 | 5.79 | 135.02 | 96   |    |      |  | 0.565 |      |  |
| 4  | 1 | 2,427 | 38 | GA | 4.45 | 108.00 | 3.31 | 80.33 | 5.76 | 139.80 | 480[1] | 2[1] | 120[1] |  | 0.554 | NEG[1] |  |
| 6  | 1 | 2,427 | 38 | GA | 4.44 | 107.76 | 3.29 | 79.85 | 5.75 | 139.55 | 220  |    |      |  | 0.547 |      |  |
| 8  | 1 | 2,475 | 38 | GA |      |        |      |       |      |        |      |    |      |  |       |      |  |
| 10 | 1 | 2,475 | 38 | GA | 4.41 | 109.15 | 3.28 | 81.18 | 5.77 | 142.81 | 81   | 1  | 13   |  | 0.544 |      |  |
| 12 | 1 | 2,523 | 38 | GA | 4.46 | 112.53 | 3.27 | 82.50 | 5.78 | 145.83 | 88   |    |      |  | 0.547 |      |  |
| 14 | 1 | 2,504 | 38 | GA | 4.35 | 108.92 | 3.32 | 83.13 | 5.76 | 144.23 | 82   |    |      |  | 0.556 |      |  |

1 = HDT

DAIRY FARMERS OF AMERICA, INC.

DAIRY FARMERS OF AMERICA, INC.                                                                    407

| EE NO. | ODUCER NO | NORTHEAST FLUID AREA | | DIVISION | 701 PAY GROUP 747D |
|---|---|---|---|---|---|
| E | LARRY E CHARLES | | | PERIOD END | 04/30/2021 |
| | | | | PAYMENT DATE | 05/19/2021 |
| RESS | 1407 DECKARDS RUN RD | | | PERIOD | 04/01/2021-04/30/2021 |
| | COCHRANTON PA 16314 | | | | |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 33,682 | 6,368.74 | 3,102.32- | 3,266.42 |
| YTD TOTALS | 125,693 | 22,783.33 | 2,563.93- | 20,219.40 |

### PRICING INFORMATION

| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| ER BASE | 4,403.00 | 5.76000- | CWT | 253.60- | 322.95- |
| OVER BASE SUB TOTAL | | | | 253.60- | 322.95- |
| TTERFAT | 1,471.91 | 1.94960 | LBS | 2,869.64 | 9,265.34 |
| OTEIN | 1,104.79 | 2.81360 | LBS | 3,108.41 | 11,689.12 |
| HER SOLIDS | 1,950.16 | 0.42680 | LBS | 832.31 | 2,531.50 |
| ODUCER PRICE DIFF | 33,682.00 | 1.34000- | CWT | 451.36- | 1,162.06- |
| CATION ADJUSTMENT | 33,682.00 | 0.10000 | CWT | 33.69 | 125.72 |
| C ADJUSTER | 33,682.00 | 0.23000 | CWT | 77.44 | 258.47 |
| SUB TOTAL | | | | 6,470.13 | 22,708.09 |
| RKET ADJUSTMENT | 33,682.00 | 0.20000- | CWT | 67.38- | 251.43- |
| SE QUALITY | 29,279.00 | 0.55000 | CWT | 161.05 | 412.51 |
| SE PREMIUM | 29,279.00 | 0.20000 | CWT | 58.54 | 237.11 |
| SUB TOTAL | | | | 152.21 | 398.19 |
| OVERALL TOTAL | | | | 6,368.74 | 22,783.33 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 50.52- |
| CWT INVESTMENT | 0.04000 | CWT | 13.47- |
| MARKETING FEES | 0.34683 | CWT | 116.82- |
| HAULING | 0.85001 | CWT | 286.30- |
| FUEL SURCHARGE | 0.16997 | CWT | 57.25- |
| STOP CHARGE | 0.44534 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 2,427.96- |
| TOTAL MANDATORY | | | 3,102.32- |
| TOTAL DEDUCTIONS | | | 3,102.32- |

### MESSAGES

### PRICING / COMMUNICATIONS
PAY PRICE                                18.90844

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | (-3294 | 3,266.42 |

CUR. BASE CAPITAL LEVEL        5.19195

---



**DFA**
Dairy Farmers of America
PO Box 4810
Syracuse, NY 13221-4810

ACH ADVICE

Advice No    **407**
Date         05/19/2021

**\*\*VOID\*\*VOID\*\***

DAIRY FARMERS OF AMERICA, INC.

