## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Larry E. Charles, and Shirley M. Charles, | : : : : | Bankruptcy Case No.: 19-10095-TPA Chapter 12 |
| Debtors. | : : | |
| Larry E Charles and, Shirley M. Charles, | : : : : | Document No.: Related to Document No.: 233 |
| Movants, | : : | |
| v. | : : | |
| Pennsylvania Department of Revenue, United States of America, Helmuth Farms, Venango County Tax Claim Bureau, IRS, CNH Industrial Capital America, LLC, Bank of America, N.A., John Deere Financial, Windstream, Quantum3 Group, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Fairport Asset Management II, LLC, | : : : : : : : : : : | |
| Respondent. | : | |

## STATUS REPORT

AND NOW comes Debtors, by and through their counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and files the within Status Report, representing as follows:

1. On June 16, 2021, the sale of the subject farm in this case was completed.

2. Counsel for the Debtors filed a report of sale on June 29, 2021 that attached the HUD-1 closing documents indicating that $10,110.48 was being sent to the Chapter 12 trustee.

3. On June 30, 2021, counsel was contacted by the closing company and informed that an additional $4,931.22 was going to be sent to the Chapter 12 trustee after it was determined that certain real estate tax liabilities had been satisfied.

4. The funds being sent to the trustee now total $15,041.70.

Respectfully submitted,

Date:  July 1, 2021                              s/Brian C. Thompson
                                            Brian C. Thompson, Esquire
                                            Attorney for Debtor
                                            PA I.D. # 91197
                                            Thompson Law Group, P.C.
                                            125 Warrendale-Bayne Rd., Ste 200
                                            Warrendale, PA 15086
                                            (724) 799-8404
                                            (724) 799-8409
                                            bthompson@thompsonattorney.com