**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Larry E. Charles,                      :              Case No.: 19-10095-TPA
          Shirley M. Charles,            :

                                             :              Reporting Period:  June, 2021

                                             :

                                             :              Chapter 12

## MONTHLY OPERATING REPORT

2

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | | |
| Custom feeding payments | | |
| Other farm income | | |
| (please specify source) | | |
| | | |
| New loans (specify source) | | |
| **B. WAGES FROM OUTSIDE WORK** | | |
| Husband | | |
| Wife | | |
| **C. OTHER RECEIPTS** | | |
| Social Security | 976.00 | |
| Other: | | |
| | | |
| Total Cash Receipts | | |

INCOME — 8081.81
EXPENSES — 7306.78

775.03 Bal. Fard to West

We will not get anymore
income from the Milk Chrat.
Settlement on Farm 6-16-21.
We will not recives a bus Check
until Sept, aury Soc. Sec.

55

Appendix B

June 21

4

**3. FARM EXPENSES (Use more pages if necessary.)**

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Nanegas | 6-1 | 32.02 | Diesel |
| Farm Family | 6-1 | 557.37 | ~~Insurance~~ |
| 101 South | 6-4 | 56.38 | Diesel |
| Maple Ridge | 6-10 | 100.00 | Sawdust |
| Sandy Lake | 6-11 | 392.35 | Minerals |
| " " | 6-18 | 851.95 | " |
| Shawn Clark | 6-18 | 2000.00 | Pay |
| Family Farm | 6-20 | 85.84 | Chain Parts |
| North Western | 6-25 | 200.00 | Electric |
| " " " | 6-30 | 316.99 | " |
| 101 South | 6-26 | 54.60 | Diesel |
| Sandy Lake | 6-25 | 183.00 | Plastics |
| Shawn Ebank | 6-25 | 1750.00 | Pay Wrap |

Gabe Charles    6-7

6079.45

91.15  Tire

Gabe Charles    6-18

91.00  Tire

6255.60

TOTAL _____

3

II. EXPENSES PAID

A. HOUSEHOLD    (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Meadville road. | 6-3 | 25.00 | CB-Pay |
| Dollar Star | 6-4 | 20.45 | misc |
| Pharmacy | 6-8 | 18.80 | meds |
| Raymond arthony | 6-8 | 250.00 | Beef |
| Dollar Stars | 6-9 | 41.66 | Misc |
| " " | 6-11 | 36.45 | misc |
| Giant Pharmacy | 6-11 | 7.69 | meds |
| Wallmart | 6-11 | 159.97 | Grocery |
| Windy Knoll | 6-11 | 49.47 | Food |
| Meadville road | 6-14 | 30.00 | CB-Pay |
| McDonalds | 6-14 | 24.25 | Food |
| ARby's | 6-16 | 29.65 | Food |
| Smoke Outlet | 6-19 | 26.67 | Paper Tobacco |
| Dollar Store | 6-19 | 51.91 | misc |
| Cochranton Vet | 6-22 | 25.38 | Flea care |
| Wall mart | 6-24 | 141.64 | grocery |
| Windstream | 6-25 | 74.47 | Phone |
| Pharmacy | 6-28 | 5.42 | meds |
| Tractor Supply | 6-26 | 55 43.38 | anml feed |

1051.18

Girardat LP
Payroll Register
For the Period From Jun 24, 2021 to Jun 24, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee | Masked SS No | Date | Check | Pay Type | Day/ Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | Adv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 6/24/21 | 372.72 | AMRoute | 5.0 | 35.75 | 178.75 | 422.50 | | -26.20 | -6.13 | -12.97 | -4.23 | -0.25 | |
| | | | | PMRoute | 5.0 | 48.75 | 243.75 | | | | | | | | |

Girardet LP
Payroll Register
For the Period From Jun 24, 2021 to Jun 24, 2021

Filter Criteria includes: Report order is by Check Date. Record is printed in Detail Format.

| 6-24-21 | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| Larry E. Charles | 8,921.25 | 165.71 | 553.11 | 129.36 | 273.87 | 89.23 | 5.37 |

Girardat LP
Payroll Register
For the Period From Jun 10, 2021 to Jun 10, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee | Masked SS No | Date | Check | Pay Type | Day/ Hr | Rate | Pay Amt | Gross | Federal | SocSec | Medicare | State | Local | SUI | AF | TMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Larry E. Charles | XXX-XX-5095 | 6/10/21 | 478.81 | AMRoute | 7.0 | 35.75 | 250.25 | 542.75 | | -33.65 | -7.87 | -16.66 | -5.43 | -0.33 | | |
| | | | | PMRoute | 6.0 | 48.75 | 292.50 | | | | | | | | | |

Girardat LP
Payroll Register
For the Period From Jun 10, 2021 to Jun 10, 2021

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| | Gross | Federal | SocSec | Medicare | State | Local | SUI |
|---|---|---|---|---|---|---|---|
| 6-10-21 | 8,498.75 | 165.71 | 526.91 | 123.23 | 260.90 | 85.00 | 5.12 |
| Larry E. Charles | | | | | | | |

IRY FARMERS OF AMERICA, INC.                                                    337    00001

| SE NO. | PRODUCER NO | | NORTHEAST FLUID AREA | | DIVISION | 701 PAY GROUP 747D |
| E | LARRY E CHARLES | | | | PERIOD END | Advance |
| RESS | 1407 DECKARDS RUN RD | | | | PAYMENT DATE | 06/28/2021 |
| | COCHRANTON PA  16314 | | | | PERIOD | 06/01/2021-06/15/2021 |

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 16,610 | 2,782.18 | 31.56- | 2,750.62 |

| PRICING INFORMATION | | | | | | DEDUCTIONS / ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|
| SCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD | DESCRIPTION | RATE | UOM | CURRENT |
| VANCE PAYMENT | 16,610.00 | 16.75000 | CWT | 2,782.18 | | ADV & PROMOTION | 0.15000 | CWT | 24.92- |
| SUB TOTAL | | | | 2,782.18 | | CWT INVESTMENT | 0.04000 | CWT | 6.64- |
| OVERALL TOTAL | | | | 2,782.18 | | TOTAL MANDATORY | | | 31.56- |
| | | | | | | TOTAL DEDUCTIONS | | | 31.56- |

| MESSAGES | PRICING / COMMUNICATIONS |
|---|---|
| | PAY PRICE        16.75000 |

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | | 2,750.62 |



**DFA**
Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

ACH ADVICE

Advice No        **337**
Date              06/28/2021

**\* \* VOID\* \* VOID\* \***

DAIRY FARMERS OF AMERICA, INC.

**701 747D    16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**

**NON - NEGOTIABLE \* \* \* ADVICE STATEMENT \* \* \* NON - NEGOTIABLE**





Dairy Farmers of America

**Production Statement**

| | | |
|---|---|---|
| Period Ending 06/15/2021 | Producer No. | Payee No. |
| Page 1 of 1 | Producer: LARRY E CHARLES | |
| | Payee: LARRY E CHARLES | |

## Pay Period Summary

| Total Weight | | | | | | |
|---|---|---|---|---|---|---|
| 16,610 | | | | | | |

## Pay Period Detail

| | Production | | | Components | | | | | | | Quality | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Butterfat | | Protein | | Other Solids | | SCC | SPC | PIC | LPC | FRZP | INH | SED | |
| Day | Tank | Weight | Temp | % | Lbs | % | Lbs | % | Lbs | X1000 | X1000 | X1000 | | | | | |
| 1 | 1 | 2,427 | 38 GA | 4.33 | 105.09 | 3.22 | 78.15 | 5.82 | 141.25 | 180[1] | 3[1] | 26[1] | | 0.551 | NEG[1] | | |
| 3 | 1 | 2,284 | 38 GA | 4.37 | 99.81 | 3.26 | 74.46 | 5.80 | 132.47 | 430 | | | | 0.549 | | | |
| 5 | 1 | 2,284 | 38 GA | 4.28 | 97.76 | 3.15 | 71.95 | 5.73 | 130.87 | 190 | | | | 0.545 | | | |
| 7 | 1 | 2,332 | 38 GA | 4.24 | 98.88 | 3.21 | 74.86 | 5.75 | 134.09 | 130 | | | | 0.548 | | | |
| 9 | 1 | 1,958 | 38 GA | 4.20 | 82.24 | 3.19 | 62.46 | 5.77 | 112.98 | 410 | 1 | 20 | | 0.548 | | | |
| 11 | 1 | 1,821 | 38 GA | 4.38 | 79.76 | 3.16 | 57.54 | 5.75 | 104.71 | 290 | | | | 0.546 | | | |
| 13 | 1 | 1,775 | 38 GA | 4.28 | 75.97 | 3.14 | 55.74 | 5.78 | 102.60 | 130 | | | | 0.549 | | | |
| 15 | 1 | 1,729 | 38 GA | 4.30 | 74.35 | 3.15 | 54.46 | 5.69 | 98.38 | 350 | 2 | 8 | | 0.545 | | | |

1 = HDT

DAIRY FARMERS OF AMERICA, INC.   NORTHEAST FLUID AREA 5001 BRITTONFIELD PKWY PO BOX 4810 SYRACUSE NY 13221-4810

DAIRY FARMERS OF AMERICA, INC.                                          405  00001

| | PRODUCER NO. | NORTHEAST FLUID AREA | DIVISION | 701  PAY GROUP 747D |
|---|---|---|---|---|

EE NO.
E    LARRY E CHARLES

RESS    1407 DECKARDS RUN RD
        COCHRANTON PA  16314

NORTHEAST FLUID AREA

DIVISION       701  PAY GROUP 747D
PERIOD END     05/31/2021
PAYMENT DATE 06/18/2021
PERIOD         05/01/2021-05/31/2021

| | WEIGHT | GROSS PAYMENTS | DEDUCTIONS | NET |
|---|---|---|---|---|
| PERIOD TOTALS | 36,121 | 6,819.39 | 3,473.73- | 3,345.66 |
| YTD TOTALS | 161,814 | 29,602.72 | 3,272.69- | 26,330.03 |

### PRICING INFORMATION

| DESCRIPTION | QUANTITY | RATE | UOM | CURRENT | YTD |
|---|---|---|---|---|---|
| VER BASE | 5,866.00 | 8.21000- | CWT | 481.60- | 804.55- |
| OVER BASE SUB TOTAL | | | | 481.60- | 804.55- |
| TTERFAT | 1,571.24 | 1.98510 | LBS | 3,119.09 | 12,384.43 |
| ROTEIN | 1,173.96 | 3.13070 | LBS | 3,675.32 | 15,364.44 |
| HER SOLIDS | 2,087.83 | 0.46450 | LBS | 969.78 | 3,501.23 |
| RODUCER PRICE DIFF | 36,121.00 | 1.53000- | CWT | 552.67- | 1,714.73- |
| CATION ADJUSTMENT | 36,121.00 | 0.10000 | CWT | 36.12 | 161.84 |
| C ADJUSTER | 36,121.00 | 0.18000 | CWT | 65.04 | 323.51 |
| SUB TOTAL | | | | 7,312.68 | 30,020.77 |
| RKET ADJUSTMENT | 36,121.00 | 0.20000- | CWT | 72.25- | 323.68- |
| SE QUALITY | | | | | 412.51 |
| SE PREMIUM | 30,255.00 | 0.20000 | CWT | 60.56 | 297.67 |
| SUB TOTAL | | | | 11.69- | 386.50 |
| OVERALL TOTAL | | | | 6,819.39 | 29,602.72 |

### DEDUCTIONS / ADJUSTMENTS

| DESCRIPTION | RATE | UOM | CURRENT |
|---|---|---|---|
| ADV & PROMOTION | 0.15000 | CWT | 54.18- |
| CWT INVESTMENT | 0.04000 | CWT | 14.45- |
| MARKETING FEES | 0.32685 | CWT | 118.06- |
| HAULING | 0.85000 | CWT | 307.03- |
| FUEL SURCHARGE | 0.18006 | CWT | 65.04- |
| STOP CHARGE | 0.41527 | CWT | 150.00- |
| ADV. PMT RECOVERY | | | 2,764.97- |
| TOTAL MANDATORY | | | 3,473.73- |
| TOTAL DEDUCTIONS | | | 3,473.73- |

### MESSAGES

### PRICING / COMMUNICATIONS

PAY PRICE                         18.87929

| TYPE | PAYMENT NUMBER | ACCOUNT | AMOUNT |
|---|---|---|---|
| ACH | | | 3,345.66 |

==================================================
CUR. BASE CAPITAL LEVEL          5.19195



Dairy Farmers of America
**PO Box 4810**
**Syracuse, NY 13221-4810**

**ACH ADVICE**

Advice No    **405**
Date         06/18/2021

**\* \* VOID\* \* VOID\* \***

DAIRY FARMERS OF AMERICA, INC.

**701 747D   16314**
**LARRY E CHARLES**
**1407 DECKARDS RUN RD**
**COCHRANTON PA 16314**



**NON - NEGOTIABLE \* \* \*  ADVICE STATEMENT \* \* \*  NON - NEGOTIABLE**



DFA
Dairy Farmers of America

**Production Statement**

Period Ending 05/31/2021
Page 1 of 1

Producer No. _____ __ee No.
Producer: LARRY E CHARLES
Payee:    LARRY E CHARLES

## Pay Period Summary

| Total Weight | | | | | |
|---|---|---|---|---|---|
| 36,121 | | | | | |

## Pay Period Detail

| | Production | | | Components | | | | | | Quality | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Butterfat | | Protein | | Other Solids | | SCC | SPC | PIC | LPC | FRZP | INH | SED | |
| Day | Tank | Weight | Temp | % | Lbs | % | Lbs | % | Lbs | X1000 | X1000 | X1000 | | | | | |
| 2 | 1 | 2,332 | 38 GA | 4.39 | 102.37 | 3.37 | 78.59 | 5.79 | 135.02 | 96 | | | | 0.565 | | | |
| 4 | 1 | 2,427 | 38 GA | 4.45 | 108.00 | 3.31 | 80.33 | 5.76 | 139.80 | 480[1] | 2[1] | 120[1] | | 0.554 | NEG[1] | | |
| 6 | 1 | 2,427 | 38 GA | 4.44 | 107.76 | 3.29 | 79.85 | 5.75 | 139.55 | 220 | | | | 0.547 | | | |
| 8 | 1 | 2,475 | 38 GA | | | | | | | | | | | | | | |
| 0 | 1 | 2,475 | 38 GA | 4.41 | 109.15 | 3.28 | 81.18 | 5.77 | 142.81 | 81 | 1 | 13 | | 0.544 | | | |
| 2 | 1 | 2,523 | 38 GA | 4.46 | 112.53 | 3.27 | 82.50 | 5.78 | 145.83 | 88 | | | | 0.547 | | | |
| 4 | 1 | 2,504 | 38 GA | 4.35 | 108.92 | 3.32 | 83.13 | 5.76 | 144.23 | 82 | | | | 0.556 | | | |
| 6 | 1 | 2,475 | 38 GA | | | | | | | | | | | | | | |
| 18 | 1 | 2,570 | 38 GA | 4.31 | 110.77 | 3.27 | 84.04 | 5.78 | 148.55 | 100 | 2 | 6 | | 0.546 | | | |
| 20 | 1 | 2,379 | 38 GA | 4.32 | 102.77 | 3.20 | 76.13 | 5.77 | 137.27 | 140 | | | | 0.557 | | | |
| 22 | 1 | 2,284 | 38 GA | 4.33 | 98.90 | 3.15 | 71.95 | 5.78 | 132.02 | 160 | 2 | 76 | | 0.544 | | | |
| 24 | 1 | 2,379 | 38 GA | 4.28 | 101.82 | 3.12 | 74.22 | 5.79 | 137.74 | 120 | | | | 0.548 | | | |
| 26 | 1 | 2,284 | 38 GA | 4.24 | 96.84 | 3.16 | 72.17 | 5.77 | 131.79 | 89 | | | | 0.546 | | | |
| 28 | 1 | 2,303 | 38 GA | 4.23 | 97.42 | 3.24 | 74.62 | 5.80 | 133.57 | 210 | | | | 0.556 | | | |
| 30 | 1 | 2,284 | 38 GA | 4.28 | 97.76 | 3.21 | 73.32 | 5.83 | 133.16 | 130 | | | | 0.548 | | | |

| EU TEST RESULTS | SCC |
|---|---|
| EU SOMATIC CELL RESULT FOR MAY | 153,000 |
| EU MAR-MAY ROLLING 3 MONTH GEOMETRIC MEAN | 107,000 |
| EU CONSECUTIVE NON-COMPLIANCE MONTHS | 0 |

1 = HDT