UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES | : | Case No. 19-10095-TPA |
| SHIRLEY M. CHARLES | : | Chapter 12 |
| *Debtors* | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | Related to Document No. 236 |
| CHAPTER 12 TRUSTEE | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | Hearing: August 11, 2021 at 11:30 A.M. |

**ORDER**

The ***Trustee's Status Report of Plan Payments and Distributions for May, June and July 2021*** filed on July 30, 2021 (Doc. 236) shows the Debtors failed to make the May, June, and July 2021 Plan payments, although the remaining sale proceeds in the amount of $10,110.48 were remitted in June 2021 to the Trustee and there were sufficient funds on hand to cover the Chapter 12 Trustee's distributions. Therefore,

*AND NOW*, this **2nd** day of ***August, 2021,*** for the reasons stated above, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) A Status Conference is scheduled for ***August 11, 2021*** at ***11:30 A.M.*** to be held by the ***Zoom Video Conference Application***. The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective

June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf

(2)  *Initializing Zoom Hearing*: To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer at 814-464-9781.

                                                Thomas P. Agresti, Judge    jlm
                                                United States Bankruptcy Court

Case Administrator to serve:
    Brian C. Thompson, Esq.
    Debtors
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10095-TPA |
| Larry E. Charles | Chapter 12 |
| Shirley M. Charles | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 2 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Christopher P. Schueller
    on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller
    on behalf of Creditor Commercial Loan Investment VII  LLC christopher.schueller@bipc.com, donna.curcio@bipc.com

David A. Scott
    on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

Jill Locnikar
    on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Kelly M. Neal
    on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

Kelly M. Neal
    on behalf of Creditor Commercial Loan Investment VII  LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert S. Adams
    on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13