**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/16/21 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/11/2021 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**   #236 Status Conf. on Status Report

**APPEARANCES:**

  Debtor: Brent Lemon + Debtor
  Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:   I received the funds from the sale. Will meet with the creditors because we need to know exactly what is owed. Will file a distribution order.

Lemon:   Proceeds were close to $14,000.

**OUTCOME:**   Any party with a claim to meet with Trustee to resolve distribution matters. Continued to 9/10/2021 at 11:30am

*/s/ Ronda J. Winnecour*

jlm