FILED
8/16/21 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY E. CHARLES and | : | Case No. 19-10095-TPA |
| SHIRLEY M. CHARLES, | : | Chapter 12 |
| *Debtors.* | : | |
| | | |
| RONDA J. WINNECOUR, | : | Related to Doc. No. 236 |
| CHAPTER 12 TRUSTEE, | : | |
| *Movant,* | : | |
| v. | : | |
| NO RESPONDENTS. | : | Hearing: September 10, 2021 at 11:30 A.M. |

## ORDER

On July 30, 2021, the Chapter 12 Trustee filed a ***Status Report*** at Doc. No. 236. The S*tatus Report* shows that the net sale proceeds have been received by the Trustee and will be used to fund the Plan payments but that she and Debtor's Counsel need to meet with the Creditors to determine exactly what is currently owed in order to prepare a proposed Distribution Order. Therefore,

*AND NOW,* this **13th** day of ***August, 2021,*** for the reasons stated above, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)    Prior to the continued status conference in Paragraph 2, below, the Parties shall meet in order to resolve the pending distribution matters.

(2)    A continued status conference with the ***Debtors*** and ***Counsel for the Debtors*** to ***personally appear*** is scheduled for ***September 10, 2021 at 11:30 A.M.*** to be held by the ***Zoom Video Conference Application.***  The Parties must comply with Judge Agresti's ***Updated Notice of Temporary Modification of Appearance Procedures***, dated and effective August 13,

1

2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(3) *Initializing Zoom Hearing:* To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case administrator to serve:
    Brian Thompson, Esq.
    Ronda Winnecour, Chapter 12 Trustee
    Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10095-TPA
Larry E. Charles  Chapter 12
Shirley M. Charles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: nsha     Page 1 of 2
Date Rcvd: Aug 16, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |
| aty | + | Ronda J. Winnecour, Suite 3250, USX Tower., 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
    on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com

| | |
|---|---|
| | blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Christopher P. Schueller | on behalf of Creditor Fairport Asset Management II LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| Christopher P. Schueller | on behalf of Creditor Commercial Loan Investment VII LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| David A. Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| Jill Locnikar | on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Kelly M. Neal | on behalf of Creditor Fairport Asset Management II LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Kelly M. Neal | on behalf of Creditor Commercial Loan Investment VII LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert S. Adams | on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13