**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re: Larry E. Charles,** | : | **Case No.: 19-10095-TPA** |
| **Shirley M. Charles,** | : | |
| | : | **Reporting Period: July, 2021** |
| | : | |
| | : | **Chapter 12** |

**MONTHLY OPERATING REPORT**

July 2021

Larry & Shirley Charles

| | MONTH | YEAR TO DATE |
|---|---|---|
| Custom farming income | | |
| Custom feeding payments | | |
| Other farm income (please specify source) | | |
| | | |
| New loans (specify source) | | |

**B. WAGES FROM OUTSIDE WORK** Larry Dart.

| | MONTH | YEAR TO DATE |
|---|---|---|
| Husband | 63.69 | 7-22 |
| Wife | 519.00 | 7-1 |
| | 1868.00 | 7-28 |

**C. OTHER RECEIPTS**

| | MONTH | YEAR TO DATE |
|---|---|---|
| Social Security | 971.00 | Larry 7-3 |
| Other: | 438.00 | Shirley 7-3 |
| Total Cash Receipts | 3884.07 | |

Income – 3884.07
Expenses – 2674.34
~~1637.23~~
1209.73

Unemployment is all messed up. The 1868.00 was for several weeks. Not really sure what we will get yet.

July 2021 Larry + Shirley Chavers (4)

4

3. FARM EXPENSES (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Pat Carey | 7-29 | 780.00 | Hay |
| Northwestern Bo | 7-25 | 250.00 | Elec 1/2 Bill |
| McDowell Equip | 7-28 | 50.00 | Parts |
| Byler | 7-14 | 13.66 | Parts |
| McDowell | 7-2 | 50.00 | Parts |
| Byler | 7-6 | 16.95 | Parts |
| Tractor Supply | 7.10 | 27.54 | Oil |
| 101 South | 7-11 | 25.00 | Diesel |
| " " | 7-20 | 25.01 | " |
| Byler | 7-20 | 5.57 | Part |
| | | 1243.96 | |
| Hadley Seed | 7-30 | 200.00 | Corn |
| | | 1443.96 | |

TOTAL ________

July 2021 [illegible]

II. EXPENSES PAID

A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| IRS | 7-3 | 38.00 | 2019 Taxes |
| Meadville Med | 7-1 | 69.73 | Co-Pay |
| Family Farm | 7-1 | 38.51 | [illegible] |
| AT&T | 7-2 | 87.18 | TV |
| Kay Smith | 7-6 | 12.00 | Hair Cut |
| Market Place | 7-6 | 85.60 | Chicken |
| Pharmacy | 7-7 | 9.00 | meds |
| Dale Rissen | 7-8 | 50.00 | food |
| Arby's | 7-10 | 30.29 | food |
| Cooperstown P.O. | 7-1 | 11.00 | Stamps |
| Windy Knoll | 7-15 | 45.42 | Groc. |
| Wal-mart | 7-18 | 105.10 | Groc. |
| Gardner Auto | 7-21 | 20.00 | Check Truck |
| Franklin Med | 7-27 | 30.00 | Co-Pay |
| IRS | 7-28 | 30.00 | 2020 Taxes |
| Windstream | 7-28 | 76.08 | Phone |
| Community | 7-29 | 51.95 | Clothing |
| Wall Mart | 7-25 | 38.01 | Food |
| " " | 7-3 | 152.82 | Groc. |
| " " | 7-16 | 95.74 | Groc. |

TOTAL

1064.78

Appendix B

| Dollar Store | 7-15 | 26.99 | Misc |
|---|---|---|---|
| " | 7-24 | 14.89 | " |
| Dicut | 7-25 | 18.77 | [illegible] |

Total 1130.11

Margin notes: 25.63; Tobacco [illegible]; 26.63 To [illegible]; 26.63; 26.63; 7-3- 7-11 7-31; Smokers Outlet