IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/13/21 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                : Case No.:   19-10095-TPA
                                      :
Larry E. Charles                      : Chapter:    12
Shirley M. Charles                    :
    *Debtor(s).*                        :
                                      : Date:       9/10/2021
                                      : Time:       11:30

### PROCEEDING MEMO

**MATTER**        #236 Cont. Status Conf. on Status Report

**APPEARANCES:**

    Debtor: Brent Lemon
    Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:      Balance on hand of $17,000+ and being disbursed.

Lemon:

**OUTCOME:**     Consent Order entered.

*/s/ signature*
jlm