Case 19-10095-TPA    Doc 247    Filed 09/15/21    Entered 09/16/21 00:29:32    Desc
Imaged Certificate of Notice    Page 1 of 5

FILED
9/13/21 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Larry E. Charles, and Shirley M. Charles, <br><br>Debtors. | Bankruptcy Case No.: 19-10095-TPA <br><br>Chapter 12 |
| Larry E Charles and, Shirley M. Charles, <br><br>Movants, <br><br>v. <br><br>Pennsylvania Department of Revenue, United States of America, Helmuth Farms, Venango County Tax Claim Bureau, IRS, CNH Industrial Capital America, LLC, Bank of America, N.A., John Deere Financial, Windstream, Quantum3 Group, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Fairport Asset Management II, LLC, <br><br>Ronda J. Winnecour, Ch 12. Trustee <br><br><br>Respondents. | Document No.: <br><br>Related to Document No.: 210, 233, 244 |

## **CONSENT ORDER**

AND NOW, this <u>10th</u> day of <u>September</u>, 2021, upon the Consent of the Parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The proceeds from the sale of the farm in the amount of $15,853.23 as well as the $1,150.00 in escrow currently held by the Chapter 12 Trustee, is to be distributed in accordance with the treatment in the confirmed Chapter 12 Plan dated September 12, 2019 as follows:

   a. $2,245.53 to satisfy the balance of the priority claim of Internal Revenue Service (Claim #5).

   b. $1,953.20 to satisfy the balance secured claim of CNH (Claim #6-2).

1

    c. $9,067.48 to Thompson Law Group, P.C. for payment on the outstanding balance of Attorney's Fees, with any remaining balance to survive the discharge of the bankruptcy.

    d. The Chapter 12 Trustee is authorized to take distribution of fees to date in the amount of $3,530.50, to be paid from funds in escrow having been withheld from past payments, and shall be paid 5% on all remaining distributions.

    e. $2,842.11 (representing a  to the general unsecured pool to be distributed as follows

       i. $424.62 to Bank of America (Claim #8)

      ii. $233.06 to Helmuth Farms (Claim #3)

      iii. $29.36 to Pennsylvania Department of Revenue (Claim #1)

      iv. $25.56 to Internal Revenue Service (Claim #5)

      v. $608.94 to CNH Industrial Capital America (Claim #7)

      vi. $365.40 to John Deere Financial (Claim #9)

      vii. $18.26 to Windstream Communications (Claim #10)

      viii. 26.40 to Quantum 3 Group (Claim #11)

      ix. $1,110.51 to CNH Industrial Capital America (Claim #6-2)

BY THE COURT:

_____
Thomas P. Agresti
United States Bankruptcy Court Judge

Consented to by:

/s/ Ronda J. Winnecour
Chapter 12 Trustee
600 Grant St. Suite 3250
Pittsburgh, PA 15219
412-471-5566
rwinnecour@chapter13trusteewdpa.com

/s/ Jill Locnikar
Assistant U.S. Attorney
Civil Division
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000

Pittsburgh, PA 15219
(412) 894-7429 (phone)
(412) 644-6995 (fax)
jill.locnikar@usdoj.gov
/s/ Brian C. Thompson
Counsel for Debtors
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
(724)799-8404 (phone)
(724)799-8409 (fax)
bthompson@thompsonattorney.com


/s/ Mark Kidd
Mark Kidd
CNH Industrial
835 Western Avenue
Pittsburgh, PA 15233
Office: 412-321-9303
Cell:  412-580-0819

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10095-TPA |
| Larry E. Charles | Chapter 12 |
| Shirley M. Charles | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 1 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 2 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Christopher P. Schueller
    on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller
    on behalf of Creditor Commercial Loan Investment VII  LLC christopher.schueller@bipc.com, donna.curcio@bipc.com

David A. Scott
    on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

Jill Locnikar
    on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Kelly M. Neal
    on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

Kelly M. Neal
    on behalf of Creditor Commercial Loan Investment VII  LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert S. Adams
    on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13