Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Larry E. Charles** | : | Case No. 19−10095−TPA |
| **Shirley M. Charles** | : | Chapter: 12 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 248 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 12/1/21 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

  *AND NOW,* this *The 22nd of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 248 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before November 8, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***December 1, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

  (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                           _____
                           Thomas P. Agresti, Judge
                           United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                         Case No. 19-10095-TPA
Larry E. Charles                                                                    Chapter 12
Shirley M. Charles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: agro                                Page 1 of 3
Date Rcvd: Sep 22, 2021                     Form ID: 300a                         Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |
| aty | + | Ronda J. Winnecour, Suite 3250, USX Tower., 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Commercial Loan Investment VII, LLC, ATTN: Christopher P. Schueller, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th Floor, 301 Grant Street Pittsburgh, PA 15219-1407 |
| cr | + | Fairport Asset Management II, LLC successor to Com, c/o Kelly M. Neal, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl, Pittsburgh, PA 15219-1400 |
| acc | + | Philip J. McHale, III, 600 Grant Street, Suite 3250, Pittsburgh, PA 15219-2719 |
| cr | + | United States of America acting through Farm Servi, United States Department of Agriculture, c/o Jill Locnikar, Asst. US Attorney, Joseph Weis, Jr. US Courthouse, 700 Grant Street, Suite 4000 Pittsburgh, PA 15219-1956 |
| 14989226 | + | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 15016687 | | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 14989227 | + | Bill Flockerzi, 1274 Creek Road, Cooperstown, PA 16317-2910 |
| 15158825 | + | CNH Industrial Capital America LLC, PO Box 71264, Philadelphia, PA 19176-6264 |
| 14989230 | + | CNH Industrial Capital America, LLC, P.O. Box 292, Racine, WI 53401-0292 |
| 14989229 | + | Cargill Animal Nutrition, PO Box 9300, Minneapolis, MN 55440-9300 |
| 14989232 | + | Commercial Loan Investment VII, LLC, 3144 S. Winton Road, Rochester, NY 14623-2981 |
| 14989233 | + | Crossroads Bank, 1205 N. Cass Street, P.O. Box 259, Wabash, IN 46992-0259 |
| 14989234 | + | David Charles, 1407 Deckards Run, Cochranton, PA 16314-9343 |
| 14989235 | + | Debra A. Deeter, Tax Collector, 429 Deckards Run Road, Utica, PA 16362-2907 |
| 14989236 | + | Ervin Martin, 20608 Kightlinger Road, Venango, PA 16440-1530 |
| 15075901 | + | Fairport Asset Management II, LLC, c/o Kelly M. Neal, Esquire, Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl, Pittsburgh, PA 15219-1400 |
| 14989237 | + | Farm Service Agency, 14699 North Main Street EXT, Meadville, PA 16335-9441 |
| 14989238 | + | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 14989239 | #+ | Great Lakes, P.O. Box 70, Boyne City, MI 49712-0070 |
| 14989240 | | Hartman & Yannetti, 126 Baltimore Street, Marion, PA 17235 |
| 14989241 | + | Health America, PO Box 67103, Harrisburg, PA 17106-7103 |
| 14989242 | + | Healthassurance PA, Inc., PO Box 6506, Carol Stream, IL 60197-6506 |
| 14989243 | + | Helmuth Farms, 1677 Georgetown Road, Sandy Lake, PA 16145-4621 |
| 14989244 | + | Hill's Supply, Inc., 2366 Locust Street, Canal Fulton, OH 44614-9100 |
| 14989246 | + | John Schmidt, 25938 Eureka Road, Edinboro, PA 16412-4502 |
| 14989247 | + | LandPro Equipment, 13521 Cambridge Springs Rd, Edinboro, PA 16412-2841 |
| 14989248 | | Leaf, P.O. Box 953587, Saint Louis, MO 63195-3587 |
| 14989249 | | Leaf Funding, Inc., P.O. Box 953587, 2005 Market Street, Saint Louis, MO 63195-3587 |
| 14989250 | | Lynwood Charles Heagy, 1490 State Highway 89, Titusville, PA 16354 |
| 14989251 | + | McCartney's Feed and Hardware, 1683 Airport Road, Fredonia, PA 16124-2599 |
| 15233005 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14989253 | + | Shearer Family Farms, 26084 Lippert Road, Cochranton, PA 16314-7450 |
| 14989254 | + | Steven H. Downs, Esquire, 99 West Canal Street, Wabash, IN 46992-3109 |
| 15031680 | | U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14996402 | + | United States of America, U.S. Department of Agriculture, Farm Service Agency, 14699 N. Main St. Ext., Meadville, PA 16335-9441 |
| 14989256 | | Venango County Tax Claim Bureau, 1174 Elk Street, P.O. Box 831, Franklin, PA 16323-0831 |

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: 300a | Total Noticed: 48 |

| | | |
|---|---|---|
| 14989257 | | Wells Fargo Financial Leasing, P.O. Box 6434, Carol Stream, IL 60197-6434 |
| 15029857 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14989258 | + | Z&M AG and TURF, 13521 Cambridge Springs Road, Edinboro, PA 16412-2841 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14989225 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 22 2021 23:00:00 | Allianceone Receivables, PO Box 3111, Southeastern, PA 19398-3111 |
| 14989228 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 22 2021 23:09:45 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14989245 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2021 23:00:00 | IRS, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15027181 | + | Email/Text: BKRMailOps@weltman.com | Sep 22 2021 23:00:00 | John Deere Financial, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave. Ste. 200, Cleveland, OH 44113-1009 |
| 14989252 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2021 23:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031566 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2021 23:00:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14989255 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 22 2021 23:00:00 | Transworld Systems, Inc., PO Box 17201, Wilmington, DE 19850-7201 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | U.S. Bank National Association, as Trustee, for Ma |
| 14989231 | *+ | CNH Industrial Capital America, LLC, PO Box 292, Racine, WI 53401-0292 |
| 14992056 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15008545 | ##+ | CNH Industrial Capital America LLC, P.O. Box 3600, Lancaster, PA 17604-3600 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Christopher P. Schueller | on behalf of Creditor Fairport Asset Management II LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| Christopher P. Schueller | on behalf of Creditor Commercial Loan Investment VII LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| David A. Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| Jill Locnikar | on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Kelly M. Neal | on behalf of Creditor Fairport Asset Management II LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Kelly M. Neal | on behalf of Creditor Commercial Loan Investment VII LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert S. Adams | on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13