**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LARRY E. CHARLES<br>SHIRLEY M. CHARLES<br>     Debtor(s)<br><br>Ronda Winnecour<br>  Chapter 12 Trustee,<br>          Movant<br>         vs.<br>No Repondents. | Case No.:19-10095<br><br>Chapter 12<br><br>Document No.: |

**CHAPTER 12 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 12 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 12 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 12 plan, the history of payments to creditors and the claims filed in this Chapter 12 case. The Trustee now recommends that the Court treat this Chapter 12 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 12 Trustee's Final Report and Account** (the "final report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

September 21, 2021

/s/   Ronda Winnecour
RONDA J WINNECOUR PA ID #30399
OFFICE OF THE CHAPTER 12 TRUSTEE
WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA  15219
(412) 471-5566

## TRUSTEE'S REPORT OF RECEIPTS AND FINAL DISBURSEMENTS

Ronda Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/04/2019 and confirmed on 9/13/19. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,503.95 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,503.95 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 22,528.81 | |
|   Trustee Fee | 850.17 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 23,378.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FAIRPORT ASSET MANAGEMENT II LLC<br>    Acct: 50 | 8,498.30 | 8,498.30 | 0.00 | 8,498.30 |
|   USDA/FARM SERVICE AGENCY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG<br>    Acct: 8525 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG<br>    Acct: 8525 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CNH INDUSTRIAL CAPITAL AMERICA LLC<br>    Acct: 9001 | 1,342.05 | 1,342.05 | 0.00 | 1,342.05 |
|   CNH INDUSTRIAL CAPITAL AMERICA LLC<br>    Acct: 7001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNKNOWN CREDITOR PLACE HOLD<br>    Acct: 2000 | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNKNOWN CREDITOR PLACE HOLD<br>    Acct: 5000 | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNKNOWN CREDITOR PLACE HOLD<br>    Acct: 5000 | 0.00 | 0.00 | 0.00 | 0.00 |
|   USDA/FARM SERVICE AGENCY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   USDA/FARM SERVICE AGENCY<br>    Acct: XXXXXXX095) | 13,600.00 | 13,600.00 | 0.00 | 13,600.00 |
|   LEAF<br>    Acct: 5001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LEAF<br>    Acct: 5002 | 0.00 | 0.00 | 0.00 | 0.00 |
|   VENANGO COUNTY TAX CLAIM BUREAU<br>    Acct: 9000 | 111,081.79 | 11,081.79 | 0.00 | 11,081.79 |
|   VENANGO COUNTY TAX CLAIM BUREAU<br>    Acct: 2000 | 314.67 | 314.67 | 0.00 | 314.67 |
|   VENANGO COUNTY TAX CLAIM BUREAU<br>    Acct: 5000 | 770.95 | 770.95 | 0.00 | 770.95 |
|   WELLS FARGO FINANCIAL LEASING<br>    Acct: 2265 | 0.00 | 0.00 | 0.00 | 0.00 |
|   USDA/FARM SERVICE AGENCY | 2,550.00 | 2,550.00 | 0.00 | 2,550.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|     Acct: X4-07 | | | | |
| | | | | 38,157.76 |
| **Priority** | | | | |
|     BRIAN C. THOMPSON ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     LARRY E. CHARLES | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     BRIAN C. THOMPSON ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     THOMPSON LAW GROUP | 13,416.59 | 13,416.59 | 0.00 | 0.00 |
|       Acct: | | | | |
|     THOMPSON LAW GROUP | 16,601.56 | 9,112.22 | 0.00 | 0.00 |
|       Acct: | | | | |
|     BRIAN C. THOMPSON ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXXXXXXXXX7/19 | | | | |
|     BRIAN C. THOMPSON ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXXXXXXXXX6/21 | | | | |
|     INTERNAL REVENUE SERVICE** | 1,395.87 | 1,395.87 | 0.00 | 1,395.87 |
|       Acct: 5095 | | | | |
|     PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5095 | | | | |
|     PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     RONDA J WINNECOUR PA ID #30399 | 3,530.50 | 3,530.50 | 0.00 | 3,530.50 |
|       Acct: | | | | |
|     RONDA J. WINNECOUR | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     INTERNAL REVENUE SERVICE** | 2,245.53 | 2,245.53 | 0.00 | 2,245.53 |
|       Acct: 5095 | | | | |
|     CNH INDUSTRIAL CAPITAL AMERICA LLC | 1,953.20 | 1,953.20 | 0.00 | 1,953.20 |
|       Acct: 9001 | | | | |
| | | | | 9,125.10 |
| **Unsecured** | | | | |
|     BANK OF AMERICA NA | 7,515.52 | 424.62 | 0.00 | 424.62 |
|       Acct: 3338 | | | | |
|     BILL FLOCKERZI | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3141 | | | | |
|     CARGILL ANIMAL NUTRITION | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     CROSSROADS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     ERVIN MARTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5315 | | | | |
|     FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6647 | | | | |
|     HEALTHASSURANCE PA, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     HELMUTH FARMS | 4,125.00 | 233.06 | 0.00 | 233.06 |
|       Acct: | | | | |
|     HILL'S SUPPLY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     JOHN SCHMIDT | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     LANDPRO EQUIPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     LYNWOOD CHARLES HEAGY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5095 | | | | |
|   MCCARTNEY'S FEED AND HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SHEARER FAMILY FARMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1087 | | | | |
|   Z&M AG AND TURF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5038 | | | | |
|   PA DEPARTMENT OF REVENUE* | 519.59 | 29.36 | 0.00 | 29.36 |
| Acct: 5095 | | | | |
|   INTERNAL REVENUE SERVICE** | 452.44 | 25.56 | 0.00 | 25.56 |
| Acct: 5095 | | | | |
|   CNH INDUSTRIAL CAPITAL AMERICA LLC | 10,777.91 | 608.94 | 0.00 | 608.94 |
| Acct: 9001 | | | | |
|   JOHN DEERE FINANCIAL | 6,467.48 | 365.40 | 0.00 | 365.40 |
| Acct: 3559 | | | | |
|   WINDSTREAM COMMUNICATIONS | 323.17 | 18.26 | 0.00 | 18.26 |
| Acct: 5095 | | | | |
|   QUANTUM3 GROUP AGENT FOR BLUEST | 467.33 | 26.40 | 0.00 | 26.40 |
| Acct: 9808 | | | | |
|   CNH INDUSTRIAL CAPITAL AMERICA LLC | 19,655.32 | 1,110.51 | 0.00 | 1,110.51 |
| Acct: 7001 | | | | |
|   ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HARTMAN & YANNETTI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HEALTH AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GREAT LAKES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DAVID CHARLES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DAVID A SCOTT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CHRISTOPHER P SCHUELLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KELLY M NEAL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KELLY M NEAL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CHRISTOPHER P SCHUELLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ROBERT S ADAMS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ROBERTSON ANSCHUTZ SCHNEID & CR/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,842.11 |

TOTAL PAID TO CREDITORS                                                                                       50,124.97

```
TOTAL
  CLAIMED            9,125.10
  PRIORITY         138,157.76
  SECURED           50,303.76
```

Date: 09/21/2021

/s/ Ronda Winnecour

RONDA J WINNECOUR PA ID #30399
OFFICE OF THE CHAPTER 12 TRUSTEE WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA  15219
(412) 471-5566

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LARRY E. CHARLES
    SHIRLEY M. CHARLES
        Debtor(s)

    Ronda Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-10095

Chapter 12

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 12 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 12 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 12 Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10095-TPA |
| Larry E. Charles | Chapter 12 |
| Shirley M. Charles | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 3 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |
| aty | + | Ronda J. Winnecour, Suite 3250, USX Tower., 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Commercial Loan Investment VII, LLC, ATTN: Christopher P. Schueller, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th Floor, 301 Grant Street Pittsburgh, PA 15219-1407 |
| cr | + | Fairport Asset Management II, LLC successor to Com, c/o Kelly M. Neal, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl, Pittsburgh, PA 15219-1400 |
| acc | + | Philip J. McHale, III, 600 Grant Street, Suite 3250, Pittsburgh, PA 15219-2719 |
| cr | + | United States of America acting through Farm Servi, United States Department of Agriculture, c/o Jill Locnikar, Asst. US Attorney, Joseph Weis, Jr. US Courthouse, 700 Grant Street, Suite 4000 Pittsburgh, PA 15219-1956 |
| 14989226 | + | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 15016687 | | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 14989227 | + | Bill Flockerzi, 1274 Creek Road, Cooperstown, PA 16317-2910 |
| 15158825 | + | CNH Industrial Capital America LLC, PO Box 71264, Philadelphia, PA 19176-6264 |
| 14989230 | + | CNH Industrial Capital America, LLC, P.O. Box 292, Racine, WI 53401-0292 |
| 14989229 | + | Cargill Animal Nutrition, PO Box 9300, Minneapolis, MN 55440-9300 |
| 14989232 | + | Commercial Loan Investment VII, LLC, 3144 S. Winton Road, Rochester, NY 14623-2981 |
| 14989233 | + | Crossroads Bank, 1205 N. Cass Street, P.O. Box 259, Wabash, IN 46992-0259 |
| 14989234 | + | David Charles, 1407 Deckards Run, Cochranton, PA 16314-9343 |
| 14989235 | + | Debra A. Deeter, Tax Collector, 429 Deckards Run Road, Utica, PA 16362-2907 |
| 14989236 | + | Ervin Martin, 20608 Kightlinger Road, Venango, PA 16440-1530 |
| 15075901 | + | Fairport Asset Management II, LLC, c/o Kelly M. Neal, Esquire, Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl, Pittsburgh, PA 15219-1400 |
| 14989237 | + | Farm Service Agency, 14699 North Main Street EXT, Meadville, PA 16335-9441 |
| 14989238 | + | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 14989239 | #+ | Great Lakes, P.O. Box 70, Boyne City, MI 49712-0070 |
| 14989240 | | Hartman & Yannetti, 126 Baltimore Street, Marion, PA 17235 |
| 14989241 | + | Health America, PO Box 67103, Harrisburg, PA 17106-7103 |
| 14989242 | + | Healthassurance PA, Inc., PO Box 6506, Carol Stream, IL 60197-6506 |
| 14989243 | + | Helmuth Farms, 1677 Georgetown Road, Sandy Lake, PA 16145-4621 |
| 14989244 | + | Hill's Supply, Inc., 2366 Locust Street, Canal Fulton, OH 44614-9100 |
| 14989246 | + | John Schmidt, 25938 Eureka Road, Edinboro, PA 16412-4502 |
| 14989247 | + | LandPro Equipment, 13521 Cambridge Springs Rd, Edinboro, PA 16412-2841 |
| 14989248 | | Leaf, P.O. Box 953587, Saint Louis, MO 63195-3587 |
| 14989249 | | Leaf Funding, Inc., P.O. Box 953587, 2005 Market Street, Saint Louis, MO 63195-3587 |
| 14989250 | | Lynwood Charles Heagy, 1490 State Highway 89, Titusville, PA 16354 |
| 14989251 | + | McCartney's Feed and Hardware, 1683 Airport Road, Fredonia, PA 16124-2599 |
| 15233005 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14989253 | + | Shearer Family Farms, 26084 Lippert Road, Cochranton, PA 16314-7450 |
| 14989254 | + | Steven H. Downs, Esquire, 99 West Canal Street, Wabash, IN 46992-3109 |
| 15031680 | | U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14996402 | + | United States of America, U.S. Department of Agriculture, Farm Service Agency, 14699 N. Main St. Ext., Meadville, PA 16335-9441 |
| 14989256 | | Venango County Tax Claim Bureau, 1174 Elk Street, P.O. Box 831, Franklin, PA 16323-0831 |

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 48 |

| | | |
|---|---|---|
| 14989257 | | Wells Fargo Financial Leasing, P.O. Box 6434, Carol Stream, IL 60197-6434 |
| 15029857 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14989258 | + | Z&M AG and TURF, 13521 Cambridge Springs Road, Edinboro, PA 16412-2841 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14989225 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 22 2021 23:00:00 | Allianceone Receivables, PO Box 3111, Southeastern, PA 19398-3111 |
| 14989228 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 22 2021 23:09:45 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14989245 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2021 23:00:00 | IRS, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15027181 | + | Email/Text: BKRMailOps@weltman.com | Sep 22 2021 23:00:00 | John Deere Financial, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave. Ste. 200, Cleveland, OH 44113-1009 |
| 14989252 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2021 23:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031566 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2021 23:00:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14989255 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 22 2021 23:00:00 | Transworld Systems, Inc., PO Box 17201, Wilmington, DE 19850-7201 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | U.S. Bank National Association, as Trustee, for Ma |
| 14989231 | *+ | CNH Industrial Capital America, LLC, PO Box 292, Racine, WI 53401-0292 |
| 14992056 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15008545 | ##+ | CNH Industrial Capital America LLC, P.O. Box 3600, Lancaster, PA 17604-3600 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021              Signature:    /s/Joseph Speetjens

District/off: 0315-1 | User: agro | Page 3 of 3
Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 48

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Christopher P. Schueller | on behalf of Creditor Fairport Asset Management II LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| Christopher P. Schueller | on behalf of Creditor Commercial Loan Investment VII LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| David A. Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| Jill Locnikar | on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Kelly M. Neal | on behalf of Creditor Fairport Asset Management II LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Kelly M. Neal | on behalf of Creditor Commercial Loan Investment VII LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert S. Adams | on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13