**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-10095-TPA |
| | ) | |
| Larry E. Charles, | ) | Chapter 12 |
| Shirley M. Charles, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ----------------------------------------- | ) | Related to Document No. 204 |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| v. | ) | December 1, 2021, at 11:30 a.m. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES**
**IN CHAPTER 12 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Larry E. Charles and Shirley M. Charles.

2. This is a second application for the period January 27, 2021 through October 12, 2021.

3. Previous retainer paid to Applicant: $3,000.00

4. Previous interim compensation allowed to Applicant: $22,267.46

5. Applicant requests additional:
   Compensation of $4,975.00
   Reimbursement of Expenses of $12.25

6. A Zoom Video Conference Hearing will be held on <u>December 1, 2021</u>, at <u>11:30 a.m.</u> before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following Meeting ID: 160 2130 3488 For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

7. Any written objections must be filed with the court and served on Applicant on or before

October 29, 2021, [seventeen (17) days after the date of service below]. Copies of the application are available from the applicant.

Dated: October 12, 2021  /s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID 91197
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404
bthompson@thompsonattorney.com