## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Larry E. Charles, and Shirley M. Charles, | : | Bankruptcy Case No.: 19-10095-TPA |
| | : | |
| | : | Chapter 12 |
| Debtors. | : | |
| | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: |
| Applicant, | : | |
| | : | Related to Document No.: 252, 253, 255 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | December 1, 2021, at 11:30 a.m. |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR COMPENSATION AND REIMBURSMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on October 12, 2021, at Document No. 252 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 253, Objections were to be filed and served no later than October 29, 2021.

It is hereby respectfully requested that the Amended Proposed Order filed at Document No. 255 be entered by the Court.

Date: <u>November 1, 2021</u>                           /s/ Brian C. Thompson
                                                        Brian C. Thompson, Esquire
                                                        Attorney for Debtors
                                                        PA ID No. 91197
                                                        THOMPSON LAW GROUP, P.C.
                                                        125 Warrendale Bayne Road, Suite 200
                                                        Warrendale, PA 15086
                                                        (724) 799-8404 Telephone
                                                        (724) 799-8409 Facsimile
                                                        bthompson@thompsonattorney.com