IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Larry E. Charles and, | ) | Bankruptcy No. 19-10095-TPA |
| Shirley M. Charles, | ) | |
| | ) | Chapter 12 |
| | ) | |
| Debtors. | ) | Document No. 261 |
| | ) | |
| Larry E. Charles and, | ) | Related to Document No. 259, 260 |
| Shirley M. Charles, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents. | ) | |
| | ) | |
| Respondents. | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors has made all payments required by the Chapter 12 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On___November 5, 2021__, at docket number __259__ and __260__ Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.


Dated: November 5, 2021            /s/ Larry E. Charles_____
                                   Larry E. Charles, Debtor


Dated: November 5, 2021            /s/ Shirley M. Charles_____
                                   Shirley M. Charles, Debtor


                                   Respectfully submitted,

Dated: November 5, 2021  /s/Brian C. Thompson, Esquire
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
bthompson@thompsonattorney.com