**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/1/21 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/1/2021 |
| | : | Time: | 11:30 |

### PROCEEDING MEMO

**MATTER**   #252 Third Application for Compensation for Brian C. Thompson, Debtor's Attorney
      #256 CNO filed

**APPEARANCES:**
   Debtor: Brent Lemon
   Trustee: Ronda J. Winnecour

**NOTES:**

**OUTCOME:**   GRANTED / Counsel to submit a proposed Order

jlm