**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/1/21 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10095-TPA |
| | : | | |
| Larry E. Charles | : | Chapter: | 12 |
| Shirley M. Charles | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/1/2021 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**  #257 Status Conf. on Status Report of Plan Payments and Distributions

#248 Chapter 12 Trustees Motion for Approval of Report of Receipts and Disbursements - Plan Completed

**APPEARANCES:**

Debtor: Brent Lemon
Trustee: Owen Katz

**NOTES:**

Katz: Case is completed, all funds have been disbursed in September. Balance of fees will be paid post-discharge. We did submit a Final Report.

Lemon: We have been paid the majority of our fees. New proposed Order was filed at Doc. 255. $1700 is still owed.

**OUTCOME:** GRANTED / Counsel to submit a proposed Order
#248: Approved. Order to be entered.

jlm