**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-10095-TPA |
| | ) | |
| Larry E. Charles, | ) | Chapter 12 |
| Shirley M. Charles, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ----------------------------------------- | ) | Related to Document No. 252 |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| v. | ) | December 1, 2021 at 11:30 a.m. |
| | ) | |
| No Respondent. | ) | |

**ORDER OF COURT**

**AND NOW,** to-wit, this_____ day of _____ 20____, upon consideration of the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS:**

1. The total amount of **$4,987.25** for services rendered on behalf of the Debtors for the period between January 27, 2021 through October 12, 2021, which represents $4,975.00 in attorney fees and $12.25 in costs is APPROVED.

2. A total of $27,254.15 in fees have been approved by this Court and Debtors' counsel acknowledges that he has been paid $3,000.00 in a retainer, a total of $13,416.59 in regular monthly payments by the Chapter 12 Trustee through the confirmed plan, and received $9,112.22 from pursuant to the consent distribution order dated September 13, 2021 at docket number 246.  The result being a total of $25,528.81 received.

3. The unpaid balance of $1,725.34 of fees approved herein that are in excess of those already paid to counsel by the Chapter 12 Trustee are not to be paid through the Chapter 12 Plan or by the Chapter 12 Trustee, but shall survive discharge and will be resolved between Counsel and the Debtors.

_____
U.S. Bankruptcy Court Judge