| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Larry E. Charles** | Social Security number or ITIN  **xxx–xx–5095** |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shirley M. Charles** | Social Security number or ITIN  **xxx–xx–1785** |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **19–10095–TPA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

Larry E. Charles                                Shirley M. Charles

<u>12/1/21</u>                                **By the court:** <u>Thomas P. Agresti</u>
                                           United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 12 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for most taxes;

- ◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

Form 3180F                         **Chapter 12 Discharge**                         page 1

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

♦ debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-10095-TPA

Larry E. Charles                                                                       Chapter 12

Shirley M. Charles

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: lfin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: 3180F | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |
| aty | + | Ronda J. Winnecour, Suite 3250, USX Tower., 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Commercial Loan Investment VII, LLC, ATTN: Christopher P. Schueller, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th Floor, 301 Grant Street Pittsburgh, PA 15219-1407 |
| cr | + | Fairport Asset Management II, LLC successor to Com, c/o Kelly M. Neal, Esq., Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl, Pittsburgh, PA 15219-1400 |
| acc | + | Philip J. McHale, III, 600 Grant Street, Suite 3250, Pittsburgh, PA 15219-2719 |
| cr | + | United States of America acting through Farm Servi, United States Department of Agriculture, c/o Jill Locnikar, Asst. US Attorney, Joseph Weis, Jr. US Courthouse, 700 Grant Street, Suite 4000 Pittsburgh, PA 15219-1956 |
| 14989226 | + | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 14989227 | + | Bill Flockerzi, 1274 Creek Road, Cooperstown, PA 16317-2910 |
| 15158825 | + | CNH Industrial Capital America LLC, PO Box 71264, Philadelphia, PA 19176-6264 |
| 14989230 | + | CNH Industrial Capital America, LLC, P.O. Box 292, Racine, WI 53401-0292 |
| 14989229 | + | Cargill Animal Nutrition, PO Box 9300, Minneapolis, MN 55440-9300 |
| 14989232 | + | Commercial Loan Investment VII, LLC, 3144 S. Winton Road, Rochester, NY 14623-2981 |
| 14989233 | + | Crossroads Bank, 1205 N. Cass Street, P.O. Box 259, Wabash, IN 46992-0259 |
| 14989234 | + | David Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |
| 14989235 | + | Debra A. Deeter, Tax Collector, 429 Deckards Run Road, Utica, PA 16362-2907 |
| 14989236 | + | Ervin Martin, 20608 Kightlinger Road, Venango, PA 16440-1530 |
| 15075901 | + | Fairport Asset Management II, LLC, c/o Kelly M. Neal, Esquire, Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl, Pittsburgh, PA 15219-1400 |
| 14989237 | + | Farm Service Agency, 14699 North Main Street EXT, Meadville, PA 16335-9441 |
| 14989238 | + | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 14989239 | #+ | Great Lakes, P.O. Box 70, Boyne City, MI 49712-0070 |
| 14989240 | | Hartman & Yannetti, 126 Baltimore Street, Marion, PA 17235 |
| 14989241 | + | Health America, PO Box 67103, Harrisburg, PA 17106-7103 |
| 14989242 | + | Healthassurance PA, Inc., PO Box 6506, Carol Stream, IL 60197-6506 |
| 14989243 | + | Helmuth Farms, 1677 Georgetown Road, Sandy Lake, PA 16145-4621 |
| 14989244 | + | Hill's Supply, Inc., 2366 Locust Street, Canal Fulton, OH 44614-9100 |
| 14989246 | + | John Schmidt, 25938 Eureka Road, Edinboro, PA 16412-4502 |
| 14989247 | + | LandPro Equipment, 13521 Cambridge Springs Rd, Edinboro, PA 16412-2841 |
| 14989248 | | Leaf, P.O. Box 953587, Saint Louis, MO 63195-3587 |
| 14989249 | | Leaf Funding, Inc., P.O. Box 953587, 2005 Market Street, Saint Louis, MO 63195-3587 |
| 14989250 | | Lynwood Charles Heagy, 1490 State Highway 89, Titusville, PA 16354 |
| 14989251 | + | McCartney's Feed and Hardware, 1683 Airport Road, Fredonia, PA 16124-2599 |
| 15233005 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14989253 | + | Shearer Family Farms, 26084 Lippert Road, Cochranton, PA 16314-7450 |
| 14989254 | + | Steven H. Downs, Esquire, 99 West Canal Street, Wabash, IN 46992-3109 |
| 15031680 | | U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14996402 | + | United States of America, U.S. Department of Agriculture, Farm Service Agency, 14699 N. Main St. Ext., Meadville, PA 16335-9441 |
| 14989256 | | Venango County Tax Claim Bureau, 1174 Elk Street, P.O. Box 831, Franklin, PA 16323-0831 |
| 14989257 | | Wells Fargo Financial Leasing, P.O. Box 6434, Carol Stream, IL 60197-6434 |

District/off: 0315-1                                    User: lfin                                    Page 2 of 3

Date Rcvd: Dec 01, 2021                         Form ID: 3180F                         Total Noticed: 49

| | | | |
|---|---|---|---|
| 15029857 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 | |
| 14989258 | + | Z&M AG and TURF, 13521 Cambridge Springs Road, Edinboro, PA 16412-2841 | |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 02 2021 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2021 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14989225 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Dec 01 2021 23:42:00 | Allianceone Receivables, PO Box 3111, Southeastern, PA 19398-3111 |
| 15016687 | | EDI: BANKAMER.COM | Dec 02 2021 04:48:00 | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 14989228 | | EDI: CAPITALONE.COM | Dec 02 2021 04:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14989245 | | EDI: IRS.COM | Dec 02 2021 04:48:00 | IRS, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15027181 | + | Email/Text: BKRMailOps@weltman.com | Dec 01 2021 23:42:00 | John Deere Financial, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave. Ste. 200, Cleveland, OH 44113-1009 |
| 14989252 | + | EDI: PENNDEPTREV | Dec 02 2021 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14989252 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2021 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15031566 | | EDI: Q3G.COM | Dec 02 2021 04:43:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14989255 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 01 2021 23:42:00 | Transworld Systems, Inc., PO Box 17201, Wilmington, DE 19850-7201 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | U.S. Bank National Association, as Trustee, for Ma |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14989231 | *+ | CNH Industrial Capital America, LLC, PO Box 292, Racine, WI 53401-0292 |
| 14992056 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15008545 | ##+ | CNH Industrial Capital America LLC, P.O. Box 3600, Lancaster, PA 17604-3600 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Christopher P. Schueller | on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| Christopher P. Schueller | on behalf of Creditor Commercial Loan Investment VII  LLC christopher.schueller@bipc.com, donna.curcio@bipc.com |
| David A. Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| Jill Locnikar | on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Kelly M. Neal | on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Kelly M. Neal | on behalf of Creditor Commercial Loan Investment VII  LLC kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert S. Adams | on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13