FILED
12/2/21 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 19-10095-TPA |
| Larry E. Charles, | Chapter 12 |
| Shirley M. Charles, | |
| Debtors. | Document No. |
| ----------------------------------------- | Related to Document No. 252 |
| Thompson Law Group, P.C., | |
| Applicant, | **Hearing date and time:** |
| v. | December 1, 2021 at 11:30 a.m. |
| No Respondent. | |

## ORDER OF COURT

    **AND NOW,** to-wit, this _____2nd_____ day of ___December_____ 20_21___, upon consideration of the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS:**

1. The total amount of **$4,987.25** for services rendered on behalf of the Debtors for the period between January 27, 2021 through October 12, 2021, which represents $4,975.00 in attorney fees and $12.25 in costs is APPROVED.

2. A total of $27,254.15 in fees have been approved by this Court and Debtors' counsel acknowledges that he has been paid $3,000.00 in a retainer, a total of $13,416.59 in regular monthly payments by the Chapter 12 Trustee through the confirmed plan, and received $9,112.22 from pursuant to the consent distribution order dated September 13, 2021 at docket number 246.  The result being a total of $25,528.81 received.

3. The unpaid balance of $1,725.34 of fees approved herein that are in excess of those already paid to counsel by the Chapter 12 Trustee are not to be paid through the Chapter 12 Plan or by the Chapter 12 Trustee, but shall survive discharge and will be resolved between Counsel and the Debtors.

_____
U.S. Bankruptcy Court Judge    **jlm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 19-10095-TPA

Larry E. Charles                                                           Chapter 12

Shirley M. Charles

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Larry E. Charles, Shirley M. Charles, 1407 Deckards Run Road, Cochranton, PA 16314-9343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 2002-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Larry E. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Joint Debtor Shirley M. Charles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |

Christopher P. Schueller

on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC
christopher.schueller@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller

on behalf of Creditor Commercial Loan Investment VII  LLC christopher.schueller@bipc.com, donna.curcio@bipc.com

David A. Scott

on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

Jill Locnikar

on behalf of Creditor United States of America acting through Farm Service Agency jill.locnikar@usdoj.gov
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Kelly M. Neal

on behalf of Creditor Fairport Asset Management II  LLC successor to Commerical Loan Investment VII, LLC
kelly.neal@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com

Kelly M. Neal

on behalf of Creditor Commercial Loan Investment VII  LLC kelly.neal@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert S. Adams

on behalf of Creditor CNH Industrial Capital America LLC radams@pollockbegg.com
legaldudersa@msn.com;legaldudersa@hotmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 13