**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>LARRY E. CHARLES<br>SHIRLEY M. CHARLES<br>Debtor(s) | Case No. 19-10095A |

**CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda Winnecour, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 02/04/2019.

2) The plan was confirmed on 09/13/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/21/2021.

6) Number of months from filing or conversion to last payment: 29.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $54,730.19.

10) Amount of unsecured claims discharged without full payment: $283,773.65.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-12-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $73,503.95 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $73,503.95

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $22,528.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $850.17 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $23,378.98

Attorney fees paid and disclosed by debtor: $3,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | Unsecured | 6,000.00 | 7,515.52 | 7,515.52 | 424.62 | 0.00 |
| BILL FLOCKERZI | Unsecured | 16,668.65 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 4,936.37 | NA | NA | 0.00 | 0.00 |
| CARGILL ANIMAL NUTRITION | Unsecured | 15,275.00 | NA | NA | 0.00 | 0.00 |
| CNH INDUSTRIAL CAPITAL AMERICA | Priority | NA | NA | 1,953.20 | 1,953.20 | 0.00 |
| CNH INDUSTRIAL CAPITAL AMERICA | Secured | 13,276.28 | 10,461.00 | 1,342.05 | 1,342.05 | 0.00 |
| CNH INDUSTRIAL CAPITAL AMERICA | Secured | 83,519.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| CNH INDUSTRIAL CAPITAL AMERICA | Unsecured | NA | 3,316.91 | 10,777.91 | 608.94 | 0.00 |
| CNH INDUSTRIAL CAPITAL AMERICA | Unsecured | 0.00 | 19,655.32 | 19,655.32 | 1,110.51 | 0.00 |
| CROSSROADS BANK | Unsecured | 73,938.77 | NA | NA | 0.00 | 0.00 |
| ERVIN MARTIN | Unsecured | 7,182.00 | NA | NA | 0.00 | 0.00 |
| FAIRPORT ASSET MANAGEMENT II L | Secured | 65,198.14 | 50,864.31 | 8,498.30 | 8,498.30 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HEALTHASSURANCE PA, INC. | Unsecured | 357.30 | NA | NA | 0.00 | 0.00 |
| HELMUTH FARMS | Unsecured | 4,100.00 | 4,125.00 | 4,125.00 | 233.06 | 0.00 |
| HILL'S SUPPLY INC | Unsecured | 939.54 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE** | Priority | 3,075.32 | 3,641.30 | 1,395.87 | 1,395.87 | 0.00 |
| INTERNAL REVENUE SERVICE** | Priority | NA | NA | 2,245.53 | 2,245.53 | 0.00 |
| INTERNAL REVENUE SERVICE** | Unsecured | 0.00 | 452.44 | 452.44 | 25.56 | 0.00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | 6,467.48 | 6,467.48 | 365.40 | 0.00 |
| JOHN SCHMIDT | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| LANDPRO EQUIPMENT | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| LEAF | Secured | 110,000.00 | NA | NA | 0.00 | 0.00 |
| LEAF | Secured | 14,853.58 | NA | NA | 0.00 | 0.00 |
| LYNWOOD CHARLES HEAGY | Unsecured | 6,048.00 | NA | NA | 0.00 | 0.00 |
| MCCARTNEY'S FEED AND HARDWAR | Unsecured | 27,260.59 | NA | NA | 0.00 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT MC | Secured | NA | 96,646.22 | 0.00 | 0.00 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT MC | Secured | NA | 36,595.26 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 421.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | NA | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 519.59 | 519.59 | 29.36 | 0.00 |

**UST Form 101-12-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP AGENT FOR BLU | Unsecured | NA | 467.33 | 467.33 | 26.40 | 0.00 |
| RONDA J WINNECOUR PA ID #30399 | Priority | NA | NA | 3,530.50 | 3,530.50 | 0.00 |
| RONDA J. WINNECOUR | Priority | NA | NA | NA | 0.00 | 0.00 |
| SHEARER FAMILY FARMS | Unsecured | 78,686.90 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS, INC. | Unsecured | 1,071.90 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR PLACE HOLD | Secured | 233.81 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR PLACE HOLD | Secured | 516.19 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR PLACE HOLD | Secured | 8,121.21 | NA | NA | 0.00 | 0.00 |
| USDA/FARM SERVICE AGENCY | Secured | 92,505.16 | NA | NA | 0.00 | 0.00 |
| USDA/FARM SERVICE AGENCY | Secured | 92,505.16 | 117,153.14 | 13,600.00 | 13,600.00 | 0.00 |
| USDA/FARM SERVICE AGENCY | Secured | 92,505.16 | NA | NA | 0.00 | 0.00 |
| USDA/FARM SERVICE AGENCY | Secured | NA | NA | 2,550.00 | 2,550.00 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUR | Secured | 11,940.32 | 51,459.78 | 111,081.79 | 11,081.79 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUR | Secured | 0.00 | 1,461.50 | 314.67 | 314.67 | 0.00 |
| VENANGO COUNTY TAX CLAIM BUR | Secured | 0.00 | 3,579.62 | 770.95 | 770.95 | 0.00 |
| WELLS FARGO FINANCIAL LEASING | Secured | 584.44 | NA | NA | 0.00 | 0.00 |
| WINDSTREAM COMMUNICATIONS | Unsecured | NA | 323.17 | 323.17 | 18.26 | 0.00 |
| Z&M AG AND TURF | Unsecured | 1,376.98 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $8,498.30 | $8,498.30 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $129,659.46 | $29,659.46 | $0.00 |
| **TOTAL SECURED:** | **$138,157.76** | **$38,157.76** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,125.10 | $9,125.10 | $0.00 |
| **TOTAL PRIORITY:** | **$9,125.10** | **$9,125.10** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50,303.76** | **$2,842.11** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $23,378.98 |
| Disbursements to Creditors | $50,124.97 |
| **TOTAL DISBURSEMENTS :** | **$73,503.95** |

**UST Form 101-12-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/29/2022                         By: /s/ Ronda Winnecour
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-12-FR-S (09/01/2009)**