701 747D  16314
LARRY E CHARLES
1407 DECKARDS RUN RD
COCHRANTON PA 16314

**NON - NEGOTIABLE \*\*\* ADVICE STATEMENT \*\*\* NON - NEGOTIABLE**




**DFA** Dairy Farmers of America

## Production Statement

Period Ending 04/30/2021
Page 1 of 1

Producer No.           Payee No.
Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

### Pay Period Summary

| Total Weight |
|---|
| 33,682 |

### Pay Period Detail

| Day | Tank | Production Weight | Temp | | Butterfat % | Butterfat Lbs | Protein % | Protein Lbs | Other Solids % | Other Solids Lbs | SCC X1000 | SPC X1000 | PIC X1000 | LPC | FRZP | INH | SED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 2,427 | 38 | GA | 4.37 | 106.06 | 3.34 | 81.06 | 5.78 | 140.28 | 78 | | | | 0.551 | | |
| 4 | 1 | 2,475 | 38 | GA | 4.43 | 109.64 | 3.32 | 82.17 | 5.81 | 143.80 | 78[1] | 2[1] | 15[1] | | 0.553 | N[1] | |
| 6 | 1 | 2,408 | 38 | GA | 4.35 | 104.75 | 3.20 | 77.06 | 5.82 | 140.15 | 55 | | | | 0.548 | | |
| 8 | 1 | 2,284 | 38 | GA | 4.27 | 97.53 | 3.19 | 72.86 | 5.84 | 133.39 | 66 | | | | 0.549 | | |
| 10 | 1 | 2,284 | 38 | GA | 4.24 | 96.84 | 3.21 | 73.32 | 5.86 | 133.84 | 95 | 1 | 23 | | 0.552 | | |
| 12 | 1 | 2,265 | 38 | GA | 4.18 | 94.68 | 3.18 | 72.03 | 5.82 | 131.82 | 66 | | | | 0.547 | | |
| 14 | 1 | 2,141 | 38 | GA | 4.27 | 91.42 | 3.23 | 69.15 | 5.83 | 124.82 | 57 | | | | 0.549 | | |
| 16 | 1 | 2,188 | 38 | GA | 4.29 | 93.87 | 3.26 | 71.33 | 5.81 | 127.12 | 57 | | | | 0.546 | | |
| 18 | 1 | 2,217 | 38 | GA | 4.43 | 98.21 | 3.28 | 72.72 | 5.77 | 127.92 | 210 | 2 | 2 | | 0.546 | | |
| 20 | 1 | 2,188 | 38 | GA | 4.38 | 95.83 | 3.32 | 72.64 | 5.73 | 125.37 | 160 | | | | 0.545 | | |
| 22 | 1 | 2,049 | 38 | GA | 4.58 | 93.84 | 3.33 | 68.23 | 5.74 | 117.61 | 73 | | | | 0.547 | | |
| 24 | 1 | 2,113 | 38 | GA | 4.56 | 96.35 | 3.32 | 70.15 | 5.75 | 121.50 | 66 | 1 | 3 | | 0.545 | | |
| 26 | 1 | 2,236 | 38 | GA | 4.42 | 98.83 | 3.31 | 74.01 | 5.68 | 127.00 | 57 | | | | 0.546 | | |
| 28 | 1 | 2,123 | 38 | GA | 4.51 | 95.75 | 3.34 | 70.91 | 5.76 | 122.28 | 53 | | | | 0.546 | | |
| 30 | 1 | 2,284 | 38 | GA | 4.41 | 100.72 | 3.31 | 75.60 | 5.78 | 132.02 | 63 | | | | 0.552 | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR APR | 82,000 |
| EU FEB-APR ROLLING 3 MONTH GEOMETRIC MEAN | 87,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT